UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TILLIE SALTZMAN, Individually And On Behalf Of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>  v.<br><br>CITIGROUP INC., CHARLES O. PRINCE, ROBERT E. RUBIN, STEPHEN R. VOLK, SALLIE L. KRAWCHECK, GARY L. CRITTENDEN and ROBERT DRUSKIN,<br><br>     Defendants. | 07 CV 09901 (SHS) (FM)<br><br><u>CLASS ACTION</u><br><br>ECF CASE |
| LENNARD HAMMERSCHLAG, Individually And on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>  v.<br><br>CITIGROUP INC., CHARLES PRINCE, SALLIE KRAWCHECK and GARY CRITTENDEN,<br><br>     Defendants. | 07 CV 10258 (SHS)<br><br><u>CLASS ACTION</u> |

**NOTICE OF MOTION OF DAVID GARDEN FOR
CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF PURSUANT TO
§21D(a)(3)(B) OF THE SECURITIES EXCHANGE ACT OF 1934
<u>AND APPROVAL OF SELECTION OF LEAD COUNSEL</u>**

PLEASE TAKE NOTICE that Movant David Garden, upon the Declaration of Joseph H. Weiss dated January 7, 2008, and the exhibits annexed thereto, the accompanying Memorandum of Law, all of the prior pleadings and proceedings had herein, and such other evidence as the Court may consider at the hearing on this motion, hereby respectfully moves this Court for an order in the form filed herewith: (i) consolidating the related actions captioned above; (ii) appointing David Garden as Lead Plaintiff in the action pursuant to the Private Securities Litigation Reform Act of 1995; and (iii) approving Movant's selection of Lead Counsel.

Dated: January 7, 2008

                Respectfully submitted,

                **WEISS & LURIE**

                By: /s/ Joseph H. Weiss
                  Joseph H. Weiss (JW-4534)
                  551 Fifth Avenue
                  New York, NY 10176
                  Tel: (212) 682-3025
                  Fax: (212) 682-3010

                  **Counsel for Movant David Garden and Proposed Lead Counsel For Plaintiff and The Class**