# Exhibit B

**PLAINTIFF CERTIFICATION**

__DAVID GARDEN__ ("Plaintiff") hereby states that:

1. Plaintiff has reviewed the complaint and has authorized the filing of the complaint on his/her behalf.

2. Plaintiff did not purchase any securities of **Citigroup Inc.** at the direction of his/her counsel or in order to participate in this private action.

3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary. I understand that the litigation is not settled, this is not a claim form, and sharing in any recovery is not dependent upon execution of this Plaintiff Certification. I am willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action.

4. The following includes all of Plaintiff's transactions in **Citigroup Inc.** common stock/securities during the class period specified in the complaint:

| SECURITY (Common Stock, Call, Put, Bonds) | TRANSACTION (Purchase, Sale) | TRADE DATE | PRICE PER SECURITIES/SHARE | QUANTITY |
|---|---|---|---|---|
| Stock | Purchase | 10/16/07 | 45 | 125,000 |
| Stock | Purchase | 10/16/07 | 44 91/— | 43,000 |
| Stock | Purchase | 10/16/07 | 44 86/— | 1000 |
| Stock | Purchase | 10/17/07 | 44.04 | 17,000 |

Please list other transactions on a separate sheet of paper, if necessary.    Cont on next page.

5. Plaintiff has not served or sought to serve as a representative party on behalf of a class under the federal securities laws during the last three years, unless otherwise stated in the space below:

6. Plaintiff will not accept any payment for serving as a representative party on behalf of a class except to receive his pro rata share of any recovery, or as ordered or approved by the court including the award to a representative party of reasonable costs and expenses including lost wages relating to the representation of the class.

Plaintiff declares under penalty of perjury that the foregoing is true and correct.

Executed this __14__ day of __November__, 2007.

_____
Signature

11/14/07           TRANSACTIONS FOR DAVID GARDEN "C"

| SECURITY | TRANSACTION | DATE | PRICE | QUANTITY |
|---|---|---|---|---|
| STOCK | SOLD | 10/22/07 | 42.44 | 100 |
| STOCK | SOLD | 10/22/07 | 42.43 | 9500 |
| STOCK | SOLD | 10/22/07 | 42.42 | 4400 |
| STOCK | SOLD | 10/22/07 | 42.43 | 700 |
| STOCK | SOLD | 10/22/07 | 42.42 | 9300 |
| STOCK | SOLD | 10/24/07 | 41.80 | 2000 |
| STOCK | SOLD | 10/24/07 | 41.59 | 5000 |
| STOCK | SOLD | 10/25/07 | 41.04 | 5000 |
| STOCK | SOLD | 10/25/07 | 40.63 | 3000 |
| STOCK | SOLD | 10/25/07 | 40.52 | 6900 |
| STOCK | SOLD | 10/25/07 | 40.53 | 100 |
| STOCK | PURCHASE | 10/30/07 | 42.10 | 20000 |