## CERTIFICATION OF GREGORY W. SMITH

I, Gregory W. Smith, General Counsel of the Public Employees' Retirement Association of Colorado ("COPERA"), hereby declare that:

1. I am authorized to make this certification on behalf of COPERA.

2. I have reviewed the complaints filed in this action alleging violations of the securities laws and affirm that COPERA is willing to serve as a lead plaintiff in this case and all other related cases that may be consolidated with it.

3. COPERA did not purchase the securities that are the subject of this action at the direction of the plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

4. COPERA is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial if necessary. COPERA fully understands the duties and responsibilities of the Lead Plaintiff under the Private Securities Litigation Reform Act of 1995, specifically concerning its selection and retention of counsel and overseeing and directing the prosecution of the action on behalf of the class.

5. COPERA's transactions in Citigroup, Inc. common stock during the proposed class period are set forth in Schedule A hereto.

6. COPERA has sought to serve as a representative party on behalf of a class in the following action brought under the federal securities laws and filed during the 3-year period preceding the date on which this certification is signed:

*Karialla v. Amgen, Inc. et. al.*, No. 2:07-cv-02536-PSG-PLA (C.D. Cal.).

7. COPERA will not accept any payment for serving as a representative party on behalf of a class beyond its pro-rata share of any recovery, except as ordered or approved by the

court, including any award to a representative plaintiff of reasonable costs and expenses directly related to the representation of the class.

8. I declare under penalty of perjury that the foregoing is true and correct, executed on this 29th day of December 2007.

Gregory W. Smith

**SCHEDULE A**

| TRADE DATE | TRANSACTION TYPE | QUANTITY (UNITS) | TRANS PRICE |
|---|---|---|---|
| 01/13/04 | Buy | 61,100 | $49.718 |
| 02/19/04 | Buy | 3,400 | $49.860 |
| 04/05/04 | Buy | 26,700 | $51.881 |
| 06/02/04 | Buy | 200 | $46.910 |
| 07/02/04 | Buy | 1,200 | $45.770 |
| 08/02/04 | Buy | 200 | $43.800 |
| 08/16/04 | Buy | 11,700 | $44.840 |
| 10/01/04 | Buy | 900 | $44.670 |
| 11/01/04 | Buy | 200 | $44.550 |
| 12/01/04 | Buy | 800 | $45.660 |
| 12/09/04 | Buy | 45,200 | $45.987 |
| 12/28/04 | Buy | 20,500 | $48.548 |
| 12/28/04 | Buy | 40,000 | $48.642 |
| 02/01/05 | Buy | 1,200 | $49.336 |
| 03/01/05 | Buy | 500 | $48.140 |
| 03/02/05 | Buy | 28,900 | $48.185 |
| 04/05/05 | Buy | 6,800 | $44.735 |
| 04/07/05 | Buy | 25,800 | $45.760 |
| 04/08/05 | Buy | 41,100 | $45.780 |
| 04/11/05 | Buy | 42,500 | $45.674 |
| 05/05/05 | Buy | 78,000 | $46.796 |
| 05/05/05 | Buy | 73,700 | $47.135 |
| 05/23/05 | Buy | 56,900 | $47.829 |
| 05/24/05 | Buy | 58,400 | $47.620 |
| 08/01/05 | Buy | 300 | $43.725 |
| 08/29/05 | Buy | 20,600 | $43.220 |
| 08/31/05 | Buy | 9,000 | $43.499 |
| 08/31/05 | Buy | 2,200 | $43.510 |
| 10/03/05 | Buy | 2,500 | $45.535 |
| 12/02/05 | Buy | 800 | $48.820 |
| 02/01/06 | Buy | 2,100 | $46.419 |
| 04/06/06 | Buy | 5,100 | $48.130 |
| 04/27/06 | Buy | 2,100 | $47.780 |
| 05/23/06 | Buy | 30,000 | $49.130 |
| 05/23/06 | Buy | 30,000 | $49.092 |
| 05/24/06 | Buy | 80,000 | $48.803 |
| 08/14/06 | Buy | 3,500 | $47.540 |
| 08/14/06 | Buy | 3,500 | $47.844 |
| 09/07/06 | Buy | 6,500 | $48.640 |
| 12/05/06 | Buy | 4,300 | $50.403 |
| 03/05/07 | Buy | 23,000 | $50.021 |
| 03/06/07 | Buy | 5,900 | $49.944 |
| 03/09/07 | Buy | 4,000 | $50.135 |
| 03/12/07 | Buy | 6,000 | $50.270 |
| 04/19/07 | Buy | 16,500 | $53.230 |
| 04/19/07 | Buy | 26,500 | $53.484 |
| 06/06/07 | Buy | 5,100 | $53.610 |
| 08/17/07 | Buy | 10,000 | $49.526 |
| 08/20/07 | Buy | 10,000 | $49.044 |
| 10/09/07 | Buy | 100,650 | $47.896 |
| 11/07/07 | Buy | 40,100 | $34.724 |

