## CERTIFICATION OF Eddie W. Hennessee

I, Eddie W. Hennessee, Assistant Treasurer for Investments and Benefits, of the Tennessee Consolidated Retirement System ("TCRS"), hereby declare that:

1. I am authorized to make a certification on behalf of TCRS.

2. I have reviewed the complaints filed in this action alleging violations of the securities laws and TCRS is willing to serve as a lead plaintiff in this case and all other related cases that may be consolidated with it. I have also reviewed the Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Lead Counsel filed herewith.

3. TCRS did not purchase the securities that are the subject of this action at the direction of the plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

4. TCRS is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial if necessary. TCRS fully understands the duties and responsibilities of the Lead Plaintiff under the Private Securities Litigation Reform Act of 1995, specifically concerning its selection and retention of counsel and overseeing and directing the prosecution of the action on behalf of the class.

5. TCRS' transactions in Citigroup, Inc. common stock during the proposed class period are set forth in Schedule A hereto.

6. TCRS has not served or sought to serve as a class representative in any action brought under the federal securities laws filed during the 3-year period preceding the date on which this certification is signed.

7. TCRS will not accept any payment for serving as a representative party on behalf of a class beyond its pro-rata share of any recovery, except as ordered or approved by the court,

2

including any reward to a representative plaintiff of reasonable costs and expense directly related to the representation of the class.

8.   I declare under penalty of perjury that the foregoing is true and correct, executed on this day 4th day of January 2008.

*Eddie W. Hennessee*

Eddie W. Hennessee

**SCHEDULE A**

| TRADE DATE | TRANSACTION TYPE | QUANTITY (UNITS) | TRANS PRICE |
|---|---|---:|---:|
| 2/27/2004 | Buy | 150,000 | $50.061 |
| 2/27/2004 | Buy | 150,000 | $50.127 |
| 4/1/2004 | Buy | 50,000 | $52.311 |
| 5/3/2004 | Buy | 23,000 | $48.598 |
| 5/4/2004 | Buy | 150,000 | $48.942 |
| 8/9/2004 | Buy | 23,000 | $43.515 |
| 11/5/2004 | Buy | 115,000 | $46.398 |
| 11/8/2004 | Buy | 32,000 | $46.249 |
| 12/17/2004 | Buy | 150,000 | $46.744 |
| 2/17/2005 | Buy | 50,000 | $49.015 |
| 3/30/2005 | Buy | 80,000 | $44.670 |
| 4/19/2005 | Buy | 70,000 | $46.691 |
| 7/20/2005 | Buy | 150,000 | $44.314 |
| 9/21/2005 | Buy | 5,000 | $45.140 |
| 11/9/2005 | Buy | 5,000 | $46.893 |
| 11/10/2005 | Buy | 5,000 | $47.675 |
| 11/16/2005 | Buy | 10,000 | $47.872 |
| 11/17/2005 | Buy | 5,000 | $47.625 |
| 11/28/2005 | Buy | 5,000 | $49.469 |
| 12/12/2005 | Buy | 95,000 | $48.720 |
| 12/21/2005 | Buy | 60,000 | $49.486 |
| 2/1/2006 | Buy | 150,000 | $46.531 |
| 2/13/2006 | Buy | 75,000 | $45.720 |
| 3/6/2006 | Buy | 162,000 | $45.971 |
| 5/8/2006 | Buy | 10,000 | $50.395 |
| 5/8/2006 | Buy | 29,000 | $50.200 |
| 5/23/2006 | Buy | 150,000 | $49.100 |
| 9/26/2006 | Buy | 41,300 | $50.084 |
| 10/23/2006 | Buy | 20,000 | $50.127 |
| 10/24/2006 | Buy | 40,000 | $50.460 |
| 10/26/2006 | Buy | 10,000 | $50.960 |
| 11/13/2006 | Buy | 10,000 | $50.649 |
| 11/14/2006 | Buy | 20,000 | $50.835 |
| 11/21/2006 | Buy | 10,000 | $50.801 |
| 11/27/2006 | Buy | 411,000 | $49.834 |
| 11/28/2006 | Buy | 36,900 | $49.678 |
| 12/11/2006 | Buy | 10,000 | $52.511 |
| 1/23/2007 | Buy | 10,000 | $54.693 |
| 2/20/2007 | Buy | 140,000 | $54.355 |
| 4/16/2007 | Buy | 10,000 | $52.843 |
| 4/17/2007 | Buy | 5,000 | $52.584 |
| 5/21/2007 | Buy | 10,000 | $55.021 |
| 5/24/2007 | Buy | 10,000 | $55.378 |
| 8/8/2007 | Buy | 6,300 | $49.651 |
| 8/20/2007 | Buy | 26,000 | $48.307 |
| 10/25/2007 | Buy | 20,000 | $40.822 |
| 10/29/2007 | Buy | 71,000 | $42.834 |
| 10/29/2007 | Buy | 40,000 | $42.662 |
| 11/2/2007 | Buy | 100,000 | $38.506 |
| 11/6/2007 | Buy | 50,000 | $35.311 |
| 11/7/2007 | Buy | 50,000 | $34.858 |

