**CERTIFICATION OF PETER NORMAN IN SUPPORT OF THE SJUNDE AP-FONDEN MOTION FOR CONSOLIDATION, FOR ITS APPOINTMENT AS LEAD PLAINTIFF, AND FOR THE APPROVAL OF ITS SELECTION OF COUNSEL**

Sjunde AP-Fonden ("AP7" or "Plaintiff"), declares, as to the claims asserted under the federal securities laws, that:

1. AP7 did not purchase the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in any private action.

2. AP7 is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

3. Attached in Schedule A are AP7's transactions in Citigroup, Inc. (NYSE: C) securities during the Class Period.

4. AP7 has full power and authority to bring suit to recover for its investment losses.

5. AP7 has fully reviewed the facts and allegations of the complaints filed in this action and have authorized the filing of the motion for appointment as lead plaintiff on its behalf in this action.

6. I, Peter Norman, , Executive Director of AP7 am authorized to make legal decisions on behalf of AP7.

7. AP7 intends to actively monitor and vigorously pursue this action for the benefit of the class, and has retained the law firm of Schiffrin Barroway Topaz & Kessler, LLP, which has extensive experience in securities litigation and in the representation of institutional investors, to represent AP7 in this action.

8. AP7 will endeavor to provide fair and adequate representation and work directly with the efforts of Class counsel to ensure that the largest recovery for the Class consistent with good faith and meritorious judgment is obtained.

9. AP7 has, within the three year period preceding the date hereof, sought to serve as a representative party in a federal securities class action against UnitedHealth Group and Dell, Inc.

10. AP7 will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 11 day of December, 2007.

Sjunde AP-Fonden

By: *[signature]*
Peter Norman
*Executive Director*

## SCHEDULE A

| Date | Purchase or Sale | Type of Securities | Number of Securities | Price of Securities |
|---|---|---|---|---|
| 1/26/2004 | Purchase | Com Stk | 188,500 | 50.924 |
| 1/10/2005 | Purchase | Com Stk | 199,705 | 48.3294 |
| 1/31/2005 | Purchase | Com Stk | 42,300 | 49.0479 |
| 3/8/2005 | Purchase | Com Stk | 16,300 | 48.4697 |
| 10/6/2005 | Purchase | Com Stk | 3,100 | 45.4191 |
| 1/9/2006 | Purchase | Com Stk | 129,600 | 48.39 |
| 1/31/2006 | Purchase | Com Stk | 12,600 | 46.5781 |
| 12/12/2006 | Purchase | Com Stk | 62,217 | 52.2419 |
| 2/26/2007 | Purchase | Com Stk | 13,000 | 52.68 |
| 4/10/2007 | Purchase | Com Stk | 5,000 | 52.4 |
| 6/13/2007 | Purchase | Com Stk | 5,300 | 53.6745 |
| 10/17/2007 | Purchase | Com Stk | 4,700 | 47.9 |
| 3/19/2004 | Sale | Com Stk | 2,300 | 50.3465 |
| 6/18/2004 | Sale | Com Stk | 200 | 47.51 |
| 11/30/2004 | Sale | Com Stk | 65,800 | 44.7526 |
| 12/17/2004 | Sale | Com Stk | 27,765 | 46.6235 |
| 6/27/2005 | Sale | Com Stk | 8,500 | 46.7708 |
| 7/22/2005 | Sale | Com Stk | 6,000 | 44.42 |
| 7/29/2005 | Sale | Com Stk | 4,900 | 43.5025 |
| 8/4/2005 | Sale | Com Stk | 12,400 | 43.9203 |
| 10/26/2005 | Sale | Com Stk | 4,900 | 45.6519 |
| 11/25/2005 | Sale | Com Stk | 27,400 | 49.5202 |
| 3/7/2006 | Sale | Com Stk | 54,300 | 46.1264 |
| 3/22/2006 | Sale | Com Stk | 18,900 | 47.67 |
| 5/15/2007 | Sale | Com Stk | 131,900 | 52.7902 |
| 8/20/2007 | Sale | Com Stk | 12,800 | 48.3906 |