CERTIFICATION OF MATS ANDERSSON AND AGNETA WILHELMSON
KÅREMAR IN SUPPORT OF FJÄRDE AP-FONDEN'S MOTION FOR
CONSOLIDATION, FOR ITS APPOINTMENT AS LEAD PLAINTIFF, AND FOR THE
APPROVAL OF ITS SELECTION OF COUNSEL

Fjärde AP-Fonden ("AP4" or "Plaintiff"), declares, as to the claims asserted under the federal securities laws, that:

1. AP4 did not purchase the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in any private action.

2. AP4 is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

3. Attached in Schedule A are AP4's transactions in Citigroup, Inc. (NYSE: C) securities during the Class Period.

4. AP4 has full power and authority to bring suit to recover for its investment losses.

5. AP4 has fully reviewed the facts and allegations of the complaints filed in this action and have authorized the filing of the motion for appointment as lead plaintiff on its behalf in this action.

6. We, Mats Andersson and Agneta Wilhelmson Kåremar, Chief Executive Officer and Administrative Director respectively, of AP4 are authorized to make legal decisions on behalf of AP4.

7. AP4 intends to actively monitor and vigorously pursue this action for the benefit of the class, and has retained the law firm of Schiffrin Barroway Topaz & Kessler, LLP, which has extensive experience in securities litigation and in the representation of institutional investors, to represent AP4 in this action.



8. AP4 will endeavor to provide fair and adequate representation and work directly with the efforts of Class counsel to ensure that the largest recovery for the Class consistent with good faith and meritorious judgment is obtained.

9. AP4 has, within the three year period preceding the date hereof, sought to serve as a representative party in a federal securities class action against Pfizer, Inc.

10. AP4 will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of December, 2007.

Fjärde AP-Fonden

By: _____
Mats Andersson
Chief Executive Officer

_____
Agneta Wilhelmson Kåremar
Administrative Director

## SCHEDULE A

| Date | Purchase or Sale | Type of Securities | Number of Securities | Price of Securities |
|---|---|---|---|---|
| 11/9/2004 | Purchase | Com Stk | 14,400 | 46.4000 |
| 11/18/2004 | Purchase | Com Stk | 12,500 | 46.2000 |
| 11/19/2004 | Purchase | Com Stk | 14,700 | 45.7500 |
| 11/29/2004 | Purchase | Com Stk | 14,600 | 45.2100 |
| 10/5/2005 | Purchase | Com Stk | 108,000 | 45.4800 |
| 12/14/2005 | Purchase | Com Stk | 754,900 | 49.6400 |
| 5/8/2006 | Purchase | Com Stk | 200,000 | 50.3900 |
| 5/16/2006 | Purchase | Com Stk | 83,000 | 49.4200 |
| 7/25/2006 | Purchase | Com Stk | 345,000 | 47.7000 |
| 7/26/2006 | Purchase | Com Stk | 375,000 | 47.3500 |
| 7/31/2006 | Purchase | Com Stk | 200,000 | 48.4000 |
| 8/1/2006 | Purchase | Com Stk | 155,000 | 48.3100 |
| 8/3/2006 | Purchase | Com Stk | 113,000 | 48.3900 |
| 8/14/2006 | Purchase | Com Stk | 47,000 | 48.0200 |
| 11/24/2006 | Purchase | Com Stk | 98,000 | 50.5600 |
| 5/8/2007 | Purchase | Com Stk | 68,200 | 53.7900 |
| 5/16/2007 | Purchase | Com Stk | 89,200 | 54.5200 |
| 5/24/2007 | Purchase | Com Stk | 80,000 | 55.2400 |
| 8/6/2007 | Purchase | Com Stk | 65,000 | 45.6300 |
| 10/23/2007 | Purchase | Com Stk | 180,000 | 42.6400 |
| 11/13/2007 | Purchase | Com Stk | 95,000 | 35.3367 |
| | | | | |
| 1/15/2004 | Sale | Com Stk | 110,300 | 49.4900 |
| 1/27/2004 | Sale | Com Stk | 13,300 | 50.4300 |
| 2/20/2004 | Sale | Com Stk | 84,600 | 48.8800 |
| 2/23/2004 | Sale | Com Stk | 42,000 | 49.2100 |
| 3/25/2004 | Sale | Com Stk | 26,900 | 50.0900 |
| 4/5/2004 | Sale | Com Stk | 20,700 | 51.9500 |
| 4/23/2004 | Sale | Com Stk | 26,200 | 49.1400 |
| 5/4/2004 | Sale | Com Stk | 926,100 | 48.8400 |
| 5/5/2004 | Sale | Com Stk | 148,400 | 48.6300 |
| 5/10/2004 | Sale | Com Stk | 104,700 | 45.2000 |
| 7/8/2004 | Sale | Com Stk | 14,800 | 45.4500 |
| 8/24/2004 | Sale | Com Stk | 5,800 | 45.9900 |
| 9/23/2004 | Sale | Com Stk | 18,300 | 44.1100 |
| 1/20/2005 | Sale | Com Stk | 45,000 | 47.8300 |
| 12/9/2005 | Sale | Com Stk | 50,200 | 48.8400 |
| 6/21/2006 | Sale | Com Stk | 29,000 | 48.4800 |

| | | | | |
|---|---|---|---|---|
| 10/11/2006 | Sale | Com Stk | 213,000 | 50.3000 |
| 10/26/2006 | Sale | Com Stk | 54,000 | 50.7700 |
| 12/12/2006 | Sale | Com Stk | 252,000 | 52.0400 |
| 12/19/2006 | Sale | Com Stk | 53,900 | 54.9100 |
| 12/19/2006 | Sale | Com Stk | 78,100 | 54.9100 |
| 12/28/2006 | Sale | Com Stk | 155,000 | 55.8800 |
| 12/29/2006 | Sale | Com Stk | 157,000 | 55.8200 |
| 5/24/2007 | Sale | Com Stk | 80,000 | 55.2900 |
| 5/25/2007 | Sale | Com Stk | 160,000 | 54.7900 |