**CERTIFICATION OF PETER DAMGAARD JENSEN AND MICHAEL NELLEMANN PEDERSEN IN SUPPORT OF THE PENSIONSKASSERNES ADMINISTRATION A/S MOTION FOR CONSOLIDATION, FOR ITS APPOINTMENT AS LEAD PLAINTIFF, AND FOR THE APPROVAL OF ITS SELECTION OF COUNSEL**

Pensionskassernes Administration A/S ("PKA" or "Plaintiff") as Manager and Administrator for (i.) The Office Staff Pension Fund (Pensionskassen for Kontorpersonale); (ii.) The Medical Laboratory Technologists' Pension Fund (Pensionskassen for Bioanalytikere); (iii.) The Danish Diet and Nutrition Officers' Pension Fund (Pensionskassen for Kost- og Ernæringsfaglige); (iv.) The Medical Secretaries' Pension Fund (Pensionskassen for Lægesekretærer); (v.) The State Registered Nurses' Pension Fund (Pensionskassen for Sygeplejersker); (vi.) The Social Workers' and Social Pedagogues' Pension Fund (Pensionskassen for Socialrådgivere og Socialpædagoger); (vii.) The Occupational Therapists' and Physiotherapists' Pension Fund (Pensionskassen for Ergoterapeuter og Fysioterapeuter); and, (vii.) The Midwives' Pension Fund (Pensionskassen for Jordemødre), declares, as to the claims asserted under the federal securities laws, that:

1. PKA did not purchase the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in any private action.

2. PKA is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

3. Attached in Schedule "A" are the PKA's transactions in Citigroup, Inc. (NYSE: C) securities during the Class Period.

4. PKA has full power and authority to bring suit to recover for investment losses on behalf of itself and the pension funds it manages and administers.

5. PKA has fully reviewed the facts and allegations of the complaints filed in this action and have authorized the filing of the motion for appointment as lead plaintiff on its behalf in this action.

6. We, Peter Damgaard Jensen and Michael Nellemann Pedersen, Chief Executive Officer and Director at PKA respectively, are authorized to make legal decisions on behalf of PKA.

7. PKA intends to actively monitor and vigorously pursue this action for the benefit of the class, and has retained the law firm of Schiffrin Barroway Topaz & Kessler, LLP, which has extensive experience in securities litigation and in the representation of institutional investors, to represent PKA in this action.

8. PKA will endeavor to provide fair and adequate representation and work directly with the efforts of Class counsel to ensure that the largest recovery for the Class consistent with good faith and meritorious judgment is obtained.

9. PKA has, within the three year period preceding the date hereof, sought to serve as lead plaintiff in federal securities class actions against UnitedHealth Group and Dell, Inc.

10. PKA will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of January, 2008.

Pensionskassernes Administration A/S

By: _____
Peter Damgaard Jensen
Chief Executive Officer

By: _____
Michael Nellemann Pedersen
Director

## SCHEDULE A

| Date | Purchase or Sale | Type of Securities | Number of Securities | Price of Securities |
|---|---|---|---|---|
| 1/22/2004 | Purchase | Com Stk | 2,000 | 50.6981 |
| 3/11/2004 | Purchase | Com Stk | 23,300 | 49.2500 |
| 5/21/2004 | Purchase | Com Stk | 11,300 | 45.6200 |
| 6/8/2004 | Purchase | Com Stk | 6,300 | 47.4300 |
| 6/24/2004 | Purchase | Com Stk | 600 | 47.4400 |
| 7/6/2004 | Purchase | Com Stk | 1,000 | 45.2900 |
| 8/2/2004 | Purchase | Com Stk | 1,000 | 43.8800 |
| 8/10/2004 | Purchase | Com Stk | 2,400 | 43.9223 |
| 9/7/2004 | Purchase | Com Stk | 37,000 | 47.1999 |
| 9/17/2004 | Purchase | Com Stk | 3,500 | 46.9312 |
| 10/12/2004 | Purchase | Com Stk | 2,400 | 44.7727 |
| 11/12/2004 | Purchase | Com Stk | 15,800 | 46.3282 |
| 11/12/2004 | Purchase | Com Stk | 26,086 | 47.0700 |
| 11/24/2004 | Purchase | Com Stk | 49,000 | 45.5200 |
| 12/17/2004 | Purchase | Com Stk | 49,480 | 46.6165 |
| 12/21/2004 | Purchase | Com Stk | 988 | 46.8500 |
| 1/18/2005 | Purchase | Com Stk | 1,116 | 47.4000 |
| 2/7/2005 | Purchase | Com Stk | 4,156 | 49.7283 |
| 3/1/2005 | Purchase | Com Stk | 16,400 | 47.8800 |
| 3/28/2005 | Purchase | Com Stk | 25,300 | 45.0900 |
| 3/29/2005 | Purchase | Com Stk | 4,234 | 44.7391 |
| 3/30/2005 | Purchase | Com Stk | 6,800 | 44.6574 |
| 4/8/2005 | Purchase | Com Stk | 2,700 | 45.4300 |
| 5/2/2005 | Purchase | Com Stk | 10,100 | 46.5300 |
| 6/29/2005 | Purchase | Com Stk | 6,400 | 46.8616 |
| 6/30/2005 | Purchase | Com Stk | 14,000 | 46.2276 |
| 7/20/2005 | Purchase | Com Stk | 1,800 | 44.3800 |
| 9/27/2005 | Purchase | Com Stk | 30,500 | 45.0900 |
| 9/30/2005 | Purchase | Com Stk | 15,200 | 45.6640 |
| 12/1/2005 | Purchase | Com Stk | 13,300 | 48.8497 |
| 2/2/2006 | Purchase | Com Stk | 700 | 45.2600 |
| 2/21/2006 | Purchase | Com Stk | 5,700 | 46.1160 |
| 4/20/2006 | Purchase | Com Stk | 2,800 | 48.4056 |
| 5/1/2006 | Purchase | Com Stk | 17,700 | 49.4600 |
| 7/12/2006 | Purchase | Com Stk | 900 | 49.5848 |
| 7/31/2006 | Purchase | Com Stk | 30,100 | 48.3100 |
| 10/26/2006 | Purchase | Com Stk | 8,500 | 50.8277 |
| 12/14/2006 | Purchase | Com Stk | 4,000 | 52.7923 |

