**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PUBLIC EMPLOYEES' RETIREMENT ASSOCIATION OF COLORADO, TENNESSEE CONSOLIDATED RETIREMENT SYSTEM, SJUNDE AP-FONDEN, FJÄRDE AP-FONDEN, and PENSIONSKASSERNES ADMINISTRATION A/S, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br> v.<br><br>CITIGROUP INC., CHARLES O. PRINCE, SALLIE L. KRAWCHECK, GARY L. CRITTENDEN, TODD S. THOMSON, ROBERT DRUSKIN, THOMAS G. MAHERAS, MICHAEL STUART KLEIN, DAVID C. BUSHNELL, JOHN C. GERSPACH, STEPHEN R. VOLK, GEORGE DAVID and KPMG LLP,<br><br>    Defendants. | No. |
| TILLIE SALTZMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br> vs.<br><br>CITIGROUP INC., CHARLES O. PRINCE, ROBERT E. RUBIN, STEPHEN R. VOLK, SALLIE L. KRAWCHECK, GARY L. CRITTENDEN and ROBERT DRUSKIN,<br><br>    Defendants. | Electronically Filed<br><br>No. 1:07-cv-9901(SHS)<br><br>ECF CASE |
| LENNARD HAMMERSCHLAG, Individually, and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff<br> v.<br><br>CITIGROUP INC., CHARLES PRINCE, SALLIE KRAWCHECK, and GARY CRITTENDEN,<br><br>    Defendants. | Electronically Filed<br><br>No. 1:07-cv-10258(SHS)<br><br>ECF CASE |

**NOTICE OF MOTION AND MOTION OF THE GLOBAL PENSION FUNDS
TO REQUIRE RELATED PARTIES TO PRESERVE DOCUMENTS
AND OTHER EVIDENCE**

Andrew J. Entwistle, Esq. (AE-6513)
Johnston de F. Whitman, Jr., Esq. (JW-5781)
Richard W. Gonnello, Esq. (RG-7098)
Jordan A. Cortez, Esq. (JC-4121)
Laura J. Babcock, Esq. (LB-3198)
ENTWISTLE & CAPPUCCI LLP
280 Park Avenue
26th Floor West
New York, New York 10017
Telephone: (212) 894-7200

Andrew L. Barroway, Esq.
David Kessler, Esq.
Darren J. Check, Esq.
Sean M. Handler, Esq.
SCHIFFRIN BARROWAY TOPAZ
  & KESSLER, LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706

Attorneys for Plaintiffs Public Employees'
Retirement Association of Colorado, Tennessee
Consolidated Retirement System, Sjunde AP-
Fonden, Fjärde AP-Fonden, and Pensionskassernes
Administration A/S

TO: All counsel of record

PLEASE TAKE NOTICE that on a date and time as may be set by the Court, before the Honorable Sidney H. Stein, at the United States District Court for the Southern District of New York, located at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 23A, New York, New York 10007-1312, the Public Employees' Retirement Association of Colorado, the Tennessee Consolidated Retirement System, Sjunde AP-Fonden, Fjärde AP-Fonden, and Pensionskassernes Administration A/S (collectively, the "Global Pension Funds") will move this Court for an Order as follows:

1.     The Global Pension Funds seek entry of an Order, pursuant to Section 21D(b)(3)(C) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4(b)(3)(C), as well as Sections 802 and 1102 of the Sarbanes-Oxley Act of 2002 ("Sarbanes-Oxley"), requiring all entities related to Citigroup Inc. ("Citigroup"), including, but not limited to, all related affiliates, subsidiaries, predecessors, divisions, entities, variable interest entities ("VIEs") and persons under the control of Citigroup or the other defendants (collectively, the "Related Entities") to preserve all documents and electronically stored information ("ESI") in their possession, custody, or control that are relevant to (i) the allegations set forth in the complaints filed in the above captioned actions (and any consolidated amended pleading); and (ii) any official proceeding under Sarbanes-Oxley relating to these allegations. These documents and ESI include, but are not limited to, work papers, memoranda, correspondence, communications, and records (including e-mail).

2.     In particular, the Global Pension Funds request that the Court assure the orderly and efficient prosecution of this case by providing that all documents and ESI relevant to these proceedings be preserved whether in the possession, custody, or control of the defendants themselves or Related Entities, such as the off-balance sheet VIEs that are at the heart of this case. The VIEs at issue include, but are not limited to, the following entities: (1) Beta Finance Corp.; (2) Centauri Corp; (3) Dorada Corporation; (4) Five Finance Corp.; (5) Sedna Fin. Corp.; (6) Vetra Finance Corp.; and (7) Zela Finance Corp.

3.     The Global Pension Funds further request that documents and ESI shall be preserved through the conclusion of this litigation.

4.      The Global Pension Funds incorporate by reference the accompanying Memorandum of Law and all the prior pleadings and proceedings herein. *See* Fed. R. Civ. P. 10(c).

WHEREFORE, the Global Pension Funds respectfully request that this Court enter an Order as outlined herein.

### REQUEST FOR ORAL ARGUMENT

The Global Pension Funds respectfully request oral argument if this Motion is opposed.

Dated: January 7, 2008                    Respectfully,

**ENTWISTLE & CAPPUCCI LLP**

Andrew J. Entwistle, Esq. (AE-6513)
Johnston de F. Whitman, Jr., Esq. (JW-5781)
Richard W. Gonnello, Esq. (RG-7098)
Jordan A. Cortez, Esq. (JC-4121)
Laura J. Babcock, Esq. (LB-3198)
280 Park Avenue
26th Floor West
New York, New York 10017
Telephone: (212) 894-7200

Andrew L. Barroway, Esq.
David Kessler, Esq.
Darren J. Check, Esq.
Sean M. Handler, Esq.
SCHIFFRIN BARROWAY TOPAZ
       & KESSLER, LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706

Attorneys for Plaintiffs Public Employees' Retirement Association of Colorado, Tennessee Consolidated Retirement System, Sjunde AP-

Fonden, Fjärde AP-Fonden, and Pensionskassernes Administration A/S

Fonden, Fjärde AP-Fonden, and Pensionskassernes Administration A/S