# Exhibit B



# Class Action Newsline
### PrimeNewswire, Inc.

Source: Gardy & Notis, LLP

## Gardy & Notis, LLP Files Securities Fraud Class Action Against Citigroup Inc. -- C

ENGLEWOOD CLIFFS, N.J., Nov. 9, 2007 (PRIME NEWSWIRE) -- Gardy & Notis, LLP has filed a securities fraud class action lawsuit in the United States District Court for the Southern District of New York on behalf of purchasers of Citigroup Inc. (NYSE:C) securities between January 1, 2004 and November 5, 2007. A copy of the complaint stating the claims in the lawsuit is available from plaintiff's counsel, Gardy & Notis, LLP, at 201-567-7377 or dmansoor@gardylaw.com.

The complaint charges that Citigroup misled shareholders by falsely reporting financial statements that failed to consolidate the results and liabilities of certain highly-leveraged special investment vehicles, as required by Generally Accepted Accounting Principles or "GAAP." The mortgage-backed securities owned by these special investment vehicles (sold to them by Citigroup) have tumbled in value, forcing Citigroup to bail out the special investment vehicles, to the tune of billions of dollars in additional liability.

Purchasers of Citigroup securities between January 1, 2004 and November 5, 2007 who wish to serve as lead plaintiff must file a motion with the Court by January 7, 2008. Any member of the purported class may move the Court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain an absent class member.

Plaintiff in the lawsuit is represented by Gardy & Notis, LLP. For more information regarding the lawsuit or to obtain a copy of the complaint or have any information relevant to the lawsuit, please contact attorney Dustin Mansoor at Gardy & Notis, LLP at 201-567-7377 or dmansoor@gardylaw.com.

More information on this and other class actions can be found on the Class Action Newsline at www.primenewswire.com/ca

```
CONTACT:  Gardy & Notis, LLP
          Dustin Mansoor
          201-567-7377
          Fax: 201-567-7337
          dmansoor@gardylaw.com
          www.gardylaw.com
```

**Keywords:** CLASS ACTION LAWSUITS

PrimeNewswire | Class Action Newsline | Contact Us