# Exhibit C

Sworn certifications of:

Ed & Elaine Altman
Jonathan Butler
M. David Diamond
David Whitcomb (Trustee)
David Whitcomb
Henrietta Whitcomb

## CERTIFICATION OF NAMED PLAINTIFFS
## PURSUANT TO FEDERAL SECURITIES LAWS

Edward and Elaine Altman ("plaintiffs") declare, as to the claims asserted under the federal securities laws, that:

1. Plaintiffs have reviewed complaints filed against Citigroup, Inc. ("Citigroup"), and has authorized the filing of a similar complaint on plaintiffs' behalf. Plaintiffs retain Kirby McInerney LLP and such co-counsel as it deems appropriate to associate with to pursue such action on a contingent fee basis.

2. Plaintiffs did not purchase Citigroup securities at the direction of plaintiffs' counsel or in order to participate in this private action.

3. Plaintiffs are willing to serve as representative parties on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiffs' transactions in Citigroup securities during the class period set forth in the complaint are set forth below on the attached Schedule A.

5. During the three years prior to the date of this certification, plaintiffs have not served or sought to serve as representative parties for a class in any action filed under the federal securities laws, except as listed below:

_____

_____

6. Plaintiffs will not accept any payment for serving as representative parties on behalf of the class beyond the plaintiffs' pro rata share of any class recovery, except as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22 day of December, 2007.
     (date)              (month)

By: ___Edward L. Altman___
        (Signature)

By: ___Elaine Altman___
        (Signature)

## SCHEDULE A

Transactions of Plaintiff in Citigroup, Inc.:

| Date | Purchase/Sale | No. of Shares | Price Per Share |
|------|---------------|---------------|-----------------|
| 6/30/07 | Purchase | 307,559 | $52.0421 |
| 12/28/07 | Sale (gifted) | 10,000 | $30.24 |

## CERTIFICATION OF NAMED PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

Jonathan Butler ("plaintiff") declares, as to the claims asserted under the federal securities laws, that:

1. Plaintiff has reviewed complaints filed against Citigroup, Inc. ("Citigroup"), and has authorized the filing of a similar complaint on plaintiff's behalf. Plaintiff retains Kirby McInerney LLP and such co-counsel as it deems appropriate to associate with to pursue such action on a contingent fee basis.

2. Plaintiff did not purchase Citigroup securities at the direction of plaintiff's counsel or in order to participate in this private action.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff's transactions in Citigroup securities during the class period set forth in the complaint are set forth below on the attached Schedule A.

5. During the three years prior to the date of this certification, plaintiff has not served or sought to serve as a representative party for a class in any action filed under the federal securities laws, except as listed below:

_____

_____

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the plaintiff's pro rata share of any class recovery, except as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 27 day of December, 2007.
    (date)    (month)

By: _____
    (Signature)

## SCHEDULE A

Transactions of Plaintiff in Citigroup, Inc.:

| Date | Purchase/Sale | No. of Shares | Price Per Share |
|---|---|---|---|
| 6/30/07 | Purchase | 1,260,736 | $52.0421 |
| 11/30/07 | Sold | 75,000 | $33.30 |
| 12/31/07 | Donated to Charity | 62,500 | $30.0508 |

## CERTIFICATION OF NAMED PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

M. David Diamond ("plaintiff") declares, as to the claims asserted under the federal securities laws, that:

1. Plaintiff has reviewed complaints filed against Citigroup, Inc. ("Citigroup") and has authorized the filing of a similar complaint on plaintiff's behalf. Plaintiff retains Kirby McInerney LLP and such co-counsel as it deems appropriate to associate with to pursue such action on a contingent fee basis.

2. Plaintiff did not purchase Citigroup securities at the direction of plaintiff's counsel or in order to participate in this private action.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff's transactions in Citigroup securities during the class period set forth in the complaint are set forth below on the attached Schedule A.

