# Exhibit D

## ATD Group Losses

| Movant | Class Period Purchases | Class Period Sales | Net Class Period Expenditure | Loss |
|---|---|---|---|---|
| Ed & Elaine Altman | 307,559 | 0 | $16,006,016 | $ 6,178,752.64 |
| Jonathan Butler | 1,260,736 | 0 | $65,611,349 | $23,280,264.63 |
| M. David Diamond | 300,556 | 0 | $15,641,565 | $ 6,020,767.85 |
| David Whitcomb | 1,053,030 | 0 | $54,801,893 | $21,244,402.27 |
| Henrietta Whitcomb | 997,645 | 0 | $51,919,541 | $20,134,924.40 |
| **TOTAL** | **3,919,526** | **0** | **$203,980,364** | **$76,859,111.79** |

## Citigroup, Inc. Loss Calculation - Ed and Elaine Altman

| Date | Buy | Sell | Other | Other type | Price | Shares | Exp. | Income |
|---|---|---|---|---|---|---|---|---|
| 6/30/2007 | 307,559 | | | | $ 52.04 | | | |
| 12/28/2007 | | 10,000 | | | $ 30.24 | | | |
| | | | | | | | | |
| Shares Purchased | 307,559 | | Damages | Expenditures on shares purchased | | | | $ 16,006,016.23 |
| | | | | - Proceeds from shares purchased and sold | | | | $ 302,400.00 |
| Expenditures | $ 16,006,016 | | | - Value of shares purchased and held | | | | $ 9,524,863.59 |
| | | | | | | | | |
| Shares Sold | 10,000 | | | | | | | $ (6,178,752.64) |
| | | | | | | | | |
| Proceeds | $ 302,400 | | | | | | | |
| | | | | | | | | |
| Shares Held | 297,559 | | | | | | | |
| | | | | | | | | |
| Value** | $ 9,524,864 | | | | | | | |

**Pursuant to PSLRA, holdings were valued at the average closing price of the shares during the 90 days following the close of the class period. As 90 days have not yet passed, the shares were valued at the average closing price between 11/1/07 and 1/3/08 - $32.01.

## Citigroup, Inc. Loss Calculation - Jonathan Butler

| Date | Buy | Sell | Other | Other type | Price | Shares | Exp. | Income |
|---|---|---|---|---|---|---|---|---|
| 6/30/2007 | 1260736 | | | | $ 52.04 | | | |
| 11/30/2007 | | 75000 | | | $ 33.30 | | | |
| 12/21/2007 | | 62500 | | | $ 30.05 | | | |
| | | | | | | | | |
| Shares Purchased | 1,260,736 | | Damages | Expenditures on shares purchased | | | | $ 65,611,348.99 |
| Expenditures | $ 65,611,349 | | | - Proceeds from shares purchased and sold | | | | $ 4,375,675.00 |
| | | | | - Value of shares purchased and held | | | | $ 37,955,409.36 |
| Shares Sold | 75,000 | | | | | | | |
| Proceeds | $ 4,375,675 | | | | | | | $ (23,280,264.63) |
| Shares Held | 1,185,736 | | | | | | | |
| Value** | $ 37,955,409 | | | | | | | |

**Pursuant to PSLRA, holdings were valued at the average closing price of the shares during the 90 days following the close of the class period. As 90 days have not yet passed, the shares were valued at the average closing price between 11/1/07 and 1/3/08 -- $32.01.

Citigroup, Inc. Loss Calculation -- M. David Diamond

| Date | Buy | Sell | Other | Other type | Price | Shares | Exp. | Income |
|---|---|---|---|---|---|---|---|---|
| 6/30/2007 | 300556 | | | | $ 52.04 | | | |
| | | | | | | | | |
| Shares Purchased | 300,556 | | Damages | Expenditures on shares purchased | | | | $ 15,641,565.41 |
| | | | | - Proceeds from shares purchased and sold | | | | $ - |
| Expenditures | $ 15,641,565 | | | - Value of shares purchased and held | | | | $ 9,620,797.56 |
| | | | | | | | | |
| Shares Sold | 0 | | | | | | | $ (6,020,767.85) |
| | | | | | | | | |
| Proceeds | $ - | | | | | | | |
| | | | | | | | | |
| Shares Held | 300,556 | | | | | | | |
| | | | | | | | | |
| Value** | $ 9,620,798 | | | | | | | |

**Pursuant to PSLRA, holdings were valued at the average closing price of the shares during the 90 days following the close of the class period. As 90 days have not yet passed, the shares were valued at the average closing price between 11/1/07 and 1/3/08 -- $32.01.

## Citigroup, Inc. Loss Calculation -- David Whitcomb

| Date | Buy | Sell | Other | Other type | Price | Shares | Exp. | Income |
|---|---|---|---|---|---|---|---|---|
| 6/30/2007 | 1053030 | | | | $ 52.04 | | | |
| 12/17/2007 | | 150000 | | | $ 31.01 | | | |
| | | | | | | | | |
| Shares Purchased | 1,053,030 | | Damages | Expenditures on shares purchased | | | | $ 54,801,892.56 |
| | | | | - Proceeds from shares purchased and sold | | | | $ 4,651,500.00 |
| Expenditures | $ 54,801,893 | | | - Value of shares purchased and held | | | | $ 28,905,990.30 |
| Shares Sold | 150,000 | | | | | | | $ (21,244,402.26) |
| Proceeds | $ 4,651,500 | | | | | | | |
| Shares Held | 903,030 | | | | | | | |
| Value** | $ 28,905,990 | | | | | | | |

**Pursuant to PSLRA, holdings were valued at the average closing price of the shares during the 90 days following the close of the class period. As 90 days have not yet passed, the shares were valued at the average closing price between 11/1/07 and 1/3/08 -- $32.01.

## Citigroup, Inc. Loss Calculation -- Henrietta Whitcomb

| Date | Buy | Sell | Other | Other type | Price | Shares | Exp. | Income |
|---|---|---|---|---|---|---|---|---|
| 6/30/2007 | 997645 | | | | $ 52.04 | | | |
| 12/17/2007 | | 150000 | | | $ 31.01 | | | |
| | | | | | | | | |
| Shares Purchased | 997,645 | | Damages | Expenditures on shares purchased | | | | $ 51,919,540.85 |
| | | | | - Proceeds from shares purchased and sold | | | | $ 4,651,500.00 |
| Expenditures | $ 51,919,541 | | | - Value of shares purchased and held | | | | $ 27,133,116.45 |
| | | | | | | | | |
| Shares Sold | 150,000 | | | | | | | $ (20,134,924.40) |
| | | | | | | | | |
| Proceeds | $ 4,651,500 | | | | | | | |
| | | | | | | | | |
| Shares Held | 847,645 | | | | | | | |
| | | | | | | | | |
| Value*** | $ 27,133,116 | | | | | | | |

**Pursuant to PSLRA, holdings were valued at the average closing price of the shares during the 90 days following the close of the class period. As 90 days have not yet passed, the shares were valued at the average closing price between 11/1/07 and 1/3/08 -- $32.01.