KIRBY McINERNEY LLP
Peter S. Linden
Ira M. Press
830 Third Avenue, 10th Floor
New York, NY   10022(212) 371-6600

Attorneys for Movant, the ATD Group

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TILLIE SALTZMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>CITIGROUP INC., CHARLES O. PRINCE, ROBERT E. RUBIN, STEPHEN R. VOLK, SALLIE L. KRAWCHECK, GARY L. CRITTENDEN and ROBERT DRUSKIN,<br><br>    Defendants. | Civil Action No.<br>07 CIV 9901 (SHS) |
| LENNARD HAMMERSCHLAG, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>CITIGROUP INC., CHARLES PRINCE, SALLIE KRAWCHECK, and GARY CRITTENDEN,<br><br>    Defendants. | No. 07 CIV 10258 (SHS) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK          )
COUNTY OF NEW YORK         ) ss.:

I, MARISA SANELLI, being duly sworn, says:

I am over the age of eighteen, am not a party to this action, and reside in Queens, New York.  On January 7, 2008, the following documents were filed electronically pursuant to the Court's ECF procedures, and, in addition, I served by first class mail, postage prepaid and delivered to a United States Post Office, a true and complete copy of the attached:

**NOTICE OF MOTION OF THE ATD GROUP TO CONSOLIDATE RELATED ACTIONS, APPOINT LEAD PLAINTIFF AND APPROVE LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

**AFFIDAVIT OF IRA M. PRESS IN SUPPORT OF THE MOTION OF THE ATD GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF ITS SELECTION OF LEAD COUNSEL**

**MEMORANDUM IN SUPPORT OF MOTION OF THE ATD GROUP FOR CONSOLIDATION, APPOINTMENT OF LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

upon:

SEE ATTACHED SERVICE LIST

MARISA SANELLI

Sworn to before me this
4th day of January, 2008.

Notary Public

NORMA ROPER
Notary Public, State of New York
No. 01RO6116250
Qualified in Kings County
Commission Expires September 20, 2008

2

SERVICE LIST

George T. Conway, III
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, New York 10019

Samuel Rudman, Esq.
COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
58 South Service Road
Suite 200
Melville, New York 11747

James Notis, Esq.
GARDY & NOTIS LLP
440 Sylvan Avenue
Suite 110
Englewood Cliffs, New Jersey 07632


F:\Files\C1\C1\FILES\citigroup\Sanelli - Affidavit of Service 01-__-08.wpd