**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TILLIE SALTZMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CITIGROUP INC., CHARLES O. PRINCE, ROBERT E. RUBIN, STEPHEN R. VOLK, SALLIE L. KRAWCHECK, GARY L. CRITTENDEN and ROBERT DRUSKIN,<br><br>Defendants. | **CIVIL ACTION NO. 07-9901-SHS**<br><br>**ECF Filed** |
| LENNARD HAMMERSCHLAG, Individually, and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br>CITIGROUP INC., CHARLES PRINCE, SALLIE KRAWCHECK, GARY CRITTENDEN,<br><br>Defendants. | **CIVIL ACTION NO. 07-10258-RJS** |

**DECLARATION OF GERALD H. SILK IN SUPPORT OF THE MOTION OF THE U.S. PUBLIC FUND GROUP FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF ITS SELECTION OF COUNSEL AS LEAD COUNSEL AND CONSOLIDATION OF ALL RELATED ACTIONS**

I, Gerald H. Silk, declare as follows:

1. I am a member in good standing of the bars of the State of New York and of this Court. I am a partner at the law firm of Bernstein Litowitz Berger & Grossmann LLP. I submit this declaration in support of the Motion filed by the State Teachers Retirement System of Ohio ("Ohio STRS"), the State Universities Retirement System of Illinois ("SURS"), and the Division of Investment of the Treasury of the State of New Jersey ("New Jersey") (collectively, the "U.S. Public Fund Group") for (i) appointment as Lead Plaintiff, (ii) approval of its selection of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz"), Berger & Montague, P.C. ("Berger & Montague") and Berman DeValerio Pease Tabacco Burt & Pucillo ("Berman DeValerio") as Lead Counsel for the Class; and (iii) for consolidation of all related securities class actions under Rule 42(a) of the Federal Rules of Civil Procedure.

2. Attached as Exhibits A through K are true and correct copies of the following documents:

   Exhibit A: Certification of Ohio STRS, with attached chart of Ohio STRS' transactions;

   Exhibit B: Certification of New Jersey, with attached chart of New Jersey's transactions;

   Exhibit C: Certification of SURS, with attached chart of SURS' transactions;

   Exhibit D: Charts of transactions and losses for Ohio STRS;

   Exhibit E: Charts of transactions and losses for New Jersey;

   Exhibit F: Charts of transactions and losses for SURS;

   Exhibit G: First notice of pendency of this class action;

   Exhibit H: Joint Declaration of the Honorable Marc Dann, William J. Neville, John Michael Vazquez, William G. Clark and Dan Slack in

        Support of the Motion of the U.S. Public Fund Group for Appointment as Lead Plaintiff;

<u>Exhibit I:</u>     Firm Biography of Bernstein Litowitz;

<u>Exhibit J:</u>     Firm Biography of Berger Montague; and

<u>Exhibit K:</u>     Firm Biography of Berman DeValerio.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this seventh day of January, 2008

                                        _____/s/ Gerald H. Silk_____
                                              Gerald H. Silk