# CERTIFICATION OF
# STATE TEACHERS RETIREMENT SYSTEM OF OHIO
# <u>PURSUANT TO THE FEDERAL SECURITIES LAWS</u>

State Teachers Retirement System of Ohio ("STRS") declares, as follows:

1. STRS has reviewed a complaint filed in this matter.

2. STRS has retained as counsel in this litigation the law firm of Bernstein Litowitz Berger & Grossmann LLP. STRS did not purchase the security that is the subject of this action at the direction of its counsel or in order to participate in any private action arising under the Private Securities Litigation Reform Act (the "PSLRA").

3. STRS is willing to serve as a representative party on behalf of the class in this litigation and to testify at deposition and trial, if necessary.

4. STRS's transactions in Citigroup securities that are the subject of the complaints in this action are attached hereto.

5. STRS has not served as, or sought to serve as, a representative party on behalf of a class in any action filed under the PSLRA during the three-year period preceding the date on which this Certification is signed, except the following:

   a) *Zuckerman v. Scottish Re Group LTD, et al.*, Case No. 06-cv-5853, U.S. District Court, Southern District of New York (Appointed).

   b) *Freudenberg v. E*Trade Financial Corp., et al.,* Civil Action No. 07-cv-8538, U. S. District Court, Southern District of New York (Application Pending).

   c) *Life Enrichment Foundation v. Merrill Lynch & Co., Inc., et al.,* Case No. 07 CIV 9633, U.S. District Court, Southern District of New York (Application Pending).

   d) *Bakshi v. Samueli*, No. 2:06-cv-5036, U.S. District Court, Central District of California (Withdrawn)

6.  STRS will not accept any payment for serving as a representative party, except to receive its pro rata share of any recovery as ordered or approved by the Court and any award to it by the Court of reasonable costs and expenses (including lost wages and travel expenses) directly relating to its representation of the class.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct. Executed this ___7th___ day of January, 2008.

