# CERTIFICATION OF
## STATE OF NEW JERSEY, DEPARTMENT OF TREASURY, DIVISION OF INVESTMENTS
### PURSUANT TO THE FEDERAL SECURITIES LAWS

State of New Jersey, Department of Treasury, Division of Investments ("NJ") declares, as follows:

1. NJ has reviewed the complaint filed against Citigroup Inc. ("Citigroup") and certain of its officers and directors captioned *Saltzman v. Citigroup Inc., et al.*, 07 CV 9901 (S.D.N.Y.).

2. NJ has retained as its counsel in this litigation the law firm of Berger & Montague, P.C. NJ did not purchase the security that is the subject of this action at the direction of its counsel or in order to participate in any private action arising under the Private Securities Litigation Reform Act (the "PSLRA").

3. NJ is willing to serve as a representative party on behalf of the class in this litigation and to testify at deposition and trial, if necessary.

4. NJ's transactions in Citigroup securities that are the subject of the complaint are set forth on Schedule A attached hereto.

5. NJ has not sought to serve as a representative party on behalf of a class action filed under the PSLRA during the three-year period preceding the date on which this Certification is signed.

6. NJ will not accept any payment for serving as a representative party, except to receive its pro rata share of any recovery as ordered or approved by the Court and any award to it by the Court of reasonable costs and expenses (including lost wages and travel expenses) directly relating to its representation of the class.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct. Executed this 7th day of January, 2008.

State of New Jersey, Department of Treasury, Division of Investments

By: *William G. Clark* (signature)
William G. Clark

Title: Director
Director, State of New Jersey, Department of Treasury, Division of Investment

malta433796-005.wpd

**Department of the Treasury of the State of New Jersey and its Division of Investment**
**Transactions in Citigroup (C)**
Class Period: 01/01/04 - 11/05/07

