# PLAINTIFF'S CERTIFICATION

I, Dan Slack, on behalf of the State Universities Retirement System ("SURS") of Illinois hereby certify that the following is true and correct to the best of my knowledge, information and belief:

1. I am the Executive Director of SURS. I have reviewed a copy of the complaint caption *Saltman v. Citigroup et. al.* and *Hammerschlag v. Citigroup et. al.* filed in this matter. SURS has authorized the filing of a lead plaintiff motion by Berman DeValerio Pease Tobacco Burt & Pucillo ("Berman DeValerio").

2. SURS is willing to serve as a lead plaintiff on behalf of the class, including providing testimony at deposition and trial, if necessary.

3. SURS' transactions in Citigroup securities that are the subject of the complaints in this action are attached hereto.

4. SURS did not purchase these securities at the direction of counsel or in order to participate in any private action arising under the Securities Exchange Act of 1934.

5. During the three year period preceding the date of my signing this Certification, SURS has sought to serve as representative on behalf of a class in two other actions under the federal securities laws. SURS presently serves as lead plaintiff or class representative in the following securities class actions.

    1. *In re Alstom S.A. Securities Litigation*, Case No. 1:03-cv-06595-VM (S.D.N.Y.) (represented by the law firm of Couglin, Stoia, Geller, Rudman & Robbins, LLP) (lead plaintiff);

2.  *In re HealthSouth Securities Litigation* (Bond Litigation), Bond Litigation Case No. CV-03-BE-1502-S; Consolidated Case No. CV-03-BE-1500-S (N.D. Ala.) (represented by the law firms Cunningham Bounds Yance Crowder & Brown and Berman DeValerio Pease Tabacco Burt & Pucillo) (class representative);

3.  *In re AstraZeneca Securities Litigation*, Case No. 1:05-cv-02688-TPG (S.D.N.Y.) (represented by the law firm Coughlin, Stoia, Geller, Rudman & Robbins, LLP) (class representative);

4.  *Thomas G. Ong, et al v. Sears, Roebuck and Co.*, Case No. 03 C 04142 (N.D.Ill) (represented by the law firm of Cohen, Milstein, Hausfeld & Toll, P.L.L.C.) (class representative).

6.  SURS will not accept any payment for serving as a representative party on behalf of the class beyond its pro rata share of any possible recovery, except for an award, as ordered or approved by the Court, for reasonable costs and expenses (including lost wages) directly relating to its representation of the class.

7.  As Executive Director of SURS I am duly authorized to sign this Certification on behalf of SURS.

Signed under the penalties of perjury this 4th day of January, 2008.

