**Citigroup (C)**
Class Period: 04/17/06 - 11/02/07
Retained share price: $32.0169 (11/05/07 - 01/04/08)

**State Teachers Retirement System of Ohio - FIFO loss**

| Transaction | Date | Shares | Price | Cost |
|---|---|---|---|---|
| Pre-class holdings | | 10,237,095 | | |

| Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|
| Sale | 04/21/06 | 23,795 | 48.3398 | $1,150,245.54 |
| Sale | 05/23/06 | 3,500 | 49.0819 | $171,786.65 |
| Sale | 06/29/06 | 22,150 | 48.7589 | $1,080,009.64 |
| Sale | 06/29/06 | 4,430 | 48.8830 | $216,551.69 |
| Sale | 06/30/06 | 310,400 | 48.2738 | $14,984,187.52 |
| Sale | 06/30/06 | 11,075 | 48.4987 | $537,123.10 |
| Sale | 06/30/06 | 6,645 | 48.5523 | $322,630.03 |
| Sale | 11/09/06 | 800 | 50.4684 | $40,374.72 |
| Sale | 03/07/07 | 2,700 | 50.4800 | $136,296.00 |
| Sale | 05/25/07 | 8,700 | 54.8249 | $476,976.63 |
| Sale | 06/22/07 | 141,400 | 52.4100 | $7,410,774.00 |
| Sale | 07/13/07 | 200,000 | 52.5035 | $10,500,700.00 |
| Sale | 08/28/07 | 55,800 | 46.6401 | $2,602,517.58 |
| Sale | 10/10/07 | 49,378 | 47.1184 | $2,326,612.36 |
| Sale | 10/10/07 | 26,422 | 47.1401 | $1,245,535.72 |
| *Shares sold during the class period offsetting opening balance:* | | **867,195** | | **$43,202,321.18** |
| | | | | |
| *Sale* | *11/19/07* | *135,900* | *34.2255* | *$4,651,239.27* |
| *Shares sold in the lookback period offsetting opening balance:* | | **135,900** | | **$4,651,239.27** |

| Transaction | Date | Shares | Price | Cost |
|---|---|---|---|---|
| Purchase | 07/17/06 | 2,800 | 46.4531 | $130,068.68 |
| Purchase | 09/14/06 | 1,800 | 49.2125 | $88,582.50 |
| Purchase | 10/19/06 | 100,000 | 49.7300 | $4,973,000.00 |
| Purchase | 10/27/06 | 48,000 | 50.6600 | $2,431,680.00 |
| Purchase | 11/21/06 | 2,700 | 50.5478 | $136,479.06 |
| Purchase | 11/21/06 | 39,000 | 50.5775 | $1,972,522.50 |
| Purchase | 01/08/07 | 4,900 | 54.7619 | $268,333.31 |
| Purchase | 01/24/07 | 85,000 | 54.4236 | $4,626,006.00 |
| Purchase | 01/29/07 | 7,878 | 54.1962 | $426,957.66 |
| Purchase | 01/29/07 | 1,922 | 54.1962 | $104,165.10 |
| Purchase | 02/27/07 | 40,000 | 50.5068 | $2,020,272.00 |
| Purchase | 03/01/07 | 130,000 | 51.2856 | $6,667,128.00 |
| Purchase | 03/14/07 | 5,900 | 48.7964 | $287,898.76 |

**Citigroup (C)**
Class Period: 04/17/06 - 11/02/07
Retained share price: $32.0169 (11/05/07 - 01/04/08)

**State Teachers Retirement System of Ohio - FIFO loss**

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 04/23/07 | 7,600 | 53.1615 | $404,027.40 | | | | | |
| Purchase | 06/05/07 | 145,000 | 53.8905 | $7,814,122.50 | | | | | |
| Purchase | 07/06/07 | 63,800 | 51.6488 | $3,295,193.44 | | | | | |
| Purchase | 07/30/07 | 15,500 | 47.1392 | $730,657.60 | | | | | |
| Purchase | 08/15/07 | 7,100 | 46.0077 | $326,654.67 | | | | | |
| Purchase | 08/22/07 | 24,000 | 48.0743 | $1,153,783.20 | | | | | |
| Purchase | 09/11/07 | 14,700 | 45.8679 | $674,258.13 | | | | | |
| Purchase | 09/18/07 | 16,300 | 47.0760 | $767,338.80 | | | | | |
| Purchase | 09/27/07 | 12,100 | 46.6858 | $564,898.18 | | | | | |
| Purchase | 10/15/07 | 4,100 | 46.3177 | $189,902.57 | | | | | |
| Purchase | 10/23/07 | 11,000 | 42.3007 | $465,307.70 | | | | | |
| Purchase | 10/31/07 | 4,100 | 42.0768 | $172,514.88 | | | | | |
| Purchase | 11/02/07 | 133,000 | 37.5219 | $4,990,412.70 | Retained | | 928,200 | 32.0169 | $29,718,086.58 |
| | | **928,200** | | **$45,682,165.34** | | | **928,200** | | **$29,718,086.58** |

|  |  |
|---|---|
| *Loss on retained shares:* | **($15,964,078.76)** |

*Shares sold in the 90 days following the class period have been valued at the higher of the price between the actual sales price and the average closing price from the end of the class period to the date of the actual sale

