**Citigroup (C)**
Class Period: 4/17/06-11/2/07
Retained share price: $32.0169 (11/05/07 - 01/04/08)

**Department of the Treasury of the State of New Jersey and its Division of Investments - FIFO Loss**

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-class holdings | | 17,688,260 | | | Sale | 04/25/06 | 22,962 | 47.4785 | $1,090,201.32 |
| | | | | | Sale | 05/26/06 | 10,000 | 49.2385 | $492,385.00 |
| | | | | | Sale | 07/27/06 | 115,000 | 47.3176 | $5,441,529.26 |
| | | | | | Sale | 07/28/06 | 85,000 | 47.7481 | $4,058,591.26 |
| | | | | | Sale | 07/28/06 | 500,000 | 48.2734 | $24,136,708.21 |
| | | | | | Sale | 07/31/06 | 15,000 | 48.3985 | $725,977.50 |
| | | | | | Sale | 08/14/06 | 300,000 | 47.5623 | $14,268,701.47 |
| | | | | | Sale | 08/16/06 | 50,000 | 48.4558 | $2,422,790.54 |
| | | | | | Sale | 08/17/06 | 150,000 | 48.4128 | $7,261,921.82 |
| | | | | | Sale | 08/28/06 | 100,000 | 49.1600 | $4,915,998.92 |
| | | | | | Sale | 09/11/06 | 3,000 | 48.9098 | $146,729.39 |
| | | | | | Sale | 09/26/06 | 3,000 | 50.1385 | $150,415.37 |
| | | | | | Sale | 10/18/06 | 2,000 | 49.9385 | $99,876.93 |
| | | | | | Sale | 10/25/06 | 2,000 | 50.4485 | $100,896.90 |
| | | | | | Sale | 10/26/06 | 300,000 | 50.5045 | $15,151,364.37 |
| | | | | | Sale | 10/27/06 | 4,000 | 50.4385 | $201,753.80 |
| | | | | | Sale | 10/30/06 | 123,000 | 50.1835 | $6,172,565.30 |
| | | | | | Sale | 10/30/06 | 61,000 | 50.1955 | $3,061,922.90 |
| | | | | | Sale | 10/30/06 | 16,000 | 50.1711 | $802,736.93 |
| | | | | | Sale | 11/08/06 | 2,000 | 50.5084 | $101,016.89 |
| | | | | | Sale | 11/13/06 | 50,000 | 50.6836 | $2,534,182.16 |
| | | | | | Sale | 11/14/06 | 50,000 | 50.6650 | $2,533,252.19 |
| | | | | | Sale | 11/14/06 | 150,000 | 50.6475 | $7,597,131.66 |
| | | | | | Sale | 11/15/06 | 50,000 | 50.3797 | $2,518,982.63 |
| | | | | | Sale | 11/16/06 | 100,000 | 50.6020 | $5,060,204.58 |
| | | | | | Sale | 11/30/06 | 300,000 | 49.6183 | $14,885,482.81 |
| | | | | | Sale | 12/11/06 | 50,000 | 52.8044 | $2,640,218.92 |
| | | | | | Sale | 12/11/06 | 150,000 | 52.5000 | $7,874,998.18 |
| | | | | | Sale | 12/11/06 | 150,000 | 52.1971 | $7,829,564.57 |
| | | | | | Sale | 12/12/06 | 50,000 | 52.1222 | $2,606,109.97 |
| | | | | | Sale | 12/15/06 | 1,000 | 53.2484 | $53,248.36 |
| | | | | | Sale | 12/18/06 | 4,000 | 54.4383 | $217,753.31 |
| | | | | | Sale | 12/20/06 | 450,000 | 55.0176 | $24,757,924.77 |
| | | | | | Sale | 12/20/06 | 450,000 | 55.1023 | $24,796,038.60 |
| | | | | | Sale | 12/22/06 | 3,000 | 54.9483 | $164,844.93 |

**Citigroup (C)**
Class Period: 4/17/06-11/2/07
Retained share price: $32.0169 (11/05/07 - 01/04/08)

**Department of the Treasury of the State of New Jersey and its Division of Investments - FIFO Loss**

| Transaction | Date | Shares | Price | Cost | | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Sale | 12/26/06 | 20,000 | 55.0158 | $1,100,316.00 |
| | | | | | | Sale | 12/28/06 | 20,000 | 55.9883 | $1,119,765.61 |
| | | | | | | Sale | 12/29/06 | 80,000 | 56.0094 | $4,480,750.41 |
| | | | | | | Sale | 01/04/07 | 100,000 | 54.9006 | $5,490,061.29 |
| | | | | | | Sale | 01/04/07 | 37,500 | 54.8817 | $2,058,064.26 |
| | | | | | | Sale | 01/04/07 | 30,000 | 54.8811 | $1,646,433.41 |
| | | | | | | Sale | 01/04/07 | 101,250 | 54.9790 | $5,566,624.85 |
| | | | | | | Sale | 01/04/07 | 12,500 | 55.0183 | $687,728.87 |
| | | | | | | Sale | 01/04/07 | 118,750 | 55.0396 | $6,535,953.57 |
| | | | | | | Sale | 01/18/07 | 300,000 | 54.3309 | $16,299,279.13 |
| | | | | | | Sale | 01/22/07 | 100,000 | 54.9888 | $5,498,881.02 |
| | | | | | | Sale | 01/26/07 | 50,000 | 53.7942 | $2,689,712.36 |
| | | | | | | Sale | 01/26/07 | 35,000 | 53.9023 | $1,886,580.50 |
| | | | | | | Sale | 03/26/07 | 100,000 | 51.3175 | $5,131,751.42 |
| | | | | | | Sale | 05/03/07 | 1,000 | 54.0292 | $54,029.20 |
| | | | | | | Sale | 05/09/07 | 300,000 | 53.7874 | $16,136,213.06 |
| | | | | | | Sale | 05/17/07 | 1,000 | 54.7292 | $54,729.20 |
| | | | | | | Sale | 05/25/07 | 75,000 | 54.9270 | $4,119,521.94 |
| | | | | | | Sale | 06/06/07 | 140,000 | 53.3583 | $7,470,159.59 |
| | | | | | | Sale | 06/07/07 | 115,000 | 53.0196 | $6,097,252.62 |
| | | | | | | Sale | 06/08/07 | 145,000 | 52.8133 | $7,657,927.22 |
| | | | | | | Sale | 07/17/07 | 2,000 | 52.5122 | $105,024.40 |
| | | | | | | Sale | 08/17/07 | 4,000 | 49.6192 | $198,476.96 |
| | | | | | | *Shares sold during the class period offsetting opening balance:* | | **5,759,962** | | **$298,959,258.61** |
| | | | | | | | | | | |
| | | | | | | *Sale | 11/27/07 | 2,000 | 33.1494 | $66,298.75 |
| | | | | | | *Sale | 11/28/07 | 2,000 | 33.0988 | $66,197.65 |
| | | | | | | *Sale | 12/21/07 | 2,000 | 32.6147 | $65,229.41 |
| | | | | | | *Sale | 12/31/07 | 2,000 | 32.2723 | $64,544.62 |
| | | | | | | *Shares sold in the lookback period offsetting opening balance:* | | **8,000** | | **$262,270.42** |
| Purchase | 11/29/06 | 1,000 | 49.7800 | $49,780.00 | | | | | | |
| Purchase | 01/18/07 | 10,000 | 54.4683 | $544,683.00 | | | | | | |
| Purchase | 03/27/07 | 2,000 | 51.1700 | $102,340.00 | | | | | | |

