**Citigroup (C)**
Class Period: 04/17/06 - 11/02/07
Retained share price: $32.0169 (11/05/07 - 01/04/08)

**State Universities Retirement System of Illinois - FIFO loss**

| Transaction | Date | Shares | Price | Cost | | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|---|
| Pre-class holdings | | **992,397** | | | | Sale | 06/16/06 | 14,800 | 48.3600 | $715,728.00 |
| | | | | | | Sale | 06/22/06 | 33,900 | 48.1700 | $1,632,963.00 |
| | | | | | | Sale | 10/26/06 | 3,400 | 50.8300 | $172,822.00 |
| | | | | | | Sale | 11/27/06 | 15,300 | 49.8900 | $763,317.00 |
| | | | | | | Sale | 12/22/06 | 18,800 | 54.5500 | $1,025,540.00 |
| | | | | | | Sale | 04/25/07 | 62,100 | 53.2380 | $3,306,079.80 |
| | | | | | | Sale | 04/25/07 | 25,500 | 53.8000 | $1,371,900.00 |
| | | | | | | Sale | 05/25/07 | 10,500 | 55.1200 | $578,760.00 |
| | | | | | | Sale | 08/27/07 | 6,700 | 47.7900 | $320,193.00 |
| | | | | | | Sale | 08/27/07 | 15,500 | 47.7900 | $740,745.00 |
| | | | | | | Sale | 10/19/07 | 600 | 42.8410 | $25,704.60 |
| | | | | | | Sale | 10/22/07 | 1,300 | 42.3940 | $55,112.20 |
| | | | | | | Sale | 10/23/07 | 1,600 | 42.4100 | $67,856.00 |
| | | | | | | Sale | 10/24/07 | 1,700 | 42.2570 | $71,836.90 |
| | | | | | | Sale | 10/25/07 | 4,000 | 41.2300 | $164,920.00 |
| | | | | | | Sale | 10/25/07 | 800 | 41.5180 | $33,214.40 |
| | | | | | | Sale | 10/26/07 | 800 | 41.9030 | $33,522.40 |
| | | | | | | Sale | 10/29/07 | 700 | 42.7090 | $29,896.30 |
| | | | | | | Sale | 10/30/07 | 5,800 | 42.3620 | $245,699.60 |
| | | | | | | Sale | 10/31/07 | 1,400 | 42.1210 | $58,969.40 |
| | | | | | | *Shares sold during the class period offsetting opening balance:* | | **225,200** | | **$11,414,779.60** |
| | | | | | | *Sale | 11/05/07 | 1,500 | 35.9000 | $53,850.00 |
| | | | | | | *Sale | 11/06/07 | 900 | 35.5100 | $31,959.00 |
| | | | | | | *Sale | 11/08/07 | 1,600 | 34.3225 | $54,916.00 |
| | | | | | | *Sale | 11/09/07 | 10,300 | 34.0780 | $351,003.40 |
| | | | | | | *Sale | 11/09/07 | 700 | 34.0780 | $23,854.60 |
| | | | | | | *Sale | 11/20/07 | 2,800 | 33.9900 | $95,172.00 |
| | | | | | | *Sale | 11/26/07 | 800 | 33.3380 | $26,670.40 |
| | | | | | | *Shares sold in the lookback period offsetting opening balance:* | | **18,600** | | **$637,425.40** |
| Purchase | 04/17/06 | 100 | 48.4200 | $4,842.00 | | | | | | |
| Purchase | 08/08/06 | 100 | 48.5400 | $4,854.00 | | | | | | |

