UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TILLIE SALTZMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CITIGROUP INC., CHARLES O. PRINCE, ROBERT E. RUBIN, STEPHEN R. VOLK, SALLIE L, KRAWCHECK, GARY L. CRITTENDEN and ROBERT DRUSKIN,<br><br>Defendants. | CIVIL ACTION NO. 07-9901-SHS<br><br>ECF FILED |
| LENNARD HAMMERSCHLAG, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CITIGROUP INC., CHARLES PRINCE, SALLIE L, KRAWCHECK, GARY CRITTENDEN,<br><br>Defendants. | CIVIL ACTION NO. 07-10258-RJS |

| | | |
|---|---|---|
| PUBLIC EMPLOYEES' RETIREMENT ASSOCIATION OF COLORADO; TENNESSEE CONSOLIDATED RETIREMENT SYSTEM; SJUNDE AP-FONDEN; FJÄRDE AP-FONDEN; and PENSIONSKASSERNES ADMINISTRATION A/S, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br> vs.<br><br>CITIGROUP INC., CHARLES O. PRINCE, SALLIE L. KRAWCHECK, GARY L. CRITTENDEN, TODD S. THOMSON, ROBERT DRUSKIN, THOMAS G. MAHERAS, MICHAEL STUART KLEIN, DAVID C. BUSHNELL, JOHN C. GERSPACH, STEPHEN R. VOLK, GEORGE DAVID, and KPMG LLP,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO. 08-CV-00135 |

## NOTICE OF WITHDRAWAL OF
## NEW JERSEY DIVISION OF INVESTMENT
## FROM THE U.S. PUBLIC FUND GROUP

  The New Jersey Division of Investment ("NJ DOI") joined with the State Teachers Retirement System of Ohio ("Ohio STRS"), and the State Universities Retirement System of Illinois ("SURS"), as the U.S. Public Fund Group, to move for appointment as Lead Plaintiff in this litigation. That application was filed on January 7, 2008. After the U.S. Public Fund Group had filed this motion, NJ DOI agreed to participate in a private placement of Citigroup convertible preferred securities, which was announced on January 15, 2008. At the time New Jersey joined with the U.S. Public Fund Group and authorized its motion for appointment as

Lead Plaintiff in this litigation, this participation in the private placement had not been offered to or contemplated by NJ DOI.

Without prejudice to any of its rights, NJ DOI has elected to withdraw from the U.S. Pension Fund Group as an active movant for Lead Plantiff status. NJ DOI continues to support the U.S. Public Fund Group's application for Lead Plaintiff because it believes the U.S. Public Fund Group remains the most adequate plaintiff under the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4. NJ DOI reserves all of its rights in connection with this litigation.

Accordingly, NJ DOI has respectfully withdrawn from the U.S. Public Fund Group and its transactions should no longer be considered in connection with the competing motions for Lead Plaintiff.

Dated: January 18, 2008

Respectfully submitted,

*/s/*

**BERGER & MONTAGUE, P.C.**
Merrill G. Davidoff (MD-4099)
Lawrence J. Lederer
Arthur Stock
1622 Locust Street
Philadelphia, PA 19103
Telephone: 215-875-3000
Facsimile: 215-875-4604

Malta 434083

## CERTIFICATE OF SERVICE

I, Merrill G. Davidoff, an attorney with Berger & Montague, P.C., 1622 Locust Street, Philadelphia, PA 19103, hereby certify that on this 18th day of January, 2008 I caused to be electronically filed the foregoing Notice of Change in Status of New Jersey Division of Investment using the ECF System which will electronically send notification of such filing to the registered participants, and paper copies will be sent via first-class mail postage prepaid to those indicated as non-registered participants on January 18, 2008.

_____
Merrill G. Davidoff