**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TILLIE SALTZMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CITIGROUP INC., CHARLES O. PRINCE, ROBERT E. RUBIN, STEPHEN R. VOLK, SALLIE L. KRAWCHECK, GARY L. CRITTENDEN and ROBERT DRUSKIN,<br><br>Defendants. | **CIVIL ACTION NO. 07-9901-SHS** |
| LENNARD HAMMERSCHLAG, Individually, and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CITIGROUP INC., CHARLES PRINCE, SALLIE KRAWCHECK, GARY CRITTENDEN,<br><br>Defendants. | **CIVIL ACTION NO. 07-10258-RJS** |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as counsel for plaintiff, U.S. Public Fund Group, in the above-captioned actions.

Dated: January 24, 2008                By:   /s/   Jeffrey C. Block
                                              Jeffrey C. Block (JB-0387)
                                              Berman DeValerio Pease Tabacco
                                                 Burt & Pucillo
                                              One Liberty Square, 8th Floor
                                              Boston, MA 02109
                                              Jblock@bermanesq.com
                                              T (617) 542-8300

## **CERTIFICATE OF SERVICE**

I, Jeffrey C. Block, hereby certify that the Notice of Appearance filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: January 24, 2008                                  /s/     Jeffrey C. Block