UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TILLIE SALTZMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CITIGROUP INC., CHARLES O. PRINCE, ROBERT E. RUBIN, STEPHEN R. VOLK, SALLIE L. KRAWCHECK, GARY L. CRITTENDEN and ROBERT DRUSKIN,<br><br>Defendants. | CIVIL ACTION NO. 07-9901-SHS<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 1/28/08 |
| LENNARD HAMMERSCHLAG, Individually, and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CITIGROUP INC., CHARLES PRINCE, SALLIE KRAWCHECK, GARY CRITTENDEN,<br><br>Defendants. | CIVIL ACTION NO. 07-10258-~~EJS~~ (SHS) |

**NOTICE OF MOTION OF THE OHIO STATE TEACHERS RETIREMENT SYSTEM AND THE ATTORNEY GENERAL OF THE STATE OF OHIO TO DISQUALIFY COUNSEL** +ORDER SETTING A RETURN DATE

PLEASE TAKE NOTICE that on ~~a date and time as may be set by the Court~~ Feb 8, 2008 at 2 p.m., before the Honorable Sidney H. Stein, at the United States District Court for the Southern District of New York, located at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 23A, New York, New York 10007, the State Teachers Retirement System of Ohio ("Ohio STRS"), and the Attorney General of the State of Ohio (the "Ohio Attorney General" and, with Ohio STRS, "Ohio") will respectfully move this Court for entry of an Order disqualifying Schiffrin Barroway Topaz & Kessler, LLP ("Schiffrin Barroway") and Entwistle & Cappucci LLP ("Entwistle") from representing the Global Pension Funds[1] or otherwise acting adversely to the interests of Ohio in this matter.

This Motion is supported by the accompanying Memorandum of Law in support thereof, the Declaration of Honorable Marc Dann and William J. Neville filed herewith, the Declaration of Professor Bruce A. Green filed herewith, the pleadings and other files, and such other written or oral argument as may be permitted by the Court.

Based on the foregoing, Ohio respectfully requests that the Court issue an Order disqualifying Schiffrin Barroway and Entwistle from representing the Global Pension Funds in opposition to Ohio or otherwise acting adversely to the interests of

---

[1] Schiffrin Barroway and Entwistle represent the "Global Pension Funds" group. The Global Pension Funds are comprised of the Public Employees' Retirement Association of Colorado ("Colorado PERA"), Tennessee Consolidated Retirement System ("TCRS"), Sjunde AP-Fonden ("AP7"), Fjärde APFonden, ("AP4"), and Pensionskassernes Administration A/S ("PKA").

Ohio in this matter and grant such other and further relief as the Court may deem just and proper. *Answering papers due by January 31; reply papers by Feb. 5. The Hannad Neville affidavit and the memoranda of law will be filed under seal.*

Dated: January 25, 2008                                   Respectfully submitted,

MARC DANN                                                 BERNSTEIN LITOWITZ BERGER
ATTORNEY GENERAL OF OHIO                                  & GROSSMANN LLP
Christopher R. Geidner,                                   Max W. Berger (MB-5010)
Counsel to the Attorney General                           Gerald H. Silk (GS-4565)
Andrea L. Seidt,                                          Avi Josefson (AJ-3532)
Deputy Chief Counsel                                      Noam Mandel (NM-0203)
30 E. Broad St., 17th Floor                               1285 Avenue of the Americas, 38th Floor
Columbus, Ohio 43215                                      New York, New York 10019
Telephone: 614-466-4320                                   Telephone: 212-554-1400
Facsimile: 614-466-5087                                   Facsimile: 212-554-1444

*Counsel to the Ohio State Teachers'*                     *Counsel to the Office of the Ohio*
*Retirement System*                                       *Attorney General and the Ohio State*
                                                          *Teachers' Retirement System*

1/25/08
So ordered
/s/ [Judge signature]

2