# Exhibit D

**STATE TEACHERS RETIREMENT SYSTEM OF OHIO**

275 EAST BROAD STREET, COLUMBUS, OHIO 43215-3771 | 1-888-227-7877

## About STRS Ohio

### Retirement Board

STRS Ohio is governed by a Retirement Board consisting of five elected contributing teacher members; two elected retired teacher members; an investment expert appointed by the governor; an investment expert appointed jointly by the speaker of the House and the Senate president; an investment expert designated by the treasurer of state; and the superintendent of public instruction or her designated investment expert.

Teacher members are elected to a four-year term by members of the retirement system. Retired teacher members are elected to a four-year term by retirees receiving benefits from STRS Ohio.

Board members serve without compensation other than actual, necessary expenses.

Internally, STRS Ohio is managed by an executive director, three deputy executive directors and seven senior staff members, and employs about 615 associates.

### State Teachers Retirement Board



| Jeff Chapman, Chair | Mary Ann Quilter Cervantes, Vice Chair |
|---|---|
| Retired teacher member since 2005. | Teacher member since 2005. Oregon City Schools, Lucas County |
| *Term extends through Aug. 31, 2009.* | *Term extends through Aug. 31, 2009.* |

|  |  |
|---|---|
| Taiyia L. Hayden<br>Teacher member since 2006.<br>Columbus City Schools,<br>Franklin County | John Lazares<br>Teacher member since 2004.<br>Warren County Educational<br>Service Center, Warren<br>County |
| *Term extends through Aug. 31, 2011.* | *Term extends through Aug. 31, 2008.* |

|  | |
|---|---|
| Dennis Leone<br>Retired teacher member since 2005. | Mark H. Meuser<br>Teacher member since 2006.<br>Gahanna-Jefferson Schools,<br>Franklin County |
| *Term extends through Aug. 31, 2009.* | *Term extends through Aug. 31, 2010.* |

| | |
|---|---|
| <br>Constance K. Ramser<br>Teacher member since 2004.<br>Jackson Local Schools, Stark County | <br>Susan Tave Zelman,<br>Superintendent of Public Instruction.<br>Ex officio member of the board since appointed to office in 1999. |
| *Term extends through Aug. 31, 2010.* | |
| <br>Thomas W. Johnson<br>Appointed by the governor of the state in 2006. | Open seat to be appointed jointly by the speaker of the House and the Senate president. |
| *Term extends through Sept. 28, 2008.* | |



Craig C. Brooks
Appointed by the treasurer of state in 2007.
*Term extends through Dec. 2, 2008.*

## STRS Ohio Senior Staff

Damon F. Asbury
Executive Director

Sandra L. Knoesel
Deputy Executive Director — Member Benefits

Stephen A. Mitchell
Deputy Executive Director — Investments

Robert A. Slater
Deputy Executive Director — Finance
Chief Financial Officer

Terri Meese Bierdeman
Director, Governmental Relations

Eileen F. Boles
Executive Assistant

Laura R. Ecklar
Director, Communication Services

Andrew J. Marfurt
Director, Human Resource Services

William J. Neville
General Counsel