# Exhibit E

SURS - About SURS

STATE UNIVER... 

ABOUT SURS | INSURANCE | INVESTMENTS

**About SURS**

SECTION LINKS
- ADMIN STAFF
- BD OF TRUSTEES
- CONTACT SURS
- SURS HOME PLANS
- HOW TO CHOOSE
- PORTABLE
- SELF-MANAGED
- TRADITIONAL

SURS:About SURS:*Board and Committees*

# BOARD AND COMMITTEES

## BOARD OF TRUSTEES

(Click here for meeting minutes.)

Christine Boardman
Mark Donovan
Robert Hilgenbrink
Mike Mackey
Alice Palmer
Michael Pizzuto
Jack Schultz
Mitchell Vogel
Marva Williams

## OFFICERS OF THE BOARD

Mitchell Vogel, President
Alice Palmer, Vice President
Robert Hilgenbrink, Treasurer
Dan Slack, Secretary