# Exhibit F




## TENNESSEE.GOV
### Treasury Department
#### Dale Sims, State Treasurer

*The Official Web Site of the State of T[ennessee]*

| Treasury Home | Treasury Search | Annual Report | About the Treasurer | Online Services | Contact |

- Administrative Info.
- Benefits Calculator
- FAQs
- Forms
- Glossary
- Links
- Newsletters
- Publications
- Retirement Planning
- TCRS Annual Report
- Contact Information

# Tennessee Consolidated Retirement System
## Administrative Information

- Board of Trustees
- Council on Pensions & Insurance
- Audit Committee
- Investment Policy
- Mission Statement

## BOARD OF TRUSTEES

### EX-OFFICIO MEMBERS

| Name | Title |
|---|---|
| Dale Sims | Chairman, State Treasurer |
| Jill Bachus | Secretary and Director of TCRS |
| Craig Fitzhugh | Representative, Chairman, Council on Pensions & Insurance |
| Randy McNally | Senator Vice Chairman, Council on Pensions & Insurance |
| Riley Darnell | Secretary of State |
| John G. Morgan | Comptroller of the Treasury |
| Libby Sykes | Administrative Director of the Courts |
| David Goetz | Commissioner, Department of Finance & Administration |
| Deborah Story | Commissioner, Department of Personnel |

### EMPLOYEE REPRESENTATIVES

**State Employees' Representatives**
- Greg Elliott, TBI
- Paula Shaw, Dept. of Transportation

**Teacher Representatives**
- Traci Jefferson, East Tennessee
- Erick Huth, Middle Tennessee
- Sammy Jobe, West Tennessee

**State Retiree Representative**
- Patsy Mathews

**TRTA Representative**
- Michael Barker

**Political Subdivision Representatives**
- Bill Kemp, County Officials Assoc. of Ten[nessee]
- David Seivers, Tenn. Co. Services Asso[c]
- James H. Crumley, Tenn. Municipal Lea[gue]

## COUNCIL ON PENSIONS AND INSURANCE

| | |
|---|---|
| Senator Randy McNally | Representative Craig Fitzhugh |
| Senator Tim Burchett | Representative Stratton Bone |
| Senator Jerry Cooper | Representative Tommie Brown |
| Senator Douglas S. Henry Jr. | Representative Steve McDaniel |
| Senator Doug Jackson | Representative Charles Sargent |
| Senator James F. Kyle | Representative Johnny Shaw |
| Senator (vacant) | Representative Harry Tindel |

Dale Sims, State Treasurer
John G. Morgan, Comptroller of the Treasury
David Goetz, Commissioner, Department of Finance and Administration
Deborah Story, Commissioner, Department of Personnel
Jill Bachus, Director, Tennessee Consolidated Retirement System