# Exhibit G



    

About PERA  Account Access  Active Members  Employer Info  Media Room  Retirees/Benefit Recipients  Tools/Forms/Pubs

**Affiliated Employers**

**Benefits at a Glance**

**Board of Trustees**

**Board of Trustees Meetings**

**Contact Us**

**Financial Information**

**Investments Overview**

**Job Openings**

**Latest News**

**Legislation**

**News Releases**

**Overview**

**PERA 75-Year Museum**

Board of Trustees PERA Board of Trustees | PERA Board Committees
PERA Board of Trustee Meetings | Official Meeting Minutes Archive

## PERA Board of Trustees

By state law, the management of the public employees' retirement funds are vested in PERA's Board of Trustees. In 2007, a phased restructuring of the 16-member Board of Trustees began as a result of legislation enacted in 2006. The Board downsized to 15 members by statutory elimination of the State Auditor ex-officio position effective January 1, 2007. In addition, on July 1, 2007, the number of member-elected Trustees was lowered to 11, by replacing three previously elected Trustees with three Governor-appointed Trustees approved by the Senate.

In addition to the three Governor-appointed Trustees, the Board will include the State Treasurer as an ex-officio member; four members from the School Division and three members from the State Division; one member from the Local Government Division; one Judicial Division member; and two PERA retirees. If a Board member resigns, a new member is appointed from the respective division until the next election.

**Schedule** of upcoming Board Meetings and Agenda for next meeting. (Agenda available on Monday of the week of the Board meeting.)

### PERA Board of Trustees as of July 1, 2007:



**Mark J. Anderson, Chair**
Member since 1993; elected by local government employees; Risk Manager for the City of Colorado Springs; current term expires June 30, 2010.

**Sara R. Alt, Vice Chair**
Member since 2003; elected by retirees; retired Legislative Liaison from the Colorado Department of Personnel and Administration; current term expires



June 30, 2011.



**Susan Beeman**
Member since 2005; elected by school employees; teacher on special assignment for Exceptional Student Services for Pueblo School District 60; current term expires June 30, 2009.



**James Casebolt**
Member since 1999; elected by judges; Judge, Colorado Court of Appeals; current term expires June 30, 2011.



**Howard M. Crane**
Governor-appointed member; current term expires July 10, 2008.



**Carol Hoglund**
Member since 2006; elected by state employees; Chief Business Officer for Aims Community College; current term expires June 30, 2010.



**Cary Kennedy**
Ex-officio member; State Treasurer; continuous term.

**Tamela Long**
Member since 2004; elected by state employees; Business Officer for the Colorado State Patrol; current term expires June 30, 2008.





**Maryann Motza**
Member since 2005; elected by state employees; Social Security Administrator for the State; current term expires June 30, 2009.



**Scott Murphy**
Member since 2005; elected by school employees; Superintendent of Littleton Public Schools; current term expires June 30, 2010.



**Susan G. Murphy**
Governor-appointed member; current term expires July 10, 2009.



**Amy L. Nichols**
Member since 2000; elected by school employees; Math Teacher in Aurora Public Schools; current term expires June 30, 2008.



**Scott L. Noller**
Member since 2001; Assistant Principal in Colorado Springs School District #11; current term expires June 30, 2009.

**Lynn E. Turner**
Governor-appointed member; current term expires July 10, 2010.





**Carole Wright**
Member since 2005; elected by retirees; retired Teacher from Aurora Public Schools; current term expires June 30, 2009.

## Board Committees

*To contact a PERA Board member, write to that Board member in care of*
PERA, 1300 Logan Street, Denver, Colorado 80203-2386.

About PERA ❖ Account Access Info ❖ Active Member Info ❖ Employer Info ❖ Media Room
Retiree/Benefit Recipient Info ❖ Tools/Forms/Pubs ❖ Contact Customer Service
Help ❖ Search ❖ Contact Webmaster