# Exhibit H



På svenska

Home    How We Work    Annual Report    Press Release    Contact us    Links

[scroll up]

### Board of Directors

**Birgit Friggebo**
Year of birth 1941. Chairman since 2000. Other assignments: Chairman of the University College of Opera and Swedish Educational Broadcasting Company. preses: Smålands Akademi

**Karl-Olof Hammarkvist**
Professor. Pro-vice-Chancellor of the Stockholm School of Economics. Year of birth 1945. Deputy Chairman since 2000. Other assignments: Member of the Board of the Stockholm Institute for Financial Research, Länsförsäkringar Liv AB, Kungliga Dramatiska Teatern.

**Sture Nordh**
Chairman of the Swedish Confederation of Professional Employees. Year of birth 1952. Member of the Board since 1999. Other assignments: Chairman of the Board of Karlstad University. Deputy Chairman of Folksam Liv. Member of the Board of the Swedish National Labour Market Administration, Riva del Sole Spa and the European Trade Union Confederation.

**Inga Persson**
Professor. Year of birth 1945. Member of the Board since 2000. Other

[scroll down]



**FJÄRDE AP-FONDEN**

 På svenska

**Home**     **How We Work**     **Annual Report**     **Press Release**     **Contact us**     **Links**

[scroll up]

2000. Other assignments. Member of the Board of the Stockholm Institute for Financial Research, Länsförsäkringar Liv AB, Kungliga Dramatiska Teatern.

**Göran Johnsson**
Former Head of the Swedish Metalworkers' Union. Year of birth 1945. Member of the Board since 1997, Deputy Member of the Board 1993-1996. Other assignments: Deputy Chairman of the Swedish Export Credits Guarantee Board. Member of the Board of Swedbank, the Swedish Foundation for Strategic Research, Elanders AB and Sveriges Television (SVT - public service TV). Ambassador of Blekinge Institute of Technology.

**Inga Persson**
Professor. Year of birth 1945. Member of the Board since 2000. Other assignments: Member of the Board of the SIDA/SAREC Research Board.

**Ilmar Reepalu**
Chairman of Malmö City Executive Board. Year of birth 1943. Member of the Board since 2000. Other assignments: Chairman of the Swedish Association of Local Authorities and Förenade Kommunföretag AB. Deputy Chairman of KPA AB. Member of the Board of E.ON Sverige AB.

**Charlotte Strömberg**
Managing Director Nordic, Jones Lang

[scroll down]



På svenska

**Home**    **How We Work**    **Annual Report**    **Press Release**    **Contact us**    **Links**

[scroll up]

**Kajsa Lindståhl** Director.
Year of birth 1943. Member of the Board since 2000. Other assignments: Chairman of the Board of Stiftelsen Tumba Bruk and Aktiefrämjandet. Member of the Board of Länsförsäkringar AB, NGM Holding AB, Swedish National Road Consulting AB, Riksbankens Jubileumsfond and SIFR Stockholm Institute for Financial Research.

Managing Director Nordic, Jones Lang LaSalle. Year of birth 1959. Member of the board since 2007. Other assignments: Member of the Board of Gant Company AB and Delegate of the Stockholm Chamber of Commerce

**Ulrik Wehtje**
CEO Rydsgårds Gods AB, Master of Engineering. Year of birth 1956. Member of the Board since 2004. Other assignments: Deputy Chairman of the Swedish Bookbinders' Union, the Swedish Graphic Companies' Federation and the Confederation of Swedish Enterprise's SME Committee. Member of the Board of the Confederation of Swedish Enterprise and AFA

[scroll down]