# Exhibit I



Org

Seventh AP Fund | Funds | Assets | Portfolio managers | Agreements & reports

## Board and Investment Council

All the members of the Seventh AP Fund's board are experienced individuals with wide-ranging expertise from business, the economy and the financial markets.

The chairman is Bengt Rydén Ph.D. (Econ.), who is a former head of the Stockholm Stock Exchange. The deputy chairman is Per-Olof Edin, formerly senior economist with LO (Swedish Trades Union Confederation).

The other members are: Reinhold Geijer, President of Nordic Region Royal Bank of Scotland; Lena Hagman, cheif economist with TCO; Mari-Ann Krantz, chair of Union of Clerical and Technical Employees in Industry; Lars Linder-Aronson, chairman of Ventshare Management AB; Hans Mertzig, finance director at KK Foundation; Karin Moberg, head of marketing, TeliaSonera Sverige AB; and Christina Striby, former senior legal affairs officer.



From left: Hans Mertzig, Per-Olof Edin, Lena Hagman, Lars Linder-Aronson, Marie-Ann Krantz, Bengt Rydén, Christina Striby, Reinhold Geijer, Karin Moberg

Investment Council