# Exhibit L

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

IN RE: UNITEDHEALTH GROUP
INCORPORATED PSLRA LITIGATION

Master File No. 06-1691 (JMR/FLN)

**ORDER DESIGNATING LEAD PLAINTIFF AND PLAINTIFF'S COUNSEL**

---

Before the Court are various motions to appoint lead plaintiffs and lead counsel. [Docket Entry #11, #16, #18, #25, #30 and #39 in 06-1691; Docket Entry #14, #19, #24, #27 and #37 in 06-1784; Docket Entry #9, #14, #19, #22 and #32 in 06-2051; Docket Entry #11, #16, #21, #24, and #35 in 06-2228; Docket Entry #12, #17, #22, #25 and #35 in 06-2235; Docket Entry #2, #7, #12, #15 and #28 in 06-2797; and Docket Entry #2, #16, and #23 in 06-2939.] This ORDER addresses each of those Motions.

Based upon all of the files, records and proceedings herein, it is hereby ORDERED THAT:

A. **Leadership of the Plaintiffs:**

   1. The California Public Employees' Retirement System is hereby appointed Lead Plaintiff in this Consolidated Proceeding;

   2. Lerach Coughlin Stoia Geller Rudman & Robbins LLP is hereby appointed as Lead Counsel for the Plaintiffs in this Consolidated Proceeding. Reinhardt Wendorf & Blanchfield is hereby appointed as liaison counsel for the Plaintiffs in this Consolidated Proceeding.

B. **Responsibilities of Lead Counsel.**

Lead Counsel shall have the following responsibilities and duties:

1. to coordinate the briefing and argument of any and all motions;

2. to coordinate the conduct of any and all discovery proceedings;

3. to coordinate the examination of any and all witnesses in depositions;

4. to coordinate the selection of counsel to act as spokesperson at all pretrial conferences;

5. to coordinate all settlement negotiations with counsel for defendants;

6. to coordinate and direct the pretrial discovery proceedings and the preparation for trial and the trial of this matter and to delegate work responsibilities to selected counsel as may be required;

7. to coordinate the preparation and filings of all pleadings;

8. to supervise all other matters concerning the prosecution or resolution of the consolidated actions;

9. to be responsible for receiving and disseminating to all other Plaintiffs' counsel, Court orders and notices; and

10. to be the contact between plaintiffs' counsel and defendants' counsel, as well as the spokesperson for all plaintiffs' counsel; and to be the contact between the Court and all plaintiffs and their counsel.

C. **To facilitate the just, speedy and inexpensive determination of these proceedings, and to prevent duplicative pleadings or discovery by plaintiffs:**

1. no motion, discovery request or other pretrial proceedings shall be initiated or filed by any plaintiff without the approval of Lead Counsel;

2. no settlement negotiations shall be conducted without the approval of Lead Counsel;

D. **Time Reports:**

1. All counsel for any plaintiff in the consolidated proceeding shall submit to Lead Counsel detailed time reports reflecting the hours of work expended by each attorney, and any staff person for whom the attorney separately bills by the hour, their billing rates and the subject matter of the work;

2. In addition to the Time Reports described above, Lead Counsel shall separately maintain time reports reflecting the hours of work expended by each attorney, or separately billed staff person, on Administrative matters

     related solely to their service as Lead Counsel;

3. All such time reports shall be submitted on a quarterly basis with the first report due no later than one month following the entry of this Order, and shall continue for each subsequent quarter thereafter or on such schedule as Lead Counsel, shall determine;

4. Any failure to submit such reports may result in the disqualification of such unreported time from being reimbursed from any common fund, which may be created in the consolidated proceeding.

ALL OF THE FOREGOING IS SO ORDERED.


Dated: September 14, 2006                     *s/ Franklin L. Noel*
                                                         FRANKLIN L. NOEL
                                                         United States Magistrate Judge