# ENTWISTLE & CAPPUCCI LLP
ATTORNEYS AT LAW
280 PARK AVENUE
26TH FLOOR WEST
NEW YORK, NEW YORK 10017
TELEPHONE: (212) 894-7200
TELECOPIER: (212) 894-7272
www.entwistle-law.com

ARMONK, NY
AUSTIN, TX
CHICAGO, IL

FLORHAM PARK, NJ
TALLAHASSEE, FL
WASHINGTON, DC

January 11, 2008

**VIA FACSIMILE**

Gerald H. Silk, Esq.
Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas
New York, New York 10019-6028

Merrill Davidoff, Esq.
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103

Glen DeValerio, Esq.
Berman DeValerio Pease Tabacco
  Burt & Pucillo
One Liberty Square
Boston, Massachusetts 02109

Re: *Public Employees' Retirement Association of Colorado, et al. v. Citigroup Inc., et al. (S.D.N.Y.)*
08-cv-00135

*Tillie Saltzman v. Citigroup Inc., et al. (S.D.N.Y.)*
No. 1:07-cv-9901(SHS)

*Lennard Hammerschlag v. Citigroup Inc., et al. (S.D.N.Y.)*
No. 1:07-cv-10258(SHS)

Dear Counsel:

On behalf of the Global Pension Funds seeking appointment as Lead Plaintiff in the above captioned litigation, we and our co-counsel at Schiffrin Barroway Topaz & Kessler, LLP write in further response to Mr. Silk's January 8, 2008 letter.

The Global Pension Funds reiterate that they provided the transaction information that the Private Securities Litigation Reform Act of 1995 (the "PSLRA") requires in connection with the



Gerald H. Silk, Esq.
Merrill Davidoff, Esq.
Glen DeValerio, Esq.
January 11, 2008
Page 2

Complaint that they filed in the action captioned *Public Employees' Retirement Association of Colorado, et al. v. Citigroup Inc., et al.* (S.D.N.Y.) 08-cv-00135 and in their motion for appointment as Lead Plaintiff, appointment of Lead Counsel and consolidation of the above referenced actions. *See* 15 U.S.C. §78u-4(a)(2)(A). Nevertheless, attached hereto is a chart depicting the opening balance information and transactions during the period from November 21, 2007 through January 4, 2008 requested in Mr. Silk's January 8, 2008 letter.

On behalf of the Global Pension Funds, we look forward to receiving the information requested in our January 9, 2008 letter.

Very truly yours,

Andrew J. Entwistle

cc:    Andrew L. Barroway, Esq.

| GROUP MEMBER | OPENING BALANCE |
|---|---|
| COPERA | 6,165,332 |
| TCRS | 4,024,004 |
| PKA | 397,433 |
| AP4 | 2,239,200 |
| AP7 | 764,361 |

| TRANSACTIONS | | | | |
|---|---|---|---|---|
| GROUP MEMBER | DATE | TYPE | QUANTITY | PRICE |
| COPERA | 11/27/07 | Buy | 2,000 | 29.9500 |
| COPERA | 11/28/07 | Buy | 17,600 | 31.7728 |
| COPERA | 11/29/07 | Buy | 2,000 | 32.0100 |
| COPERA | 12/3/07 | Sell | 172,500 | 32.9873 |
| COPERA | 12/3/07 | Sell | 500,000 | 32.9950 |
| COPERA | 12/3/07 | Sell | 250,000 | 33.1942 |
| COPERA | 12/5/07 | Buy | 62,300 | 33.1418 |
| COPERA | 12/21/07 | Buy | 31,700 | 30.3780 |
| COPERA | 1/4/08 | Sell | 11,500 | 28.2193 |

| TCRS | 12/27/07 | Sell | 1,800 | 29.7097 |
|---|---|---|---|---|

| AP4 | 12/17/07 | Sell | 545,472 | 30.8999 |
|---|---|---|---|---|

| AP7 | 12/11/07 | Buy | 79,600 | 33.3000 |
|---|---|---|---|---|