UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TILLIE SALTZMAN, Individually and On Behalf of All Others Similarly Situated, ) ) ) | CIVIL ACTION NO. 07-9901-SHS |
| ) Plaintiff, ) ) | **ECF Filed** |
| vs. ) ) ) | |
| CITIGROUP INC., CHARLES O. PRINCE, ROBERT E. RUBIN, STEPHEN R. VOLK, SALLIE L. KRAWCHECK, GARY L. CRITTENDEN and ROBERT DRUSKIN, ) ) ) ) ) | |
| Defendants. ) | |
| LENNARD HAMMERSCHLAG, Individually, and On Behalf of All Others Similarly Situated, ) ) ) | CIVIL ACTION NO. 07-10258-SHS |
| Plaintiff, ) ) | |
| vs. ) CITIGROUP INC., CHARLES PRINCE, SALLIE KRAWCHECK, GARY CRITTENDEN, ) ) ) ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I, Lawrence Silvestro, hereby certify that on January 28, 2008, I caused the following documents to be filed electronically with the Clerk of Court and served in accordance with the Federal Rules of Civil Procedure, the Southern District's Local Rules, and the Southern District's Rules on Electronic Service:

**THE U.S. PUBLIC FUND GROUP'S MEMORANDUM OF LAW IN FURTHER SUPPORT OF ITS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND IN OPPOSITION TO ALL COMPETING MOVANTS**

**DECLARATION OF GERALD H. SILK IN FURTHER SUPPORT OF THE MOTION OF THE U.S. PUBLIC FUND GROUP FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF ITS SELECTION OF COUNSEL AS LEAD COUNSEL AND CONSOLIDATION OF ALL RELATED ACTIONS**

_____
Lawrence T. Silvestro