# EXHIBIT E



# Citigroup Inc. (C)

## Historical Prices

Get **Historical Prices** for: [ ] GO

**SET DATE RANGE**

ADVERTISEMENT

Start Date: Jun ▼ 1 2007   Eg. Jan 1, 2003   ● Daily
End Date: Jun ▼ 30 2007   ○ Weekly
○ Monthly
○ Dividends Only

Get Prices

First | Prev | Next | Last

**PRICES**

| Date | Open | High | Low | Close | Volume | Adj Close* |
|---|---|---|---|---|---|---|
| 29-Jun-07 | 52.10 | 52.25 | 50.76 | 51.29 | 26,578,700 | 49.47 |
| 28-Jun-07 | 52.02 | 52.37 | 51.23 | 51.81 | 23,682,400 | 49.97 |
| 27-Jun-07 | 50.96 | 51.90 | 50.48 | 51.81 | 30,663,800 | 49.97 |
| 26-Jun-07 | 51.93 | 52.21 | 51.12 | 51.15 | 28,964,200 | 49.34 |
| 25-Jun-07 | 52.66 | 52.90 | 51.54 | 51.69 | 25,610,800 | 49.86 |
| 22-Jun-07 | 53.36 | 53.60 | 52.30 | 52.41 | 33,611,600 | 50.55 |
| 21-Jun-07 | 53.43 | 53.67 | 52.71 | 53.66 | 16,628,300 | 51.76 |
| 20-Jun-07 | 54.29 | 54.43 | 53.41 | 53.44 | 18,189,000 | 51.54 |
| 19-Jun-07 | 53.96 | 54.39 | 53.95 | 54.26 | 18,256,700 | 52.34 |

| Date | Open | High | Low | Close | Volume | Adj Close* |
|---|---|---|---|---|---|---|
| 18-Jun-07 | 54.33 | 54.49 | 53.95 | 53.96 | 12,047,400 | 52.05 |
| 15-Jun-07 | 54.02 | 54.32 | 53.72 | 53.98 | 26,970,200 | 52.07 |
| 14-Jun-07 | 53.61 | 54.22 | 53.57 | 53.67 | 17,183,200 | 51.77 |
| 13-Jun-07 | 52.81 | 53.73 | 52.75 | 53.68 | 23,184,000 | 51.78 |
| 12-Jun-07 | 53.30 | 53.74 | 52.60 | 52.60 | 20,563,400 | 50.73 |
| 11-Jun-07 | 53.20 | 53.77 | 52.81 | 53.47 | 14,581,100 | 51.57 |
| 8-Jun-07 | 52.52 | 53.37 | 52.30 | 53.33 | 22,642,200 | 51.44 |
| 7-Jun-07 | 53.25 | 53.75 | 52.47 | 52.52 | 22,537,200 | 50.66 |
| 6-Jun-07 | 53.61 | 53.90 | 53.10 | 53.33 | 19,396,600 | 51.44 |
| 5-Jun-07 | 54.10 | 54.14 | 53.67 | 53.90 | 14,435,800 | 51.99 |
| 4-Jun-07 | 54.44 | 54.44 | 53.95 | 54.15 | 15,719,900 | 52.23 |
| 1-Jun-07 | 54.67 | 54.75 | 54.28 | 54.51 | 17,364,300 | 52.58 |

\* Close price adjusted for dividends and splits.

First | Prev | Next | Last

Download To Spreadsheet

Add to Portfolio   Set Alert   Email to a Friend

Get **Historical Prices** for Another Symbol:   GO   Symbol Lookup

- Stock Screener
- Mergers & Acquisitions
- Splits

Copyright © 2008 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright/IP Policy -