# EXHIBIT H

Case 1:07-cv-09901-SHS    Document 45-9    Filed 02/07/2008    Page 1 of 4

# STANFORD LAW SCHOOL
## SECURITIES CLASS ACTION CLEARINGHOUSE
### IN COOPERATION WITH CORNERSTONE RESEARCH

Last update: **February 4, 2008**

**IMPORTANT INFORMATION**

- Index of Filings
- News and Press Releases
- Filings
- Decisions
- Settlements
- Litigation Activity Indices
- Top Ten List
- Clearinghouse Research
- Articles & Papers
- Search
- Related Sites
- About Us
- Local Rules
- Sponsors
- Register

**CONTACTING US ABOUT:**
- Website content inquires
- How to submit documents to the Clearinghouse

**NOTES**

The Securities Class Action Clearinghouse takes no position regarding the merits of individual claims.

All editorial and content decisions

The Securities Class Action Clearinghouse provides detailed information relating to the prosecution, defense, and settlement of federal class action securities fraud litigation. The Clearinghouse maintains an Index of Filings of 2671 issuers that have been named in federal class action securities fraud lawsuits since passage of the Private Securities Litigation Reform Act of 1995. The Clearinghouse also contains copies of more than 25,000 complaints, briefs, filings, and other litigation-related materials filed in these cases.
XXXXXXX

**CLEARINGHOUSE RESEARCH**

**2007 FILINGS: A YEAR IN REVIEW**
2007 Activity Remains Below Historical Averages. Recent Increase in Litigation Activity Is Due to the Subprime Crisis and Stock Market Volatility
  View the Press Release or download the Full Report

**POST-REFORM ACT SECURITIES SETTLEMENTS THROUGH DEC 2006**
Securities Class Action Settlements Skyrocket in 2006 Finds Cornerstone Research. Average settlement size increased five-fold compared to prior PSLRA years
  View the Press Release or download the Full Report

**OTHER DESIGNATED INTERNET SITES**

**Coughlin Stoia Geller Rudman & Robbins LLP**

The Clearinghouse offers regular updates identifying companies that have recently been named as defendants in federal class action securities fraud complaints.

If you would like to receive this information, please register here.

In addition the Clearinghouse provides Annual and Quarterly



FEDERAL SECURITIES FRAUD CLASS ACTION LITIGATION

| Year | 96 | 97 | 98 | 99 | 00 | 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Filings | 111 | 173 | 242 | 210 | 215 | 497 | 267 | 226 | 237 | 182 | 118 | 176 | 17 |



Securities Class Action Litigation by Type of Lawsuit

| | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 |
|---|---|---|---|---|---|---|---|---|
| Mutual Fund | 1 | - | 18 | 21 | 3 | 1 | 3 | - |
| Analyst | 5 | 40 | 19 | 1 | - | - | - | - |
| IPO Allocation | 312 | 1 | - | - | - | - | - | - |
| Classic | 179 | 226 | 186 | 211 | 178 | 111 | 173 | 17 |

**CORNERSTONE RESEARCH**
Securities Web Site

SEARCH

**RECENT FILINGS:**
| | |
|---|---|
| SLM Corporation (a/k/a Sallie Mae) | 01/31/2008 |
| Municipal Mortgage & Equity, LLC | 01/30/2008 |
| SunOpta, Inc. | 01/28/2008 |
| American Dental Partners, Inc. | 01/25/2008 |
| Levitt Corporation | 01/25/2008 |

**FIVE RECENT DECISIONS NEWS**
| | |
|---|---|
| KVH Industries, Inc. | -01/25/2008 |
| Countrywide Financial Corporation | -01/25/2008 |
| Vitesse Semiconductor Corporation | -01/28/2008 |
| Cendant Corporation | -01/30/2008 |
| Xcelera.com, Inc. | -02/01/2008 |

**OPTION BACKDATING LATEST FILINGS**
| | |
|---|---|
| TeleTech Holdings, Inc. | 01/25/2008 |
| Sonic Solutions, Inc. | 10/04/2007 |
| UTStarcom, Inc. | 09/04/2007 |
| Semtech Corporation | 08/10/2007 |
| Monster Worldwide, Inc. | 03/15/2007 |
| Wireless Facilities, Inc. | 03/15/2007 |
| HCC Insurance Holdings, Inc. | 03/08/2007 |
| Openwave Systems Inc. | 02/21/2007 |

