# Ex. A

## GLOBAL PENSION FUNDS DECISION-MAKING APPARATUS

