Citigroup Inc. ("Citigroup") is organized into three major business groups, as detailed below. Citigroup acquired Automated Trading Desk ("ATD") in a transaction announced on June 30, 2007, which closed on October 3, 2007. As depicted below, ATD became part of Citi Markets & Banking which, among other things, arranged many of the collateralized debt obligations ("CDO") that are the subject of these lawsuits.

