**DECLARATION OF CHRISTINA HOLMES IN FURTHER SUPPORT OF THE MOTION OF THE GLOBAL PENSION FUNDS FOR CONSOLIDATION, FOR APPOINTMENT AS LEAD PLAINTIFFS AND FOR THE APPROVAL OF LEAD PLAINTIFFS' CHOICE OF COUNSEL**

**CHRISTINA HOLMES** pursuant to 28 U.S.C. § 1746 and under the laws of the United States of America, declare as follows:

1. I, Christina Holmes, am Legal Counsel at Pensionskassernes Administration A/S ("PKA"), and I am authorized to speak on behalf of PKA with regard to legal matters.

2. I respectfully submit this Declaration in reply to certain arguments made by the U.S. Public Fund Group relating to PKA, and in further support of the Motion of PKA, the Public Employees' Retirement Association of Colorado ("Colorado PERA"), Tennessee Consolidated Retirement System ("TCRS"), Sjunde AP-fonden ("AP7") and Fjärde AP-fonden ("AP4") (collectively, the "Global Pension Funds") to serve as Lead Plaintiffs and for the approval of the Global Pension Funds' selection of Entwistle & Cappucci LLP and Schiffrin Barroway Topaz & Kessler, LLP to serve as Co-Lead Counsel ("Lead Plaintiff Motion").

3. I am aware that lead plaintiff movant, the U.S. Public Fund Group, has argued that (i) the eight (8) occupational pension funds, which together created PKA, should be the proper moving parties (and not PKA); and (ii) PKA has failed to establish that it has standing or authority to represent its eight (8) occupational pension funds.

4. These arguments are without merit. First, in further support of the Global Pension Funds' Lead Plaintiff Motion, PKA offered the Declaration of Annegrete Birck Jakobsen and Michael Nellemann Pedersen, two Directors of PKA, in which they declared that PKA serves as sole manager and administrator for each of the identified eight (8) occupational funds ("Funds") and is authorized to pursue all legal actions on behalf of the Funds, including the instant Lead Plaintiff Motion. (Jakobsen and Pedersen Declaration ¶4.)

1021023.1                                    1

5. Furthermore, PKA has a Power of Procuration from each of the Funds (attached hereto as Exhibit "A") which authorizes PKA to act on behalf of each Fund. A Power of Procuration is the equivalent of a Power of Attorney in the United States and confers legal authority on PKA to initiate legal proceedings on behalf of the investments in question here.

6. In connection with the prosecution of the Citigroup litigation on behalf of the Class, only PKA will be making decisions on behalf of the Funds with regard to, among other things, legal strategy and settlement proposals. Thus, the U.S. Public Funds' contention that there are eight (8) decision makers at PKA is completely incorrect.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5th day of February, 2008.

**Pensionskassernes Administration A/S**

By: *Christina Holmes*
Christina Holmes
*Legal Counsel*

# EXHIBIT A

Case 1:07-cv-09901-SHS    Document 49-3    Filed 02/07/2008    Page 3 of 13

## *Power of procuration*

According to section 17 in the articles of association of **The Pension Funds Administration Ltd.** the board consists of:

> President, Central Denmark Region Bent Hansen
> Chairman of the Technical Commitee Sonny Berthold
> President, Zealand Region Kristian Ebbensgaard
> President of the Danish Nurses Organisation Connie Dyhr Kruckow
> Anaesthetic nurse Lis Lønbro Lehm
> President of the National Federation of Social Educators in Denmark
> Kirsten Nissen
> President of the Association of Danish Physiotherapists
> Johnny Kuhr Mikkelsen
> President of the Union of Commercial and Clerical Employees in Denmark
> Kim Simonsen
> Anne-Marie Rye Jensen, Communications
> Lawyer, Niels Harton Møller

According to section 21 in the articles of association, the board is entitled to give joint power of procuration.

The above-mentioned board of The Pension Funds Administration Ltd., Tuborg Boulevard 3, DK-2900 Hellerup, Denmark, hereby gives:

> Managing Director, Chief Executive Officer Peter Damgaard Jensen
> Executive Director, Peter Melchior
> Executive Director, Investment, Michael Nellemann Pedersen
> Executive Director Annegrete Birck Jakobsen

joint power of procuration so that two of the directors jointly can sign on behalf of the company. Additionally, the power of procuration includes purchases, sales and mortgages of real estate and sales of mortgage deeds.

