Home | Cases | Institutional Investor Services | News & Events | Publications | FAQs | Offices | Careers | Contact Us | Search




Our firm | Our attorneys | Our practice areas | Our results

People, Resources, Excellence... Results

## Our Offices

**NEW YORK**
1285 Avenue of the Americas
New York, New York 10019
Telephone: 212-554-1400
Fax: 212-554-1444

**CALIFORNIA**
12481 High Bluff Drive
Suite 300
San Diego, CA 92130
Telephone: 858-793-0070
Fax: 858-793-0323

**LOUISIANA**
2727 Prytania Street
Suite 14
New Orleans, LA 70130
Telephone: 504-899-2339
Fax: 504-899-2342

**NEW JERSEY**
220 St. Paul Street
Westfield, New Jersey 07090
Telephone: 908-928-1700
Fax: 908-301-9008

## Anmode om oplysninger eller indberette svindel

Bernstein Litowitz Berger & Grossmann LLP, "BLB&G," retsforfølger private sager og gruppesøgsm
og institutionelle kunders vegne. Vores specialer er gruppesøgsmål mht. værdipapirer og sagsanla
virksomhedsledelse, retsforfølgelse mht. krænkelse af borgerrettigheder samt forbrugerkrav. I sa
med vores kunder har vi opnået nogle af de mest vigtige erstatninger for svindel og
borgerrettighedskrænkelser nogen sinde.

BLB&G repræsenterer investorer, forbrugere og medarbejdere i gruppesøgsmål, ofte på betinget
hvor vi påtager os alle omkostninger og udgifter.

Hvis du ønsker flere oplysninger om vores advokatfirma, har brug for juridisk rådgivning eller øns
indberette virksomheds- eller regeringssvindel, bedes du kontakte os via nedenstående formular.
obligatoriske felter og klik på knappen "Send formular". Alle oplysninger vil blive behandlet fortro

* Angiver obligatorisk felt

Fornavn: *          Efternavn: *          E-mail: *

Postadresse:                              Telefon:

By:                 Stat:                 Postnummer:

Meddelelse: *

ønsker du at blive tilføjet til vores adresseliste?
ja ⦿  nej ○

[ Send formular ]

Home | Cases | Institutional Investor Services | News & Events | Publications | FAQs | Offices | Careers | Contact Us | Search

Site Map - Disclaimer - Attorney Advertising

For additional information please email your request to blbg@blbglaw.com or call us at 800-380-8496
©2008 Bernstein Litowitz Berger & Grossmann LLP. All rights reserved. February 6, 2008
This Web site contains Attorney Advertising. Prior results do not guarantee a similar outcome.