Home | Cases | Institutional Investor Services | News & Events | Publications | FAQs | Offices | Careers | Contact Us | Search





Our firm | Our attorneys | Our practice areas | Our results

Contact Us

Bernstein Litowitz Berger & Grossmann LLP

People, Resources, Excellence... Results

## Our Offices

**NEW YORK**
1285 Avenue of the Americas
New York, New York 10019
Telephone: 212-554-1400
Fax: 212-554-1444

**CALIFORNIA**
12481 High Bluff Drive
Suite 300
San Diego, CA 92130
Telephone: 858-793-0070
Fax: 858-793-0323

**LOUISIANA**
2727 Prytania Street
Suite 14
New Orleans, LA 70130
Telephone: 504-899-2339
Fax: 504-899-2342

**NEW JERSEY**
220 St. Paul Street
Westfield, New Jersey 07090
Telephone: 908-928-1700
Fax: 908-301-9008

## Begär information eller rapportera bedrägeri

Bernstein Litowitz Berger & Grossmann LLP (BLB&G) tar sig an privatmål och grupptalan åt enskil institutioner. Vi är specialister på processer med grupptalan och värdepapper, processer med företagsledningar, brott mot medborgerliga rättigheter och konsumentmål. I samarbete med klier vunnit skadestånd vilka återfinns bland de historiskt mest betydande vad gäller bedrägeri och me rättigheter.

BLB&G representerar investerare, konsumenter och anställda i grupptalan, där arvoden ofta enda skadestånd utdöms; vi står då för samtliga kostnader och utgifter.

Kontakta oss genom att fylla i formuläret nedan och inhämta ytterligare information om firman, b rådgivning eller rapportera bedrägeri i företag eller på regeringsnivå. Fyll i de obligatoriska fälten Skicka in formulär. All information är sekretessbelagd.

* Obligatoriskt fält

Förnamn: *    Efternamn: *    E-post: *

Postadress:                    Telefon:

Ort            Kommun:         Postnummer:

Meddelande: *

Vill du vara med i vår adresslista?
ja ⦿  nej ○

[Skicka]

Site Map - Disclaimer - Attorney Advertising

For additional information please email your request to blbg@blbglaw.com or call us at 800-380-8496
©2008 Bernstein Litowitz Berger & Grossmann LLP. All rights reserved. February 6, 2008
This Web site contains Attorney Advertising. Prior results do not guarantee a similar outcome.