UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TILLIE SALTZMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CITIGROUP INC., CHARLES O. PRINCE, ROBERT E. RUBIN, STEPHEN R. VOLK, SALLIE L. KRAWCHECK, GARY L. CRITTENDEN and ROBERT DRUSKIN,<br><br>Defendants. | **CIVIL ACTION NO. 07-9901-SHS**<br><br>**ECF Filed** |
| LENNARD HAMMERSCHLAG, Individually, and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br>CITIGROUP INC., CHARLES PRINCE, SALLIE KRAWCHECK, GARY CRITTENDEN,<br><br>Defendants. | **CIVIL ACTION NO. 07-10258-SHS** |

**CERTIFICATE OF SERVICE**

I, Lawrence Silvestro, hereby certify that on February 7, 2008, I caused the following document to be filed electronically with the Clerk of Court and served in accordance with the Federal Rules of Civil Procedure, the Southern District's Local Rules, and the Southern District's Rules on Electronic Service:

MEMORANDUM OF LAW IN OPPOSITION TO THE MOTIONS TO STRIKE THE DECLARATION OF BRUCE A. GREEN AND THE DECLARATIONS OF ATTORNEY GENERAL MARC DANN AND WILLIAM J. NEVILLE

_____
Lawrence Silvestro