UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

TILLIE SALTZMAN, Individually and On : CIVIL ACTION NO. 07-9901-SHS
Behalf of All Others Similarly Situated, :
 :
    Plaintiff, :
 :
v. :
 :
CITIGROUP INC., CHARLES O. PRINCE, :
ROBERT E. RUBIN, STEPHEN R. VOLK, :
SALLIE L. KRAWCHECK, GARY L. :
CRITTENDEN and ROBERT DRUSKIN, :
 :
    Defendants. :
---------------------------------------------------------------x
LENNARD HAMMERSCHLAG, Individually, : CIVIL ACTION NO. 07-10258-RJS
and On Behalf of All Others Similarly Situated, :
 :
    Plaintiff, :
 :
v. :
 :
CITIGROUP INC., CHARLES PRINCE, :
SALLIE DRAWCHECK, GARY CRITTENDEN, :
 :
    Defendants. :
 :
---------------------------------------------------------------x
PUBLIC EMPLOYEES' RETIREMENT : CIVIL ACTION NO. 08-00135-SHS
ASSOCIATION OF COLORADO; TENNESSEE :
CONSOLIDATED REITREMENT SYSTEM; : ECF CASE
SJUNDE AP-FONDEN; FJÄRDE AP-FONDEN; :
And PENSIONSKASSERNES :
ADMINISTRATION A/S, Individually and Behalf :
Of All Others Similarly Situated, :
 :
    Plaintiffs, :
 :
CITIGROUP INC., CHARLES O. PRINCE, :
SALLIE L. KRAWCHECK, GARY L. :
CRITTENDEN, TODD S. THOMSON, :

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ---------------------------------------------------------------x<br>TILLIE SALTZMAN, Individually and On<br>Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>CITIGROUP INC., CHARLES O. PRINCE,<br>ROBERT E. RUBIN, STEPHEN R. VOLK,<br>SALLIE L. KRAWCHECK, GARY L.<br>CRITTENDEN and ROBERT DRUSKIN,<br><br>    Defendants.<br>---------------------------------------------------------------x | CIVIL ACTION NO. 07-9901-SHS<br><br>ECF CASE |
| LENNARD HAMMERSCHLAG, Individually,<br>and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>CITIGROUP INC., CHARLES PRINCE,<br>SALLIE DRAWCHECK, GARY CRITTENDEN,<br><br>    Defendants.<br><br>---------------------------------------------------------------x | CIVIL ACTION NO. 07-10258-RJS<br><br>ECF CASE |
| PUBLIC EMPLOYEES' RETIREMENT<br>ASSOCIATION OF COLORADO; TENNESSEE<br>CONSOLIDATED REITREMENT SYSTEM;<br>SJUNDE AP-FONDEN; FJÄRDE AP-FONDEN;<br>And PENSIONSKASSERNES<br>ADMINISTRATION A/S, Individually and Behalf<br>Of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>CITIGROUP INC., CHARLES O. PRINCE,<br>SALLIE L. KRAWCHECK, GARY L.<br>CRITTENDEN, TODD S. THOMSON,<br>ROBERT DRUSKIN, THOMAS G. MAHERAS, | CIVIL ACTION NO. 08-00135-SHS<br><br>ECF CASE |

```
ROBERT DRUSKIN, THOMAS G. MAHERAS,      :
MICHAEL STUART KLEIN, DAVID C.           :
BUSHNELL, JOHN C. GERSPACH, STEPHEN      :
R. VOLK, GEORGE DAVID, and KPMG LLP,     :
                                         :
       Defendants.                       :
------------------------------------------x
```

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

PLEASE TAKE NOTICE that, upon the annexed declarations of Anne F. O'Berry and Michael J. Pucillo, and the exhibits attached thereto, Plaintiff hereby moves this Court pursuant to Local Civil Rule 1.3(c) for an order admitting Michael J. Pucillo of Berman DeValerio Pease Tabacco Burt & Pucillo, *pro hac vice* in connection with the above-captioned actions.

