USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/19/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
TILLIE SALTZMAN, Individually and On : CIVIL ACTION NO. 07-9901-SHS
Behalf of All Others Similarly Situated, :
  : ECF CASE
    Plaintiff, :
  :
v. :
  :
CITIGROUP INC., CHARLES O. PRINCE, :
ROBERT E. RUBIN, STEPHEN R. VOLK, :
SALLIE L. KRAWCHECK, GARY L. :
CRITTENDEN and ROBERT DRUSKIN, :
  :
    Defendants. :
------------------------------------------------------------x
LENNARD HAMMERSCHLAG, Individually, : CIVIL ACTION NO. 07-10258-~~RJS~~(SHS)
and On Behalf of All Others Similarly Situated, :
  : ECF CASE
    Plaintiff, :
  :
v. :
  :
CITIGROUP INC., CHARLES PRINCE, :
SALLIE DRAWCHECK, GARY CRITTENDEN, :
  :
    Defendants. :
  :
------------------------------------------------------------x
PUBLIC EMPLOYEES' RETIREMENT : CIVIL ACTION NO. 08-00135-SHS
ASSOCIATION OF COLORADO; TENNESSEE :
CONSOLIDATED REITREMENT SYSTEM; : ECF CASE
SJUNDE AP-FONDEN; FJÄRDE AP-FONDEN; :
And PENSIONSKASSERNES :
ADMINISTRATION A/S, Individually and Behalf :
Of All Others Similarly Situated, :
  :
    Plaintiffs, :
  :
CITIGROUP INC., CHARLES O. PRINCE, :
SALLIE L. KRAWCHECK, GARY L. :
CRITTENDEN, TODD S. THOMSON, :
ROBERT DRUSKIN, THOMAS G. MAHERAS, :

```
MICHAEL STUART KLEIN, DAVID C.        :
BUSHNELL, JOHN C. GERSPACH, STEPHEN   :
R. VOLK, GEORGE DAVID, and KPMG LLP,  :
                                      :
       Defendants.                    :
--------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

## [PROPOSED] ORDER ADMITTING COUNSEL PRO HAC VICE

This matter having been brought before the Court by Plaintiff, through its counsel Berman DeValerio Pease Tabacco Burt & Pucillo, by motion pursuant to Local Rule 1.3(c) for an order admitting Michael J. Pucillo *pro hac vice*, it is hereby

ORDERED that Michael J. Pucillo, of the law firm of Berman DeValerio Pease Tabacco Burt & Pucillo, be and hereby are admitted *pro hac vice* in connection with the above-styled actions and that he shall abide by the provisions of the Local Rules of this Court in all respects.

SO ORDERED.

Dated this 19th day of February, 2008.

_____
United States District Judge