USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

TILLIE SALTZMAN,              :        07 Civ. 9901 (SHS)

               Plaintiff,   :

    -against-                   :        ORDER

CITIGROUP INC., *ET AL.*,     :

              Defendants.  :
------------------------------------------------------------x

LEONARD HAMMERSCHLAG,         :        07 Civ. 10258 (SHS)

               Plaintiff,   :

    -against-                   :

CITIGROUP INC., *ET AL.*,     :

               Defendants.  :
------------------------------------------------------------x

PUBLIC EMPLOYEES' RETIREMENT  :        08 Civ. 135 (SHS)
ASSOCIATION OF COLORADO, *ET AL.*,

               Plaintiffs,  :

    -against-                   :

CITIGROUP INC., *ET AL.*,     :

               Defendants.  :
------------------------------------------------------------x

JUDY G. FISHER,               :        08 Civ. 136 (SHS)

               Plaintiff,   :

    -against-                   :

CITIGROUP INC., *ET AL.*,     :

               Defendants.  :
------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

A pretrial conference having been held today, with counsel for all parties participating either in person or by telephone,

IT IS HEREBY ORDERED that, for the reasons set forth on the record,

1. These actions shall be consolidated for all purposes;

2. All future documents shall be filed via ECF in the consolidated action and bear the following caption:

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

In re CITIGROUP INC. SECURITIES LITIGATION.   :      07 civ. 9901 (SHS)

-----------------------------------------------------------------x
```

3. The ATD Group is appointed as interim lead plaintiff;

4. The law firm of Kirby McInerney LLP is appointed as interim lead counsel; and

5. The following motions are terminated:

| Case No. | Motions |
|---|---|
| 07 Civ. 9901 | 4, 10, 13, 14, 17, 22, 41 |
| 07 Civ. 10258 | 11, 16, 19, 21 |
| 08 Civ. 135 | 3, 6, 8 |

Dated: New York, New York
August 19, 2008

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.