UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE CITIGROUP INC. SECURITIES LITIGATION | No. 1:07-cv-9901(SHS) |

### NOTICE OF THE PUBLIC EMPLOYEES' RETIREMENT ASSOCIATION OF COLORADO AND THE TENNESSEE CONSOLIDATED RETIREMENT SYSTEM'S MOTION FOR RECONSIDERATION OF THE COURT'S ORDER APPOINTING INTERIM LEAD PLAINTIFF

**PLEASE TAKE NOTICE** that Plaintiffs, the Public Employees' Retirement Association of Colorado ("Colorado PERA"), and the Tennessee Consolidated Retirement System ("TCRS"), on behalf of themselves and the putative class of common shareholders of Citigroup Inc., by their undersigned counsel, shall move before this Court, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007-1312, on September 30, 2008, pursuant to Local Civil Rule 6.3 and 15 U.S.C. § 78u-4(a)(3)(B)(iv), for an Order: (i) permitting limited discovery pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(iv) as to the adequacy of the ATD Group to represent the interests of the class under the Private Securities Litigation Reform Act of 1995 and Federal Rule of Civil Procedure 23; and (ii) permitting supplemental briefing on facts adduced during discovery regarding the ATD Group's adequacy for the Court's consideration.

In support of this Motion, movants submit herewith a Memorandum of Law dated September 3, 2008.

<sub>
</sub>
<sup>
</sup>

Any answering memoranda of law shall be served on or before September 17, 2008. Any reply memoranda of law shall be served on or before September 24, 2008.

DATED: September 3, 2008.

**ENTWISTLE & CAPPUCCI LLP**

_____/s/_____
Andrew J. Entwistle, Esq. (AE-6513)
Johnston de F. Whitman, Jr., Esq. (JW-5781)
Richard W. Gonnello, Esq. (RG-7098)
Jonathan H. Beemer (JB-0458)
Joshua Porter (JP-2660)
280 Park Avenue
26th Floor West
New York, New York 10017
Telephone: (212) 894-7200

*Attorneys for the Public Employees' Retirement Association of Colorado and the Tennessee Consolidated Retirement System*