USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/3/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE CITIGROUP, INC. SECURITIES LITIGATION | STIPULATION AND [PROPOSED] REVISED SCHEDULING ORDER<br><br>File No. 07 Civ. 9901 (SHS) |

By order dated December 23, 2010, the Court entered a pre-trial schedule in this Action (the "Scheduling Order"). The Scheduling Order directed the parties to "make all reasonable efforts to coordinate discovery in this action with discovery in the *In re Citigroup Inc. Bond Litig.*, 08 Civ. 9522 (SHS)." Pursuant to the Scheduling Order, the parties to this Action and the Bond Action have been actively coordinating discovery between the Actions. Pursuant to the Scheduling Order, fact discovery in the Securities Action and the Bond Action is currently scheduled to close on March 30, 2012. On November 23, 2011, the Court entered an order coordinating discovery between the Securities Action, the Bond Action and several individual actions consolidated under the caption *International Fund Management S.SA., et al. v. Citigroup Inc., et al.*, No. 09 Civ. 8755 (SHS) (the "Individual Actions"). On December 2, 2011, the Court entered a pre-trial scheduling order in the Individual Actions, which sets a fact-discovery cut-off of June 15, 2012. In order to facilitate the coordination of discovery between the Securities Action, the Bond Action, and the Individual Actions, and allow adequate time to schedule remaining depositions, the parties in all of these Actions have agreed that all of these Actions should have the same fact discovery deadline, the fact discovery cut-off should be extended to July 13, 2012, and all other dates in the Scheduling Order adjusted

1

accordingly. Accordingly, all parties to this Action respectfully request that the Court enter the revised schedule set forth below:

| EVENT | EXISTING DEADLINE | NEW DEADLINE |
|---|---|---|
| Close of Fact Discovery | March 30, 2012 | July 13, 2012 |
| Last Day to Amend Pleadings | April 13, 2012 | August 3, 2012 |
| Exchange of Initial Expert Reports by Parties Who Bear the Burden of Proof on Any Issue | May 18, 2012 | August 17, 2012 |
| Exchange of Rebuttal Expert Reports | June 15, 2012 | September 21, 2012 |
| Exchange of Expert Reply Reports | July 10, 2012 | October 19, 2012 |
| Expert Depositions Complete | August 28, 2012 | November 16, 2012 |
| Last Day to File Dispositive Motions | September 28, 2012 | December 14, 2012 |
| Opposition to Dispositive Motions | October 26, 2012 | January 25, 2013 |
| Replies in Support of Dispositive Motions | November 9, 2012 | February 8, 2013 |
| Filing of Proposed Pretrial Order | December 2012 | March 2013 |

The parties anticipate that other pre-trial scheduling matters, such as the specific date for filing the pre-trial order, the scheduling of a pre-trial conference and the submission of proposed jury instructions, voir dire questionnaires, and evidentiary motions, will be resolved by mutual agreement at a later date.

Dated: January 24, 2012
      New York, New York

                      **KIRBY McINERNEY LLP**

                      By: _____
                           Ira M. Press (ipress@kmllp.com)
                           Peter S. Linden (plinen@kmllp.com)
                           Mark A. Strauss (mstrauss@kmllp.com)
                           Andrew M. McNeela (amcneela@kmllp.com)
                825 Third Avenue, 16th Floor
                New York, NY 10022
                (212) 371-6600

                *Attorneys for Lead Plaintiffs, and Lead Counsel*

Dated: January 24, 2012
New York, New York

                  **PAUL, WEISS, RIFKIND, WHARTON,**
                  **& GARRISON LLP**

By: _/s/ Brad S. Karp/by RR_
Brad S. Karp (bkarp@paulweiss.com)
Richard A. Rosen (rrosen@paulweiss.com)
Susanna M. Buergel (sbuergel@paulweiss.com)
Karen R. King (kking@paulweiss.com)
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000

*Attorneys for Defendants Citigroup Inc., Charles Prince, Robert Rubin, Gary Crittenden, Robert Druskin, Thomas G. Maheras, Michael Stuart Klein, and David C. Bushnell*

**SO ORDERED** this _2_ day of _February_, 2012:

_____
Hon. Sidney H. Stein
United States District Judge

4