UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE CITIGROUP<br>SECURITIES LITIGATION | No. 07 Civ. 9901 (SHS)<br><br>**ECF Case** |

**NOTICE OF PLAINTIFFS' COUNSEL'S MOTION FOR AN AWARD OF
ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

TO:   All Counsel of Record

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 23(e) and 23(h) and this Court's Orders dated August 29, 2012, September 6, 2012 and September 28, 2012, on preliminary approval of the proposed settlement and providing for notice, and upon the Joint Declaration of Ira M. Press and Peter S. Linden in Support of (A) Plaintiffs' Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation and (B) Plaintiffs' Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; the Memorandum of Law in Support of Plaintiffs' Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; the Declaration of Former United States District Court Judge Layn R. Phillips Regarding Approval of Settlement; the Declaration of John C. Coffee, Jr.; the Declaration of Geoffrey P. Miller; and all other papers and proceedings herein, Plaintiffs' Counsel will and do hereby move this Court on January 15, 2013, at 10:00 a.m. in the Courtroom of the Honorable Sidney H. Stein, United States District Judge for the Southern District of New York, United States Courthouse, 500 Pearl Street, New York, New York 10007, or other such location and time as set by the Court, for entry of a Judgment awarding attorneys'

fees and reimbursement of litigation expenses to Plaintiffs' Counsel, plus any accrued interest. A [Corrected and Proposed] Final Judgment and Order of Dismissal with Prejudice is attached hereto.

Dated:  December 7, 2012                                  Respectfully Submitted,


                                                      **KIRBY McINERNEY LLP**


                                                      By:  */s/ Ira M. Press*
                                                      Ira M. Press
                                                      Peter S. Linden
                                                      Andrew S. McNeela
                                                      Mark A. Strauss
                                                      Beverly Tse Mirza
                                                      825 Third Avenue, 16th Floor
                                                      New York, NY 10022
                                                      Tel:  (212) 371-6600
                                                      Fax:  (212) 751-2540

                                                      *Lead Counsel for Plaintiffs*