# Exhibit D

*In re Citigroup Inc. Securities Litigation*
No. 07 Civ. 9901 (SHS)

Exhibit D to the Joint Declaration

**Schedule of Plaintiffs' Counsel's Lodestar and Expenses Applied for Reimbursement**

| EXHIBIT | FIRM | HOURS | LODESTAR | EXPENSES | |
|---|---|---|---|---|---|
| E | Kirby McInerney LLP | 87,898.75 | $ 39,192,990.00 | $ 2,545,393.88 | |
| F | Entwistle & Cappucci LLP | 12,635.85 | 6,139,737.75 | 236,883.64 | |
| G | Glancy Binkow & Goldberg LLP | 8,170.48 | 3,599,863.40 | 41,941.32 | * |
| H | Motley Rice LLC | 4,700.25 | 1,754,477.50 | 6,683.06 | |
| I | Law Office of Kenneth A. Elan | 979.35 | 381,213.75 | 1,715.53 | * |
| J | Law Office of Alan L. Kovacs | 701.20 | 250,570.00 | 1,183.06 | |
| K | Kenneth H. Gold | 221.50 | 102,997.50 | 9,041.10 | |
| L | Allen Brothers, PLLC | 34.95 | 16,601.25 | - | |
| | TOTAL | 115,342.33 | $ 51,438,451.15 | $ 2,842,841.59 | |

* Contributions to the litigation fund (which total $110,000) appear in the individual firms' declarations but are not included on this schedule because Lead Counsel's expenses include the payments to vendors using those funds.