Exhibit K

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE CITIGROUP SECURITIES LITIGATION | No. 07 Civ. 9901 (SHS) |
| | ECF Case |

### DECLARATION OF KENNETH H. GOLD FILED ON BEHALF OF KENNETH H. GOLD IN SUPPORT OF APPLICATION FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

I, Kenneth H. Gold, declare as follows, pursuant to 28 U.S.C. § 1746:

1.      I am a member of the law firm of Kenneth H. Gold, which represents plaintiffs in this litigation.  I submit this declaration in support of my firm's application for an award of attorneys' fees in connection with services rendered in this case, as well as the reimbursement of expenses incurred by my firm in connection with this litigation.

2.      My firm served as counsel for David and Henrietta Whitcomb in this litigation. In this capacity, I was involved in extensive discussions with the clients and counsel concerning the commencement of the action, interfaced with lead counsel on behalf of the Whitcombs during the litigation, and actively participated in the settlement of the litigation.  The schedule attached hereto as Exhibit 1 is a detailed summary indicating the amount of time I spent on the litigation and the lodestar calculation based on my firm's current billing rates.  The schedule was prepared from contemporaneous daily time records regularly prepared and maintained by my firm, which are available at the request of the Court.   Time expended in preparing this application for fees and reimbursement of expenses has not been included in this request.

3.      My hourly rates included in Exhibit 1 are the same as the regular current rates charged for my services in non-contingent matters and/or which have been accepted on other securities or shareholder litigation.

4.    The total number of hours expended on this litigation by my firm through November 23, 2012 is 221.5.  The total lodestar for my firm is $102,997.50, consisting of $102,997.50 for attorney time.

5.    My firm's lodestar figures are based upon the firm's billing rates, which rates do not include charges for expense items.  Expense items are billed separately and such charges are not duplicated in my firm's billing rates.

6.    As detailed in Exhibit 2, my firm has incurred a total of $9,041.10 in unreimbursed expenses in connection with the prosecution of this litigation.

7.    The expenses incurred in this action are reflected on the books and records of my firm.  These books and records are prepared from expense vouchers, check records and other source materials and are an accurate record of the expenses incurred.

8.    With respect to the standing of my firm, attached hereto as Exhibit 3 is a brief biography of my firm detailing my experience.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.  Executed this 5th day of December, 2012, at West Hollywood, California.

_____
Kenneth H. Gold

2

**EXHIBIT 1**
*In re Citigroup Inc. Securities Litigation*
Case No. 07 Civ. 9901 (SHS)

**KENNETH H. GOLD**

**TIME REPORT**

| NAME | YEAR OF GRADUATION | HOURS | HOURLY RATE | LODESTAR |
|---|---|---|---|---|
| **Partners** | | | | |
| Kenneth H. Gold | 1967 | 221.5 | $465.00 | $102,997.60 |
| | | | | |
| **Of counsel** | | | | |
| | | | | |
| **Other Attorneys** | | | | |
| | | | | |
| **Professional Support Staff** | | | | |
| | | | | |
| | | | | |
| | | | | |
| **TOTAL LODESTAR** | | | | $102,997.50 |

**EXHIBIT 2**
*In re Citigroup Inc. Securities Litigation*
Case No. 07 Civ. 9901 (SHS)

**KENNETH H. GOLD**

**EXPENSE REPORT**

**Inception through November 23, 2012**

| CATEGORY | AMOUNT |
|---|---|
| Out of Town travel | $9,041.10 |
|  |  |
|  |  |
| TOTAL EXPENSES: | $9,041.10 |

**EXHIBIT 3**

**RESUME OF KENNETH H. GOLD**

Kenneth H. Gold has been a practing attorney for approximately 45 years.  He is admitted to practice in New York (1967) and Michigan (1972).  His area of practice is corporate transactional and securities law.  He is presently semi-retired.  Mr. Gold graduated from Babson College in 1963 and New York University School of Law in 1967.  He also received an LLM in international law from New York University School of Law in 1968. From 1967 through 1969, he served as Assistant to the Director of the Center for International Studies at New York University.  From 1969 through 1970, he was an associate at Park Chaplain Flattau & Klimpel, New York. From 1982 through 2004, he was a senior partner in Miro Weiner & Kramer, Bloomfield Hills, Michigan. From 2005 through 2008, he was a partner in Allen Brothers PLLC, Detroit, Michigan.  From 2008 through the present, he has been in private practice and of counsel to Sullivan Ward Asher & Patton, Southfield, Michigan.  In addition to serving on the board of many non-profit corporations, Mr. Gold served as Co-chair of the Securities Law Committee of the Michigan Bar Association.