# Exhibit M

*In re Citigroup Inc. Securities Litigation*
No. 07 Civ. 9901 (SHS)

**Exhibit M to the Joint Declaration**

**Top 17 Securities Class Action Settlements Under the PSLRA**

| | Case Name | Settlement Amount | Action Includes Non-Scienter Claims | Multiple Corporate Defendants | Restatement |
|---|---|---|---|---|---|
| 1 | *In re Enron Corp. Sec. Litig.*, No. H-01-3624 (S.D. Tex.) | $7.227 billion | ✓ | ✓ | ✓ |
| 2 | *In re WorldCom, Inc. Sec. Litig.*, No. 02-cv-3288 (S.D.N.Y.) | $6.133 billion (combined) | ✓ | ✓ | ✓ |
| 3 | *In re Tyco Int'l Ltd., Sec. Litig.*, No. 02-1335 (D. N.H.) | $3.2 billion | ✓ | ✓ | ✓ |
| 4 | *In re Cendant Corp. Sec. Litig.*, No. 98-cv-1664 (D. N.J.) | $3.186 billion | ✓ | ✓ | ✓ |
| 5 | *In re AOL Time Warner, Inc. Sec. & "Erisa" Litig.*, No. 02 Civ. 5575 (S.D.N.Y.) | $2.5 billion | ✓ | ✓ | ✓ |
| 6 | *In re Nortel Networks Corp. Sec. Litig.*, ("*Nortel I*"), No. 01-cv-1855 (S.D.N.Y.) | $1.142 billion | | | |
| 7 | *In re Royal Ahold N.V. Sec. & ERISA Litig.*, No. 03-MD-1539 (D. Md.) | $1.1 billion | ✓ | ✓ | ✓ |
| 8 | *In re Nortel Networks Corp. Sec. Litig.*, ("*Nortel II*"), No. 04-cv-2115 (S.D.N.Y.) | $1.074 billion | | | ✓ |
| 9 | *In re McKesson HBOC, Inc. Sec. Litig.*, No. 99-cv-20743 (N.D. Cal.) | $1.042 billion (combined) | ✓ | ✓ | ✓ |
| 10 | *In re UnitedHealth Group Inc. PSLRA Litig.*, No. 06-cv-01691 (D. Minn.) | $925.5 million | ✓ | | ✓ |
| 11 | *In re American Int'l Grp., Inc. Sec. Litig.*, No. 04-cv-8141 (S.D.N.Y.) | $822.5 million (combined) | ✓ | ✓ | ✓ |
| 12 | *In re HealthSouth Corp. Stockholder Litig.*, No. 03-cv-1500 (N.D. Ala.) | $804.5 million (combined) | ✓ | ✓ | ✓ |
| 13 | *Carlson v. Xerox Corp.*, No. 00-cv-1621 (D. Conn.) | $750 million | | ✓ | ✓ |

| | Case Name | Settlement Amount | Action Includes Non-Scienter Claims | Multiple Corporate Defendants | Restatement |
|---|---|---|---|---|---|
| 14 | *In re Wachovia Preferred Sec. and Bond/Notes Litig.*, No. 09-cv-6351 (S.D.N.Y.) | $627 million | ✓ | ✓ | |
| 15 | *In re Lucent Tech., Inc., Sec. Litig.*, No. 00-cv-00621 (D. N.J.) | $608,350,000[1] (combined) | ✓ | | ✓ |
| 16 | *In re Countrywide Fin. Corp. Sec. Litig.*, No. 07-cv-05295 (C.D. Cal.) | $601.5 million[2] | ✓ | ✓ | |
| 17 | *In re Cardinal Health, Inc. Sec. Litig.*, No. 04-cv-00575 (S.D. Ohio) | $600 million | | | ✓ |
| | ***Citigroup Securities Action*** | **$590 million** | | | |

---

[1] In *Lucent*, of the $608,350,000 combined settlement amount, at least $220,250,000 was in stocks and warrants.

[2] The parties originally agreed to a settlement of $624 million but subsequently negotiated the settlement amount downward.