# KIRBY McINERNEY LLP



RECEIVED DEC 26 2012 JUDGE [STEIN] U.S.D.J.

825 Third Avenue
New York, NY 10022
212.371.6600
Fax. 212.751.2540
WWW.KMLLP.COM

Of counsel
Roger W. Kirby
Alice McInerney

December 24, 2012

**BY FACSIMILE**
The Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/27/2012

Re:   *In re Citigroup Inc. Sec. Litig.*, No. 07 Civ. 9901 (SHS)

Dear Judge Stein:

We represent the Lead Plaintiffs in the above-referenced action. We write respectfully to request an enlargement of the page limitations for Plaintiffs' Combined Reply Brief in Support of their Motions to (i) Approve the Class Action Settlement and Plan of Allocation, and (ii) their Request for Fees and Expenses, to 45 [35] pages. That brief is currently due to be filed on January 4, 2012. Although the number of objections is low, we make this request because the objectors' opposition briefs total approximately 95 pages (exclusive of declarations, transactional records, and other exhibits), and we cannot fully respond to their arguments within the 20 total pages permitted under Rule 2.C of Your Honor's Individual Practices for reply briefs (10 pages for each brief). We thank the Court for its consideration of this request.

Respectfully submitted,

Ira M. Press

12/26/12
So ordered
[signed] S. Stein
USDJ

cc:   **By Email**
      Counsel for defendants

NEW YORK        TEXAS