UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE CITIGROUP INC.
SECURITIES LITIGATION

Case No: 07 Civ. 9901 (SHS)



## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please take notice that I, Theodore H. Frank, a class member and objector in this action, hereby appear *pro se* and that all future correspondence and papers in connection with this action are to be directed to me at the address indicated below. I am a licensed attorney in the District of Columbia, California, and Illinois, and several federal district and appellate courts, in good standing in all jurisdictions, and ask the Court for an order permitting me to file on the Court's ECF system for the convenience of the Court and the parties.

Dated: Fairfax, Virginia
December 20, 2012.

Theodore H. Frank
11307 Bulova Lane
Fairfax, VA 22030

DC Bar No. 450318
1718 M Street NW, No. 236
Washington, DC 20036
Phone: (703) 203-3848
Email: tedfrank@gmail.com

*In pro per*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-27-12

## Certificate of Service

The undersigned certifies he caused to be served via FedEx overnight shipment a copy of this Notice of Appearance upon the following.

**Clerk's Office**

Clerk of the Court
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312
Re: In re Citigroup Inc. Securities Litigation,
Case No. 07 Civ. 9901 (SHS)

| **Defendants' Counsel** | **Lead Class Counsel** |
|---|---|
| Brad S. Karp, Esq. | Peter S. Linden, Esq. |
| Richard A. Rosen, Esq. | Ira M. Press, Esq. |
| Susanna M. Buergel, Esq. | Andrew McNeela, Esq. |
| Jane B. O'Brien, Esq. | Kirby McInerney LLP |
| Asad Kudiya, Esq. | 825 Third Avenue |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | New York, NY 10022 |
| 1285 Avenue of the Americas | |
| New York, NY 10019 | |

I further served these eight attorneys with PDF copies via email.

Dated: December 20, 2012.

Theodore H. Frank

---

Notice of Appearance
Case No: 07 Civ. 9901 (SHS)         1