```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE CITIGROUP INC. SECURITIES
LITIGATION

09 MD 2070 (SHS)
This document relates to:
07 Civ. 9901 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

For the reasons set forth in the Order dated January 2, 2013 (Dkt. No. 183), the hearing on whether the proposed class action settlement "is fair, reasonable, and adequate" pursuant to Federal Rule of Civil Procedure 23(e)(2) and whether the attorney's fees and nontaxable costs that plaintiffs' counsel seeks are reasonable pursuant to Rule 23(h), originally scheduled for January 15, 2013, is adjourned to April 8, 2013 at 10:00 a.m. in Courtroom 23A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

Dated: New York, New York
       January 3, 2013

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.