USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/13

Docket - file

Redacted - original filed under seal.

December 20, 2012

Clerk of Court
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *In re Citigroup Inc. Securities Litigation,*
      Case No. 07 Civ. 9901 (SHS)

Dear Honorable Judge of said Court:

I object to the award of attorney fees in the amount of 16.5% of the fund. The attorney fee percentage should be no more than 10% in a case as large as this.

I further object to the lodestar multiplier of 1.89. This attorney fee amounts to an unfair windfall for class counsel at the expense of the class.

I request that the court reject the settlement because the proposed attorney fee is too high.

Anne Cochran
20030 Marchmont Road
Shaker Heights, OH 44122

Gina Martin
238 Eastex Freeway
Beaumont, TX 77703

December 20, 2012

Clerk of Court
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *In re Citigroup Inc. Securities Litigation,*
Case No. 07 Civ. 9901 (SHS)

Dear Honorable Judge of said Court:

I object to the award of attorney fees in the amount of 16.5% of the fund. The attorney fee percentage should be no more than 10% in a case as large as this.

I further object to the lodestar multiplier of 1.89. This attorney fee amounts to an unfair windfall for class counsel at the expense of the class.

I request that the court reject the settlement because the proposed attorney fee is too high.

Anne Cochran
20030 Marchmont Road
Shaker Heights, OH 44122

Gina Martin
2380 ~~298~~ Eastex Freeway
Beaumont, TX 77703

**ANCORA SECURITIES INC**
2000 AUBURN DR SUITE 300
CLEVELAND OH 44122
TEL:(216)825-4000
FAX:(216)825-4011

**INVERNESS**
SECURITIES, LLC
2000 Auburn Drive, Ste. 640
Beachwood, Ohio 44122
216.839.5130

# Brokerage
## Account Statement

Account Number: ▓▓▓▓
Statement Period: 09/14/2007 - 09/30/2007

ANNE COCHRAN
20030 MARCHMONT ROAD
SHAKER HTS OH 44122-2852

### Valuation at a Glance

| | This Period |
|---|---:|
| Beginning Account Value | $0.00 |
| Cash Deposits | 1,000,000.00 |
| Dividends/Interest | 1,246.93 |
| Fees | -288.46 |
| Change in Account Value | 12,057.36 |
| **Ending Account Value** | **$1,013,015.83** |
| Estimated Annual Income | $9,925.02 |

Your Investment Advisor:
INVERNESS INVESTMENT GROUP
(216) 839-5130

### Asset Allocation

| | Value Last Period | Value This Period | Percent Allocation | |
|---|---:|---:|---:|---|
| Cash and Cash Equivalents | 0.00 | 564,633.17 | 56% | |
| Equities | 0.00 | 323,747.00 | 32% | |
| Mutual Funds | 0.00 | 124,635.66 | 12% | |
| **Account Total (Pie Chart)** | **$0.00** | **$1,013,015.83** | **100%** | |

Asset Allocation percentages are rounded to the nearest whole percentage.

Pie Chart allocation excludes all asset classes which net to a liability.



BOS0936170030243

Clearing through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation

## Customer Service Information

| Your Investment Advisor: 593 | Contact Information | Customer Service Information |
|---|---|---|
| INVERNESS INVESTMENT GROUP<br>RICHARD B RENNER<br>2000 AUBURN DRIVE SUITE 440<br>CLEVELAND    OH 44122-4311 | Telephone Number: (216) 839-6130<br>Fax Number: (216) 839-6131<br>E-Mail Address: renner@investinverness.com | Customer Service Telephone Number: (216) 839-5132<br>Web Site: www.investinverness.com |

