To the attention of:

   The Honorable District Court Judge:  Sidney H. Stein

   Defendants' Counsel:  Paul, Weiss, Rifkin, Wharton and Garrison LLP

   Lead Class Counsel: Kirby    McInerney    LLP

Re: In re citigroup Inc. securities litigation

Case No.    07 Civ 9901    (SHS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  1/7/13

Docket - file - original
without redactions filed
under seal.

Charles Prince III became CEO in 2003 and then chairman of the board in 2006. On November 4th of 2007 he retired with a 38 million pay package. He had Jurist Doctor from USC and Masters of Law from Georgetown.

Vikram Pandit became CEO in December 07 until stepping down on October 16 2012. B.S and M.S from Columbia University and an MBA from Columbia then went on to PhD IN FINANCE AT COLUMBIA BUSINESS SCHOOL.   3.1 MILLION IN 07, 38.2 MILLION IN 08    OVERALL HE WAS PAID OVER $200 MILLION INCLUDING HIS HEDGE FUND BUYOUT CALLED OLD LANE.

I read the wall street journal every day over these time periods and never read that the company was financially ruined.  Looking at their education it's not Joe at the local watering hole running the company. Obviously they hid the factor it's ruined. I owned stock in Citi group for an long time. Sanford Weill was the reason I bought the equity. If he ran the company at that period Citi would have been ok.

I kept adding to my position to average down thinking it would bounce back fast, at one point I had a 7million profit and didn't want to lose it. I kept reading things are ok. EV EN WHEN THE STOCK FIRST WENT BELOW $10 VIKRAM PANDIT BOUGHT 3 MILLION SHARES AND ANNOUNCED EVERYTHING IS FANTASTIC.  I stayed with the company until the day the stock went to under $2 and the government owned most of the company. I booked a loss of $33 million in 2009 taxstatement. And the company stock lost 95% of its value during Mr. Pundit's tenure.

To conclude my argument I read the Wall Street Journal every day, citigroup never once suggested that there  CDOs would cripple the my value in there company.  These are the smartest people on the planet and for them not to know is almost impossible. I therefor suggest fraud has taken place.

I am not an attorney and could not afford an attorney after this debacle.  So I have to rely on the court to make it correct.  I object to everything from attorney's fees to settlement amount. I am asking for $ 10 million of the 33 million citigroup lost. That seems logical to how much ,          and CEOs were paid for a really bad job.

William J Warren