UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Citigroup Inc. Securities Litigation

                           Plaintiff,

-against-

                         Defendant(s).



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-9-2013

Docket Number: No. 07-Civ-9901(SHS)

Motion for Permission for Electronic Case Filing

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/13

As the (Plaintiff/Defendant) *pro se* Objector Theodore H. Frank in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed the requirements for e-filing and agree to abide by them.
2. I have completed the Court's CM/ECF introduction course.
3. I understand that once I register for e-filing, I will receive notices and documents only by e-mail in this case and not by regular mail.
4. I understand that e-mail is not foolproof, and therefore, I must regularly review the docket sheet of the case so that I do not miss a filing.
5. I have regular access to the technical requirements necessary to e-file successfully:
   - [✓] A computer with internet access;
   - [✓] An e-mail account on a daily basis to receive notifications from the Court and notices from the e-filing system.
   - [✓] A scanner to convert documents that are only in paper format into electronic files;
   - [✓] A printer or copier to create to create required paper copies such as chambers copies;
   - [✓] A word-processing program to create documents; and
   - [✓] A pdf reader and a pdf writer to convert word-processing documents into pdf format, the only electronic format in which documents can be e-filed.

Date: 1/8/2013          Signature: _____
Name: Theodore H. Frank
Address: 11307 Bulova Lane
          Fairfax, VA 22030
Phone Number: (703) 203-3848
E-mail Address: tedfrank@gmail.com

So Ordered: 1/14/13 _____
U.S. District Judge / U.S. Magistrate Judge

RECEIVED JAN -9 2013 PRO SE OFFICE