

# The Honorable Dennis DeConcini
## United States Senator, Retired

4-D Properties
2870 N Swan Rd. #100
Tucson, AZ 85712
Tel: 520-325-9600
Fax: 520-327-9744

2002 E. Lee Street
Tucson, AZ 85719
Fax: 520-207-9479
Mobile: 571-277-3961
d.deconcini@att.net

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/13
```

December 28, 2012

Honorable Sydney Stein
Clerk of the Court
United States District Court
Southern District of New York
Daniel Patrick Moynihan
500 Pearl St.
New York, NY 10007-1312

RE: In re Citigroup Inc. Securities
Litigation Case #07 Civ. 9901
(SHS)

Dear Honorable Sydney H. Stein,

    I have on many occasions received notice of pending of class action proposed settlement plan of allocation, settlement fairness hearing and motion for an award of attorney's fees and reimbursement of litigation expenses. The case numbered above is one of those examples.

    I may have owned Citi Corp. stock at the time that is why I presume I receive these types of notices. However, your Honor, it is very difficult for a small individual, even I myself find it hard to be able to resurrect the exact dates I bought, sold and owned stock in Citi Corp. The court can easily order the defendant to provide that information to the class action notice. I respectfully, ask that the court do so for it is costly and may take considerable time to go through my records to determine whether I even had stock during that period of time. The amount, the date of purchase and sale.

    I respectfully send this to you your Honor having worked with the court system for 18 years on the Senate Judiciary Committee in handling bankruptcies and other matters for the judiciary and the legislative branch; I would appreciate consideration of this request.

Sincerely,

*Dennis DeConcini*

Dennis DeConcini
United States Senator, Ret.

DDC/jmc