# EXHIBIT 2




## PART III - SCHEDULE OF TRANSACTIONS IN CITIGROUP COMMON STOCK AND SALES OF PUT OPTIONS

**A. BEGINNING HOLDINGS:** Number of shares of Citigroup common stock held at the beginning of trading on February 26, 2007. If none, write "zero" or "0".

[ ] Shares

**B. PURCHASES/ACQUISITIONS:** Purchases or acquisitions of Citigroup common stock during the period **February 26, 2007 to July 17, 2008**, inclus[ive]

To Whom it may concern:

I do not have records of my investment in Citigroup common stock from Feb. 26, 2007 to July 17, 2008. I do not feel it fair that you request this information from me to protect my claim. Citigroup should have this information.

If this information is essential to protect my claim, I would like to appear before the judge who is asked to approve the settlement to express my objections.

Thank you for your consideration to my request.

PAUL L. AGNEW
PO BOX 98
ABBEVILLE SC 29620
(864) 366-8348

Trade Date (Month/Day/Year)

²Only purchases mon stock issued Program, Supple price at which the

IF YOU NEED ADDITIONAL SPACE TO LIST YOUR TRANSACTIONS YOU MUST PHOTOCOPY THIS PAGE AND CHECK THIS BOX [✓]   IF YOU DO NOT CHECK THIS BOX THESE ADDITIONAL PAGES WILL **NOT BE REVIEWED**