# EXHIBIT 3

*In re Citigroup Inc. Sec. Litig.* , No. 07 Civ. 9901
Cases in which Theodore Frank has filed objections

| | Case | Nature of Case | Date Mr. Frank's objection was filed | Capacity in which Mr. Frank objected | Did Mr. Frank object to the fee request?  If so, was the fee part of a common fund? |
|---|---|---|---|---|---|
| 1 | *In re Bluetooth Headset Prods. Liability Litig.,*  No. 07 ML 01822-DSF-E (C.D. Cal.) | Products Liability | June 3, 2009 [Dkt. No. 107] | Frank, as attorney for Center for Class Action Fairness LLC ("CCAF"), filed objection on behalf of class members | Yes.  Common fund?  No. |
| 2 | *In re TD Ameritrade Account Holder Litig.,*  Nos. 07 Civ. 2852 SBA, 07 Civ. 4903 SBA (N.D. Cal.) | Torts / Negligence | July 9, 2009 [Dkt. No. 150] | Frank, as CCAF attorney, filed objection on behalf of himself and another class member | Yes.  Common fund?  Yes. - Court granted fee request of 7.7% of appx. $6.5 million settlement fund |
| 3 | *Fairchild v. AOL, Inc.,*  No. 09 Civ. 03568 CAS-PLA (C.D. Cal.) | Torts / Negligence | December 7, 2009 [Dkt. No. 33] | Frank, as CCAF attorney, filed objection on behalf of class member | Yes.  Common fund?  No. |
| 4 | *True v. American Honda Motor Co.* ,  No. 07 Civ. 00287-VAP-OP, (C.D. Cal.) | Contracts | December 14, 2009 [Dkt. No. 117] | Frank,  as CCAF attorney, filed objection on behalf of class member | Yes.  Common fund?  No. |
| 5 | *In re Yahoo! Litig.,*  No. 06 Civ. 02737-CAS-FMO (C.D. Cal.) | Contracts | December 14, 2009 [Dkt. No. 192] | Frank, as CCAF attorney, filed objection on behalf of class member | Yes.  Common fund?  No. |
| 6 | *Londardo v. Travelers Indemnity Co.,* No. 06 Civ. 0962 (N.D. Ohio) | Torts/Negligence | January 11, 2010 [Dkt. No. 173] | Frank, as CCAF attorney, filed objection on behalf of class member | Yes.  Common fund?  No. |
| 7 | *In re New Motor Vehicles Canadian Export Antitrust Litig* .,  No. 03 MD 1532 (D. Me.) | Antitrust | January 28, 2011 [Dkt. No. 1138] | CCAF/Greenberg Legal services, filed objection on behalf of Theodore Frank | Yes.  Common fund?  Yes. - Court granted fee request of 13.2% of $37.3 million settlement fund (or appx. $4.92 million). - Lodestar multiplier was 0.107. |
| 8 | *In re Motor Fuel Temperatures Sales Practices Litig.,*  No. 07 MD 1840-KHV-JPO (D. Kan.) | Torts / Negligence | March 1, 2010 [Dkt. No. 1578] | Frank, as CCAF attorney, filed objection on behalf of class members | Yes.  Common fund?  No. |
| 9 | *Bachman v. A.G.Edwards, Inc.,* No. 22052-01266-03, (Mo. Circuit Ct.) | Torts / Negligence | April 29, 2010 [No docket number available] | Frank, as CCAF attorney, filed objection on behalf of trustee for class members' estate | Yes.  Common fund?  Yes. - Court granted fee request of 35% of $60 million settlement fund (or $21 million in fees) |
| 10 | *Dewey v. Volkswagen of America,*  Nos. 07 Civ. 2249, 07 Civ. 2361 (FSH) (D.N.J.) | Torts / Negligence | June 15, 2010 [Dkt. No. 208] | Frank, as CCAF attorney, filed objection on behalf of class members | Yes.  Common fund?  Yes. - Plaintiffs requested 25% of $90 million fund. - Court awarded 13.3% (amounting to a multiplier of 2) after the Court reduced the settlement fund value to $69,277,430 |

