# EXHIBIT 7

Richard Warren
9725 Knollcrest Blvd.
Johns Creek, Georgia 30022
770-441-8268

December 21, 2012

Clerk of the Court
United States District Court Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *In re Citigroup Inc. Securities Litigation*, Case No. 07 Civ. 9901 (SHS)

Dear Clerk:

I am writing to you as the person with a power of attorney over my mother's Merrill Lynch account, no.617-62348.

I object to the attorneys' fees in the captioned matter. I do not believe that the work that the attorneys performed entitles them to over ONE HUNDRED MILLION dollars in fees Plus almost Four Million dollars in expenses. I wish to review the fee application, when it is filed, with an attorney to see if the fee is justified and whether there are other matters in the settlement that are objectionable. Therefore, I reserve the right to supplement this objection.

I expect to appear at the hearing in January through counsel, if I do not feel that the fee application justifies the fee.

I have attached evidence that I am a member of the class.

Very Truly Yours,

*[signature: Mildred Terry Warren by her son Richard Paul Warren POA]*

Mildred Terry Warren by her son, Richard Paul Warren, POA.

cc:
Asad Kudiya, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

Andrew McNeela, Esq.     ✓   Fed Ex 8747 6092 4239
Kirby McInerney LLP
825 Third Avenue
New York, NY 10022