# EXHIBIT 18

**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE WACHOVIA EQUITY SECURITIES LITIGATION | No. 08 Civ. 6171 (RJS) **ECF Case** |

## PROOF OF CLAIM AND RELEASE

**YOU MUST COMPLETE THIS CLAIM FORM AND SUBMIT IT BY JUNE 27, 2012 TO BE ELIGIBLE TO SHARE IN THE SETTLEMENT.**

If you purchased or otherwise acquired common stock issued by Wachovia Corporation ("Wachovia") between May 8, 2006 and September 29, 2008, inclusive (the "Settlement Class Period"), including any purchase or acquisition of Wachovia common stock in connection with Wachovia's (a) acquisitions of Golden West Financial Corp., and/or A.G. Edwards, Inc., and/or (b) April 14, 2008 common stock offering, then you may be a class member entitled to share in the settlement proceeds ("Settlement Class Member," as further defined in the Notice) in *In re Wachovia Equity Securities Litigation*, No. 08 Civ. 6171 (the "Action"), pending in the United States District Court for the Southern District of New York (the "Court").

To be eligible for any settlement benefits as a Settlement Class Member, you must provide the information requested in this Proof of Claim and Release form or you can complete and submit a valid online Proof of Claim and Release form by visiting the Claims Administrator's website at www.wachoviaequitysettlement.com.  If submitted by mail, you must complete and sign this Proof of Claim and Release form and submit it to the Claims Administrator at the following address by first class mail, postmarked no later than June 27, 2012:

*In re Wachovia Equity Securities Litigation*
c/o Rust Consulting, Inc.
Claims Administrator
PO Box 8027
Faribault, MN  55021-9427

If you do not submit your Proof of Claim and Release form by the deadline set forth above, your claim will be rejected, and you will not receive any money in connection with the settlement of this Action.  If you are a Settlement Class Member and you do not timely and validly request exclusion in connection with the settlement, you will be bound by the terms of any judgment entered in the Action, including the releases provided therein, regardless of whether you submit a Proof of Claim and Release form.

Do not mail or deliver your Proof of Claim and Release form to the Court or to any of the parties or their counsel as any such claim will be deemed not to have been submitted.  Submit your Proof of Claim and Release form only to the Claims Administrator.

In completing the schedules of transactions requested in this Proof of Claim and Release form, separately list each purchase or acquisition and sale of Wachovia common stock, as applicable.  Photocopy the relevant pages if more space is needed.  Be sure to include and sign your name and the last four digits of your social security number or tax ID number on any additional sheets.

All purchases or acquisitions and sales of Wachovia common stock requested in this Proof of Claim and Release form must be documented by brokerage statements, confirmations or similar documents.  Failure to provide this documentation could delay verification of your claim or result in rejection of your claim.

For further information on the proposed settlement in this Action, please review the Notice of (I) Pendency of Class Action; (II) Proposed Settlement and Plan of Allocation; (III) Settlement Fairness Hearing; and (IV) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses.

**NOTICE REGARDING ELECTRONIC FILES:** Certain claimants with large numbers of transactions may request to, or may be requested to, submit information regarding their transactions in electronic files.  To obtain the mandatory electronic filing requirements and file layout, you may visit the website at www.wachoviaequitysettlement.com or you may e-mail the Claims Administrator at info@wachoviaequitysettlement.com.  Any file not in accordance with the required electronic filing format will be subject to rejection. No electronic files will be considered to have been properly submitted unless the Claims Administrator issues a report after processing your file with your claim numbers and respective account information.  Do not assume that your file has been received or processed until you receive this report.  If you do not receive this report, you should contact the electronic filing department at info@wachoviaequitysettlement.com to inquire about your file and confirm it was received and acceptable.

**QUESTIONS?  PLEASE CONTACT THE CLAIMS ADMINISTRATOR AT (888) 773-8390
INFO@WACHOVIAEQUITYSETTLEMENT.COM OR VISIT
WWW.WACHOVIAEQUITYSETTLEMENT.COM**