**SCHEDULE A**

| TRADE DATE | TRANSACTION TYPE | QUANTITY (UNITS) | TRANS PRICE |
|---|---|---|---|
| 02/02/04 | Sell | 25,700 | $49.681 |
| 02/06/04 | Sell | 5,400 | $49.005 |
| 02/06/04 | Sell | 6,800 | $49.045 |
| 02/06/04 | Sell | 12,100 | $49.081 |
| 02/06/04 | Sell | 100 | $49.068 |
| 02/09/04 | Sell | 800 | $49.258 |
| 02/10/04 | Sell | 65,000 | $48.984 |
| 02/20/04 | Sell | 12,500 | $48.987 |
| 02/23/04 | Sell | 200 | $49.088 |
| 02/24/04 | Sell | 300 | $49.488 |
| 02/25/04 | Sell | 4,900 | $49.591 |
| 03/01/04 | Sell | 1,000 | $50.448 |
| 03/02/04 | Sell | 11,900 | $49.850 |
| 03/30/04 | Sell | 62,500 | $51.704 |
| 03/30/04 | Sell | 110,600 | $51.668 |
| 04/02/04 | Sell | 23,500 | $51.787 |
| 04/06/04 | Sell | 187,500 | $52.013 |
| 04/07/04 | Sell | 7,400 | $51.746 |
| 04/13/04 | Sell | 11,800 | $51.241 |
| 04/26/04 | Sell | 12,200 | $48.979 |
| 04/28/04 | Sell | 6,800 | $48.505 |
| 05/03/04 | Sell | 11,600 | $48.464 |
| 05/05/04 | Sell | 2,600 | $48.488 |
| 05/13/04 | Sell | 600 | $46.119 |
| 05/27/04 | Sell | 50,000 | $46.757 |
| 06/14/04 | Sell | 43,032 | $46.727 |
| 06/22/04 | Sell | 12,200 | $47.080 |
| 08/24/04 | Sell | 5,000 | $45.969 |
| 09/01/04 | Sell | 400 | $46.539 |
| 09/27/04 | Sell | 12,700 | $43.613 |
| 10/06/04 | Sell | 6,500 | $44.594 |
| 11/17/04 | Sell | 12,900 | $46.239 |
| 11/17/04 | Sell | 12,900 | $46.298 |
| 11/29/04 | Sell | 13,300 | $44.974 |
| 12/14/04 | Sell | 100,000 | $46.788 |
| 12/14/04 | Sell | 100,000 | $46.840 |
| 12/14/04 | Sell | 100,000 | $46.905 |
| 01/03/05 | Sell | 1,100 | $48.749 |
| 02/01/05 | Sell | 12,100 | $49.289 |
| 02/16/05 | Sell | 24,600 | $49.117 |
| 02/17/05 | Sell | 13,000 | $49.025 |
| 02/18/05 | Sell | 12,300 | $48.473 |
| 02/24/05 | Sell | 12,200 | $48.258 |
| 02/25/05 | Sell | 12,300 | $48.153 |
| 02/25/05 | Sell | 11,100 | $48.103 |
| 03/03/05 | Sell | 13,000 | $48.260 |
| 04/04/05 | Sell | 15,000 | $44.015 |
| 04/21/05 | Sell | 12,200 | $46.073 |
| 04/21/05 | Sell | 12,200 | $46.005 |
| 04/21/05 | Sell | 24,400 | $45.929 |
| 04/22/05 | Sell | 12,400 | $46.466 |

**SCHEDULE A**

| TRADE DATE | TRANSACTION TYPE | QUANTITY (UNITS) | TRANS PRICE |
|---|---|---|---|
| 04/22/05 | Sell | 13,200 | $46.283 |
| 05/03/05 | Sell | 600 | $46.658 |
| 05/26/05 | Sell | 12,900 | $47.336 |
| 05/26/05 | Sell | 13,400 | $47.373 |
| 06/08/05 | Sell | 1,000 | $47.868 |
| 06/09/05 | Sell | 12,900 | $47.638 |
| 06/10/05 | Sell | 4,800 | $47.736 |
| 06/28/05 | Sell | 13,200 | $47.017 |
| 06/30/05 | Sell | 13,300 | $46.268 |
| 06/30/05 | Sell | 13,300 | $46.548 |
| 07/05/05 | Sell | 2,600 | $46.398 |
| 07/06/05 | Sell | 13,000 | $46.608 |
| 07/07/05 | Sell | 13,500 | $46.114 |
| 07/07/05 | Sell | 13,500 | $45.901 |
| 07/11/05 | Sell | 35,500 | $46.205 |
| 07/14/05 | Sell | 24,200 | $46.371 |
| 09/01/05 | Sell | 600 | $43.718 |
| 10/14/05 | Sell | 22,500 | $44.648 |
| 10/20/05 | Sell | 52,500 | $44.768 |
| 11/01/05 | Sell | 1,100 | $45.498 |
| 01/03/06 | Sell | 15,000 | $48.215 |
| 01/03/06 | Sell | 6,900 | $48.195 |
| 03/01/06 | Sell | 2,300 | $46.357 |
| 04/03/06 | Sell | 6,000 | $47.379 |
| 06/01/06 | Sell | 1,300 | $49.488 |
| 06/27/06 | Sell | 50,781 | $47.966 |
| 06/27/06 | Sell | 76,171 | $48.073 |
| 06/27/06 | Sell | 54,408 | $48.117 |
| 06/27/06 | Sell | 45,340 | $48.431 |
| 02/26/07 | Sell | 1,400 | $53.915 |
| 11/08/07 | Sell | 16,400 | $32.139 |