**SCHEDULE A**

| TRADE DATE | TRANSACTION TYPE | QUANTITY (UNITS) | TRANS PRICE |
|---|---|---|---|
| 11/9/2007 | Buy | 10,000 | $32.204 |
| 11/9/2007 | Buy | 10,000 | $33.998 |
| 11/14/2007 | Buy | 5,000 | $36.959 |
| 1/12/2004 | Sell | 300,000 | $49.580 |
| 2/20/2004 | Sell | 60,000 | $48.663 |
| 3/1/2004 | Sell | 71,000 | $50.398 |
| 5/12/2004 | Sell | 60,000 | $45.435 |
| 5/18/2004 | Sell | 30,000 | $45.072 |
| 7/20/2004 | Sell | 15,000 | $43.887 |
| 8/18/2004 | Sell | 260,998 | $45.463 |
| 9/8/2004 | Sell | 450,000 | $46.903 |
| 9/17/2004 | Sell | 20,000 | $46.819 |
| 10/5/2004 | Sell | 15,000 | $44.624 |
| 2/14/2005 | Sell | 226,000 | $49.213 |
| 3/22/2005 | Sell | 10,000 | $45.878 |
| 5/2/2005 | Sell | 89,000 | $46.486 |
| 7/18/2005 | Sell | 50,000 | $45.304 |
| 7/19/2005 | Sell | 10,000 | $44.598 |
| 7/22/2005 | Sell | 10,000 | $44.168 |
| 7/28/2005 | Sell | 10,000 | $44.078 |
| 9/2/2005 | Sell | 300,000 | $43.922 |
| 1/5/2006 | Sell | 10,000 | $48.561 |
| 1/30/2006 | Sell | 5,000 | $46.691 |
| 2/9/2006 | Sell | 5,000 | $45.665 |
| 6/12/2006 | Sell | 105,006 | $49.323 |
| 6/23/2006 | Sell | 200,000 | $47.731 |
| 6/26/2006 | Sell | 100,000 | $47.673 |
| 6/28/2006 | Sell | 100,000 | $47.656 |
| 7/21/2006 | Sell | 40,000 | $47.002 |
| 8/7/2006 | Sell | 41,000 | $48.293 |
| 9/26/2006 | Sell | 60,000 | $49.887 |
| 11/6/2006 | Sell | 77,000 | $50.039 |
| 2/9/2007 | Sell | 50,000 | $54.112 |
| 2/28/2007 | Sell | 25,000 | $50.369 |
| 3/20/2007 | Sell | 36,000 | $50.493 |
| 3/29/2007 | Sell | 58,000 | $51.420 |
| 4/10/2007 | Sell | 2,700 | $52.202 |
| 5/31/2007 | Sell | 260,000 | $54.570 |
| 7/9/2007 | Sell | 40,000 | $51.512 |
| 8/15/2007 | Sell | 20,000 | $45.557 |
| 9/25/2007 | Sell | 30,000 | $46.222 |
| 10/1/2007 | Sell | 10,000 | $46.148 |
| 11/14/2007 | Sell | 90,000 | $36.528 |