| Date | Type | Security | Shares | Price |
|---|---|---|---:|---:|
| 1/22/2007 | Purchase | Com Stk | 2,696 | 55.4700 |
| 1/22/2007 | Purchase | Com Stk | 60,874 | 55.0194 |
| 2/21/2007 | Purchase | Com Stk | 5,270 | 53.8240 |
| 3/2/2007 | Purchase | Com Stk | 5,600 | 49.9825 |
| 3/22/2007 | Purchase | Com Stk | 400 | 52.0150 |
| 4/10/2007 | Purchase | Com Stk | 3,300 | 52.0323 |
| 4/18/2007 | Purchase | Com Stk | 1,300 | 52.9900 |
| 4/18/2007 | Purchase | Com Stk | 71,900 | 52.9900 |
| 5/10/2007 | Purchase | Com Stk | 1,300 | 53.4800 |
| 6/27/2007 | Purchase | Com Stk | 37,700 | 51.6900 |
| 6/29/2007 | Purchase | Com Stk | 6,900 | 51.2900 |
| 7/25/2007 | Purchase | Com Stk | 6,400 | 49.7073 |
| 7/30/2007 | Purchase | Com Stk | 19,300 | 47.2418 |
| 8/2/2007 | Purchase | Com Stk | 17,900 | 46.7719 |
| 8/14/2007 | Purchase | Com Stk | 37,200 | 45.8691 |
| 9/11/2007 | Purchase | Com Stk | 4,400 | 45.9668 |
| 9/24/2007 | Purchase | Com Stk | 13,800 | 46.8514 |
| 10/26/2007 | Purchase | Com Stk | 39,900 | 42.0396 |
| 11/5/2007 | Purchase | Com Stk | 42,000 | 35.9907 |
| 11/7/2007 | Purchase | Com Stk | 133,000 | 33.4100 |
| 2/4/2004 | Sale | Com Stk | 5,300 | 48.7481 |
| 2/26/2004 | Sale | Com Stk | 11,000 | 49.9686 |
| 5/14/2004 | Sale | Com Stk | 15,100 | 45.6883 |
| 6/4/2004 | Sale | Com Stk | 6,700 | 46.6962 |
| 6/4/2004 | Sale | Com Stk | 200 | 46.8834 |
| 10/13/2004 | Sale | Com Stk | 51,333 | 44.4466 |
| 10/13/2004 | Sale | Com Stk | 1,900 | 44.1100 |
| 10/13/2004 | Sale | Com Stk | 800 | 44.1100 |
| 1/12/2005 | Sale | Com Stk | 35,100 | 47.9800 |
| 1/26/2005 | Sale | Com Stk | 11,000 | 48.2600 |
| 11/14/2005 | Sale | Com Stk | 2,500 | 48.0684 |
| 3/22/2006 | Sale | Com Stk | 2,400 | 47.5245 |
| 3/31/2006 | Sale | Com Stk | 8,100 | 47.2346 |
| 4/7/2006 | Sale | Com Stk | 2,200 | 48.1600 |
| 6/6/2006 | Sale | Com Stk | 1,800 | 49.4003 |
| 1/25/2007 | Sale | Com Stk | 13,400 | 54.3500 |
| 5/23/2007 | Sale | Com Stk | 7,900 | 55.2646 |
| 6/20/2007 | Sale | Com Stk | 13,100 | 54.3900 |
| 6/20/2007 | Sale | Com Stk | 3,900 | 53.9490 |
| 6/20/2007 | Sale | Com Stk | 16,700 | 54.3900 |
| 6/20/2007 | Sale | Com Stk | 5,100 | 53.9143 |

| Date | Type | Security | Shares | Price |
|---|---|---|---:|---:|
| 8/20/2007 | Sale | Com Stk | 4,000 | 48.2724 |
| 8/31/2007 | Sale | Com Stk | 19,500 | 46.8052 |
| 9/20/2007 | Sale | Com Stk | 700 | 47.3900 |
| 10/17/2007 | Sale | Com Stk | 108,700 | 44.3934 |
| 10/17/2007 | Sale | Com Stk | 15,600 | 44.3934 |