5. During the three years prior to the date of this certification, plaintiff has not served or sought to serve as a representative party for a class in any action filed under the federal securities laws, except as listed below:

_____

_____

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the plaintiff's pro rata share of any class recovery, except as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this _21_ day of _DECEMBER_ 2007.
    (date)    (month)

By: _____
    (Signature)

## SCHEDULE A

Transactions of Plaintiff in Citigroup, Inc.:

| Date | Purchase/Sale | No. of Shares | Price Per Share |
|---|---|---|---|
| 6/30/07 | Purchase | 300,556 | $52.0421 |

## CERTIFICATION OF NAMED PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

David K. Whitcomb, Trustee ("plaintiff") declares, as to the claims asserted under the federal securities laws, that:

1. Plaintiff has reviewed complaints filed against Citigroup, Inc. ("Citigroup"), and has authorized the filing of a similar complaint on plaintiff's behalf. Plaintiff retains Kirby McInerney LLP and such co-counsel as it deems appropriate to associate with to pursue such action on a contingent fee basis.

2. Plaintiff did not purchase Citigroup securities at the direction of plaintiff's counsel or in order to participate in this private action.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff's transactions in Citigroup securities during the class period set forth in the complaint are set forth below on the attached Schedule A.

5. During the three years prior to the date of this certification, plaintiff has not served or sought to serve as a representative party for a class in any action filed under the federal securities laws, except as listed below:

_____

_____

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the plaintiff's pro rata share of any class recovery, except as ordered or approved by the Court.

p.2

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of December, 2007.
(date) (month)

By: _____, Trustee
(Signature)

DAVID K. WHITCOMB 2001 TRUST

## SCHEDULE A

Transactions of Plaintiff in Citigroup, Inc.:

| Date | Purchase/Sale | No. of Shares | Price Per Share |
| --- | --- | --- | --- |
| 6/30/07 | Purchase | 1,033,470 | $52.0421 |
| 12/17/07 | Sale | 150,000 | $31.01 |

## CERTIFICATION OF NAMED PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

David K. Whitcomb ("plaintiff") declares, as to the claims asserted under the federal securities laws, that:

1. Plaintiff has reviewed complaints filed against Citigroup, Inc. ("Citigroup"), and has authorized the filing of a similar complaint on plaintiff's behalf. Plaintiff retains Kirby McInerney LLP and such co-counsel as it deems appropriate to associate with to pursue such action on a contingent fee basis.

2. Plaintiff did not purchase Citigroup securities at the direction of plaintiff's counsel or in order to participate in this private action.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff's transactions in Citigroup securities during the class period set forth in the complaint are set forth below on the attached Schedule A.

5. During the three years prior to the date of this certification, plaintiff has not served or sought to serve as a representative party for a class in any action filed under the federal securities laws, except as listed below:

_____

_____

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the plaintiff's pro rata share of any class recovery, except as ordered or approved by the Court.

g·d

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of December, 2007.
(date) (month)

By: _____
(Signature)

## SCHEDULE A

Transactions of Plaintiff in Citigroup, Inc.:

| Date | Purchase/Sale | No. of Shares | Price Per Share |
|---|---|---|---|
| 6/30/07 | Purchase | 19,560 | $52.0421 |

## CERTIFICATION OF NAMED PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

Henrietta C. Whitcomb, Trustee ("plaintiff") declares, as to the claims asserted under the federal securities laws, that:

1. Plaintiff has reviewed complaints filed against Citigroup, Inc. ("Citigroup"), and has authorized the filing of a similar complaint on plaintiff's behalf. Plaintiff retains Kirby McInerney LLP and such co-counsel as it deems appropriate to associate with to pursue such action on a contingent fee basis.

2. Plaintiff did not purchase Citigroup securities at the direction of plaintiff's counsel or in order to participate in this private action.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff's transactions in Citigroup securities during the class period set forth in the complaint are set forth below on the attached Schedule A.

5. During the three years prior to the date of this certification, plaintiff has not served or sought to serve as a representative party for a class in any action filed under the federal securities laws, except as listed below:

_____

_____

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the plaintiff's pro rata share of any class recovery, except as ordered or approved by the Court.

*HCW*

g·d

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of DECEMBER, 2007.
(date)        (month)

By: _Henrietta C Whitcomb, Trustee_
(Signature)

HENRIETTA C WHITCOMB, 2001 TRUST

-2-

6 d

## SCHEDULE A

Transactions of Plaintiff in Citigroup, Inc.:

| Date | Purchase/Sale | No. of Shares | Price Per Share |
|---|---|---|---|
| 6/30/07 | Purchase | 997,645 | $52.0421 |
| 12/17/07 | Sale | 150,000 | $31.01 |