State Teachers Retirement System of Ohio

By: _____
William J. Neville
General Counsel

**State Teachers Retirement System of Ohio**
**Transactions in Citigroup (C)**
Class Period: 01/01/04 - 11/05/07

| Transaction | Date | Shares | Price | Transaction | Date | Shares | Price |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Purchase | 01/16/04 | 966 | 49.2800 | Sale | 01/29/04 | 129,500 | 49.4790 |
| Purchase | 01/20/04 | 1,329 | 49.2839 | Sale | 02/06/04 | 35,100 | 48.0640 |
| Purchase | 02/03/04 | 1,381 | 48.9366 | Sale | 03/04/04 | 53,800 | 49.5688 |
| Purchase | 02/04/04 | 1,440 | 48.7441 | Sale | 03/16/04 | 1,900 | 49.5584 |
| Purchase | 02/06/04 | 1,592 | 49.0987 | Sale | 03/19/04 | 1,846 | 50.7913 |
| Purchase | 03/24/04 | 48,800 | 49.7900 | Sale | 04/30/04 | 200 | 48.0900 |
| Purchase | 04/12/04 | 57,000 | 52.0386 | Sale | 06/25/04 | 1,700 | 46.7300 |
| Purchase | 04/26/04 | 1,699 | 49.0987 | Sale | 06/25/04 | 197,600 | 46.7300 |
| Purchase | 05/06/04 | 27,800 | 48.1165 | Sale | 06/25/04 | 24,100 | 46.7826 |
| Purchase | 05/07/04 | 159,200 | 46.9837 | Sale | 07/30/04 | 100 | 44.0900 |
| Purchase | 05/10/04 | 68,900 | 45.2221 | Sale | 08/17/04 | 232 | 45.1447 |
| Purchase | 05/10/04 | 36,300 | 45.1268 | Sale | 08/17/04 | 620 | 45.1280 |
| Purchase | 05/11/04 | 1,350 | 45.6040 | Sale | 08/18/04 | 417 | 45.4256 |
| Purchase | 05/12/04 | 12,100 | 45.2060 | Sale | 08/19/04 | 280 | 45.3448 |
| Purchase | 05/18/04 | 1,440 | 45.2139 | Sale | 08/24/04 | 535 | 45.9258 |
| Purchase | 06/01/04 | 700 | 46.4500 | Sale | 08/25/04 | 403 | 46.0708 |
| Purchase | 06/29/04 | 3,100 | 46.3477 | Sale | 08/26/04 | 402 | 46.4056 |
| Purchase | 06/29/04 | 17,500 | 46.1969 | Sale | 08/30/04 | 1,300 | 46.5545 |
| Purchase | 06/30/04 | 91,500 | 46.2998 | Sale | 08/31/04 | 400 | 46.5800 |
| Purchase | 06/30/04 | 102,000 | 46.3401 | Sale | 08/31/04 | 1,000 | 46.5800 |
| Purchase | 07/08/04 | 53,000 | 45.1198 | Sale | 09/30/04 | 31,900 | 44.0908 |
| Purchase | 07/12/04 | 67,000 | 45.0000 | Sale | 10/01/04 | 60,300 | 44.8465 |
| Purchase | 07/16/04 | 2,100 | 43.9792 | Sale | 10/18/04 | 46,500 | 44.0715 |
| Purchase | 07/27/04 | 105,000 | 43.8183 | Sale | 12/13/04 | 45,740 | 46.6757 |
| Purchase | 07/27/04 | 66,000 | 43.8985 | Sale | 12/14/04 | 45,860 | 46.9514 |
| Purchase | 07/28/04 | 47,800 | 43.8759 | Sale | 12/22/04 | 48,400 | 47.9824 |
| Purchase | 08/06/04 | 36,300 | 43.5050 | Sale | 12/23/04 | 8,800 | 48.8960 |
| Purchase | 09/21/04 | 15,000 | 45.5900 | Sale | 12/30/04 | 30,800 | 48.1138 |
| Purchase | 09/21/04 | 51,000 | 45.5717 | Sale | 01/11/05 | 5,900 | 48.1131 |
| Purchase | 10/11/04 | 24,100 | 44.8717 | Sale | 01/31/05 | 85,700 | 49.1178 |
| Purchase | 10/22/04 | 12,600 | 42.9986 | Sale | 03/07/05 | 130,000 | 48.5336 |
| Purchase | 11/05/04 | 700 | 46.2500 | Sale | 04/26/05 | 1,400 | 46.7740 |
| Purchase | 11/24/04 | 4,100 | 45.5375 | Sale | 05/23/05 | 45,600 | 47.7305 |
| Purchase | 12/17/04 | 2,100 | 46.7716 | Sale | 06/23/05 | 3,500 | 47.0740 |
| Purchase | 12/28/04 | 1,543 | 48.4215 | Sale | 06/24/05 | 106,800 | 46.9500 |
| Purchase | 12/29/04 | 1,257 | 48.3300 | Sale | 06/24/05 | 3,500 | 46.9500 |
| Purchase | 01/05/05 | 1,292 | 48.6305 | Sale | 06/27/05 | 31,000 | 47.0500 |
| Purchase | 01/05/05 | 128 | 48.4150 | Sale | 06/27/05 | 70,400 | 47.0900 |
| Purchase | 01/11/05 | 7,032 | 48.2153 | Sale | 06/27/05 | 107,700 | 46.8952 |
| Purchase | 01/18/05 | 964 | 48.1654 | Sale | 06/30/05 | 4,600 | 46.4874 |
| Purchase | 01/18/05 | 501 | 48.2346 | Sale | 07/25/05 | 7,600 | 44.6038 |
| Purchase | 01/19/05 | 3,356 | 48.2610 | Sale | 08/15/05 | 4,600 | 43.8628 |
| Purchase | 02/08/05 | 1,100 | 49.6336 | Sale | 08/22/05 | 51,200 | 44.2347 |
| Purchase | 03/15/05 | 3,061 | 48.0822 | Sale | 08/29/05 | 52,500 | 43.3112 |
| Purchase | 04/04/05 | 6,549 | 44.4452 | Sale | 12/07/05 | 16,105 | 48.7254 |
| Purchase | 04/05/05 | 6,548 | 44.8325 | Sale | 12/08/05 | 1,484 | 48.7540 |
| Purchase | 04/20/05 | 1,260 | 46.1683 | Sale | 12/08/05 | 126,000 | 48.7269 |
| Purchase | 04/20/05 | 540 | 45.9900 | Sale | 12/09/05 | 130,600 | 48.8860 |
| Purchase | 07/05/05 | 4,200 | 46.4100 | Sale | 12/09/05 | 30,277 | 48.5680 |
| Purchase | 07/13/05 | 2,500 | 45.7458 | Sale | 12/12/05 | 27,523 | 48.8352 |
| Purchase | 07/21/05 | 3,500 | 44.2445 | Sale | 12/12/05 | 1,000 | 48.9500 |

**State Teachers Retirement System of Ohio**
**Transactions in Citigroup (C)**
Class Period: 01/01/04 - 11/05/07
CONTINUED