| Transaction | Date | Shares | Price | Transaction | Date | Shares | Price |
|---|---|---|---|---|---|---|---|
| Purchase | 03/22/04 | 2,000 | 49.6000 | Sale | 04/12/05 | 150,000 | 46.3526 |
| Purchase | 07/12/04 | 2,000 | 45.0000 | Sale | 04/13/05 | 50,000 | 46.2282 |
| Purchase | 09/21/04 | 2,000 | 45.5600 | Sale | 04/29/05 | 2,000 | 46.7280 |
| Purchase | 09/23/04 | 4,000 | 44.0568 | Sale | 05/02/05 | 10,000 | 47.0583 |
| Purchase | 09/24/04 | 2,000 | 44.0100 | Sale | 06/22/05 | 425,000 | 47.3575 |
| Purchase | 10/11/04 | 2,000 | 44.6400 | Sale | 06/23/05 | 175,000 | 47.2480 |
| Purchase | 11/04/04 | 2,000 | 45.3400 | Sale | 07/22/05 | 14,000 | 44.2681 |
| Purchase | 12/05/04 | 4,000 | 46.2400 | Sale | 08/30/05 | 6,000 | 43.0882 |
| Purchase | 12/14/04 | 1,000 | 46.8000 | Sale | 08/31/05 | 13,000 | 43.4182 |
| Purchase | 02/17/05 | 2,000 | 49.2200 | Sale | 09/06/05 | 4,000 | 43.9682 |
| Purchase | 02/25/05 | 2,000 | 48.3300 | Sale | 04/25/06 | 22,962 | 47.4785 |
| Purchase | 03/07/05 | 1,000 | 48.5300 | Sale | 05/26/06 | 10,000 | 49.2385 |
| Purchase | 03/09/05 | 2,000 | 48.1100 | Sale | 07/27/06 | 115,000 | 47.3176 |
| Purchase | 03/21/05 | 3,000 | 45.8000 | Sale | 07/28/06 | 85,000 | 47.7481 |
| Purchase | 06/03/05 | 607,000 | 47.5689 | Sale | 07/28/06 | 500,000 | 48.2734 |
| Purchase | 06/27/05 | 1,000 | 46.7900 | Sale | 07/31/06 | 15,000 | 48.3985 |
| Purchase | 01/03/06 | 2,000 | 48.9600 | Sale | 08/14/06 | 300,000 | 47.5623 |
| Purchase | 01/05/06 | 2,000 | 48.5000 | Sale | 08/16/06 | 50,000 | 48.4558 |
| Purchase | 01/27/06 | 1,000 | 47.1180 | Sale | 08/17/06 | 150,000 | 48.4128 |
| Purchase | 03/07/06 | 2,000 | 46.2900 | Sale | 08/28/06 | 100,000 | 49.1600 |
| Purchase | 03/27/06 | 1,000 | 47.6600 | Sale | 09/11/06 | 3,000 | 48.9098 |
| Purchase | 04/06/06 | 2,000 | 47.9470 | Sale | 09/26/06 | 3,000 | 50.1385 |
| Purchase | 04/07/06 | 1,000 | 48.2700 | Sale | 10/18/06 | 2,000 | 49.9385 |
| Purchase | 11/29/06 | 1,000 | 49.7800 | Sale | 10/25/06 | 2,000 | 50.4485 |
| Purchase | 01/18/07 | 10,000 | 54.4683 | Sale | 10/26/06 | 300,000 | 50.5045 |
| Purchase | 03/27/07 | 2,000 | 51.1700 | Sale | 10/27/06 | 4,000 | 50.4385 |
| Purchase | 04/10/07 | 1,000 | 51.6000 | Sale | 10/30/06 | 123,000 | 50.1835 |
| Purchase | 05/14/07 | 1,000 | 52.6900 | Sale | 10/30/06 | 61,000 | 50.1955 |
| Purchase | 07/26/07 | 500,000 | 47.2138 | Sale | 10/30/06 | 16,000 | 50.1711 |
| Purchase | 07/31/07 | 4,000 | 47.1300 | Sale | 11/08/06 | 2,000 | 50.5084 |
| Purchase | 08/01/07 | 2,000 | 46.6865 | Sale | 11/13/06 | 50,000 | 50.6836 |
| Purchase | 08/15/07 | 6,000 | 45.5800 | Sale | 11/14/06 | 50,000 | 50.6650 |
| Purchase | 09/07/07 | 4,000 | 45.6900 | Sale | 11/14/06 | 150,000 | 50.6475 |
| Purchase | 09/12/07 | 2,000 | 45.9200 | Sale | 11/15/06 | 50,000 | 50.3797 |
| Purchase | 09/13/07 | 111,200 | 46.4026 | Sale | 11/16/06 | 100,000 | 50.6020 |
| Purchase | 09/13/07 | 278,800 | 46.2630 | Sale | 11/30/06 | 300,000 | 49.6183 |
| Purchase | 09/14/07 | 225,000 | 46.5216 | Sale | 12/11/06 | 50,000 | 52.8044 |
| Purchase | 09/17/07 | 250,000 | 46.2035 | Sale | 12/11/06 | 150,000 | 52.5000 |
| Purchase | 09/24/07 | 2,000 | 46.9400 | Sale | 12/11/06 | 150,000 | 52.1971 |
| Purchase | 10/16/07 | 2,000 | 45.7200 | Sale | 12/12/06 | 50,000 | 52.1222 |
| Purchase | 10/17/07 | 4,000 | 44.1800 | Sale | 12/15/06 | 1,000 | 53.2484 |
| Purchase | 10/19/07 | 2,000 | 42.5800 | Sale | 12/18/06 | 4,000 | 54.4383 |
| Purchase | 11/01/07 | 2,000 | 38.4360 | Sale | 12/20/06 | 450,000 | 55.0176 |
| Purchase | 11/02/07 | 2,000 | 37.1800 | Sale | 12/20/06 | 450,000 | 55.1023 |
| Purchase | 11/05/07 | 1,000 | 36.5000 | Sale | 12/22/06 | 3,000 | 54.9483 |
| | | | | Sale | 12/26/06 | 20,000 | 55.0158 |
| | | | | Sale | 12/28/06 | 20,000 | 55.9883 |
| | | | | Sale | 12/29/06 | 80,000 | 56.0094 |
| | | | | Sale | 01/04/07 | 100,000 | 54.9006 |
| | | | | Sale | 01/04/07 | 37,500 | 54.8817 |

**Department of the Treasury of the State of New Jersey and its Division of Investment**
**Transactions in Citigroup (C)**
Class Period: 01/01/04 - 11/05/07
CONTINUED

| Transaction | Date | Shares | Price | Transaction | Date | Shares | Price |
|---|---|---|---|---|---|---|---|
| | | | | Sale | 01/04/07 | 30,000 | 54.8811 |
| | | | | Sale | 01/04/07 | 101,250 | 54.9790 |
| | | | | Sale | 01/04/07 | 12,500 | 55.0183 |
| | | | | Sale | 01/04/07 | 118,750 | 55.0396 |
| | | | | Sale | 01/18/07 | 300,000 | 54.3309 |
| | | | | Sale | 01/22/07 | 100,000 | 54.9888 |
| | | | | Sale | 01/26/07 | 50,000 | 53.7942 |
| | | | | Sale | 01/26/07 | 35,000 | 53.9023 |
| | | | | Sale | 03/26/07 | 100,000 | 51.3175 |
| | | | | Sale | 05/03/07 | 1,000 | 54.0292 |
| | | | | Sale | 05/09/07 | 300,000 | 53.7874 |
| | | | | Sale | 05/17/07 | 1,000 | 54.7292 |
| | | | | Sale | 05/25/07 | 75,000 | 54.9270 |
| | | | | Sale | 06/06/07 | 140,000 | 53.3583 |
| | | | | Sale | 06/07/07 | 115,000 | 53.0196 |
| | | | | Sale | 06/08/07 | 145,000 | 52.8133 |
| | | | | Sale | 07/17/07 | 2,000 | 52.5122 |
| | | | | Sale | 08/17/07 | 4,000 | 49.6192 |