_____
Dan M. Slack

**State Universities Retirement System of Illinois**
**Transactions in Citigroup (C)**
Class Period: 01/01/04 - 11/05/07

| Transaction | Date | Shares | Price | Transaction | Date | Shares | Price |
|---|---|---|---|---|---|---|---|
| Purchase | 01/06/04 | 9,500 | 49.7200 | Sale | 01/05/04 | 59,800 | 49.7900 |
| Purchase | 01/06/04 | 102,700 | 49.6775 | Sale | 05/14/04 | 1,800 | 45.6220 |
| Purchase | 07/28/04 | 18,620 | 44.0248 | Sale | 05/18/04 | 3,500 | 45.3649 |
| Purchase | 07/29/04 | 27,930 | 44.2949 | Sale | 05/19/04 | 7,600 | 45.6260 |
| Purchase | 07/30/04 | 46,550 | 44.1080 | Sale | 05/20/04 | 2,800 | 45.4670 |
| Purchase | 08/24/04 | 12,100 | 45.8715 | Sale | 06/23/04 | 4,600 | 47.0418 |
| Purchase | 09/01/04 | 400 | 46.5738 | Sale | 06/25/04 | 22,200 | 46.7300 |
| Purchase | 09/02/04 | 900 | 46.6326 | Sale | 09/17/04 | 15,100 | 46.9525 |
| Purchase | 09/03/04 | 500 | 47.0763 | Sale | 01/26/05 | 86,600 | 48.4800 |
| Purchase | 09/07/04 | 500 | 47.1767 | Sale | 03/24/05 | 24,600 | 44.5200 |
| Purchase | 09/08/04 | 500 | 47.0733 | Sale | 07/07/05 | 18,700 | 45.9910 |
| Purchase | 09/09/04 | 300 | 46.8843 | Sale | 07/08/05 | 14,500 | 46.5110 |
| Purchase | 09/10/04 | 300 | 46.9683 | Sale | 07/11/05 | 12,900 | 46.2490 |
| Purchase | 09/15/04 | 400 | 47.0475 | Sale | 07/11/05 | 5,400 | 46.1150 |
| Purchase | 09/17/04 | 1,100 | 46.9690 | Sale | 07/12/05 | 8,700 | 46.0130 |
| Purchase | 10/19/04 | 900 | 43.8030 | Sale | 07/12/05 | 5,400 | 45.9770 |
| Purchase | 10/19/04 | 200 | 44.3115 | Sale | 09/19/05 | 14,200 | 45.3010 |
| Purchase | 10/20/04 | 400 | 43.1700 | Sale | 10/03/05 | 100 | 45.5100 |
| Purchase | 10/21/04 | 200 | 42.9828 | Sale | 12/16/05 | 488 | 49.3700 |
| Purchase | 10/22/04 | 200 | 42.9293 | Sale | 01/20/06 | 69,100 | 45.6900 |
| Purchase | 10/25/04 | 700 | 42.3981 | Sale | 03/07/06 | 100 | 46.1100 |
| Purchase | 10/27/04 | 300 | 43.5030 | Sale | 03/17/06 | 100 | 47.4160 |
| Purchase | 10/29/04 | 700 | 44.3589 | Sale | 03/17/06 | 21,000 | 47.4120 |
| Purchase | 11/01/04 | 600 | 44.4191 | Sale | 03/22/06 | 35,300 | 47.6700 |
| Purchase | 11/12/04 | 9,900 | 47.0670 | Sale | 03/31/06 | 300 | 47.2350 |
| Purchase | 12/28/04 | 3,774 | 48.3500 | Sale | 06/16/06 | 14,800 | 48.3600 |
| Purchase | 01/13/05 | 43,700 | 47.8776 | Sale | 06/22/06 | 33,900 | 48.1700 |
| Purchase | 01/13/05 | 3,800 | 47.8550 | Sale | 10/26/06 | 3,400 | 50.8300 |
| Purchase | 03/18/05 | 562 | 46.8400 | Sale | 11/27/06 | 15,300 | 49.8900 |
| Purchase | 05/20/05 | 100 | 47.4500 | Sale | 12/22/06 | 18,800 | 54.5500 |
| Purchase | 06/17/05 | 5,800 | 47.4600 | Sale | 04/25/07 | 62,100 | 53.2380 |
| Purchase | 08/16/05 | 9,800 | 44.2620 | Sale | 04/25/07 | 25,500 | 53.8000 |
| Purchase | 09/16/05 | 324 | 45.4100 | Sale | 05/25/07 | 10,500 | 55.1200 |
| Purchase | 12/20/05 | 100 | 49.1470 | Sale | 08/27/07 | 6,700 | 47.7900 |
| Purchase | 02/22/06 | 100 | 46.5700 | Sale | 08/27/07 | 15,500 | 47.7900 |
| Purchase | 04/17/06 | 100 | 48.4200 | Sale | 10/19/07 | 600 | 42.8410 |
| Purchase | 08/08/06 | 100 | 48.5400 | Sale | 10/22/07 | 1,300 | 42.3940 |
| Purchase | 09/15/06 | 100 | 49.1800 | Sale | 10/23/07 | 1,600 | 42.4100 |
| Purchase | 10/11/06 | 15,800 | 50.3100 | Sale | 10/24/07 | 1,700 | 42.2570 |
| Purchase | 03/26/07 | 72 | 51.5400 | Sale | 10/25/07 | 4,000 | 41.2300 |
| Purchase | 04/20/07 | 308,300 | 53.4200 | Sale | 10/25/07 | 800 | 41.5180 |
| Purchase | 04/30/07 | 4,455 | 53.7200 | Sale | 10/26/07 | 800 | 41.9030 |
| Purchase | 04/30/07 | 35,545 | 53.6200 | Sale | 10/29/07 | 700 | 42.7090 |
| Purchase | 04/30/07 | 140 | 53.6200 | Sale | 10/30/07 | 5,800 | 42.3620 |
| Purchase | 06/08/07 | 800 | 52.8350 | Sale | 10/31/07 | 1,400 | 42.1210 |
| Purchase | 06/15/07 | 412 | 53.9730 | Sale | 11/05/07 | 1,500 | 35.5860 |
| Purchase | 06/15/07 | 18,400 | 53.9800 | | | | |
| Purchase | 09/21/07 | 371 | 47.5040 | | | | |
| Purchase | 10/15/07 | 100 | 46.6900 | | | | |