**Citigroup (C)**
Class Period: 04/17/06 - 11/02/07
Retained share price: $32.0169 (11/05/07 - 01/04/08)

**State Teachers Retirement System of Ohio - LIFO loss**

| Transaction | Date | Shares | Price | Cost | | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|---|
| Pre-class holdings | | 10,237,095 | | | | Sale | 04/21/06 | 23,795 | 48.3398 | $1,150,245.54 |
| | | | | | | Sale | 05/23/06 | 3,500 | 49.0819 | $171,786.65 |
| | | | | | | Sale | 06/29/06 | 22,150 | 48.7589 | $1,080,009.64 |
| | | | | | | Sale | 06/29/06 | 4,430 | 48.8830 | $216,551.69 |
| | | | | | | Sale | 06/30/06 | 310,400 | 48.2738 | $14,984,187.52 |
| | | | | | | Sale | 06/30/06 | 11,075 | 48.4987 | $537,123.10 |
| | | | | | | Sale | 06/30/06 | 6,645 | 48.5523 | $322,630.03 |
| | | | | | | *Shares sold during the class period offsetting opening balance:* | | 381,995 | | $18,462,534.17 |
| Purchase | 07/17/06 | 2,800 | 46.4531 | $130,068.68 | | Sale | 11/09/06 | 800 | 50.4684 | $40,374.72 |
| Purchase | 09/14/06 | 1,800 | 49.2125 | $88,582.50 | | Sale | 03/07/07 | 2,700 | 50.4800 | $136,296.00 |
| Purchase | 10/19/06 | 100,000 | 49.7300 | $4,973,000.00 | | Sale | 05/25/07 | 8,700 | 54.8249 | $476,976.63 |
| Purchase | 10/27/06 | 48,000 | 50.6600 | $2,431,680.00 | | Sale | 06/22/07 | 141,400 | 52.4100 | $7,410,774.00 |
| Purchase | 11/21/06 | 2,700 | 50.5478 | $136,479.06 | | Sale | 07/13/07 | 200,000 | 52.5035 | $10,500,700.00 |
| Purchase | 11/21/06 | 39,000 | 50.5775 | $1,972,522.50 | | Sale | 08/28/07 | 55,800 | 46.6401 | $2,602,517.58 |
| Purchase | 01/08/07 | 4,900 | 54.7619 | $268,333.31 | | Sale | 10/10/07 | 49,378 | 47.1184 | $2,326,612.36 |
| Purchase | 01/24/07 | 85,000 | 54.4236 | $4,626,006.00 | | Sale | 10/10/07 | 26,422 | 47.1401 | $1,245,535.72 |
| Purchase | 01/29/07 | 7,878 | 54.1962 | $426,957.66 | | | | | | |
| Purchase | 01/29/07 | 1,922 | 54.1962 | $104,165.10 | | *Sale | 11/19/07 | 135,900 | 34.2255 | $4,651,239.27 |
| Purchase | 02/27/07 | 40,000 | 50.5068 | $2,020,272.00 | | | | | | |
| Purchase | 03/01/07 | 130,000 | 51.2856 | $6,667,128.00 | | Retained | | 307,100 | 32.0169 | $9,832,389.99 |
| Purchase | 03/14/07 | 5,900 | 48.7964 | $287,898.76 | | | | | | |
| Purchase | 04/23/07 | 7,600 | 53.1615 | $404,027.40 | | | | | | |
| Purchase | 06/05/07 | 145,000 | 53.8905 | $7,814,122.50 | | | | | | |
| Purchase | 07/06/07 | 63,800 | 51.6488 | $3,295,193.44 | | | | | | |
| Purchase | 07/30/07 | 15,500 | 47.1392 | $730,657.60 | | | | | | |
| Purchase | 08/15/07 | 7,100 | 46.0077 | $326,654.67 | | | | | | |
| Purchase | 08/22/07 | 24,000 | 48.0743 | $1,153,783.20 | | | | | | |
| Purchase | 09/11/07 | 14,700 | 45.8679 | $674,258.13 | | | | | | |
| Purchase | 09/18/07 | 16,300 | 47.0760 | $767,338.80 | | | | | | |
| Purchase | 09/27/07 | 12,100 | 46.6858 | $564,898.18 | | | | | | |
| Purchase | 10/15/07 | 4,100 | 46.3177 | $189,902.57 | | | | | | |
| Purchase | 10/23/07 | 11,000 | 42.3007 | $465,307.70 | | | | | | |
| Purchase | 10/31/07 | 4,100 | 42.0768 | $172,514.88 | | | | | | |

**Citigroup (C)**
Class Period: 04/17/06 - 11/02/07
Retained share price: $32.0169 (11/05/07 - 01/04/08)

**State Teachers Retirement System of Ohio - LIFO loss**

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 11/02/07 | 133,000 | 37.5219 | $4,990,412.70 | | | | | |
| | | **928,200** | | **$45,682,165.34** | | | **928,200** | | **$39,223,416.27** |

|  |  |
|---|---|
| *Total LIFO loss:* | **($6,458,749.07)** |

*Shares sold in the 90 days following the class period have been valued at the higher of the price between the actual sales price and the average closing price from the end of the class period to the date of the actual sale

**Citigroup (C)**
Class Period: 01/01/04 - 11/05/07
Retained share price: $31.9222 (11/06/07 - 01/04/08)

**State Teachers Retirement System of Ohio - FIFO loss**

| Transaction | Date | Shares | Price | Cost | | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|---|
| Pre-class holdings | | 10,907,032 | | | | Sale | 01/29/04 | 129,500 | 49.4790 | $6,407,530.50 |
| | | | | | | Sale | 02/06/04 | 35,100 | 48.0640 | $1,687,046.40 |
| | | | | | | Sale | 03/04/04 | 53,800 | 49.5688 | $2,666,801.44 |
| | | | | | | Sale | 03/16/04 | 1,900 | 49.5584 | $94,160.96 |
| | | | | | | Sale | 03/19/04 | 1,846 | 50.7913 | $93,760.74 |
| | | | | | | Sale | 04/30/04 | 200 | 48.0900 | $9,618.00 |
| | | | | | | Sale | 06/25/04 | 1,700 | 46.7300 | $79,441.00 |
| | | | | | | Sale | 06/25/04 | 197,600 | 46.7300 | $9,233,848.00 |
| | | | | | | Sale | 06/25/04 | 24,100 | 46.7826 | $1,127,460.66 |
| | | | | | | Sale | 07/30/04 | 100 | 44.0900 | $4,409.00 |
| | | | | | | Sale | 08/17/04 | 232 | 45.1447 | $10,473.57 |
| | | | | | | Sale | 08/17/04 | 620 | 45.1280 | $27,979.36 |
| | | | | | | Sale | 08/18/04 | 417 | 45.4256 | $18,942.48 |
| | | | | | | Sale | 08/19/04 | 280 | 45.3448 | $12,696.54 |
| | | | | | | Sale | 08/24/04 | 535 | 45.9258 | $24,570.30 |
| | | | | | | Sale | 08/25/04 | 403 | 46.0708 | $18,566.53 |
| | | | | | | Sale | 08/26/04 | 402 | 46.4056 | $18,655.05 |
| | | | | | | Sale | 08/30/04 | 1,300 | 46.5545 | $60,520.85 |
| | | | | | | Sale | 08/31/04 | 400 | 46.5800 | $18,632.00 |
| | | | | | | Sale | 08/31/04 | 1,000 | 46.5800 | $46,580.00 |
| | | | | | | Sale | 09/30/04 | 31,900 | 44.0908 | $1,406,496.52 |
| | | | | | | Sale | 10/01/04 | 60,300 | 44.8465 | $2,704,243.95 |
| | | | | | | Sale | 10/18/04 | 46,500 | 44.0715 | $2,049,324.75 |
| | | | | | | Sale | 12/13/04 | 45,740 | 46.6757 | $2,134,946.52 |
| | | | | | | Sale | 12/14/04 | 45,860 | 46.9514 | $2,153,191.20 |
| | | | | | | Sale | 12/22/04 | 48,400 | 47.9824 | $2,322,348.16 |
| | | | | | | Sale | 12/23/04 | 8,800 | 48.8960 | $430,284.80 |
| | | | | | | Sale | 12/30/04 | 30,800 | 48.1138 | $1,481,905.04 |
| | | | | | | Sale | 01/11/05 | 5,900 | 48.1131 | $283,867.29 |
| | | | | | | Sale | 01/31/05 | 85,700 | 49.1178 | $4,209,395.46 |
| | | | | | | Sale | 03/07/05 | 130,000 | 48.5336 | $6,309,368.00 |
| | | | | | | Sale | 04/26/05 | 1,400 | 46.7740 | $65,483.60 |
| | | | | | | Sale | 05/23/05 | 45,600 | 47.7305 | $2,176,510.80 |
| | | | | | | Sale | 06/23/05 | 3,500 | 47.0740 | $164,759.00 |
| | | | | | | Sale | 06/24/05 | 106,800 | 46.9500 | $5,014,260.00 |