**Citigroup (C)**
Class Period: 4/17/06-11/2/07
Retained share price: $32.0169 (11/05/07 - 01/04/08)


**Department of the Treasury of the State of New Jersey and its Division of Investments - FIFO Loss**

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 04/10/07 | 1,000 | 51.6000 | $51,600.00 | | | | | |
| Purchase | 05/14/07 | 1,000 | 52.6900 | $52,690.00 | | | | | |
| Purchase | 07/26/07 | 500,000 | 47.2138 | $23,606,900.00 | | | | | |
| Purchase | 07/31/07 | 4,000 | 47.1300 | $188,520.00 | | | | | |
| Purchase | 08/01/07 | 2,000 | 46.6865 | $93,373.00 | | | | | |
| Purchase | 08/15/07 | 6,000 | 45.5800 | $273,480.00 | | | | | |
| Purchase | 09/07/07 | 4,000 | 45.6900 | $182,760.00 | | | | | |
| Purchase | 09/12/07 | 2,000 | 45.9200 | $91,840.00 | | | | | |
| Purchase | 09/13/07 | 111,200 | 46.4026 | $5,159,969.12 | | | | | |
| Purchase | 09/13/07 | 278,800 | 46.2630 | $12,898,124.40 | | | | | |
| Purchase | 09/14/07 | 225,000 | 46.5216 | $10,467,360.00 | | | | | |
| Purchase | 09/17/07 | 250,000 | 46.2035 | $11,550,875.00 | | | | | |
| Purchase | 09/24/07 | 2,000 | 46.9400 | $93,880.00 | | | | | |
| Purchase | 10/16/07 | 2,000 | 45.7200 | $91,440.00 | | | | | |
| Purchase | 10/17/07 | 4,000 | 44.1800 | $176,720.00 | | | | | |
| Purchase | 10/19/07 | 2,000 | 42.5800 | $85,160.00 | | | | | |
| Purchase | 11/01/07 | 2,000 | 38.4360 | $76,872.00 | | | | | |
| Purchase | 11/02/07 | 2,000 | 37.1800 | $74,360.00 | Retained | | 1,412,000 | 32.0169 | $45,207,862.80 |
| | | **1,412,000** | | **$65,912,726.52** | | | | | **$45,207,862.80** |

*Loss on retained shares:*    **($20,704,863.72)**


*Shares sold in the 90 days following the class period have been valued at the higher of the price between the actual sales price and the average
closing price from the end of the class period to the date of the actual sale