**Citigroup (C)**
Class Period: 04/17/06 - 11/02/07
Retained share price: $32.0169 (11/05/07 - 01/04/08)

**State Universities Retirement System of Illinois - FIFO loss**

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 09/15/06 | 100 | 49.1800 | $4,918.00 | | | | | |
| Purchase | 10/11/06 | 15,800 | 50.3100 | $794,898.00 | | | | | |
| Purchase | 03/26/07 | 72 | 51.5400 | $3,710.88 | | | | | |
| Purchase | 04/20/07 | 308,300 | 53.4200 | $16,469,386.00 | | | | | |
| Purchase | 04/30/07 | 4,455 | 53.7200 | $239,322.60 | | | | | |
| Purchase | 04/30/07 | 35,545 | 53.6200 | $1,905,922.90 | | | | | |
| Purchase | 04/30/07 | 140 | 53.6200 | $7,506.80 | | | | | |
| Purchase | 06/08/07 | 800 | 52.8350 | $42,268.00 | | | | | |
| Purchase | 06/15/07 | 412 | 53.9730 | $22,236.88 | | | | | |
| Purchase | 06/15/07 | 18,400 | 53.9800 | $993,232.00 | | | | | |
| Purchase | 09/21/07 | 371 | 47.5040 | $17,623.98 | | | | | |
| Purchase | 10/15/07 | 100 | 46.6900 | $4,669.00 | Retained | | 384,695 | 32.0169 | $12,316,741.35 |
| | | **384,695** | | **$20,515,391.04** | | | **384,695** | | **$12,316,741.35** |

|  |  |
|---|---|
| Loss on retained shares: | **($8,198,649.69)** |

*Shares sold in the 90 days following the class period have been valued at the higher of the price between the actual sales price and the average closing price from the end of the class period to the date of the actual sale

**Citigroup (C)**
Class Period: 04/17/06 - 11/02/07
Retained share price: $32.0169 (11/05/07 - 01/04/08)

**State Universities Retirement System of Illinois - LIFO loss**

| Transaction | Date | Shares | Price | Cost | | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|---|
| Pre-class holdings | | **992,397** | | | | Sale | 06/16/06 | 14,700 | 48.3600 | $710,892.00 |
| | | | | | | Sale | 06/22/06 | 33,900 | 48.1700 | $1,632,963.00 |
| | | | | | | Sale | 11/27/06 | 2,700 | 49.8900 | $134,703.00 |
| | | | | | | Sale | 12/22/06 | 18,800 | 54.5500 | $1,025,540.00 |
| | | | | | | *Shares sold during the class period offsetting opening balance:* | | **70,100** | | **$3,504,098.00** |
| Purchase | 04/17/06 | 100 | 48.4200 | $4,842.00 | | Sale | 06/16/06 | 100 | 48.3600 | $4,836.00 |