Show All

| | | | |
|---|---|---|---|
| relating to the operation of this site are the exclusive responsibility of Stanford Law School. Cornerstone Research provides financial support and operational assistance toward the maintenance of this site, all subject to the supervision and control of Stanford Law School.<br><br>More information regarding Cornerstone Research is available at www.cornerstone.com<br><br>Copyright ? 2001 Stanford Law School<br><br>URLCASEPAGES<br>URLDOCS | Updates on trends in securities class action filings and settlements as well as access to a range of Articles and Papers that relate to the evolution of federal class action securities fraud litigation since passage of the PSLRA. | <br><br>Calendar year 2001 differs from prior experience because of the proliferation of "IPO Allocation" lawsuits. These complaints generally allege that underwriters engaged in undisclosed practices in connection with the distribution of certain IPO shares. These complaints do not allege that issuers have engaged in fraud when describing their own business or financial circumstances.<br><br>?Mutual Fund? cases describe litigations in which plaintiffs allege that timing and late trading in funds has violated the federal securities laws.<br><br>Plaintiffs have also been filing "Analyst" cases in which they allege that brokerage firm analysts falsely provided favorable coverage for certain issuers. These complaints generally do no allege that an issuer has engaged in any wrongdoing and are therefore distinguishable from the large majority of lawsuits otherwise represented in the database. | **SUBPRIME MORTGAGE LATEST FILINGS**<br>SLM Corporation (a/k/a Sallie Mae) 01/31/2008<br>Levitt Corporation 01/25/2008<br>National City Corporation 01/24/2008<br>Centerline Holding Company 01/18/2008<br>Ambac Financial Group, Inc. 01/16/2008<br>MBIA, Inc. 01/11/2008<br>Huntington Bancshares Incorporated 12/19/2007<br>UBS AG 12/13/2007<br>Show All<br><br>**TEN LARGEST SETTLEMENTS (Million)**<br>Enron -$ 7,160.5<br>WorldCom -$ 6,156.3<br>Cendant -$ 3,528.0<br>AOL Time Warner -$ 2,500.0<br>Nortel Networks -$ 2,473.6<br>Royal Ahold -$ 1,091.0<br>IPO Allocation -$ 1,000.0<br>McKesson HBOC -$ 960.0<br>Lucent -$ 673.4<br>Bristol-Myers -$ 574.0 |



Disclosure Dollar Loss (1996 – 2007)
Dollars in Billions

?2006 Cornerstone Research          About DDL Index

NOTE: This and other metrics describing classaction activity are discussed more fully in Litigation Activity Indices

FEDERAL LITIGATION BOX SCORE - 2006 EVENTS
Most active District Court:     -S.D. New York
Most frequently sued Sector: -Technology
Most frequently sued Industry:     Semiconductors

**IPO ISSUERS:**

Click here to see the list of issuers named in the Master Allegations document in re Initial Public Offering Securities Litigation Master Filed No. 21MC92(SAS).

While vigorous debate continues to swirl regarding the merits of class action securities fraud litigation, certain patterns appear to characterize litigation behavior during the five-year period since adoption of the PSLRA. In particular:

- The absolute number of issuers sued does not appear to have changed dramatically since passage of the Act, once the effects of the IPO Allocation Litigation are excluded. Litigation activity declined in 1996, but that decline was likely a transition effect;
- Since passage of the Reform Act, a larger percentage of litigation activity centers on allegations of accounting fraud, with revenue recognition issues emerging as particularly significant causes of litigation;

- Since passage of the Reform Act, a larger percentage of litigation activity also alleges trading by corporate insiders during periods when frauds are allegedly "alive" in the market;
- The dollar magnitude of settlement has increased noticeably, particularly in the settlement of "mega-cases." There have been seven post-Reform Act settlements in excess of $500 million: the WorldCom and Enron litigations are still pending, but have already reached settlement agreements of $6.128 and $4.760 billion, respectively; the Cendant litigation was settled for $3.525 billion ($3.185 billion in the common equity settlement and $340 million in the PRIDES settlement.); the IPO Allocation Litigation settled for $1 billion; McKesson is in the process to settle its class actions for $960 million; Lucent Technologies settled for $673 million; and Raytheon Corporation for $535 million.

---

[1] SOURCE: National Economic Research Associates (NERA)

Back to Top