This power of procuration cancels any previous given power of procuration.

Hellerup, May 14.th 2007

_____
Bent Hansen

_____
Connie Dyhr Kruckow

_____
Kristian Ebbensgaard

_____
Sonny Berthold

_____
Lis Lønbro Lehm

_____
Kirsten Nissen

_____
Johnny Kuhr Mikkelsen

_____
Kim Simonsen

_____
Niels Harton Møller

_____
Anne-Marie Rye Jensen

## *Power of procuration*

The board of The State Registered Nurses' Pension Fund, Tuborg Boulevard 3, DK-2900 Hellerup, Denmark, hereby gives:

>Managing Director, Chief Executive Officer Peter Damgaard Jensen
>Executive Director, Actuary, Peter Melchior
>Executive Director, Investment, Michael Nellemann Pedersen
>Executive Director Annegrete Birck Jakobsen

(all PKA A/S) power of procuration so that two of the directors jointly can sign on behalf of The Pension Fund. Additionally, the power of procuration includes purchases, sales and mortgages of real estate and sales of mortgage deeds.

This power of procuration cancels any previous given power of procuration.

Hellerup, October 1.th 2007

_____
Kristian Ebbensgaard

_____
Connie Dyhr Kruckow

_____
Johannes Flensted-Jensen

_____
Sonny Berthold

_____
Lis Lønbro Lehm

_____
Dorte Steenberg

_____
Jette Søgaard Nissen

## *Power of procuration*

The board of The Danish Diet and Nutrition Officers' Pension Fund, Tuborg Boulevard 3, DK-2900 Hellerup, Denmark, hereby gives:

> Managing Director, Chief Executive Officer Peter Damgaard Jensen
> Executive Director, Actuary, Peter Melchior
> Executive Director, Investment, Michael Nellemann Pedersen
> Executive Director Annegrete Birck Jakobsen

(all PKA A/S) power of procuration so that two of the directors jointly can sign on behalf of The Pension Fund. Additionally, the power of procuration includes purchases, sales and mortgages of real estate and sales of mortgage deeds.

This power of procuration cancels any previous given power of procuration.

Hellerup, October 8th 2007

_____
Niels Kr. Kirketerp Nielsen

_____
Ghita Parry

_____
Stig Vestergaard

_____
Mary-Ann Sørensen

_____
Diana Malene Hansen

## *Power of procuration*

The board of The Occupational Therapists' and Physiotherapists' Pension Fund, Tuborg Boulevard 3, DK-2900 Hellerup, Denmark, hereby gives:

> Managing Director, Chief Executive Officer Peter Damgaard Jensen
> Executive Director, Actuary, Peter Melchior
> Executive Director, Investment, Michael Nellemann Pedersen
> Executive Director Annegrete Birck Jakobsen

(all PKA A/S) power of procuration so that two of the directors jointly can sign on behalf of The Pension Fund. Additionally, the power of procuration includes purchases, sales and mortgages of real estate and sales of mortgage deeds.

This power of procuration cancels any previous given power of procuration.

Hellerup, October 3th 2007

_____          _____
Poul-Erik Svendsen                Lars Engberg

_____          _____
Niels Kr. Kirketerp Nielsen       Lone B. Høhne

_____          _____
Gitten Hammerberg                 Gunner Sanborg

_____          _____
Brian Errebo-Jensen               Johnny Kuhr Mikkelsen

_____
Anne-Mette Gislev Mersing

## *Power of procuration*

The board of The Medical Laboratory Technologists' Pension Fund, Tuborg Boulevard 3, DK-2900 Hellerup, Denmark, hereby gives:

> Managing Director, Chief Executive Officer Peter Damgaard Jensen
> Executive Director, Actuary, Peter Melchior
> Executive Director, Investment, Michael Nellemann Pedersen
> Executive Director Annegrete Birck Jakobsen

(all PKA A/S) power of procuration so that two of the directors jointly can sign on behalf of The Pension Fund. Additionally, the power of procuration includes purchases, sales and mortgages of real estate and sales of mortgage deeds.