Dated: February 7, 2008            Respectfully submitted,

                                   BERMAN DEVALERIO PEASE
                                   TABACCO BURT & PUCILLO

                                   */s/ Anne F. O'Berry*
                                   Anne F. O'Berry (AO-0148)
                                   AOBerry@bermanesq.com
                                   222 Lakeview Avenue, Suite 900
                                   West Palm Beach, FL 33401
                                   Tel: (561) 835-9400
                                   Fax: (561) 835-0322

                                          -and-

                                   Jeffrey C. Block (JB-0387)
                                   One Liberty Square
                                   Boston, MA 02109
                                   Tel: (617) 542-8300
                                   Fax: (617) 542-1194

                                   Counsel for Plaintiff U.S. Public Fund Group

2

```
MICHAEL STUART KLEIN, DAVID C.         :
BUSHNELL, JOHN C. GERSPACH, STEPHEN    :
R. VOLK, GEORGE DAVID, and KPMG LLP,   :
                                       :
        Defendants.                    :
------------------------------------------------x
```

## DECLARATION OF ANNE F. O'BERRY

Anne F. O'Berry declares as follows:

1. I am Of Counsel to the law firm of Berman DeValerio Pease Tabacco Burt & Pucillo, counsel for Plaintiff in the above-captioned matter. I was admitted to practice before the U.S. District Court for the Southern District of New York in 1989, and have remained in good standing since that date.

2. I submit this declaration in support of Plaintiff's Motion to Admit Counsel *pro hac vice* in connection with this action, pursuant to Local Civil Rule 1.3(c) of this Court.

3. I am familiar with applicant Michael J. Pucillo and believe him to be an attorney of good character, competence, and experience. He has advised me that he is familiar with the Local Rules of this Court and will conduct himself in accordance therewith.

As such, I respectfully request that the motion be granted. For the Court's convenience, a copy of a proposed order granting the motion to admit the counsel *pro hac vice* is annexed hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 6th day of February, 2008.

                                                */s/ Anne F. O'Berry*
                                                Anne F. O'Berry (AO-0148)

| | |
|---|---|
| MICHAEL STUART KLEIN, DAVID C. BUSHNELL, JOHN C. GERSPACH, STEPHEN R. VOLK, GEORGE DAVID, and KPMG LLP, | : : : : : |
| Defendants. | : |

-------------------------------------------------------------------x

## DECLARATION OF MICHAEL J. PUCILLO

Michael J. Pucillo declares as follows pursuant to 28 U.S.C. § 1746:

1. I am a Partner in the law firm of Berman DeValerio Pease Tabacco Burt & Pucillo, counsel for Plaintiff in the above-captioned matter.

2. Berman DeValerio Pease Tabacco Burt & Pucillo maintains offices at 222 Lakeview Avenue, Suite 900, West Palm Beach, FL 33401. The telephone number is (561) 835-9400 and the fax number is (561) 835-0322.

3. I submit this declaration in support of Plaintiff's Motion to Admit Counsel *pro hac vice* in connection with this action, pursuant to Local Civil Rule 1.3(c) of this Court.

4. I have been admitted to practice in the State of Florida since 1978, and I am in good standing in the Florida Bar. *See* Exhibit A attached hereto (Certificate of Good Standing).

5. I also am admitted to practice before the United States Supreme Court, the United States Court of Appeals for the Fifth and Eleventh Circuits, and the United States District Courts for the Southern District of Florida, and Middle District of Florida.

6. I am familiar with the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the provisions of the Judicial Code that pertain to the jurisdiction of, and practice in, the United States District Court, the Local Rules of the Untied States District Courts for the Southern, and the Individual Rules of Practice of the Court.

7. I will adhere faithfully to all applicable rules in connection with my conduct before this Court.

2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this ⁷⁄ day of February, 2008, in West Palm Beach, Florida.

                                                               Michael J. Pucillo

**EXHIBIT A**



# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
www.FLORIDABAR.org

State of Florida   )

County of Leon   )

In Re: 261033
Michael Jameson Pucillo
Berman Devalerio Pease Tabacco
222 Lakeview Ave., Ste. 900
West Palm Beach, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on November 16, 1978.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this 6TH day of February, 2008.

*[signature: Willie Mae Shepherd]*

Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/smwaa8/R10

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Admit Counsel *Pro Hac Vice*, Declaration of Anne F. O'Berry, Declaration of Michael J. Pucillo, and Proposed Order Admitting Counsel *Pro Hac Vice* was served upon all counsel on the attached service list, via United States Mail, Postage Pre-Paid on this __7__ day of February, 2008.