## Transactions by Type of Activity

| Process/<br>Settlement<br>Date | Trade/<br>Transaction<br>Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount | Cur |
|---|---|---|---|---|---|---|---|---|
| Securities Bought and Sold | | | | | | | | |
| 09/20/07 | 09/17/07 | PURCHASED | NABORS INDS LTD SHS ISIN#BMG6359F1032<br>UNSOLICITED ORDER PERSHING LLC MAKES<br>A MKT IN THIS SEC & ACTED AS PRINCIPAL<br>AVERAGE UNIT PRICE TRANSACTION<br>ACTED AS AGENT | 500.000 | 30.8080 | | -15,433.75 | USD |
| 09/20/07 | 09/17/07 | PURCHASED | AMERICAN INTERNATIONAL GROUP<br>INC UNSOLICITED ORDER | 250.000 | 64.4280 | | -16,139.25 | USD |
| 09/20/07 | 09/17/07 | PURCHASED | AUTOMATIC DATA PROCESSING INC COM<br>UNSOLICITED ORDER PERSHING LLC MAKES<br>A MKT IN THIS SEC & ACTED AS PRINCIPAL | 300.000 | 44.1900 | | -13,286.75 | USD |
| 09/20/07 | 09/17/07 | PURCHASED | CEDAR FAIR, L.P.DEP UNIT<br>UNSOLICITED ORDER PERSHING LLC MAKES<br>A MKT IN THIS SEC & ACTED AS PRINCIPAL | 800.000 | 23.8800 | | -19,141.75 | USD |
| ✓ 09/20/07 | 09/17/07 | PURCHASED | CITIGROUP INC COM UNSOLICITED ORDER<br>PERSHING LLC MAKES A MKT IN THIS SEC. &<br>ACTED AS PRINCIPAL | 200.000 | 45.9600 | | -9,219.75 | USD |
| 09/20/07 | 09/17/07 | PURCHASED | CONOCOPHILLIPS COM<br>UNSOLICITED ORDER PERSHING LLC MAKES<br>A MKT IN THIS SEC & ACTED AS PRINCIPAL<br>AVERAGE UNIT PRICE TRANSACTION<br>ACTED AS AGENT | 150.000 | 84.5366 | | -12,118.25 | USD |
| 09/20/07 | 09/17/07 | PURCHASED | DWS GLOBAL OPPORTUNITIES FUND<br>CLASS A 000946642<br>SALES LOAD=0.00% PROS UNDER SEP COVER<br>HLD PERS ALL $ UNSOLICITED ORDER | 820.056 | 42.6800 | | -35,004.75 | USD |
| 09/20/07 | 09/17/07 | PURCHASED | DWS GLOBAL COMMODITIES SKT FD<br>INC COM UNSOLICITED ORDER | 800.000 | 18.6399 | | -14,869.63 | USD |
| 09/20/07 | 09/17/07 | PURCHASED | EUROPACIFIC GROWTH FUND CLASS F<br>002471234 SALES LOAD=0.00%<br>PROS UNDER SEP COVER HLD PERS ALL $<br>UNSOLICITED ORDER | 588.235 | 51.0000 | | -30,004.75 | USD |




Account Number: ▮▮▮▮▮
ANNE COCHRAN

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation

ANCORA SECURITIES INC
2000 AUBURN DR SUITE 300
CLEVELAND OH 44122
TEL:(216)825-4000
FAX:(216)825-4011


INVERNESS
SECURITIES, LLC
2000 AUBURN DRIVE, STE. 440
BEACHWOOD, OHIO 44122
216.839-5130


**Brokerage Account Statement**

Account Number: 
Statement Period: 12/01/2007 - 12/31/2007

## Valuation at a Glance

|  | This Period |
|---|---|
| Beginning Account Value | $976,765.16 |
| Dividends/Interest | 16,242.06 |
| Change in Account Value | -30,084.60 |
| Ending Account Value | $962,922.62 |
| Estimated Annual Income | $21,408.29 |

ANNE COCHRAN
20030 MARCHMONT ROAD
SHAKER HTS OH 44122-2852

Your Investment Advisor:
INVERNESS INVESTMENT GROUP
(216) 839-5130

## Asset Allocation

| | Value Last Period | Value This Period | Percent Allocation | |
|---|---|---|---|---|
| Cash and Cash Equivalents | 87,920.11 | 44,416.06 | 5% | |
| Equities | 541,643.75 | 537,393.75 | 56% | |
| Mutual Funds | 347,201.30 | 381,112.79 | 39% | |
| Account Total (Pie Chart) | $976,765.16 | $962,922.62 | 100% | |

Asset Allocation percentages are rounded to the nearest whole percentage.
Pie Chart allocation excludes all asset classes which net to a liability.


0008133708810044
Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation

## Customer Service Information

| Your Investment Advisor: 503 | Contact Information | Customer Service Information |
|---|---|---|
| INVERNESS INVESTMENT GROUP<br>RICHARD B RENNER<br>2000 AUBURN DRIVE SUITE 440<br>CLEVELAND    OH 44122-4311 | Telephone Number: (216) 839-5130<br>Fax Number: (216) 839-5131<br>E-Mail Address: renner@investinverness.com | Customer Service Telephone Number: (216) 839-5132<br>Web Site: www.investinverness.com |