*In re Citigroup Inc. Sec. Litig.* , No. 07 Civ. 9901

Cases in which Theodore Frank has filed objections

| | Case | Nature of Case | Date Mr. Frank's objection was filed | Capacity in which Mr. Frank objected | Did Mr. Frank object to the fee request?  If so, was the fee part of a common fund? |
|---|---|---|---|---|---|
| 11 | *Robert F. Booth Trust v. Crowley* , No. 09 Civ. 05314 (N.D. Ill.) | Shareholder Derivative Action | July 1, 2010 [Dkt. No. 107] | Frank filed objection *in pro per* | Yes.  Common fund?  No. |
| 12 | *In re Classmates.com Consolidated Litig.,*  No. 09 Civ. 45 (RAJ) (W.D. Wash.) | Torts | November 18, 2010 [Dkt. No. 102] and November 18, 2011 [Dkt. No. 167] | Frank, as CCAF attorney, filed objection on behalf of class member | Yes.  Common fund?  Yes.<br>- Plaintiffs requested $1.05 million of $4.55 million settlement fund (appx. 23%)<br>- Court awarded $900K in fees (or appx. 19.78%) |
| 13 | *Ercoline v. Unilever United States, Inc.,*  No. 10 Civ. 01747 (SRC-MAS) (D.N.J) | Torts | December 10, 2010 [Dkt. No. 31] | Frank, as CCAF attorney, filed objection *in pro per* | Yes.  Common fund?  No. |
| 14 | *In re HP Inkjet Printer Litig.* , No. 05 Civ. 3580 JF (N.D. Cal.) | Torts | December 30, 2010 [Dkt. No. 263] | Frank, as CCAF attorney, filed objection on behalf of himself and another class member | Yes.  Common fund?  No. |
| 15 | *In re Apple Inc. Sec. Litig.,*  No. 06 Civ. 05208-JF (N.D. Cal.) | Securities Fraud involving alleged violations of the Securities Exchange Act of 1934 | January 21, 2011 [Dkt. No. 148] | Frank, as CCAF attorney, filed objection on behalf of class member | Yes.  Common fund?  Yes.<br>- Court granted fee request of 11.9% of $16.5 million settlement fund |
| 16 | *In re HP Laserjet Printer Litig* ., No. 07 Civ. 00667-AG-RNB (C.D. Cal.) | Torts | January 22, 2011 [Dkt. No. 233] | Frank filed objection *in pro per* | Yes.  Comon fund?  No. |
| 17 | *The NVIDIA GPU Litig* ., No. 08 Civ. 04312 JW (N.D. Cal.) | Torts | February 28, 2011 [Dkt. No. 349] | Frank, as CCAF attorney, filed motion to enforce settlement and cure breach of settlement agreement on behalf of class members | No. |
| 18 | *Cobell v. Salazar* , No. 96 Civ. 01285 (TFH) (D.D.C.) | Torts | April 21, 2011 [Dkt. No. 3740] | Frank, as CCAF attorney, filed objection on behalf of class member | Yes.  Common fund?  Yes.<br>- Plaintiffs requested 14.75% of $1.512 billion settlement fund. Lodestar multiplier was 2.5.<br>- Court awarded fees of 7.1% pursuant to express "clear sailing" provision in Class Counsel's fee agreement, controlling law and the Claims Resolution Act |
| 19 | *Blessing, v. Sirius XM Radio Inc.* , No. 09 Civ. 10035 (HB) (S.D.N.Y.) | Antitrust | July 18, 2011 [Dkt. No. 11] | Frank, as CCAF attorney, filed objection on behalf of class member | Yes.  Common fund?  No. |

*In re Citigroup Inc. Sec. Litig.* , No. 07 Civ. 9901

Cases in which Theodore Frank has filed objections

| | Case | Nature of Case | Date Mr. Frank's objection was filed | Capacity in which Mr. Frank objected | Did Mr. Frank object to the fee request?  If so, was the fee part of a common fund? |
|---|---|---|---|---|---|
| 20 | *Fogel v Farmers Group Inc., et al.,*  No. BC 300142 (Cal. Super. Ct.) | Torts / Negligence | August 17, 2011 [no docket number available but Frank's objection was attached as Exhibit 9-204 to the Supplemental Declaration of Graham B. Lippsmith in Support of the Class and Plaintiff's Omnibus Response to Objections to Settlement dated September 30, 2011] | Frank, as CCAF attorney, filed objection on behalf of class members | Yes.  Common fund? Yes. - Plaintiffs requested 16% of $545 million settlement fund with a lodestar multiplier of 4.14 - Court awarded $72,783,595 (appx. 13.35%) and 3 multiplier after applying a 5% discount to Plaintiffs' lodestar for "redundant staffing" |
| 21 | *Brazil v. Dell Inc* ., No. 07 Civ. 1700-RMW (N.D. Cal.) | Torts | September 27, 2011 [Dkt. No. 322] | Frank, as CCAF attorney, filed objection on behalf of class member | Yes.  Common fund?  No. |
| 22 | *In re Magsafe Apple Power Adapter Litig* ., No. 09 Civ. 01911 JW (N.D. Cal.) | Torts | January 5, 2012 [Dkt. No. 85] | Frank, as CCAF attorney,  filed objection on behalf of class member | Yes.  Common fund?  No. |
| 23 | *In re Online DVD Rental Antitrust Litig* ., No. 09 MD 2029 PJH (N.D. Cal.) | Antitrust | February 14, 2012 [Dkt. No. 581] | Frank filed objection *in pro per* | Yes.  Common fund?  Yes. - Court granted fee request of 25% of $27,250,000 settlement fund (or $6,812,500) |
| 24 | *In re Groupon Marketing & Sales Practices Litig* ., No. 11 MD 2238-DMS-RBB (S.D. Cal.) | Consumer (*e.g.,* violation of Electronic Funds Transfer Act) | July 27, 2012 [Dkt. No. 67] | Frank, as CCAF attorney, filed objection *in pro per* | Yes.  Common fund?  Yes. - Court granted fee request of 25% of $8.5 million fund (or $2,125,000). |
| 25 | *In re Johnson & Johnson Derivative Litig* ., Nos. 10 Civ. 2033 (FLW), 11 Civ. 4993 (FLW), 11 Civ. 2511 (FLW) (D. N.J.) | Shareholder Derivative Action | August 31, 2012 [Dkt. No. 61-2] | Frank, as attorney for CCAF, filed objection on behalf of shareholder | Yes.  Common fund?  No. |

There was a 26th case in which Mr. Frank's organization, the CCAF, filed an objection on behalf of a class member in an antitrust action captioned *McDonough, et al. v. Toys "R" US, Inc., d/b/a Babies "R" US, et al.*  No. 06 Civ. 242 (E.D. Pa.).  Mr. Frank was not listed on the objection.