| Transaction | Date | Shares | Price | Transaction | Date | Shares | Price |
|---|---|---|---|---|---|---|---|
| Purchase | 07/29/05 | 2,300 | 43.6100 | Sale | 12/15/05 | 7,100 | 49.2491 |
| Purchase | 08/02/05 | 624 | 43.9750 | Sale | 12/16/05 | 1,400 | 49.3886 |
| Purchase | 08/02/05 | 2,272 | 44.0053 | Sale | 12/16/05 | 2,200 | 49.4600 |
| Purchase | 08/03/05 | 8,737 | 43.8740 | Sale | 12/27/05 | 37,549 | 49.3088 |
| Purchase | 08/03/05 | 60,000 | 43.8452 | Sale | 01/03/06 | 7,751 | 49.1705 |
| Purchase | 08/11/05 | 25,000 | 43.3284 | Sale | 01/03/06 | 25,050 | 49.2469 |
| Purchase | 08/11/05 | 25,000 | 43.3571 | Sale | 01/04/06 | 24,850 | 48.7926 |
| Purchase | 08/11/05 | 50,000 | 43.3200 | Sale | 01/04/06 | 24,800 | 48.9820 |
| Purchase | 08/19/05 | 48,900 | 44.2070 | Sale | 01/05/06 | 24,650 | 48.4611 |
| Purchase | 09/12/05 | 4,900 | 45.0459 | Sale | 01/06/06 | 49,400 | 48.7457 |
| Purchase | 09/29/05 | 4,200 | 45.4988 | Sale | 01/09/06 | 48,900 | 48.5593 |
| Purchase | 11/08/05 | 13,000 | 46.4038 | Sale | 01/11/06 | 12,175 | 49.0896 |
| Purchase | 11/10/05 | 54,600 | 47.3847 | Sale | 02/27/06 | 24,109 | 46.9458 |
| Purchase | 12/02/05 | 16,300 | 48.7510 | Sale | 03/15/06 | 25,262 | 47.1179 |
| Purchase | 01/12/06 | 2,700 | 48.9856 | Sale | 03/16/06 | 49,425 | 47.3611 |
| Purchase | 01/23/06 | 3,800 | 45.9818 | Sale | 03/23/06 | 2,760 | 47.7100 |
| Purchase | 03/20/06 | 2,800 | 47.4239 | Sale | 03/24/06 | 8,300 | 47.8127 |
| Purchase | 03/20/06 | 19,200 | 47.4650 | Sale | 03/27/06 | 2,740 | 47.6425 |
| Purchase | 04/13/06 | 22,000 | 48.0918 | Sale | 04/05/06 | 11,353 | 48.2699 |
| Purchase | 07/17/06 | 2,800 | 46.4531 | Sale | 04/21/06 | 23,795 | 48.3398 |
| Purchase | 09/14/06 | 1,800 | 49.2125 | Sale | 05/23/06 | 3,500 | 49.0819 |
| Purchase | 10/19/06 | 100,000 | 49.7300 | Sale | 06/29/06 | 22,150 | 48.7589 |
| Purchase | 10/27/06 | 48,000 | 50.6600 | Sale | 06/29/06 | 4,430 | 48.8830 |
| Purchase | 11/21/06 | 2,700 | 50.5478 | Sale | 06/30/06 | 310,400 | 48.2738 |
| Purchase | 11/21/06 | 39,000 | 50.5775 | Sale | 06/30/06 | 11,075 | 48.4987 |
| Purchase | 01/08/07 | 4,900 | 54.7619 | Sale | 06/30/06 | 6,645 | 48.5523 |
| Purchase | 01/24/07 | 85,000 | 54.4236 | Sale | 11/09/06 | 800 | 50.4684 |
| Purchase | 01/29/07 | 7,878 | 54.1962 | Sale | 03/07/07 | 2,700 | 50.4800 |
| Purchase | 01/29/07 | 1,922 | 54.1962 | Sale | 05/25/07 | 8,700 | 54.8249 |
| Purchase | 02/27/07 | 40,000 | 50.5068 | Sale | 06/22/07 | 141,400 | 52.4100 |
| Purchase | 03/01/07 | 130,000 | 51.2856 | Sale | 07/13/07 | 200,000 | 52.5035 |
| Purchase | 03/14/07 | 5,900 | 48.7964 | Sale | 08/28/07 | 55,800 | 46.6401 |
| Purchase | 04/23/07 | 7,600 | 53.1615 | Sale | 10/10/07 | 49,378 | 47.1184 |
| Purchase | 06/05/07 | 145,000 | 53.8905 | Sale | 10/10/07 | 26,422 | 47.1401 |
| Purchase | 07/06/07 | 63,800 | 51.6488 | | | | |
| Purchase | 07/30/07 | 15,500 | 47.1392 | | | | |
| Purchase | 08/15/07 | 7,100 | 46.0077 | | | | |
| Purchase | 08/22/07 | 24,000 | 48.0743 | | | | |
| Purchase | 09/11/07 | 14,700 | 45.8679 | | | | |
| Purchase | 09/18/07 | 16,300 | 47.0760 | | | | |
| Purchase | 09/27/07 | 12,100 | 46.6858 | | | | |
| Purchase | 10/15/07 | 4,100 | 46.3177 | | | | |
| Purchase | 10/23/07 | 11,000 | 42.3007 | | | | |
| Purchase | 10/31/07 | 4,100 | 42.0768 | | | | |
| Purchase | 11/02/07 | 133,000 | 37.5219 | | | | |
| Purchase | 11/05/07 | 70,000 | 36.5189 | | | | |
| Purchase | 11/05/07 | 70,000 | 36.5775 | | | | |