**Citigroup (C)**
Class Period: 01/01/04 - 11/05/07
Retained share price: $31.9222 (11/06/07 - 01/04/08)

**State Teachers Retirement System of Ohio - FIFO loss**

| Transaction | Date | Shares | Price | Cost | | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Sale | 06/24/05 | 3,500 | 46.9500 | $164,325.00 |
| | | | | | | Sale | 06/27/05 | 31,000 | 47.0500 | $1,458,550.00 |
| | | | | | | Sale | 06/27/05 | 70,400 | 47.0900 | $3,315,136.00 |
| | | | | | | Sale | 06/27/05 | 107,700 | 46.8952 | $5,050,613.04 |
| | | | | | | Sale | 06/30/05 | 4,600 | 46.4874 | $213,842.04 |
| | | | | | | Sale | 07/25/05 | 7,600 | 44.6038 | $338,988.88 |
| | | | | | | Sale | 08/15/05 | 4,600 | 43.8628 | $201,768.88 |
| | | | | | | Sale | 08/22/05 | 51,200 | 44.2347 | $2,264,816.64 |
| | | | | | | Sale | 08/29/05 | 52,500 | 43.3112 | $2,273,838.00 |
| | | | | | | Sale | 12/07/05 | 16,105 | 48.7254 | $784,722.57 |
| | | | | | | Sale | 12/08/05 | 1,484 | 48.7540 | $72,350.94 |
| | | | | | | Sale | 12/08/05 | 126,000 | 48.7269 | $6,139,589.40 |
| | | | | | | Sale | 12/09/05 | 130,600 | 48.8860 | $6,384,511.60 |
| | | | | | | Sale | 12/09/05 | 30,277 | 48.5680 | $1,470,493.34 |
| | | | | | | Sale | 12/12/05 | 27,523 | 48.8352 | $1,344,091.21 |
| | | | | | | Sale | 12/12/05 | 1,000 | 48.9500 | $48,950.00 |
| | | | | | | Sale | 12/15/05 | 7,100 | 49.2491 | $349,668.61 |
| | | | | | | Sale | 12/16/05 | 1,400 | 49.3886 | $69,144.04 |
| | | | | | | Sale | 12/16/05 | 2,200 | 49.4600 | $108,812.00 |
| | | | | | | Sale | 12/27/05 | 37,549 | 49.3088 | $1,851,496.13 |
| | | | | | | Sale | 01/03/06 | 7,751 | 49.1705 | $381,120.55 |
| | | | | | | Sale | 01/03/06 | 25,050 | 49.2469 | $1,233,634.85 |
| | | | | | | Sale | 01/04/06 | 24,850 | 48.7926 | $1,212,496.11 |
| | | | | | | Sale | 01/04/06 | 24,800 | 48.9820 | $1,214,753.60 |
| | | | | | | Sale | 01/05/06 | 24,650 | 48.4611 | $1,194,566.12 |
| | | | | | | Sale | 01/06/06 | 49,400 | 48.7457 | $2,408,037.58 |
| | | | | | | Sale | 01/09/06 | 48,900 | 48.5593 | $2,374,549.77 |
| | | | | | | Sale | 01/11/06 | 12,175 | 49.0896 | $597,665.88 |
| | | | | | | Sale | 02/27/06 | 24,109 | 46.9458 | $1,131,816.29 |
| | | | | | | Sale | 03/15/06 | 25,262 | 47.1179 | $1,190,292.39 |
| | | | | | | Sale | 03/16/06 | 49,425 | 47.3611 | $2,340,822.37 |
| | | | | | | Sale | 03/23/06 | 2,760 | 47.7100 | $131,679.60 |
| | | | | | | Sale | 03/24/06 | 8,300 | 47.8127 | $396,845.41 |
| | | | | | | Sale | 03/27/06 | 2,740 | 47.6425 | $130,540.45 |
| | | | | | | Sale | 04/05/06 | 11,353 | 48.2699 | $548,008.17 |