**Citigroup (C)**
Class Period: 4/17/06-11/2/07
Retained share price: $32.0169 (11/05/07 - 01/04/08)

**Department of the Treasury of the State of New Jersey and its Division of Investments - LIFO Loss**

| Transaction | Date | Shares | Price | Cost | | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|---|
| Pre-class holdings | | 17,688,260 | | | | Sale | 04/25/06 | 22,962 | 47.4785 | $1,090,201.32 |
| | | | | | | Sale | 05/26/06 | 10,000 | 49.2385 | $492,385.00 |
| | | | | | | Sale | 07/27/06 | 115,000 | 47.3176 | $5,441,529.26 |
| | | | | | | Sale | 07/28/06 | 85,000 | 47.7481 | $4,058,591.26 |
| | | | | | | Sale | 07/28/06 | 500,000 | 48.2734 | $24,136,708.21 |
| | | | | | | Sale | 07/31/06 | 15,000 | 48.3985 | $725,977.50 |
| | | | | | | Sale | 08/14/06 | 300,000 | 47.5623 | $14,268,701.47 |
| | | | | | | Sale | 08/16/06 | 50,000 | 48.4558 | $2,422,790.54 |
| | | | | | | Sale | 08/17/06 | 150,000 | 48.4128 | $7,261,921.82 |
| | | | | | | Sale | 08/28/06 | 100,000 | 49.1600 | $4,915,998.92 |
| | | | | | | Sale | 09/11/06 | 3,000 | 48.9098 | $146,729.39 |
| | | | | | | Sale | 09/26/06 | 3,000 | 50.1385 | $150,415.37 |
| | | | | | | Sale | 10/18/06 | 2,000 | 49.9385 | $99,876.93 |
| | | | | | | Sale | 10/25/06 | 2,000 | 50.4485 | $100,896.90 |
| | | | | | | Sale | 10/26/06 | 300,000 | 50.5045 | $15,151,364.37 |
| | | | | | | Sale | 10/27/06 | 4,000 | 50.4385 | $201,753.80 |
| | | | | | | Sale | 10/30/06 | 123,000 | 50.1835 | $6,172,565.30 |
| | | | | | | Sale | 10/30/06 | 61,000 | 50.1955 | $3,061,922.90 |
| | | | | | | Sale | 10/30/06 | 16,000 | 50.1711 | $802,736.93 |
| | | | | | | Sale | 11/08/06 | 2,000 | 50.5084 | $101,016.89 |
| | | | | | | Sale | 11/13/06 | 50,000 | 50.6836 | $2,534,182.16 |
| | | | | | | Sale | 11/14/06 | 50,000 | 50.6650 | $2,533,252.19 |
| | | | | | | Sale | 11/14/06 | 150,000 | 50.6475 | $7,597,131.66 |
| | | | | | | Sale | 11/15/06 | 50,000 | 50.3797 | $2,518,982.63 |
| | | | | | | Sale | 11/16/06 | 100,000 | 50.6020 | $5,060,204.58 |
| | | | | | | Sale | 11/30/06 | 299,000 | 49.6183 | $14,835,864.53 |
| | | | | | | Sale | 12/11/06 | 50,000 | 52.8044 | $2,640,218.92 |
| | | | | | | Sale | 12/11/06 | 150,000 | 52.5000 | $7,874,998.18 |
| | | | | | | Sale | 12/11/06 | 150,000 | 52.1971 | $7,829,564.57 |
| | | | | | | Sale | 12/12/06 | 50,000 | 52.1222 | $2,606,109.97 |
| | | | | | | Sale | 12/15/06 | 1,000 | 53.2484 | $53,248.36 |
| | | | | | | Sale | 12/18/06 | 4,000 | 54.4383 | $217,753.31 |
| | | | | | | Sale | 12/20/06 | 450,000 | 55.0176 | $24,757,924.77 |
| | | | | | | Sale | 12/20/06 | 450,000 | 55.1023 | $24,796,038.60 |
| | | | | | | Sale | 12/22/06 | 3,000 | 54.9483 | $164,844.93 |
| | | | | | | Sale | 12/26/06 | 20,000 | 55.0158 | $1,100,316.00 |

**Citigroup (C)**
Class Period: 4/17/06-11/2/07
Retained share price: $32.0169 (11/05/07 - 01/04/08)

**Department of the Treasury of the State of New Jersey and its Division of Investments - LIFO Loss**

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Sale | 12/28/06 | 20,000 | 55.9883 | $1,119,765.61 |
| | | | | | Sale | 12/29/06 | 80,000 | 56.0094 | $4,480,750.41 |
| | | | | | Sale | 01/04/07 | 100,000 | 54.9006 | $5,490,061.29 |
| | | | | | Sale | 01/04/07 | 37,500 | 54.8817 | $2,058,064.26 |
| | | | | | Sale | 01/04/07 | 30,000 | 54.8811 | $1,646,433.41 |
| | | | | | Sale | 01/04/07 | 101,250 | 54.9790 | $5,566,624.85 |
| | | | | | Sale | 01/04/07 | 12,500 | 55.0183 | $687,728.87 |
| | | | | | Sale | 01/04/07 | 118,750 | 55.0396 | $6,535,953.57 |
| | | | | | Sale | 01/18/07 | 290,000 | 54.3309 | $15,755,969.83 |
| | | | | | Sale | 01/22/07 | 100,000 | 54.9888 | $5,498,881.02 |
| | | | | | Sale | 01/26/07 | 50,000 | 53.7942 | $2,689,712.36 |
| | | | | | Sale | 01/26/07 | 35,000 | 53.9023 | $1,886,580.50 |
| | | | | | Sale | 03/26/07 | 100,000 | 51.3175 | $5,131,751.42 |
| | | | | | Sale | 05/25/07 | 75,000 | 54.9270 | $4,119,521.94 |
| | | | | | Sale | 06/06/07 | 140,000 | 53.3583 | $7,470,159.59 |
| | | | | | Sale | 06/07/07 | 115,000 | 53.0196 | $6,097,252.62 |
| | | | | | Sale | 06/08/07 | 145,000 | 52.8133 | $7,657,927.22 |
| | | | | | Sale | 07/17/07 | 2,000 | 52.5122 | $105,024.40 |
| | | | | | | | **5,442,962** | | **$281,922,882.61** |
| Purchase | 11/29/06 | 1,000 | 49.7800 | $49,780.00 | Sale | 11/30/06 | 1,000 | 49.6183 | $49,618.28 |
| Purchase | 01/18/07 | 10,000 | 54.4683 | $544,683.00 | Sale | 01/18/07 | 10,000 | 54.3309 | $543,309.30 |
| Purchase | 03/27/07 | 2,000 | 51.1700 | $102,340.00 | Sale | 05/03/07 | 1,000 | 54.0292 | $54,029.20 |
| Purchase | 04/10/07 | 1,000 | 51.6000 | $51,600.00 | Sale | 05/09/07 | 2,000 | 53.7874 | $107,574.75 |
| Purchase | 05/14/07 | 1,000 | 52.6900 | $52,690.00 | Sale | 05/17/07 | 1,000 | 54.7292 | $54,729.20 |
| Purchase | 07/26/07 | 500,000 | 47.2138 | $23,606,900.00 | Sale | 08/17/07 | 4,000 | 49.6192 | $198,476.96 |
| Purchase | 07/31/07 | 4,000 | 47.1300 | $188,520.00 | | | | | |
| Purchase | 08/01/07 | 2,000 | 46.6865 | $93,373.00 | *Sale | 11/27/07 | 2,000 | 33.1494 | $66,298.75 |
| Purchase | 08/15/07 | 6,000 | 45.5800 | $273,480.00 | *Sale | 11/28/07 | 2,000 | 33.0988 | $66,197.65 |
| Purchase | 09/07/07 | 4,000 | 45.6900 | $182,760.00 | *Sale | 12/21/07 | 2,000 | 32.6147 | $65,229.41 |
| Purchase | 09/12/07 | 2,000 | 45.9200 | $91,840.00 | *Sale | 12/31/07 | 2,000 | 32.2723 | $64,544.62 |
| Purchase | 09/13/07 | 111,200 | 46.4026 | $5,159,969.12 | | | | | |
| Purchase | 09/13/07 | 278,800 | 46.2630 | $12,898,124.40 | Retained | | 1,385,000 | 32.0169 | $44,343,406.50 |
| Purchase | 09/14/07 | 225,000 | 46.5216 | $10,467,360.00 | | | | | |
| Purchase | 09/17/07 | 250,000 | 46.2035 | $11,550,875.00 | | | | | |
| Purchase | 09/24/07 | 2,000 | 46.9400 | $93,880.00 | | | | | |