| Purchase | 08/08/06 | 100 | 48.5400 | $4,854.00 | | Sale | 10/26/06 | 3,400 | 50.8300 | $172,822.00 |
| Purchase | 09/15/06 | 100 | 49.1800 | $4,918.00 | | Sale | 11/27/06 | 12,600 | 49.8900 | $628,614.00 |
| Purchase | 10/11/06 | 15,800 | 50.3100 | $794,898.00 | | Sale | 04/25/07 | 62,100 | 53.2380 | $3,306,079.80 |
| Purchase | 03/26/07 | 72 | 51.5400 | $3,710.88 | | Sale | 04/25/07 | 25,500 | 53.8000 | $1,371,900.00 |
| Purchase | 04/20/07 | 308,300 | 53.4200 | $16,469,386.00 | | Sale | 05/25/07 | 10,500 | 55.1200 | $578,760.00 |
| Purchase | 04/30/07 | 4,455 | 53.7200 | $239,322.60 | | Sale | 08/27/07 | 6,700 | 47.7900 | $320,193.00 |
| Purchase | 04/30/07 | 35,545 | 53.6200 | $1,905,922.90 | | Sale | 08/27/07 | 15,500 | 47.7900 | $740,745.00 |
| Purchase | 04/30/07 | 140 | 53.6200 | $7,506.80 | | Sale | 10/19/07 | 600 | 42.8410 | $25,704.60 |
| Purchase | 06/08/07 | 800 | 52.8350 | $42,268.00 | | Sale | 10/22/07 | 1,300 | 42.3940 | $55,112.20 |
| Purchase | 06/15/07 | 412 | 53.9730 | $22,236.88 | | Sale | 10/23/07 | 1,600 | 42.4100 | $67,856.00 |
| Purchase | 06/15/07 | 18,400 | 53.9800 | $993,232.00 | | Sale | 10/24/07 | 1,700 | 42.2570 | $71,836.90 |
| Purchase | 09/21/07 | 371 | 47.5040 | $17,623.98 | | Sale | 10/25/07 | 4,000 | 41.2300 | $164,920.00 |
| Purchase | 10/15/07 | 100 | 46.6900 | $4,669.00 | | Sale | 10/25/07 | 800 | 41.5180 | $33,214.40 |
| | | | | | | Sale | 10/26/07 | 800 | 41.9030 | $33,522.40 |
| | | | | | | Sale | 10/29/07 | 700 | 42.7090 | $29,896.30 |
| | | | | | | Sale | 10/30/07 | 5,800 | 42.3620 | $245,699.60 |
| | | | | | | Sale | 10/31/07 | 1,400 | 42.1210 | $58,969.40 |
| | | | | | | *Sale | 11/05/07 | 1,500 | 35.9000 | $53,850.00 |
| | | | | | | *Sale | 11/06/07 | 900 | 35.5100 | $31,959.00 |
| | | | | | | *Sale | 11/08/07 | 1,600 | 34.3225 | $54,916.00 |
| | | | | | | *Sale | 11/09/07 | 10,300 | 34.0780 | $351,003.40 |
| | | | | | | *Sale | 11/09/07 | 700 | 34.0780 | $23,854.60 |
| | | | | | | *Sale | 11/20/07 | 2,800 | 33.9900 | $95,172.00 |
| | | | | | | *Sale | 11/26/07 | 800 | 33.3380 | $26,670.40 |
| | | | | | | Retained | | 210,995 | 32.0619 | $6,764,900.59 |