This power of procuration cancels any previous given power of procuration.

Hellerup, October 2th 2007

Johannes Flensted-Jensen                      Anne Lise Madsen

Aleksander Aagaard                            Lis-Lotte Gaardbo

Erik Troels Schütt

## *Power of procuration*

The board of The Midwives Pension Fund, Tuborg Boulevard 3, DK-2900 Hellerup, Denmark, hereby gives:

> Managing Director, Chief Executive Officer Peter Damgaard Jensen
> Executive Director, Jens Kjærsgaard
> Executive Director, Actuary, Peter Melchior
> Executive Director, Investment, Michael Nellemann Pedersen
> Executive Director Annegrete Birck Jakobsen

(All PKA A/S) power of procuration so that two of the directors jointly can sign on behalf of The Pension Fund. Additionally, the power of procuration includes purchases, sales and mortgages of real estate and sales of mortgage deeds.

This power of procuration cancels any previous given power of procuration.

Hellerup, May 1rd 2007

_____  
Niels Kr. Kirketerp Nielsen

_____  
Lillian Bondo

_____  
Kristian Grønbæk Andersen

_____  
Kit Brigitta Dynnes Hansen

_____  
Annette Boldt Gemynthe-Petersen

## *Power of procuration*

The board of The County Office Workers' Pension Fund, Tuborg Boulevard 3, DK-2900 Hellerup, Denmark, hereby gives:

>Managing Director, Chief Executive Officer Peter Damgaard Jensen
>Executive Director, Actuary, Peter Melchior
>Executive Director, Investment, Michael Nellemann Pedersen
>Executive Director Annegrete Birck Jakobsen

(all PKA A/S) power of procuration so that two of the directors jointly can sign on behalf of The Pension Fund. Additionally, the power of procuration includes purchases, sales and mortgages of real estate and sales of mortgage deeds.

This power of procuration cancels any previous given power of procuration.

Hellerup, October 8th 2007

_____                                   _____
Lars Engberg                                                Kim Simonsen

_____                                   _____
Aleksander Aagaard                                          Nils Pedersen

_____
Arne Bundgaard

## *Power of procuration*

The board of The Medical Secretaries' Pension Fund, Tuborg Boulevard 3, DK-2900 Hellerup, Denmark, hereby gives:

> Managing Director, Chief Executive Officer Peter Damgaard Jensen
> Executive Director, Actuary, Peter Melchior
> Executive Director, Investment, Michael Nellemann Pedersen
> Executive Director Annegrete Birck Jakobsen

(all PKA A/S) power of procuration so that two of the directors jointly can sign on behalf of The Pension Fund. Additionally, the power of procuration includes purchases, sales and mortgages of real estate and sales of mortgage deeds.

This power of procuration cancels any previous given power of procuration.

Hellerup, October 3rd 2007

_____
Carl Holst

_____
Birgitte Ussing Christensen

_____
Poul-Erik Svendsen

_____
Birgitte Wildt-Andersen

_____
Marianne Hasemann

## *Power of procuration*

The board of The Social Workers' and Social Pedagogues' Pension Fund, Tuborg Boulevard 3, DK-2900 Hellerup, Denmark, hereby gives:

> Managing Director, Chief Executive Officer Peter Damgaard Jensen
> Executive Director, Actuary, Peter Melchior
> Executive Director, Investment, Michael Nellemann Pedersen
> Executive Director Annegrete Birck Jakobsen

(all PKA A/S) power of procuration so that two of the directors jointly can sign on behalf of The Pension Fund. Additionally, the power of procuration includes purchases, sales and mortgages of real estate and sales of mortgage deeds.

This power of procuration cancels any previous given power of procuration.

Hellerup, October 5th 2007

_____          _____
Bent Hansen                       Kirsten Nissen

_____          _____
Aleksander Aagaard                Ib Terp

_____          _____
Henning Breinholt                 Kaj Skov Frederiksen

_____
Ella Susanne Grove Andersen