*Anne F. O'Berry*
Anne F. O'Berry

3

G:\Securities\Citigroup\Pleading\Pro_Hac_Vice_Mtn_MJP_ia.doc

*Saltzman v. Citigroup Inc., et al.*
Case No. 07cv9901-SHS

Jeffrey C. Block, Esq.
JBlock@bermanesq.com
**BERMAN DEVALERIO PEASE
  TABACCO BURT & PUCILLO**
One Liberty Square, 8th Floor
Boston, MA 02109
Tel:   617/542-8300
Fax:   617/542-1194

Attorneys for Movants Division of
Investment of the Treasury of the State
of New Jersey; State Teachers Retirement
System of Ohio; State Universities
Retirement Systems of Illinois

Michael J. Pucillo, Esq.
MPucillo@bermanesq.com
**BERMAN DEVALERIO PEASE
  TABACCO BURT & PUCILLO**
Esperanté Bldg., Suite 900
222 Lakeview Avenue
West Palm Beach, FL 33401
Tel:   561/835-9400
Fax:   561/835-0322

Attorneys for Movants Division of
Investment of the Treasury of the State
of New Jersey; State Teachers Retirement
System of Ohio; State Universities
Retirement Systems of Illinois

Andrew J. Entwistle, Esq.
aentwistle@entwistle-law.com
**ENTWISTLE & CAPPUCCI LLP (NYC)**
280 Park Avenue
26th Floor West
New York, NY 10017
Tel:   212/894-7200
Fax:   212/894-7272

Attorneys for Plaintiffs Fjarde Ap-Fonden;
Pensionskassernes Administration A/S;
Public Employees' Retirement Association
of Colorado; Sjunde Ap-Fonden; Tennessee
Consolidated Retirement System

Ira M. Press, Esq.
ipress@kmslaw.com
**KIRBY MCINERNEY LLP**
830 Third avenue
10th Floor
New York, NY 10022
Tel:   212/371-6600
Fax:   212/751-2540

Attorneys for Movants ATD Group; David
Whitcomb; Edward Altman; Elaine Altman;
Henrietta Whitcomb; Jonathan Butler; M.
David Diamond

Samuel H. Rudman, Esq.
srudman@csgrr.com
**COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS, LLP**
58 South Service Road
Suite 200
Melville, NY 11747
Tel:   631/367-7100
Fax:   631/367-1173

Attorneys for Plaintiff Tillie Saltzman

Gerald H. Silk, Esq.
jerry@blbglaw.com
**BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP**
1285 Avenue of the Americas
New York, NY 10019
Tel:   212/554-1282
Fax:   212/554-1444

Attorneys for Movants Division of
Investment of the Treasury of the State
of New Jersey; State Teachers Retirement
System of Ohio; State Universities
Retirement Systems of Illinois

Joseph H. Weiss, Esq.
jweiss@weisslurie.com
**WEISS & LURIE**
551 Fifth Avenue
New York, NY 10176
Tel:    212/682-3025
Fax:    212/682-3010

Attorneys for Movant David Garden

*Hammerschlag v. Citigroup Inc. et al*
Case No. 07cv10258-SHS

Dustin P. Mansoor, Esq.
dmansoor@gardylaw.com
James S. Notis, Esq.
jnotis@gardylaw.com
**GARDY & NOTIS, LLP**
440 Sylvan Avenue
Suite 110
Englewood Cliffs, NJ 07632
Tel:    201/567-7377
Fax:    201/567-7337

Attorneys for Plaintiff Leonard
Hammerschlag

Andrew J. Entwistle, Esq.
aentwistle@entwistle-law.com
**ENTWISTLE & CAPPUCCI LLP (NYC)**
280 Park Avenue
26th Floor West
New York, NY 10017
Tel:    212/894-7200
Fax:    212/894-7272

Attorneys for Plaintiffs Public Employees'
Retirement Association of Colorado;
Tennessee Consolidated Retirement System;
Sjunde Ap-Fonden; Fjarde Ap-Fonden;
Pensionskassernes Administration A/S

George T. Conway, III, Esq.
CTConway@wlrk.com
John F. Lynch, Esq.
jflynch@wlrk.com
Jonathan M. Moses, Esq.
JMMoses@wlrk.com
Lawrence B. Pedowitz, Esq.
lbpedowitz@wlrk.com
**WACHTELL, LIPTON, ROSEN
  & KATZ**
51 West 52nd Street
New York, NY 10019
Tel:    212/403-1000
Fax:    212/403-2000

Attorneys for Defendants Citigroup Inc.;
Charles Prince; Sallie Krawcheck; Gary
Crittenden; C. Michael Armstrong; Alain
J.P. Belda; George David; Kenneth T. Derr;
John M. Deutch; Roberto Hernandez
Ramirez; Ann Dibble Jordan; Klaus
Kleinfeld; Andrew N. Liveris; Dudley C.
Mecum; Anne M. Mulcahy; Ricahrd D.
Parsons; Dr. Judith Rodin; Robert E. Rubin;
Robert L. Ryan; Franklin A. Thomas;
Windried Bischoff; Robert Druskin; William
R. Rhodes; David C. Bushnell; Steven J.
Freiberg; John C. Gerspach; Michael S.
Helfer; Michael Klein; Stephen R. Volk;
Lewis B. Kaden; Thomas G. Maheras