## Transactions by Type of Activity

| Process/<br>Settlement<br>Date | Trade/<br>Transaction<br>Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount | Ccy |
|---|---|---|---|---|---|---|---|---|
| **Securities Bought and Sold** | | | | | | | | |
| 12/04/07 | 11/29/07 | PURCHASED | HANCOCK JOHN BK & THRIFT OPPORTUNITY<br>FD SH BEN INT UNSOLICITED ORDER<br>AVERAGE UNIT PRICE TRANSACTION<br>ACTED AS AGENT | 1,000.000 | 7.1200 | | -7,149.75 | USD |
| 12/04/07 | 11/29/07 | PURCHASED | HARTFORD GROWTH OPPORTUNITIES FUND<br>CLASS A 000376604<br>SALES LOAD=0.00% PROS UNDER SEP COVER<br>HLD PERS ALL $ UNSOLICITED ORDER | 621.311 | 32.1900 | | -20,004.75 | USD |
| 12/27/07 | 12/21/07 | SOLD | CITIGROUP INC COM UNSOLICITED ORDER<br>VS-HIGH COST PERSHING LLC MAKES<br>A MKT IN THIS SEC & ACTED AS PRINCIPAL | -200.000 | 30.3915 | | 6,048.47 | USD |
| 12/27/07 | 12/21/07 | PURCHASED | COMCAST CORP CL A UNSOLICITED ORDER<br>PERSHING LLC MAKES A MKT IN THIS SEC &<br>ACTED AS PRINCIPAL | 200.000 | 18.3100 | | -3,691.75 | USD |
| 12/27/07 | 12/21/07 | PURCHASED | GENERAL ELECTRIC CO COM<br>UNSOLICITED ORDER | 200.000 | 37.2490 | | -7,479.55 | USD |
| 12/27/07 | 12/21/07 | PURCHASED | HANCOCK JOHN BK & THRIFT OPPORTUNITY<br>FD SH BEN INT UNSOLICITED ORDER | 1,500.000 | 5.9899 | | -9,014.60 | USD |
| 12/27/07 | 12/21/07 | PURCHASED | HARTFORD GROWTH OPPORTUNITIES FUND<br>CLASS A 000387001<br>SALES LOAD=0.00% PROS UNDER SEP COVER<br>HLD PERS ALL $ UNSOLICITED ORDER | 612.557 | 32.6600 | | -20,004.75 | USD |
| 12/27/07 | 12/21/07 | SOLD | TIME WARNER INC NEW COM<br>UNSOLICITED ORDER VS-HIGH COST<br>PERSHING LLC MAKES A MKT IN THIS SEC &<br>ACTED AS PRINCIPAL | -500.000 | 16.5616 | | 8,246.92 | USD |
| 12/27/07 | 12/21/07 | PURCHASED | XTO ENERGY INC COM UNSOLICITED ORDER | 125.000 | 53.3246 | | -6,695.33 | USD |
| **Total Securities Bought and Sold - UNITED STATES DOLLAR** | | | | | | | **-59,746.09** | **USD** |

| Must be Postmarked No Later Than February 7, 2013 | *In re Citigroup Inc. Securities Litigation* <br> c/o GCG <br> P.O. Box 9899 <br> Dublin, Ohio 43017-5799 <br> (877) 600-6533 <br> www.citigroupsecuritiessettlement.com | CII   |
|---|---|---|

CII0230587449



Claim Number: ▇▇▇

Control Number: ▇▇▇

171655 /69/4##   **AUTO**SCH 5-DIGIT 77706
GINA D. MARTIN
PO BOX 7348
BEAUMONT TX  77726-7348

## PROOF OF CLAIM AND RELEASE

**YOU MUST COMPLETE THIS CLAIM FORM AND SUBMIT IT BY FEBRUARY 7, 2013 TO BE ELIGIBLE TO SHARE IN THE SETTLEMENT.**

| TABLE OF CONTENTS | PAGE # |
|---|---|
| PART I - CLAIMANT IDENTIFICATION | 2 |
| PART II - GENERAL INSTRUCTIONS | 3 |
| PART III - SCHEDULE OF TRANSACTIONS IN CITIGROUP COMMON STOCK AND SALES OF PUT OPTIONS | 4-5 |
| PART IV - RELEASE | 6-7 |
| PART V - SIGNATURE | 7 |
| PART VI - REMINDER CHECKLIST | 8 |

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z 1 2 3 4 5 6 7 0

From:  (409) 833-2352   Origin ID: BPTA
Stuart C. Yoes
THE YOES LAW FIRM, L.L.P.
3535 CALDER AVENUE
SUITE 235
BEAUMONT, TX 77706



Ship Date: 21DEC12
ActWgt: 1.0 LB
CAD: 3639011/INET3300

Delivery Address Bar Code



J122012092000325

SHIP TO: (212) 805-0136   BILL SENDER
**US Southern District Court**
**Clerk of the Court**
**Daniel Patrick Moynihan Courthouse**
**500 Pearl Street**
**New York, NY 10007**

Ref #     Citigroup
Invoice #
PO #
Dept #

MON - 24 DEC  A1
FIRST OVERNIGHT

TRK# 7943 7856 7837
0201

**X1 PCTA**

10007
NY-US
EWR



515G1/B2B3/AA44



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.