**Citigroup (C)**
Class Period: 01/01/04 - 11/05/07
Retained share price: $31.9222 (11/06/07 - 01/04/08)

**State Teachers Retirement System of Ohio - FIFO loss**

| Transaction | Date | Shares | Price | Cost | | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Sale | 04/21/06 | 23,795 | 48.3398 | $1,150,245.54 |
| | | | | | | Sale | 05/23/06 | 3,500 | 49.0819 | $171,786.65 |
| | | | | | | Sale | 06/29/06 | 22,150 | 48.7589 | $1,080,009.64 |
| | | | | | | Sale | 06/29/06 | 4,430 | 48.8830 | $216,551.69 |
| | | | | | | Sale | 06/30/06 | 310,400 | 48.2738 | $14,984,187.52 |
| | | | | | | Sale | 06/30/06 | 11,075 | 48.4987 | $537,123.10 |
| | | | | | | Sale | 06/30/06 | 6,645 | 48.5523 | $322,630.03 |
| | | | | | | Sale | 11/09/06 | 800 | 50.4684 | $40,374.72 |
| | | | | | | Sale | 03/07/07 | 2,700 | 50.4800 | $136,296.00 |
| | | | | | | Sale | 05/25/07 | 8,700 | 54.8249 | $476,976.63 |
| | | | | | | Sale | 06/22/07 | 141,400 | 52.4100 | $7,410,774.00 |
| | | | | | | Sale | 07/13/07 | 200,000 | 52.5035 | $10,500,700.00 |
| | | | | | | Sale | 08/28/07 | 55,800 | 46.6401 | $2,602,517.58 |
| | | | | | | Sale | 10/10/07 | 49,378 | 47.1184 | $2,326,612.36 |
| | | | | | | Sale | 10/10/07 | 26,422 | 47.1401 | $1,245,535.72 |
| | | | | | | *Shares sold during the class period offsetting opening balance:* | | **3,071,693** | | **$148,162,937.10** |
| | | | | | | | | | | |
| | | | | | | *Sale* | *11/19/07* | *135,900* | *34.0580* | *$4,628,482.20* |
| | | | | | | *Shares sold in the lookback period offsetting opening balance:* | | **135,900** | | **$4,628,482.20** |
| Purchase | 01/16/04 | 966 | 49.2800 | $47,604.48 | | | | | | |
| Purchase | 01/20/04 | 1,329 | 49.2839 | $65,498.30 | | | | | | |
| Purchase | 02/03/04 | 1,381 | 48.9366 | $67,581.44 | | | | | | |
| Purchase | 02/04/04 | 1,440 | 48.7441 | $70,191.50 | | | | | | |
| Purchase | 02/06/04 | 1,592 | 49.0987 | $78,165.13 | | | | | | |
| Purchase | 03/24/04 | 48,800 | 49.7900 | $2,429,752.00 | | | | | | |
| Purchase | 04/12/04 | 57,000 | 52.0386 | $2,966,199.30 | | | | | | |
| Purchase | 04/26/04 | 1,699 | 49.0987 | $83,418.69 | | | | | | |
| Purchase | 05/06/04 | 27,800 | 48.1165 | $1,337,638.70 | | | | | | |
| Purchase | 05/07/04 | 159,200 | 46.9837 | $7,479,805.04 | | | | | | |
| Purchase | 05/10/04 | 68,900 | 45.2221 | $3,115,802.69 | | | | | | |
| Purchase | 05/10/04 | 36,300 | 45.1268 | $1,638,102.84 | | | | | | |
| Purchase | 05/11/04 | 1,350 | 45.6040 | $61,565.40 | | | | | | |

**Citigroup (C)**
Class Period: 01/01/04 - 11/05/07
Retained share price: $31.9222 (11/06/07 - 01/04/08)

**State Teachers Retirement System of Ohio - FIFO loss**

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 05/12/04 | 12,100 | 45.2060 | $546,992.60 | | | | | |
| Purchase | 05/18/04 | 1,440 | 45.2139 | $65,108.02 | | | | | |
| Purchase | 06/01/04 | 700 | 46.4500 | $32,515.00 | | | | | |
| Purchase | 06/29/04 | 3,100 | 46.3477 | $143,677.87 | | | | | |
| Purchase | 06/29/04 | 17,500 | 46.1969 | $808,445.75 | | | | | |
| Purchase | 06/30/04 | 91,500 | 46.2998 | $4,236,431.70 | | | | | |
| Purchase | 06/30/04 | 102,000 | 46.3401 | $4,726,690.20 | | | | | |
| Purchase | 07/08/04 | 53,000 | 45.1198 | $2,391,349.40 | | | | | |
| Purchase | 07/12/04 | 67,000 | 45.0000 | $3,015,000.00 | | | | | |
| Purchase | 07/16/04 | 2,100 | 43.9792 | $92,356.32 | | | | | |
| Purchase | 07/27/04 | 105,000 | 43.8183 | $4,600,921.50 | | | | | |
| Purchase | 07/27/04 | 66,000 | 43.8985 | $2,897,301.00 | | | | | |
| Purchase | 07/28/04 | 47,800 | 43.8759 | $2,097,268.02 | | | | | |
| Purchase | 08/06/04 | 36,300 | 43.5050 | $1,579,231.50 | | | | | |
| Purchase | 09/21/04 | 15,000 | 45.5900 | $683,850.00 | | | | | |
| Purchase | 09/21/04 | 51,000 | 45.5717 | $2,324,156.70 | | | | | |
| Purchase | 10/11/04 | 24,100 | 44.8717 | $1,081,407.97 | | | | | |
| Purchase | 10/22/04 | 12,600 | 42.9986 | $541,782.36 | | | | | |
| Purchase | 11/05/04 | 700 | 46.2500 | $32,375.00 | | | | | |
| Purchase | 11/24/04 | 4,100 | 45.5375 | $186,703.75 | | | | | |
| Purchase | 12/17/04 | 2,100 | 46.7716 | $98,220.36 | | | | | |
| Purchase | 12/28/04 | 1,543 | 48.4215 | $74,714.37 | | | | | |
| Purchase | 12/29/04 | 1,257 | 48.3300 | $60,750.81 | | | | | |
| Purchase | 01/05/05 | 1,292 | 48.6305 | $62,830.61 | | | | | |
| Purchase | 01/05/05 | 128 | 48.4150 | $6,197.12 | | | | | |
| Purchase | 01/11/05 | 7,032 | 48.2153 | $339,049.99 | | | | | |
| Purchase | 01/18/05 | 964 | 48.1654 | $46,431.45 | | | | | |
| Purchase | 01/18/05 | 501 | 48.2346 | $24,165.53 | | | | | |
| Purchase | 01/19/05 | 3,356 | 48.2610 | $161,963.92 | | | | | |
| Purchase | 02/08/05 | 1,100 | 49.6336 | $54,596.96 | | | | | |
| Purchase | 03/15/05 | 3,061 | 48.0822 | $147,179.61 | | | | | |
| Purchase | 04/04/05 | 6,549 | 44.4452 | $291,071.61 | | | | | |
| Purchase | 04/05/05 | 6,548 | 44.8325 | $293,563.21 | | | | | |
| Purchase | 04/20/05 | 1,260 | 46.1683 | $58,172.06 | | | | | |
| Purchase | 04/20/05 | 540 | 45.9900 | $24,834.60 | | | | | |