**Citigroup (C)**
Class Period: 4/17/06-11/2/07
Retained share price: $32.0169 (11/05/07 - 01/04/08)

**Department of the Treasury of the State of New Jersey and its Division of Investments - LIFO Loss**

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 10/16/07 | 2,000 | 45.7200 | $91,440.00 | | | | | |
| Purchase | 10/17/07 | 4,000 | 44.1800 | $176,720.00 | | | | | |
| Purchase | 10/19/07 | 2,000 | 42.5800 | $85,160.00 | | | | | |
| Purchase | 11/01/07 | 2,000 | 38.4360 | $76,872.00 | | | | | |
| Purchase | 11/02/07 | 2,000 | 37.1800 | $74,360.00 | | | | | |
| | | **1,412,000** | | **$65,912,726.52** | | | **1,412,000** | | **$45,613,414.62** |

*Total LIFO loss:*     **($20,299,311.90)**

*Shares sold in the 90 days following the class period have been valued at the higher of the price between the actual sales price and the average closing price from the end of the class period to the date of the actual sale

**Citigroup (C)**
Class Period: 01/01/04 - 11/05/07
Retained share price: $31.9222 (11/06/07 - 01/04/08)

**Department of the Treasury of the State of New Jersey and its Division of Investment - FIFO Loss**

| Transaction | Date | Shares | Price | Cost | | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|---|
| Pre-class holdings | | **17,887,260** | | | | Sale | 04/12/05 | 150,000 | 46.3526 | $6,952,884.04 |
| | | | | | | Sale | 04/13/05 | 50,000 | 46.2282 | $2,311,408.27 |
| | | | | | | Sale | 04/29/05 | 2,000 | 46.7280 | $93,456.09 |
| | | | | | | Sale | 05/02/05 | 10,000 | 47.0583 | $470,583.00 |
| | | | | | | Sale | 06/22/05 | 425,000 | 47.3575 | $20,126,945.71 |
| | | | | | | Sale | 06/23/05 | 175,000 | 47.2480 | $8,268,404.18 |
| | | | | | | Sale | 07/22/05 | 14,000 | 44.2681 | $619,754.07 |
| | | | | | | Sale | 08/30/05 | 6,000 | 43.0882 | $258,529.18 |
| | | | | | | Sale | 08/31/05 | 13,000 | 43.4182 | $564,436.60 |
| | | | | | | Sale | 09/06/05 | 4,000 | 43.9682 | $175,872.64 |
| | | | | | | Sale | 04/25/06 | 22,962 | 47.4785 | $1,090,201.32 |
| | | | | | | Sale | 05/26/06 | 10,000 | 49.2385 | $492,385.00 |
| | | | | | | Sale | 07/27/06 | 115,000 | 47.3176 | $5,441,529.26 |
| | | | | | | Sale | 07/28/06 | 85,000 | 47.7481 | $4,058,591.26 |
| | | | | | | Sale | 07/28/06 | 500,000 | 48.2734 | $24,136,708.21 |
| | | | | | | Sale | 07/31/06 | 15,000 | 48.3985 | $725,977.50 |
| | | | | | | Sale | 08/14/06 | 300,000 | 47.5623 | $14,268,701.47 |
| | | | | | | Sale | 08/16/06 | 50,000 | 48.4558 | $2,422,790.54 |
| | | | | | | Sale | 08/17/06 | 150,000 | 48.4128 | $7,261,921.82 |
| | | | | | | Sale | 08/28/06 | 100,000 | 49.1600 | $4,915,998.92 |
| | | | | | | Sale | 09/11/06 | 3,000 | 48.9098 | $146,729.39 |
| | | | | | | Sale | 09/26/06 | 3,000 | 50.1385 | $150,415.37 |
| | | | | | | Sale | 10/18/06 | 2,000 | 49.9385 | $99,876.93 |
| | | | | | | Sale | 10/25/06 | 2,000 | 50.4485 | $100,896.90 |
| | | | | | | Sale | 10/26/06 | 300,000 | 50.5045 | $15,151,364.37 |
| | | | | | | Sale | 10/27/06 | 4,000 | 50.4385 | $201,753.80 |
| | | | | | | Sale | 10/30/06 | 123,000 | 50.1835 | $6,172,565.30 |
| | | | | | | Sale | 10/30/06 | 61,000 | 50.1955 | $3,061,922.90 |
| | | | | | | Sale | 10/30/06 | 16,000 | 50.1711 | $802,736.93 |
| | | | | | | Sale | 11/08/06 | 2,000 | 50.5084 | $101,016.89 |
| | | | | | | Sale | 11/13/06 | 50,000 | 50.6836 | $2,534,182.16 |
| | | | | | | Sale | 11/14/06 | 50,000 | 50.6650 | $2,533,252.19 |
| | | | | | | Sale | 11/14/06 | 150,000 | 50.6475 | $7,597,131.66 |
| | | | | | | Sale | 11/15/06 | 50,000 | 50.3797 | $2,518,982.63 |
| | | | | | | Sale | 11/16/06 | 100,000 | 50.6020 | $5,060,204.58 |