**Citigroup (C)**
Class Period: 04/17/06 - 11/02/07
Retained share price: $32.0169 (11/05/07 - 01/04/08)

**State Universities Retirement System of Illinois - LIFO loss**

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| | | 384,695 | | $20,515,391.04 | | | 384,695 | | $15,313,007.59 |

|  |  |
|---|---|
| *Total LIFO loss:* | **($5,202,383.45)** |

*Shares sold in the 90 days following the class period have been valued at the higher of the price between the actual sales price and the average closing price from the end of the class period to the date of the actual sale

**Citigroup (C)**
Class Period: 01/01/04 - 11/05/07
Retained share price: $31.9222 (11/06/07 - 01/04/08)

**State Universities Retirement System of Illinois - FIFO loss**

| Transaction | Date | Shares | Price | Cost | | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|---|
| Pre-class holdings | | 1,122,825 | | | | Sale | 01/05/04 | 59,800 | 49.7900 | $2,977,442.00 |
| | | | | | | Sale | 05/14/04 | 1,800 | 45.6220 | $82,119.60 |
| | | | | | | Sale | 05/18/04 | 3,500 | 45.3649 | $158,777.15 |
| | | | | | | Sale | 05/19/04 | 7,600 | 45.6260 | $346,757.60 |
| | | | | | | Sale | 05/20/04 | 2,800 | 45.4670 | $127,307.60 |
| | | | | | | Sale | 06/23/04 | 4,600 | 47.0418 | $216,392.28 |
| | | | | | | Sale | 06/25/04 | 22,200 | 46.7300 | $1,037,406.00 |
| | | | | | | Sale | 09/17/04 | 15,100 | 46.9525 | $708,982.75 |
| | | | | | | Sale | 01/26/05 | 86,600 | 48.4800 | $4,198,368.00 |
| | | | | | | Sale | 03/24/05 | 24,600 | 44.5200 | $1,095,192.00 |
| | | | | | | Sale | 07/07/05 | 18,700 | 45.9910 | $860,031.70 |
| | | | | | | Sale | 07/08/05 | 14,500 | 46.5110 | $674,409.50 |
| | | | | | | Sale | 07/11/05 | 12,900 | 46.2490 | $596,612.10 |
| | | | | | | Sale | 07/11/05 | 5,400 | 46.1150 | $249,021.00 |
| | | | | | | Sale | 07/12/05 | 8,700 | 46.0130 | $400,313.10 |
| | | | | | | Sale | 07/12/05 | 5,400 | 45.9770 | $248,275.80 |
| | | | | | | Sale | 09/19/05 | 14,200 | 45.3010 | $643,274.20 |
| | | | | | | Sale | 10/03/05 | 100 | 45.5100 | $4,551.00 |
| | | | | | | Sale | 12/16/05 | 488 | 49.3700 | $24,092.56 |
| | | | | | | Sale | 01/20/06 | 69,100 | 45.6900 | $3,157,179.00 |
| | | | | | | Sale | 03/07/06 | 100 | 46.1100 | $4,611.00 |
| | | | | | | Sale | 03/17/06 | 100 | 47.4160 | $4,741.60 |
| | | | | | | Sale | 03/17/06 | 21,000 | 47.4120 | $995,652.00 |
| | | | | | | Sale | 03/22/06 | 35,300 | 47.6700 | $1,682,751.00 |
| | | | | | | Sale | 03/31/06 | 300 | 47.2350 | $14,170.50 |
| | | | | | | Sale | 06/16/06 | 14,800 | 48.3600 | $715,728.00 |
| | | | | | | Sale | 06/22/06 | 33,900 | 48.1700 | $1,632,963.00 |
| | | | | | | Sale | 10/26/06 | 3,400 | 50.8300 | $172,822.00 |
| | | | | | | Sale | 11/27/06 | 15,300 | 49.8900 | $763,317.00 |