Joseph H. Weiss, Esq.
jweiss@weisslurie.com
**WEISS & LURIE**
551 Fifth Avenue
New York, NY 10176
Tel:   212/682-3025
Fax:   212/682-3010

Attorneys for Movant David Garden

*Public Employees' Retirement Association of Colorado, et al.*
*v. Citigroup Inc. et al*
**Case No. 08cv00135-SHS**

Andrew J. Entwistle, Esq.
aentwistle@entwistle-law.com
Johnston de Forest Whitman, Jr., Esq.
jwhitman@entwistle-law.com
Jonathan H. Beemer, Esq.
jbeemer@entwistle-law.com
Jordan A. Cortez, Esq.
jcortez@entwistle-law.com
Laura J. Babcock, Esq.
lmoore@entwistle-law.com
Richard W. Gonnello, Esq.
rgonnello@entwistle-law.com
**ENTWISTLE & CAPPUCCI LLP (NYC)**
280 Park Avenue
26th Floor West
New York, NY 10017
Tel:   212/894-7200
Fax:   212/894-7272

Attorneys for Plaintiffs Public Employees' Retirement Association of Colorado; Tennessee Consolidated Retirement System; Sjunde Ap-Fonden; Pensionskassernes Administration A/S; Fjarde Ap-Fonden

Peter N. Wang, Esq.
pwang@foley.com
Robert A. Scher, Esq.
rscher@foley.com
**FOLEY & LARDNER, LLP**
90 Park Avenue
New York, NY 10016
Tel:   212/682-7474
Fax:   212/490-3654

Attorneys for Defendant KPMG LLP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
TILLIE SALTZMAN, Individually and On : CIVIL ACTION NO. 07-9901-SHS
Behalf of All Others Similarly Situated, :
                                          :
        Plaintiff,                        : ECF CASE
                                          :
v.                                        :
                                          :
C ITIGROUP INC., CHARLES O. PRINCE,       :
ROBERT E. RUBIN, STEPHEN R. VOLK,         :
SALLIE L. KRAWCHECK, GARY L.              :
CRITTENDEN and ROBERT DRUSKIN,            :
                                          :
        Defendants.                       :
------------------------------------------------------------x
LENNARD HAMMERSCHLAG, Individually, : CIVIL ACTION NO. 07-10258-RJS
and On Behalf of All Others Similarly Situated, :
                                          :
        Plaintiff,                        : ECF CASE
                                          :
v.                                        :
                                          :
CITIGROUP INC., CHARLES PRINCE,           :
SALLIE DRAWCHECK, GARY CRITTENDEN, :
                                          :
        Defendants.                       :
                                          :
------------------------------------------------------------x
PUBLIC EMPLOYEES' RETIREMENT              : CIVIL ACTION NO. 08-00135-SHS
ASSOCIATION OF COLORADO; TENNESSEE :
CONSOLIDATED REITREMENT SYSTEM;           : ECF CASE
SJUNDE AP-FONDEN; FJÄRDE AP-FONDEN; :
And PENSIONSKASSERNES                     :
ADMINISTRATION A/S, Individually and Behalf :
Of All Others Similarly Situated,         :
                                          :
        Plaintiffs,                       :
                                          :
CITIGROUP INC., CHARLES O. PRINCE,        :
SALLIE L. KRAWCHECK, GARY L.              :
CRITTENDEN, TODD S. THOMSON,              :
ROBERT DRUSKIN, THOMAS G. MAHERAS, :

| | |
|---|---|
| MICHAEL STUART KLEIN, DAVID C. BUSHNELL, JOHN C. GERSPACH, STEPHEN R. VOLK, GEORGE DAVID, and KPMG LLP, | : : : : : |
| Defendants. | : |

-----------------------------------------------------------------x

## [PROPOSED] ORDER ADMITTING COUNSEL PRO HAC VICE

This matter having been brought before the Court by Plaintiff, through its counsel Berman DeValerio Pease Tabacco Burt & Pucillo, by motion pursuant to Local Rule 1.3(c) for an order admitting Michael J. Pucillo *pro hac vice*, it is hereby

ORDERED that Michael J. Pucillo, of the law firm of Berman DeValerio Pease Tabacco Burt & Pucillo, be and hereby are admitted *pro hac vice* in connection with the above-styled actions and that he shall abide by the provisions of the Local Rules of this Court in all respects.

SO ORDERED.

Dated this ___ day of _____, 2008.

_____
United States District Judge