**Citigroup (C)**
Class Period: 01/01/04 - 11/05/07
Retained share price: $31.9222 (11/06/07 - 01/04/08)

**State Teachers Retirement System of Ohio - FIFO loss**

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 07/05/05 | 4,200 | 46.4100 | $194,922.00 | | | | | |
| Purchase | 07/13/05 | 2,500 | 45.7458 | $114,364.50 | | | | | |
| Purchase | 07/21/05 | 3,500 | 44.2445 | $154,855.75 | | | | | |
| Purchase | 07/29/05 | 2,300 | 43.6100 | $100,303.00 | | | | | |
| Purchase | 08/02/05 | 624 | 43.9750 | $27,440.40 | | | | | |
| Purchase | 08/02/05 | 2,272 | 44.0053 | $99,980.04 | | | | | |
| Purchase | 08/03/05 | 8,737 | 43.8740 | $383,327.14 | | | | | |
| Purchase | 08/03/05 | 60,000 | 43.8452 | $2,630,712.00 | | | | | |
| Purchase | 08/11/05 | 25,000 | 43.3284 | $1,083,210.00 | | | | | |
| Purchase | 08/11/05 | 25,000 | 43.3571 | $1,083,927.50 | | | | | |
| Purchase | 08/11/05 | 50,000 | 43.3200 | $2,166,000.00 | | | | | |
| Purchase | 08/19/05 | 48,900 | 44.2070 | $2,161,722.30 | | | | | |
| Purchase | 09/12/05 | 4,900 | 45.0459 | $220,724.91 | | | | | |
| Purchase | 09/29/05 | 4,200 | 45.4988 | $191,094.96 | | | | | |
| Purchase | 11/08/05 | 13,000 | 46.4038 | $603,249.40 | | | | | |
| Purchase | 11/10/05 | 54,600 | 47.3847 | $2,587,204.62 | | | | | |
| Purchase | 12/02/05 | 16,300 | 48.7510 | $794,641.30 | | | | | |
| Purchase | 01/12/06 | 2,700 | 48.9856 | $132,261.12 | | | | | |
| Purchase | 01/23/06 | 3,800 | 45.9818 | $174,730.84 | | | | | |
| Purchase | 03/20/06 | 2,800 | 47.4239 | $132,786.92 | | | | | |
| Purchase | 03/20/06 | 19,200 | 47.4650 | $911,328.00 | | | | | |
| Purchase | 04/13/06 | 22,000 | 48.0918 | $1,058,019.60 | | | | | |
| Purchase | 07/17/06 | 2,800 | 46.4531 | $130,068.68 | | | | | |
| Purchase | 09/14/06 | 1,800 | 49.2125 | $88,582.50 | | | | | |
| Purchase | 10/19/06 | 100,000 | 49.7300 | $4,973,000.00 | | | | | |
| Purchase | 10/27/06 | 48,000 | 50.6600 | $2,431,680.00 | | | | | |
| Purchase | 11/21/06 | 2,700 | 50.5478 | $136,479.06 | | | | | |
| Purchase | 11/21/06 | 39,000 | 50.5775 | $1,972,522.50 | | | | | |
| Purchase | 01/08/07 | 4,900 | 54.7619 | $268,333.31 | | | | | |
| Purchase | 01/24/07 | 85,000 | 54.4236 | $4,626,006.00 | | | | | |
| Purchase | 01/29/07 | 7,878 | 54.1962 | $426,957.66 | | | | | |
| Purchase | 01/29/07 | 1,922 | 54.1962 | $104,165.10 | | | | | |
| Purchase | 02/27/07 | 40,000 | 50.5068 | $2,020,272.00 | | | | | |
| Purchase | 03/01/07 | 130,000 | 51.2856 | $6,667,128.00 | | | | | |
| Purchase | 03/14/07 | 5,900 | 48.7964 | $287,898.76 | | | | | |

**Citigroup (C)**
Class Period: 01/01/04 - 11/05/07
Retained share price: $31.9222 (11/06/07 - 01/04/08)

**State Teachers Retirement System of Ohio - FIFO loss**

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 04/23/07 | 7,600 | 53.1615 | $404,027.40 | | | | | |
| Purchase | 06/05/07 | 145,000 | 53.8905 | $7,814,122.50 | | | | | |
| Purchase | 07/06/07 | 63,800 | 51.6488 | $3,295,193.44 | | | | | |
| Purchase | 07/30/07 | 15,500 | 47.1392 | $730,657.60 | | | | | |
| Purchase | 08/15/07 | 7,100 | 46.0077 | $326,654.67 | | | | | |
| Purchase | 08/22/07 | 24,000 | 48.0743 | $1,153,783.20 | | | | | |
| Purchase | 09/11/07 | 14,700 | 45.8679 | $674,258.13 | | | | | |
| Purchase | 09/18/07 | 16,300 | 47.0760 | $767,338.80 | | | | | |
| Purchase | 09/27/07 | 12,100 | 46.6858 | $564,898.18 | | | | | |
| Purchase | 10/15/07 | 4,100 | 46.3177 | $189,902.57 | | | | | |
| Purchase | 10/23/07 | 11,000 | 42.3007 | $465,307.70 | | | | | |
| Purchase | 10/31/07 | 4,100 | 42.0768 | $172,514.88 | | | | | |
| Purchase | 11/02/07 | 133,000 | 37.5219 | $4,990,412.70 | | | | | |
| Purchase | 11/05/07 | 70,000 | 36.5189 | $2,556,323.00 | | | | | |
| Purchase | 11/05/07 | 70,000 | 36.5775 | $2,560,425.00 | Retained | | 2,602,761 | 31.9222 | $83,085,857.19 |
| | | **2,602,761** | | **$121,074,352.03** | | | **2,602,761** | | **$83,085,857.19** |

*Loss on retained shares:*    **($37,988,494.84)**

*Shares sold in the 90 days following the class period have been valued at the higher of the price between the actual sales price and the average closing price from the end of the class period to the date of the actual sale