**Citigroup (C)**
Class Period: 01/01/04 - 11/05/07
Retained share price: $31.9222 (11/06/07 - 01/04/08)

**Department of the Treasury of the State of New Jersey and its Division of Investment - FIFO Loss**

| Transaction | Date | Shares | Price | Cost | | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Sale | 11/30/06 | 300,000 | 49.6183 | $14,885,482.81 |
| | | | | | | Sale | 12/11/06 | 50,000 | 52.8044 | $2,640,218.92 |
| | | | | | | Sale | 12/11/06 | 150,000 | 52.5000 | $7,874,998.18 |
| | | | | | | Sale | 12/11/06 | 150,000 | 52.1971 | $7,829,564.57 |
| | | | | | | Sale | 12/12/06 | 50,000 | 52.1222 | $2,606,109.97 |
| | | | | | | Sale | 12/15/06 | 1,000 | 53.2484 | $53,248.36 |
| | | | | | | Sale | 12/18/06 | 4,000 | 54.4383 | $217,753.31 |
| | | | | | | Sale | 12/20/06 | 450,000 | 55.0176 | $24,757,924.77 |
| | | | | | | Sale | 12/20/06 | 450,000 | 55.1023 | $24,796,038.60 |
| | | | | | | Sale | 12/22/06 | 3,000 | 54.9483 | $164,844.93 |
| | | | | | | Sale | 12/26/06 | 20,000 | 55.0158 | $1,100,316.00 |
| | | | | | | Sale | 12/28/06 | 20,000 | 55.9883 | $1,119,765.61 |
| | | | | | | Sale | 12/29/06 | 80,000 | 56.0094 | $4,480,750.41 |
| | | | | | | Sale | 01/04/07 | 100,000 | 54.9006 | $5,490,061.29 |
| | | | | | | Sale | 01/04/07 | 37,500 | 54.8817 | $2,058,064.26 |
| | | | | | | Sale | 01/04/07 | 30,000 | 54.8811 | $1,646,433.41 |
| | | | | | | Sale | 01/04/07 | 101,250 | 54.9790 | $5,566,624.85 |
| | | | | | | Sale | 01/04/07 | 12,500 | 55.0183 | $687,728.87 |
| | | | | | | Sale | 01/04/07 | 118,750 | 55.0396 | $6,535,953.57 |
| | | | | | | Sale | 01/18/07 | 300,000 | 54.3309 | $16,299,279.13 |
| | | | | | | Sale | 01/22/07 | 100,000 | 54.9888 | $5,498,881.02 |
| | | | | | | Sale | 01/26/07 | 50,000 | 53.7942 | $2,689,712.36 |
| | | | | | | Sale | 01/26/07 | 35,000 | 53.9023 | $1,886,580.50 |
| | | | | | | Sale | 03/26/07 | 100,000 | 51.3175 | $5,131,751.42 |
| | | | | | | Sale | 05/03/07 | 1,000 | 54.0292 | $54,029.20 |
| | | | | | | Sale | 05/09/07 | 300,000 | 53.7874 | $16,136,213.06 |
| | | | | | | Sale | 05/17/07 | 1,000 | 54.7292 | $54,729.20 |
| | | | | | | Sale | 05/25/07 | 75,000 | 54.9270 | $4,119,521.94 |
| | | | | | | Sale | 06/06/07 | 140,000 | 53.3583 | $7,470,159.59 |
| | | | | | | Sale | 06/07/07 | 115,000 | 53.0196 | $6,097,252.62 |
| | | | | | | Sale | 06/08/07 | 145,000 | 52.8133 | $7,657,927.22 |
| | | | | | | Sale | 07/17/07 | 2,000 | 52.5122 | $105,024.40 |
| | | | | | | Sale | 08/17/07 | 4,000 | 49.6192 | $198,476.96 |

*Shares sold during the class period offsetting opening balance:* **6,608,962** **$338,801,532.39**