| | | | | | | Sale | 12/22/06 | 18,800 | 54.5500 | $1,025,540.00 |
| | | | | | | Sale | 04/25/07 | 62,100 | 53.2380 | $3,306,079.80 |
| | | | | | | Sale | 04/25/07 | 25,500 | 53.8000 | $1,371,900.00 |
| | | | | | | Sale | 05/25/07 | 10,500 | 55.1200 | $578,760.00 |
| | | | | | | Sale | 08/27/07 | 6,700 | 47.7900 | $320,193.00 |
| | | | | | | Sale | 08/27/07 | 15,500 | 47.7900 | $740,745.00 |

**Citigroup (C)**
Class Period: 01/01/04 - 11/05/07
Retained share price: $31.9222 (11/06/07 - 01/04/08)

**State Universities Retirement System of Illinois - FIFO loss**

| Transaction | Date | Shares | Price | Cost | | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Sale | 10/19/07 | 600 | 42.8410 | $25,704.60 |
| | | | | | | Sale | 10/22/07 | 1,300 | 42.3940 | $55,112.20 |
| | | | | | | Sale | 10/23/07 | 1,600 | 42.4100 | $67,856.00 |
| | | | | | | Sale | 10/24/07 | 1,700 | 42.2570 | $71,836.90 |
| | | | | | | Sale | 10/25/07 | 4,000 | 41.2300 | $164,920.00 |
| | | | | | | Sale | 10/25/07 | 800 | 41.5180 | $33,214.40 |
| | | | | | | Sale | 10/26/07 | 800 | 41.9030 | $33,522.40 |
| | | | | | | Sale | 10/29/07 | 700 | 42.7090 | $29,896.30 |
| | | | | | | Sale | 10/30/07 | 5,800 | 42.3620 | $245,699.60 |
| | | | | | | Sale | 10/31/07 | 1,400 | 42.1210 | $58,969.40 |
| | | | | | | Sale | 11/05/07 | 1,500 | 35.5860 | $53,379.00 |
| | | | | | | *Shares sold during the class period offsetting opening balance:* | | **661,588** | | **$31,976,589.64** |
| | | | | | | *Sale | 11/06/07 | 900 | 35.5100 | $31,959.00 |
| | | | | | | *Sale | 11/08/07 | 1,600 | 33.7967 | $54,074.72 |
| | | | | | | *Sale | 11/09/07 | 10,300 | 33.6225 | $346,311.75 |
| | | | | | | *Sale | 11/09/07 | 700 | 33.6225 | $23,535.75 |
| | | | | | | *Sale | 11/20/07 | 2,800 | 33.8164 | $94,685.92 |
| | | | | | | *Sale | 11/26/07 | 800 | 33.1550 | $26,524.00 |
| | | | | | | *Shares sold in the lookback period offsetting opening balance:* | | **17,100** | | **$577,091.14** |
| Purchase | 01/06/04 | 9,500 | 49.7200 | $472,340.00 | | | | | | |
| Purchase | 01/06/04 | 102,700 | 49.6775 | $5,101,879.25 | | | | | | |
| Purchase | 07/28/04 | 18,620 | 44.0248 | $819,741.78 | | | | | | |
| Purchase | 07/29/04 | 27,930 | 44.2949 | $1,237,156.56 | | | | | | |
| Purchase | 07/30/04 | 46,550 | 44.1080 | $2,053,227.40 | | | | | | |
| Purchase | 08/24/04 | 12,100 | 45.8715 | $555,045.15 | | | | | | |
| Purchase | 09/01/04 | 400 | 46.5738 | $18,629.52 | | | | | | |
| Purchase | 09/02/04 | 900 | 46.6326 | $41,969.34 | | | | | | |
| Purchase | 09/03/04 | 500 | 47.0763 | $23,538.15 | | | | | | |
| Purchase | 09/07/04 | 500 | 47.1767 | $23,588.35 | | | | | | |
| Purchase | 09/08/04 | 500 | 47.0733 | $23,536.65 | | | | | | |
| Purchase | 09/09/04 | 300 | 46.8843 | $14,065.29 | | | | | | |