**Citigroup (C)**
Class Period: 01/01/04 - 11/05/07
Retained share price: $31.9222 (11/06/07 - 01/04/08)

**State Teachers Retirement System of Ohio - LIFO loss**

| Transaction | Date | Shares | Price | Cost | | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|---|
| Pre-class holdings | | 10,907,032 | | | | Sale | 01/29/04 | 127,205 | 49.4790 | $6,293,976.20 |
| | | | | | | Sale | 02/06/04 | 30,687 | 48.0640 | $1,474,939.97 |
| | | | | | | Sale | 03/04/04 | 53,800 | 49.5688 | $2,666,801.44 |
| | | | | | | Sale | 03/16/04 | 1,900 | 49.5584 | $94,160.96 |
| | | | | | | Sale | 03/19/04 | 1,846 | 50.7913 | $93,760.74 |
| | | | | | | Sale | 12/09/05 | 56,425 | 48.8860 | $2,758,392.55 |
| | | | | | | Sale | 12/09/05 | 30,277 | 48.5680 | $1,470,493.34 |
| | | | | | | Sale | 12/12/05 | 27,523 | 48.8352 | $1,344,091.21 |
| | | | | | | Sale | 12/12/05 | 1,000 | 48.9500 | $48,950.00 |
| | | | | | | Sale | 12/15/05 | 7,100 | 49.2491 | $349,668.61 |
| | | | | | | Sale | 12/16/05 | 1,400 | 49.3886 | $69,144.04 |
| | | | | | | Sale | 12/16/05 | 2,200 | 49.4600 | $108,812.00 |
| | | | | | | Sale | 12/27/05 | 37,549 | 49.3088 | $1,851,496.13 |
| | | | | | | Sale | 01/03/06 | 7,751 | 49.1705 | $381,120.55 |
| | | | | | | Sale | 01/03/06 | 25,050 | 49.2469 | $1,233,634.85 |
| | | | | | | Sale | 01/04/06 | 24,850 | 48.7926 | $1,212,496.11 |
| | | | | | | Sale | 01/04/06 | 24,800 | 48.9820 | $1,214,753.60 |
| | | | | | | Sale | 01/05/06 | 24,650 | 48.4611 | $1,194,566.12 |
| | | | | | | Sale | 01/06/06 | 49,400 | 48.7457 | $2,408,037.58 |
| | | | | | | Sale | 01/09/06 | 48,900 | 48.5593 | $2,374,549.77 |
| | | | | | | Sale | 01/11/06 | 12,175 | 49.0896 | $597,665.88 |
| | | | | | | Sale | 02/27/06 | 17,609 | 46.9458 | $826,668.59 |
| | | | | | | Sale | 03/15/06 | 25,262 | 47.1179 | $1,190,292.39 |
| | | | | | | Sale | 03/16/06 | 49,425 | 47.3611 | $2,340,822.37 |
| | | | | | | Sale | 04/05/06 | 3,153 | 48.2699 | $152,194.99 |
| | | | | | | Sale | 04/21/06 | 1,795 | 48.3398 | $86,769.94 |
| | | | | | | Sale | 05/23/06 | 3,500 | 49.0819 | $171,786.65 |
| | | | | | | Sale | 06/29/06 | 22,150 | 48.7589 | $1,080,009.64 |
| | | | | | | Sale | 06/29/06 | 4,430 | 48.8830 | $216,551.69 |
| | | | | | | Sale | 06/30/06 | 310,400 | 48.2738 | $14,984,187.52 |
| | | | | | | Sale | 06/30/06 | 11,075 | 48.4987 | $537,123.10 |
| | | | | | | Sale | 06/30/06 | 6,645 | 48.5523 | $322,630.03 |
| | | | | | | *Shares sold during the class period offsetting opening balance:* | | **1,051,932** | | **$51,150,548.54** |