**Citigroup (C)**
Class Period: 01/01/04 - 11/05/07
Retained share price: $31.9222 (11/06/07 - 01/04/08)

**Department of the Treasury of the State of New Jersey and its Division of Investment - FIFO Loss**

| Transaction | Date | Shares | Price | Cost | | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | *Sale | 11/27/07 | 2,000 | 32.9660 | $65,932.00 |
| | | | | | | *Sale | 11/28/07 | 2,000 | 32.9238 | $65,847.50 |
| | | | | | | *Sale | 12/21/07 | 2,000 | 32.5152 | $65,030.30 |
| | | | | | | *Sale | 12/31/07 | 2,000 | 32.1768 | $64,353.68 |
| | | | | | | *Shares sold in the lookback period offsetting opening balance:* | | **8,000** | | **$261,163.49** |
| Purchase | 03/22/04 | 2,000 | 49.6000 | $99,200.00 | | | | | | |
| Purchase | 07/12/04 | 2,000 | 45.0000 | $90,000.00 | | | | | | |
| Purchase | 09/21/04 | 2,000 | 45.5600 | $91,120.00 | | | | | | |
| Purchase | 09/23/04 | 4,000 | 44.0568 | $176,227.20 | | | | | | |
| Purchase | 09/24/04 | 2,000 | 44.0100 | $88,020.00 | | | | | | |
| Purchase | 10/11/04 | 2,000 | 44.6400 | $89,280.00 | | | | | | |
| Purchase | 11/04/04 | 2,000 | 45.3400 | $90,680.00 | | | | | | |
| Purchase | 12/05/04 | 4,000 | 46.2400 | $184,960.00 | | | | | | |
| Purchase | 12/14/04 | 1,000 | 46.8000 | $46,800.00 | | | | | | |
| Purchase | 02/17/05 | 2,000 | 49.2200 | $98,440.00 | | | | | | |
| Purchase | 02/25/05 | 2,000 | 48.3300 | $96,660.00 | | | | | | |
| Purchase | 03/07/05 | 1,000 | 48.5300 | $48,530.00 | | | | | | |
| Purchase | 03/09/05 | 2,000 | 48.1100 | $96,220.00 | | | | | | |
| Purchase | 03/21/05 | 3,000 | 45.8000 | $137,400.00 | | | | | | |
| Purchase | 06/03/05 | 607,000 | 47.5689 | $28,874,322.30 | | | | | | |
| Purchase | 06/27/05 | 1,000 | 46.7900 | $46,790.00 | | | | | | |
| Purchase | 01/03/06 | 2,000 | 48.9600 | $97,920.00 | | | | | | |
| Purchase | 01/05/06 | 2,000 | 48.5000 | $97,000.00 | | | | | | |
| Purchase | 01/27/06 | 1,000 | 47.1180 | $47,118.00 | | | | | | |
| Purchase | 03/07/06 | 2,000 | 46.2900 | $92,580.00 | | | | | | |
| Purchase | 03/27/06 | 1,000 | 47.6600 | $47,660.00 | | | | | | |
| Purchase | 04/06/06 | 2,000 | 47.9470 | $95,894.00 | | | | | | |
| Purchase | 04/07/06 | 1,000 | 48.2700 | $48,270.00 | | | | | | |
| Purchase | 11/29/06 | 1,000 | 49.7800 | $49,780.00 | | | | | | |
| Purchase | 01/18/07 | 10,000 | 54.4683 | $544,683.00 | | | | | | |
| Purchase | 03/27/07 | 2,000 | 51.1700 | $102,340.00 | | | | | | |
| Purchase | 04/10/07 | 1,000 | 51.6000 | $51,600.00 | | | | | | |
| Purchase | 05/14/07 | 1,000 | 52.6900 | $52,690.00 | | | | | | |
| Purchase | 07/26/07 | 500,000 | 47.2138 | $23,606,900.00 | | | | | | |

**Citigroup (C)**
Class Period: 01/01/04 - 11/05/07
Retained share price: $31.9222 (11/06/07 - 01/04/08)

**Department of the Treasury of the State of New Jersey and its Division of Investment - FIFO Loss**

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 07/31/07 | 4,000 | 47.1300 | $188,520.00 | | | | | |
| Purchase | 08/01/07 | 2,000 | 46.6865 | $93,373.00 | | | | | |
| Purchase | 08/15/07 | 6,000 | 45.5800 | $273,480.00 | | | | | |
| Purchase | 09/07/07 | 4,000 | 45.6900 | $182,760.00 | | | | | |
| Purchase | 09/12/07 | 2,000 | 45.9200 | $91,840.00 | | | | | |
| Purchase | 09/13/07 | 111,200 | 46.4026 | $5,159,969.12 | | | | | |
| Purchase | 09/13/07 | 278,800 | 46.2630 | $12,898,124.40 | | | | | |
| Purchase | 09/14/07 | 225,000 | 46.5216 | $10,467,360.00 | | | | | |
| Purchase | 09/17/07 | 250,000 | 46.2035 | $11,550,875.00 | | | | | |
| Purchase | 09/24/07 | 2,000 | 46.9400 | $93,880.00 | | | | | |
| Purchase | 10/16/07 | 2,000 | 45.7200 | $91,440.00 | | | | | |
| Purchase | 10/17/07 | 4,000 | 44.1800 | $176,720.00 | | | | | |
| Purchase | 10/19/07 | 2,000 | 42.5800 | $85,160.00 | | | | | |
| Purchase | 11/01/07 | 2,000 | 38.4360 | $76,872.00 | | | | | |
| Purchase | 11/02/07 | 2,000 | 37.1800 | $74,360.00 | | | | | |
| Purchase | 11/05/07 | 1,000 | 36.5000 | $36,500.00 | Retained | | 2,063,000 | 31.9222 | $65,855,498.60 |
| | | **2,063,000** | | **$96,830,318.02** | | | | | **$65,855,498.60** |

Loss on retained shares:    **($30,974,819.42)**

*Shares sold in the 90 days following the class period have been valued at the higher of the price between the actual sales price and the average closing price from the end of the class period to the date of the actual sale