**Citigroup (C)**
Class Period: 01/01/04 - 11/05/07
Retained share price: $31.9222 (11/06/07 - 01/04/08)

**State Universities Retirement System of Illinois - FIFO loss**

| Transaction | Date | Shares | Price | Cost | | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 09/10/04 | 300 | 46.9683 | $14,090.49 | | | | | | |
| Purchase | 09/15/04 | 400 | 47.0475 | $18,819.00 | | | | | | |
| Purchase | 09/17/04 | 1,100 | 46.9690 | $51,665.90 | | | | | | |
| Purchase | 10/19/04 | 900 | 43.8030 | $39,422.70 | | | | | | |
| Purchase | 10/19/04 | 200 | 44.3115 | $8,862.30 | | | | | | |
| Purchase | 10/20/04 | 400 | 43.1700 | $17,268.00 | | | | | | |
| Purchase | 10/21/04 | 200 | 42.9828 | $8,596.56 | | | | | | |
| Purchase | 10/22/04 | 200 | 42.9293 | $8,585.86 | | | | | | |
| Purchase | 10/25/04 | 700 | 42.3981 | $29,678.67 | | | | | | |
| Purchase | 10/27/04 | 300 | 43.5030 | $13,050.90 | | | | | | |
| Purchase | 10/29/04 | 700 | 44.3589 | $31,051.23 | | | | | | |
| Purchase | 11/01/04 | 600 | 44.4191 | $26,651.46 | | | | | | |
| Purchase | 11/12/04 | 9,900 | 47.0670 | $465,963.30 | | | | | | |
| Purchase | 12/28/04 | 3,774 | 48.3500 | $182,472.90 | | | | | | |
| Purchase | 01/13/05 | 43,700 | 47.8776 | $2,092,251.12 | | | | | | |
| Purchase | 01/13/05 | 3,800 | 47.8550 | $181,849.00 | | | | | | |
| Purchase | 03/18/05 | 562 | 46.8400 | $26,324.08 | | | | | | |
| Purchase | 05/20/05 | 100 | 47.4500 | $4,745.00 | | | | | | |
| Purchase | 06/17/05 | 5,800 | 47.4600 | $275,268.00 | | | | | | |
| Purchase | 08/16/05 | 9,800 | 44.2620 | $433,767.60 | | | | | | |
| Purchase | 09/16/05 | 324 | 45.4100 | $14,712.84 | | | | | | |
| Purchase | 12/20/05 | 100 | 49.1470 | $4,914.70 | | | | | | |
| Purchase | 02/22/06 | 100 | 46.5700 | $4,657.00 | | | | | | |
| Purchase | 04/17/06 | 100 | 48.4200 | $4,842.00 | | | | | | |
| Purchase | 08/08/06 | 100 | 48.5400 | $4,854.00 | | | | | | |
| Purchase | 09/15/06 | 100 | 49.1800 | $4,918.00 | | | | | | |
| Purchase | 10/11/06 | 15,800 | 50.3100 | $794,898.00 | | | | | | |
| Purchase | 03/26/07 | 72 | 51.5400 | $3,710.88 | | | | | | |
| Purchase | 04/20/07 | 308,300 | 53.4200 | $16,469,386.00 | | | | | | |
| Purchase | 04/30/07 | 4,455 | 53.7200 | $239,322.60 | | | | | | |
| Purchase | 04/30/07 | 35,545 | 53.6200 | $1,905,922.90 | | | | | | |
| Purchase | 04/30/07 | 140 | 53.6200 | $7,506.80 | | | | | | |
| Purchase | 06/08/07 | 800 | 52.8350 | $42,268.00 | | | | | | |
| Purchase | 06/15/07 | 412 | 53.9730 | $22,236.88 | | | | | | |
| Purchase | 06/15/07 | 18,400 | 53.9800 | $993,232.00 | | | | | | |