**Citigroup (C)**
Class Period: 01/01/04 - 11/05/07
Retained share price: $31.9222 (11/06/07 - 01/04/08)

**State Teachers Retirement System of Ohio - LIFO loss**

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 01/16/04 | 966 | 49.2800 | $47,604.48 | Sale | 01/29/04 | 2,295 | 49.4790 | $113,554.31 |
| Purchase | 01/20/04 | 1,329 | 49.2839 | $65,498.30 | Sale | 02/06/04 | 4,413 | 48.0640 | $212,106.43 |
| Purchase | 02/03/04 | 1,381 | 48.9366 | $67,581.44 | Sale | 04/30/04 | 200 | 48.0900 | $9,618.00 |
| Purchase | 02/04/04 | 1,440 | 48.7441 | $70,191.50 | Sale | 06/25/04 | 1,700 | 46.7300 | $79,441.00 |
| Purchase | 02/06/04 | 1,592 | 49.0987 | $78,165.13 | Sale | 06/25/04 | 197,600 | 46.7300 | $9,233,848.00 |
| Purchase | 03/24/04 | 48,800 | 49.7900 | $2,429,752.00 | Sale | 06/25/04 | 24,100 | 46.7826 | $1,127,460.66 |
| Purchase | 04/12/04 | 57,000 | 52.0386 | $2,966,199.30 | Sale | 07/30/04 | 100 | 44.0900 | $4,409.00 |
| Purchase | 04/26/04 | 1,699 | 49.0987 | $83,418.69 | Sale | 08/17/04 | 232 | 45.1447 | $10,473.57 |
| Purchase | 05/06/04 | 27,800 | 48.1165 | $1,337,638.70 | Sale | 08/17/04 | 620 | 45.1280 | $27,979.36 |
| Purchase | 05/07/04 | 159,200 | 46.9837 | $7,479,805.04 | Sale | 08/18/04 | 417 | 45.4256 | $18,942.48 |
| Purchase | 05/10/04 | 68,900 | 45.2221 | $3,115,802.69 | Sale | 08/19/04 | 280 | 45.3448 | $12,696.54 |
| Purchase | 05/10/04 | 36,300 | 45.1268 | $1,638,102.84 | Sale | 08/24/04 | 535 | 45.9258 | $24,570.30 |
| Purchase | 05/11/04 | 1,350 | 45.6040 | $61,565.40 | Sale | 08/25/04 | 403 | 46.0708 | $18,566.53 |
| Purchase | 05/12/04 | 12,100 | 45.2060 | $546,992.60 | Sale | 08/26/04 | 402 | 46.4056 | $18,655.05 |
| Purchase | 05/18/04 | 1,440 | 45.2139 | $65,108.02 | Sale | 08/30/04 | 1,300 | 46.5545 | $60,520.85 |
| Purchase | 06/01/04 | 700 | 46.4500 | $32,515.00 | Sale | 08/31/04 | 400 | 46.5800 | $18,632.00 |
| Purchase | 06/29/04 | 3,100 | 46.3477 | $143,677.87 | Sale | 08/31/04 | 1,000 | 46.5800 | $46,580.00 |
| Purchase | 06/29/04 | 17,500 | 46.1969 | $808,445.75 | Sale | 09/30/04 | 31,900 | 44.0908 | $1,406,496.52 |
| Purchase | 06/30/04 | 91,500 | 46.2998 | $4,236,431.70 | Sale | 10/01/04 | 60,300 | 44.8465 | $2,704,243.95 |
| Purchase | 06/30/04 | 102,000 | 46.3401 | $4,726,690.20 | Sale | 10/18/04 | 46,500 | 44.0715 | $2,049,324.75 |
| Purchase | 07/08/04 | 53,000 | 45.1198 | $2,391,349.40 | Sale | 12/13/04 | 45,740 | 46.6757 | $2,134,946.52 |
| Purchase | 07/12/04 | 67,000 | 45.0000 | $3,015,000.00 | Sale | 12/14/04 | 45,860 | 46.9514 | $2,153,191.20 |
| Purchase | 07/16/04 | 2,100 | 43.9792 | $92,356.32 | Sale | 12/22/04 | 48,400 | 47.9824 | $2,322,348.16 |
| Purchase | 07/27/04 | 105,000 | 43.8183 | $4,600,921.50 | Sale | 12/23/04 | 8,800 | 48.8960 | $430,284.80 |
| Purchase | 07/27/04 | 66,000 | 43.8985 | $2,897,301.00 | Sale | 12/30/04 | 30,800 | 48.1138 | $1,481,905.04 |
| Purchase | 07/28/04 | 47,800 | 43.8759 | $2,097,268.02 | Sale | 01/11/05 | 5,900 | 48.1131 | $283,867.29 |
| Purchase | 08/06/04 | 36,300 | 43.5050 | $1,579,231.50 | Sale | 01/31/05 | 85,700 | 49.1178 | $4,209,395.46 |
| Purchase | 09/21/04 | 15,000 | 45.5900 | $683,850.00 | Sale | 03/07/05 | 130,000 | 48.5336 | $6,309,368.00 |
| Purchase | 09/21/04 | 51,000 | 45.5717 | $2,324,156.70 | Sale | 04/26/05 | 1,400 | 46.7740 | $65,483.60 |
| Purchase | 10/11/04 | 24,100 | 44.8717 | $1,081,407.97 | Sale | 05/23/05 | 45,600 | 47.7305 | $2,176,510.80 |
| Purchase | 10/22/04 | 12,600 | 42.9986 | $541,782.36 | Sale | 06/23/05 | 3,500 | 47.0740 | $164,759.00 |
| Purchase | 11/05/04 | 700 | 46.2500 | $32,375.00 | Sale | 06/24/05 | 106,800 | 46.9500 | $5,014,260.00 |
| Purchase | 11/24/04 | 4,100 | 45.5375 | $186,703.75 | Sale | 06/24/05 | 3,500 | 46.9500 | $164,325.00 |
| Purchase | 12/17/04 | 2,100 | 46.7716 | $98,220.36 | Sale | 06/27/05 | 31,000 | 47.0500 | $1,458,550.00 |
| Purchase | 12/28/04 | 1,543 | 48.4215 | $74,714.37 | Sale | 06/27/05 | 70,400 | 47.0900 | $3,315,136.00 |