**Citigroup (C)**
Class Period: 01/01/04 - 11/05/07
Retained share price: $31.9222 (11/06/07 - 01/04/08)

**Department of the Treasury of the State of New Jersey and its Division of Investment - LIFO Loss**

| Transaction | Date | Shares | Price | Cost | | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|---|
| Pre-class holdings | | 17,887,260 | | | | Sale | 04/12/05 | 119,000 | 46.3526 | $5,515,954.67 |
| | | | | | | Sale | 04/13/05 | 50,000 | 46.2282 | $2,311,408.27 |
| | | | | | | Sale | 04/29/05 | 2,000 | 46.7280 | $93,456.09 |
| | | | | | | Sale | 05/02/05 | 10,000 | 47.0583 | $470,583.00 |
| | | | | | | Sale | 07/22/05 | 6,000 | 44.2681 | $265,608.89 |
| | | | | | | Sale | 08/30/05 | 6,000 | 43.0882 | $258,529.18 |
| | | | | | | Sale | 08/31/05 | 13,000 | 43.4182 | $564,436.60 |
| | | | | | | Sale | 09/06/05 | 4,000 | 43.9682 | $175,872.64 |
| | | | | | | Sale | 04/25/06 | 11,962 | 47.4785 | $567,937.82 |
| | | | | | | Sale | 05/26/06 | 10,000 | 49.2385 | $492,385.00 |
| | | | | | | Sale | 07/27/06 | 115,000 | 47.3176 | $5,441,529.26 |
| | | | | | | Sale | 07/28/06 | 85,000 | 47.7481 | $4,058,591.26 |
| | | | | | | Sale | 07/28/06 | 500,000 | 48.2734 | $24,136,708.21 |
| | | | | | | Sale | 07/31/06 | 15,000 | 48.3985 | $725,977.50 |
| | | | | | | Sale | 08/14/06 | 300,000 | 47.5623 | $14,268,701.47 |
| | | | | | | Sale | 08/16/06 | 50,000 | 48.4558 | $2,422,790.54 |
| | | | | | | Sale | 08/17/06 | 150,000 | 48.4128 | $7,261,921.82 |
| | | | | | | Sale | 08/28/06 | 100,000 | 49.1600 | $4,915,998.92 |
| | | | | | | Sale | 09/11/06 | 3,000 | 48.9098 | $146,729.39 |
| | | | | | | Sale | 09/26/06 | 3,000 | 50.1385 | $150,415.37 |
| | | | | | | Sale | 10/18/06 | 2,000 | 49.9385 | $99,876.93 |
| | | | | | | Sale | 10/25/06 | 2,000 | 50.4485 | $100,896.90 |
| | | | | | | Sale | 10/26/06 | 300,000 | 50.5045 | $15,151,364.37 |
| | | | | | | Sale | 10/27/06 | 4,000 | 50.4385 | $201,753.80 |
| | | | | | | Sale | 10/30/06 | 123,000 | 50.1835 | $6,172,565.30 |
| | | | | | | Sale | 10/30/06 | 61,000 | 50.1955 | $3,061,922.90 |
| | | | | | | Sale | 10/30/06 | 16,000 | 50.1711 | $802,736.93 |
| | | | | | | Sale | 11/08/06 | 2,000 | 50.5084 | $101,016.89 |
| | | | | | | Sale | 11/13/06 | 50,000 | 50.6836 | $2,534,182.16 |
| | | | | | | Sale | 11/14/06 | 50,000 | 50.6650 | $2,533,252.19 |
| | | | | | | Sale | 11/14/06 | 150,000 | 50.6475 | $7,597,131.66 |
| | | | | | | Sale | 11/15/06 | 50,000 | 50.3797 | $2,518,982.63 |
| | | | | | | Sale | 11/16/06 | 100,000 | 50.6020 | $5,060,204.58 |
| | | | | | | Sale | 11/30/06 | 299,000 | 49.6183 | $14,835,864.53 |
| | | | | | | Sale | 12/11/06 | 50,000 | 52.8044 | $2,640,218.92 |
| | | | | | | Sale | 12/11/06 | 150,000 | 52.5000 | $7,874,998.18 |

**Citigroup (C)**
Class Period: 01/01/04 - 11/05/07
Retained share price: $31.9222 (11/06/07 - 01/04/08)

**Department of the Treasury of the State of New Jersey and its Division of Investment - LIFO Loss**

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Sale | 12/11/06 | 150,000 | 52.1971 | $7,829,564.57 |
| | | | | | Sale | 12/12/06 | 50,000 | 52.1222 | $2,606,109.97 |
| | | | | | Sale | 12/15/06 | 1,000 | 53.2484 | $53,248.36 |
| | | | | | Sale | 12/18/06 | 4,000 | 54.4383 | $217,753.31 |
| | | | | | Sale | 12/20/06 | 450,000 | 55.0176 | $24,757,924.77 |
| | | | | | Sale | 12/20/06 | 450,000 | 55.1023 | $24,796,038.60 |
| | | | | | Sale | 12/22/06 | 3,000 | 54.9483 | $164,844.93 |
| | | | | | Sale | 12/26/06 | 20,000 | 55.0158 | $1,100,316.00 |
| | | | | | Sale | 12/28/06 | 20,000 | 55.9883 | $1,119,765.61 |
| | | | | | Sale | 12/29/06 | 80,000 | 56.0094 | $4,480,750.41 |
| | | | | | Sale | 01/04/07 | 100,000 | 54.9006 | $5,490,061.29 |
| | | | | | Sale | 01/04/07 | 37,500 | 54.8817 | $2,058,064.26 |
| | | | | | Sale | 01/04/07 | 30,000 | 54.8811 | $1,646,433.41 |
| | | | | | Sale | 01/04/07 | 101,250 | 54.9790 | $5,566,624.85 |
| | | | | | Sale | 01/04/07 | 12,500 | 55.0183 | $687,728.87 |
| | | | | | Sale | 01/04/07 | 118,750 | 55.0396 | $6,535,953.57 |
| | | | | | Sale | 01/18/07 | 290,000 | 54.3309 | $15,755,969.83 |
| | | | | | Sale | 01/22/07 | 100,000 | 54.9888 | $5,498,881.02 |
| | | | | | Sale | 01/26/07 | 50,000 | 53.7942 | $2,689,712.36 |
| | | | | | Sale | 01/26/07 | 35,000 | 53.9023 | $1,886,580.50 |
| | | | | | Sale | 03/26/07 | 100,000 | 51.3175 | $5,131,751.42 |
| | | | | | Sale | 05/09/07 | 298,000 | 53.7874 | $16,028,638.31 |
| | | | | | Sale | 05/25/07 | 75,000 | 54.9270 | $4,119,521.94 |
| | | | | | Sale | 06/06/07 | 140,000 | 53.3583 | $7,470,159.59 |
| | | | | | Sale | 06/07/07 | 115,000 | 53.0196 | $6,097,252.62 |
| | | | | | Sale | 06/08/07 | 145,000 | 52.8133 | $7,657,927.22 |
| | | | | | Sale | 07/17/07 | 2,000 | 52.5122 | $105,024.40 |
| | | | | | | | **5,939,962** | | **$307,085,106.75** |
| | | | | | | | | | |
| Purchase | 03/22/04 | 2,000 | 49.6000 | $99,200.00 | Sale | 04/12/05 | 31,000 | 46.3526 | $1,436,930.60 |
| Purchase | 07/12/04 | 2,000 | 45.0000 | $90,000.00 | Sale | 06/22/05 | 425,000 | 47.3575 | $20,126,937.50 |
| Purchase | 09/21/04 | 2,000 | 45.5600 | $91,120.00 | Sale | 06/23/05 | 175,000 | 47.2480 | $8,268,400.00 |
| Purchase | 09/23/04 | 4,000 | 44.0568 | $176,227.20 | Sale | 07/22/05 | 8,000 | 44.2681 | $354,144.80 |
| Purchase | 09/24/04 | 2,000 | 44.0100 | $88,020.00 | Sale | 04/25/06 | 11,000 | 47.4785 | $522,263.50 |
| Purchase | 10/11/04 | 2,000 | 44.6400 | $89,280.00 | Sale | 11/30/06 | 1,000 | 49.6183 | $49,618.28 |
| Purchase | 11/04/04 | 2,000 | 45.3400 | $90,680.00 | Sale | 01/18/07 | 10,000 | 54.3309 | $543,309.30 |