**Citigroup (C)**
Class Period: 01/01/04 - 11/05/07
Retained share price: $31.9222 (11/06/07 - 01/04/08)

**State Universities Retirement System of Illinois - FIFO loss**

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 09/21/07 | 371 | 47.5040 | $17,623.98 | | | | | |
| Purchase | 10/15/07 | 100 | 46.6900 | $4,669.00 | Retained | | 689,155 | 31.9222 | $21,999,343.74 |
| | | **689,155** | | **$34,854,777.08** | | | **689,155** | | **$21,999,343.74** |

*Loss on retained shares:* **($12,855,433.34)**

*Shares sold in the 90 days following the class period have been valued at the higher of the price between the actual sales price and the average closing price from the end of the class period to the date of the actual sale

**Citigroup (C)**
Class Period: 01/01/04 - 11/05/07
Retained share price: $31.9222 (11/06/07 - 01/04/08)

**State Universities Retirement System of Illinois - LIFO loss**

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-class holdings | | 1,122,825 | | | Sale | 01/05/04 | 59,800 | 49.7900 | $2,977,442.00 |
| | | | | | Sale | 01/20/06 | 13,928 | 45.6900 | $636,370.32 |
| | | | | | Sale | 03/17/06 | 100 | 47.4160 | $4,741.60 |
| | | | | | Sale | 03/17/06 | 21,000 | 47.4120 | $995,652.00 |
| | | | | | Sale | 03/22/06 | 35,300 | 47.6700 | $1,682,751.00 |
| | | | | | Sale | 03/31/06 | 300 | 47.2350 | $14,170.50 |
| | | | | | Sale | 06/16/06 | 14,700 | 48.3600 | $710,892.00 |
| | | | | | Sale | 06/22/06 | 33,900 | 48.1700 | $1,632,963.00 |
| | | | | | Sale | 11/27/06 | 2,700 | 49.8900 | $134,703.00 |
| | | | | | Sale | 12/22/06 | 18,800 | 54.5500 | $1,025,540.00 |
| | | | | | *Shares sold during the class period offsetting opening balance:* | | **200,528** | | **$9,815,225.42** |
| Purchase | 01/06/04 | 9,500 | 49.7200 | $472,340.00 | Sale | 05/14/04 | 1,800 | 45.6220 | $82,119.60 |
| Purchase | 01/06/04 | 102,700 | 49.6775 | $5,101,879.25 | Sale | 05/18/04 | 3,500 | 45.3649 | $158,777.15 |
| Purchase | 07/28/04 | 18,620 | 44.0248 | $819,741.78 | Sale | 05/19/04 | 7,600 | 45.6260 | $346,757.60 |
| Purchase | 07/29/04 | 27,930 | 44.2949 | $1,237,156.56 | Sale | 05/20/04 | 2,800 | 45.4670 | $127,307.60 |
| Purchase | 07/30/04 | 46,550 | 44.1080 | $2,053,227.40 | Sale | 06/23/04 | 4,600 | 47.0418 | $216,392.28 |
| Purchase | 08/24/04 | 12,100 | 45.8715 | $555,045.15 | Sale | 06/25/04 | 22,200 | 46.7300 | $1,037,406.00 |
| Purchase | 09/01/04 | 400 | 46.5738 | $18,629.52 | Sale | 09/17/04 | 15,100 | 46.9525 | $708,982.75 |
| Purchase | 09/02/04 | 900 | 46.6326 | $41,969.34 | Sale | 01/26/05 | 86,600 | 48.4800 | $4,198,368.00 |
| Purchase | 09/03/04 | 500 | 47.0763 | $23,538.15 | Sale | 03/24/05 | 24,600 | 44.5200 | $1,095,192.00 |
| Purchase | 09/07/04 | 500 | 47.1767 | $23,588.35 | Sale | 07/07/05 | 18,700 | 45.9910 | $860,031.70 |
| Purchase | 09/08/04 | 500 | 47.0733 | $23,536.65 | Sale | 07/08/05 | 14,500 | 46.5110 | $674,409.50 |
| Purchase | 09/09/04 | 300 | 46.8843 | $14,065.29 | Sale | 07/11/05 | 12,900 | 46.2490 | $596,612.10 |
| Purchase | 09/10/04 | 300 | 46.9683 | $14,090.49 | Sale | 07/11/05 | 5,400 | 46.1150 | $249,021.00 |
| Purchase | 09/15/04 | 400 | 47.0475 | $18,819.00 | Sale | 07/12/05 | 8,700 | 46.0130 | $400,313.10 |
| Purchase | 09/17/04 | 1,100 | 46.9690 | $51,665.90 | Sale | 07/12/05 | 5,400 | 45.9770 | $248,275.80 |
| Purchase | 10/19/04 | 900 | 43.8030 | $39,422.70 | Sale | 09/15/05 | 14,200 | 45.3010 | $643,274.20 |
| Purchase | 10/19/04 | 200 | 44.3115 | $8,862.30 | Sale | 10/03/05 | 100 | 45.5100 | $4,551.00 |
| Purchase | 10/20/04 | 400 | 43.1700 | $17,268.00 | Sale | 12/16/05 | 488 | 49.3700 | $24,092.56 |
| Purchase | 10/21/04 | 200 | 42.9828 | $8,596.56 | Sale | 01/20/06 | 55,172 | 45.6900 | $2,520,808.68 |
| Purchase | 10/22/04 | 200 | 42.9293 | $8,585.86 | Sale | 03/07/06 | 100 | 46.1100 | $4,611.00 |
| Purchase | 10/25/04 | 700 | 42.3981 | $29,678.67 | Sale | 06/16/06 | 100 | 48.3600 | $4,836.00 |
| Purchase | 10/27/04 | 300 | 43.5030 | $13,050.90 | Sale | 10/26/06 | 3,400 | 50.8300 | $172,822.00 |