**Citigroup (C)**
Class Period: 01/01/04 - 11/05/07
Retained share price: $31.9222 (11/06/07 - 01/04/08)

**State Teachers Retirement System of Ohio - LIFO loss**

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 12/29/04 | 1,257 | 48.3300 | $60,750.81 | Sale | 06/27/05 | 107,700 | 46.8952 | $5,050,613.04 |
| Purchase | 01/05/05 | 1,292 | 48.6305 | $62,830.61 | Sale | 06/30/05 | 4,600 | 46.4874 | $213,842.04 |
| Purchase | 01/05/05 | 128 | 48.4150 | $6,197.12 | Sale | 07/25/05 | 7,600 | 44.6038 | $338,988.88 |
| Purchase | 01/11/05 | 7,032 | 48.2153 | $339,049.99 | Sale | 08/15/05 | 4,600 | 43.8628 | $201,768.88 |
| Purchase | 01/18/05 | 964 | 48.1654 | $46,431.45 | Sale | 08/22/05 | 51,200 | 44.2347 | $2,264,816.64 |
| Purchase | 01/18/05 | 501 | 48.2346 | $24,165.53 | Sale | 08/29/05 | 52,500 | 43.3112 | $2,273,838.00 |
| Purchase | 01/19/05 | 3,356 | 48.2610 | $161,963.92 | Sale | 12/07/05 | 16,105 | 48.7254 | $784,722.57 |
| Purchase | 02/08/05 | 1,100 | 49.6336 | $54,596.96 | Sale | 12/08/05 | 1,484 | 48.7540 | $72,350.94 |
| Purchase | 03/15/05 | 3,061 | 48.0822 | $147,179.61 | Sale | 12/08/05 | 126,000 | 48.7269 | $6,139,589.40 |
| Purchase | 04/04/05 | 6,549 | 44.4452 | $291,071.61 | Sale | 12/09/05 | 74,175 | 48.8860 | $3,626,119.05 |
| Purchase | 04/05/05 | 6,548 | 44.8325 | $293,563.21 | Sale | 02/27/06 | 6,500 | 46.9458 | $305,147.70 |
| Purchase | 04/20/05 | 1,260 | 46.1683 | $58,172.06 | Sale | 03/23/06 | 2,760 | 47.7100 | $131,679.60 |
| Purchase | 04/20/05 | 540 | 45.9900 | $24,834.60 | Sale | 03/24/06 | 8,300 | 47.8127 | $396,845.41 |
| Purchase | 07/05/05 | 4,200 | 46.4100 | $194,922.00 | Sale | 03/27/06 | 2,740 | 47.6425 | $130,540.45 |
| Purchase | 07/13/05 | 2,500 | 45.7458 | $114,364.50 | Sale | 04/05/06 | 8,200 | 48.2699 | $395,813.18 |
| Purchase | 07/21/05 | 3,500 | 44.2445 | $154,855.75 | Sale | 04/21/06 | 22,000 | 48.3398 | $1,063,475.60 |
| Purchase | 07/29/05 | 2,300 | 43.6100 | $100,303.00 | Sale | 11/09/06 | 800 | 50.4684 | $40,374.72 |
| Purchase | 08/02/05 | 624 | 43.9750 | $27,440.40 | Sale | 03/07/07 | 2,700 | 50.4800 | $136,296.00 |
| Purchase | 08/02/05 | 2,272 | 44.0053 | $99,980.04 | Sale | 05/25/07 | 8,700 | 54.8249 | $476,976.63 |
| Purchase | 08/03/05 | 8,737 | 43.8740 | $383,327.14 | Sale | 06/22/07 | 141,400 | 52.4100 | $7,410,774.00 |
| Purchase | 08/03/05 | 60,000 | 43.8452 | $2,630,712.00 | Sale | 07/13/07 | 200,000 | 52.5035 | $10,500,700.00 |
| Purchase | 08/11/05 | 25,000 | 43.3284 | $1,083,210.00 | Sale | 08/28/07 | 55,800 | 46.6401 | $2,602,517.58 |
| Purchase | 08/11/05 | 25,000 | 43.3571 | $1,083,927.50 | Sale | 10/10/07 | 49,378 | 47.1184 | $2,326,612.36 |
| Purchase | 08/11/05 | 50,000 | 43.3200 | $2,166,000.00 | Sale | 10/10/07 | 26,422 | 47.1401 | $1,245,535.72 |
| Purchase | 08/19/05 | 48,900 | 44.2070 | $2,161,722.30 | | | | | |
| Purchase | 09/12/05 | 4,900 | 45.0459 | $220,724.91 | *Sale | 11/19/07 | 135,900 | 34.0580 | $4,628,482.20 |
| Purchase | 09/29/05 | 4,200 | 45.4988 | $191,094.96 | | | | | |
| Purchase | 11/08/05 | 13,000 | 46.4038 | $603,249.40 | Retained | | 447,100 | 31.9222 | $14,272,415.62 |
| Purchase | 11/10/05 | 54,600 | 47.3847 | $2,587,204.62 | | | | | |
| Purchase | 12/02/05 | 16,300 | 48.7510 | $794,641.30 | | | | | |
| Purchase | 01/12/06 | 2,700 | 48.9856 | $132,261.12 | | | | | |
| Purchase | 01/23/06 | 3,800 | 45.9818 | $174,730.84 | | | | | |
| Purchase | 03/20/06 | 2,800 | 47.4239 | $132,786.92 | | | | | |
| Purchase | 03/20/06 | 19,200 | 47.4650 | $911,328.00 | | | | | |
| Purchase | 04/13/06 | 22,000 | 48.0918 | $1,058,019.60 | | | | | |

**Citigroup (C)**
Class Period: 01/01/04 - 11/05/07
Retained share price: $31.9222 (11/06/07 - 01/04/08)

**State Teachers Retirement System of Ohio - LIFO loss**

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 07/17/06 | 2,800 | 46.4531 | $130,068.68 | | | | | |
| Purchase | 09/14/06 | 1,800 | 49.2125 | $88,582.50 | | | | | |
| Purchase | 10/19/06 | 100,000 | 49.7300 | $4,973,000.00 | | | | | |
| Purchase | 10/27/06 | 48,000 | 50.6600 | $2,431,680.00 | | | | | |
| Purchase | 11/21/06 | 2,700 | 50.5478 | $136,479.06 | | | | | |
| Purchase | 11/21/06 | 39,000 | 50.5775 | $1,972,522.50 | | | | | |
| Purchase | 01/08/07 | 4,900 | 54.7619 | $268,333.31 | | | | | |
| Purchase | 01/24/07 | 85,000 | 54.4236 | $4,626,006.00 | | | | | |
| Purchase | 01/29/07 | 7,878 | 54.1962 | $426,957.66 | | | | | |
| Purchase | 01/29/07 | 1,922 | 54.1962 | $104,165.10 | | | | | |
| Purchase | 02/27/07 | 40,000 | 50.5068 | $2,020,272.00 | | | | | |
| Purchase | 03/01/07 | 130,000 | 51.2856 | $6,667,128.00 | | | | | |
| Purchase | 03/14/07 | 5,900 | 48.7964 | $287,898.76 | | | | | |
| Purchase | 04/23/07 | 7,600 | 53.1615 | $404,027.40 | | | | | |
| Purchase | 06/05/07 | 145,000 | 53.8905 | $7,814,122.50 | | | | | |
| Purchase | 07/06/07 | 63,800 | 51.6488 | $3,295,193.44 | | | | | |
| Purchase | 07/30/07 | 15,500 | 47.1392 | $730,657.60 | | | | | |
| Purchase | 08/15/07 | 7,100 | 46.0077 | $326,654.67 | | | | | |
| Purchase | 08/22/07 | 24,000 | 48.0743 | $1,153,783.20 | | | | | |
| Purchase | 09/11/07 | 14,700 | 45.8679 | $674,258.13 | | | | | |
| Purchase | 09/18/07 | 16,300 | 47.0760 | $767,338.80 | | | | | |
| Purchase | 09/27/07 | 12,100 | 46.6858 | $564,898.18 | | | | | |
| Purchase | 10/15/07 | 4,100 | 46.3177 | $189,902.57 | | | | | |
| Purchase | 10/23/07 | 11,000 | 42.3007 | $465,307.70 | | | | | |
| Purchase | 10/31/07 | 4,100 | 42.0768 | $172,514.88 | | | | | |
| Purchase | 11/02/07 | 133,000 | 37.5219 | $4,990,412.70 | | | | | |
| Purchase | 11/05/07 | 70,000 | 36.5189 | $2,556,323.00 | | | | | |
| Purchase | 11/05/07 | 70,000 | 36.5775 | $2,560,425.00 | | | | | |
| | | **2,602,761** | | **$121,074,352.03** | | | **2,602,761** | | **$115,913,286.38** |

*Total LIFO loss:* **($5,161,065.66)**

*Shares sold in the 90 days following the class period have been valued at the higher of the price between the actual sales price and the average closing price from the end of the class period to the date of the actual sale