**Citigroup (C)**
Class Period: 01/01/04 - 11/05/07
Retained share price: $31.9222 (11/06/07 - 01/04/08)

**Department of the Treasury of the State of New Jersey and its Division of Investment - LIFO Loss**

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 12/05/04 | 4,000 | 46.2400 | $184,960.00 | Sale | 05/03/07 | 1,000 | 54.0292 | $54,029.20 |
| Purchase | 12/14/04 | 1,000 | 46.8000 | $46,800.00 | Sale | 05/09/07 | 2,000 | 53.7874 | $107,574.75 |
| Purchase | 02/17/05 | 2,000 | 49.2200 | $98,440.00 | Sale | 05/17/07 | 1,000 | 54.7292 | $54,729.20 |
| Purchase | 02/25/05 | 2,000 | 48.3300 | $96,660.00 | Sale | 08/17/07 | 4,000 | 49.6192 | $198,476.96 |
| Purchase | 03/07/05 | 1,000 | 48.5300 | $48,530.00 | | | | | |
| Purchase | 03/09/05 | 2,000 | 48.1100 | $96,220.00 | *Sale | 11/27/07 | 2,000 | 32.9660 | $65,932.00 |
| Purchase | 03/21/05 | 3,000 | 45.8000 | $137,400.00 | *Sale | 11/28/07 | 2,000 | 32.9238 | $65,847.50 |
| Purchase | 06/03/05 | 607,000 | 47.5689 | $28,874,322.30 | *Sale | 12/21/07 | 2,000 | 32.5152 | $65,030.30 |
| Purchase | 06/27/05 | 1,000 | 46.7900 | $46,790.00 | *Sale | 12/31/07 | 2,000 | 32.1768 | $64,353.68 |
| Purchase | 01/03/06 | 2,000 | 48.9600 | $97,920.00 | | | | | |
| Purchase | 01/05/06 | 2,000 | 48.5000 | $97,000.00 | Retained | | 1,386,000 | 31.9222 | $44,244,169.20 |
| Purchase | 01/27/06 | 1,000 | 47.1180 | $47,118.00 | | | | | |
| Purchase | 03/07/06 | 2,000 | 46.2900 | $92,580.00 | | | | | |
| Purchase | 03/27/06 | 1,000 | 47.6600 | $47,660.00 | | | | | |
| Purchase | 04/06/06 | 2,000 | 47.9470 | $95,894.00 | | | | | |
| Purchase | 04/07/06 | 1,000 | 48.2700 | $48,270.00 | | | | | |
| Purchase | 11/29/06 | 1,000 | 49.7800 | $49,780.00 | | | | | |
| Purchase | 01/18/07 | 10,000 | 54.4683 | $544,683.00 | | | | | |
| Purchase | 03/27/07 | 2,000 | 51.1700 | $102,340.00 | | | | | |
| Purchase | 04/10/07 | 1,000 | 51.6000 | $51,600.00 | | | | | |
| Purchase | 05/14/07 | 1,000 | 52.6900 | $52,690.00 | | | | | |
| Purchase | 07/26/07 | 500,000 | 47.2138 | $23,606,900.00 | | | | | |
| Purchase | 07/31/07 | 4,000 | 47.1300 | $188,520.00 | | | | | |
| Purchase | 08/01/07 | 2,000 | 46.6865 | $93,373.00 | | | | | |
| Purchase | 08/15/07 | 6,000 | 45.5800 | $273,480.00 | | | | | |
| Purchase | 09/07/07 | 4,000 | 45.6900 | $182,760.00 | | | | | |
| Purchase | 09/12/07 | 2,000 | 45.9200 | $91,840.00 | | | | | |
| Purchase | 09/13/07 | 111,200 | 46.4026 | $5,159,969.12 | | | | | |
| Purchase | 09/13/07 | 278,800 | 46.2630 | $12,898,124.40 | | | | | |
| Purchase | 09/14/07 | 225,000 | 46.5216 | $10,467,360.00 | | | | | |
| Purchase | 09/17/07 | 250,000 | 46.2035 | $11,550,875.00 | | | | | |
| Purchase | 09/24/07 | 2,000 | 46.9400 | $93,880.00 | | | | | |
| Purchase | 10/16/07 | 2,000 | 45.7200 | $91,440.00 | | | | | |
| Purchase | 10/17/07 | 4,000 | 44.1800 | $176,720.00 | | | | | |
| Purchase | 10/19/07 | 2,000 | 42.5800 | $85,160.00 | | | | | |
| Purchase | 11/01/07 | 2,000 | 38.4360 | $76,872.00 | | | | | |

**Citigroup (C)**
Class Period: 01/01/04 - 11/05/07
Retained share price: $31.9222 (11/06/07 - 01/04/08)

**Department of the Treasury of the State of New Jersey and its Division of Investment - LIFO Loss**

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 11/02/07 | 2,000 | 37.1800 | $74,360.00 | | | | | |
| Purchase | 11/05/07 | 1,000 | 36.5000 | $36,500.00 | | | | | |
| | | **2,063,000** | | **$96,830,318.02** | | | **2,063,000** | | **$76,221,746.78** |

*Total LIFO loss:* **($20,608,571.24)**

*Shares sold in the 90 days following the class period have been valued at the higher of the price between the actual sales price and the average closing price from the end of the class period to the date of the actual sale