**Citigroup (C)**
Class Period: 01/01/04 - 11/05/07
Retained share price: $31.9222 (11/06/07 - 01/04/08)

**State Universities Retirement System of Illinois - LIFO loss**

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 10/29/04 | 700 | 44.3589 | $31,051.23 | Sale | 11/27/06 | 12,600 | 49.8900 | $628,614.00 |
| Purchase | 11/01/04 | 600 | 44.4191 | $26,651.46 | Sale | 04/25/07 | 62,100 | 53.2380 | $3,306,079.80 |
| Purchase | 11/12/04 | 9,900 | 47.0670 | $465,963.30 | Sale | 04/25/07 | 25,500 | 53.8000 | $1,371,900.00 |
| Purchase | 12/28/04 | 3,774 | 48.3500 | $182,472.90 | Sale | 05/25/07 | 10,500 | 55.1200 | $578,760.00 |
| Purchase | 01/13/05 | 43,700 | 47.8776 | $2,092,251.12 | Sale | 08/27/07 | 6,700 | 47.7900 | $320,193.00 |
| Purchase | 01/13/05 | 3,800 | 47.8550 | $181,849.00 | Sale | 08/27/07 | 15,500 | 47.7900 | $740,745.00 |
| Purchase | 03/18/05 | 562 | 46.8400 | $26,324.08 | Sale | 10/19/07 | 600 | 42.8410 | $25,704.60 |
| Purchase | 05/20/05 | 100 | 47.4500 | $4,745.00 | Sale | 10/22/07 | 1,300 | 42.3940 | $55,112.20 |
| Purchase | 06/17/05 | 5,800 | 47.4600 | $275,268.00 | Sale | 10/23/07 | 1,600 | 42.4100 | $67,856.00 |
| Purchase | 08/16/05 | 9,800 | 44.2620 | $433,767.60 | Sale | 10/24/07 | 1,700 | 42.2570 | $71,836.90 |
| Purchase | 09/16/05 | 324 | 45.4100 | $14,712.84 | Sale | 10/25/07 | 4,000 | 41.2300 | $164,920.00 |
| Purchase | 12/20/05 | 100 | 49.1470 | $4,914.70 | Sale | 10/25/07 | 800 | 41.5180 | $33,214.40 |
| Purchase | 02/22/06 | 100 | 46.5700 | $4,657.00 | Sale | 10/26/07 | 800 | 41.9030 | $33,522.40 |
| Purchase | 04/17/06 | 100 | 48.4200 | $4,842.00 | Sale | 10/29/07 | 700 | 42.7090 | $29,896.30 |
| Purchase | 08/08/06 | 100 | 48.5400 | $4,854.00 | Sale | 10/30/07 | 5,800 | 42.3620 | $245,699.60 |
| Purchase | 09/15/06 | 100 | 49.1800 | $4,918.00 | Sale | 10/31/07 | 1,400 | 42.1210 | $58,969.40 |
| Purchase | 10/11/06 | 15,800 | 50.3100 | $794,898.00 | Sale | 11/05/07 | 1,500 | 35.5860 | $53,379.00 |
| Purchase | 03/26/07 | 72 | 51.5400 | $3,710.88 | | | | | |
| Purchase | 04/20/07 | 308,300 | 53.4200 | $16,469,386.00 | *Sale | 11/06/07 | 900 | 35.5100 | $31,959.00 |
| Purchase | 04/30/07 | 4,455 | 53.7200 | $239,322.60 | *Sale | 11/08/07 | 1,600 | 33.7967 | $54,074.72 |
| Purchase | 04/30/07 | 35,545 | 53.6200 | $1,905,922.90 | *Sale | 11/09/07 | 10,300 | 33.6225 | $346,311.75 |
| Purchase | 04/30/07 | 140 | 53.6200 | $7,506.80 | *Sale | 11/09/07 | 700 | 33.6225 | $23,535.75 |
| Purchase | 06/08/07 | 800 | 52.8350 | $42,268.00 | *Sale | 11/20/07 | 2,800 | 33.8164 | $94,685.92 |
| Purchase | 06/15/07 | 412 | 53.9730 | $22,236.88 | *Sale | 11/26/07 | 800 | 33.1550 | $26,524.00 |
| Purchase | 06/15/07 | 18,400 | 53.9800 | $993,232.00 | | | | | |
| Purchase | 09/21/07 | 371 | 47.5040 | $17,623.98 | Retained | | 210,995 | 31.9451 | $6,740,256.37 |
| Purchase | 10/15/07 | 100 | 46.6900 | $4,669.00 | | | | | |
| | | **689,155** | | **$34,854,777.08** | | | **689,155** | | **$29,478,711.73** |

*Total LIFO loss:* **($5,376,065.35)**

*Shares sold in the 90 days following the class period have been valued at the higher of the price between the actual sales price and the average closing price from the end of the class period to the date of the actual sale