# EXHIBIT 19

**Must be Postmarked No Later Than February 9, 2012**

In re MBIA Inc. Securities Litigation
c/o GCG, Inc.
Claims Administrator
P.O. Box 9810
Dublin, Ohio 43017-5710
(Toll-free number) 1-888-624-6717
www.mbiasecuritieslitigationsettlement.com



Claim Number:

Control Number:

# PROOF OF CLAIM AND RELEASE

*THIS PROOF OF CLAIM MUST BE MAILED TO THE ADDRESS ABOVE AND POSTMARKED NO LATER THAN FEBRUARY 9, 2012.*

## TABLE OF CONTENTS

| TABLE OF CONTENTS | PAGE # |
|---|---|
| PART I - CLAIMANT INFORMATION | 2 |
| PART II - GENERAL INSTRUCTIONS | 3-4 |
| PART III - SCHEDULE OF TRANSACTIONS IN MBIA COMMON STOCK | 5-6 |
| PART IV - RELEASE OF CLAIMS AND SIGNATURE | 7 |

## PART II - GENERAL INSTRUCTIONS

A.      It is important that you completely read and understand the Notice of Pendency of Class Action and Proposed Settlement, Settlement Fairness Hearing, and Motion for Attorneys' Fees and Reimbursement of Litigation Expenses ("Notice") that accompanies this Proof of Claim and Release form ("Claim Form"), including the Plan of Allocation of the Net Settlement Fund set forth in the Notice. The Notice describes the proposed Settlement, how Class Members are affected by the Settlement, and the manner in which the Net Settlement Fund will be distributed if the Settlement and Plan of Allocation are approved by the Court. The Notice also contains the definitions of many of the defined terms (which are indicated by initial capital letters) used in this Claim Form. By signing and submitting this Claim Form, you will be certifying that you have read and that you understand the Notice, including the terms of the releases described therein and provided for herein.

B.      TO BE ELIGIBLE TO RECEIVE A DISTRIBUTION IN THE SETTLEMENT, YOU MUST MAIL YOUR COMPLETED AND SIGNED CLAIM FORM TO THE CLAIMS ADMINISTRATOR BY FIRST-CLASS MAIL, POSTAGE PREPAID, **POSTMARKED BY FEBRUARY 9, 2012**, ADDRESSED AS FOLLOWS:

*In re MBIA Inc. Securities Litigation*
c/o GCG, Inc.
Claims Administrator
P.O. Box 9810
Dublin, Ohio 43017-5710

If you fail to file a timely, properly addressed, and completed Claim Form, your claim may be rejected and you may be precluded from receiving any proceeds from the Settlement.

C.      This Proof of Claim is directed to all persons or entities who purchased or otherwise acquired MBIA common stock during the period from July 2, 2007 through and including January 9, 2008 (the "Class Period") and were damaged thereby (the "Class").

D.      "Class Members" means all persons and entities who purchased or otherwise acquired MBIA common stock during the Class Period and who were damaged thereby and who are not excluded by definition from the Class or who do not timely submit a proper request for exclusion in accordance with the requirements set forth in the Notice. Persons and entities excluded from the Class by definition are the Defendants; the members of each Individual Defendant's Immediate Family; MBIA's current or former Section 16 Officers or directors; MBIA's past or present parents, subsidiaries or affiliates and each of their current or former Section 16 Officers, directors, partners, or members; any entity in which any Defendant has or had a controlling interest; and the legal representatives, heirs, beneficiaries, successors or assigns of any such excluded party.

E.      IF YOU ARE NOT A CLASS MEMBER, OR IF YOU FILED A REQUEST FOR EXCLUSION FROM THE CLASS, DO NOT SUBMIT A CLAIM FORM. YOU MAY NOT, DIRECTLY OR INDIRECTLY, PARTICIPATE IN THE SETTLEMENT IF YOU ARE NOT A CLASS MEMBER OR IF YOU SUBMIT A VALID AND TIMELY REQUEST FOR EXCLUSION.

F.       Class Members will be bound by the terms of any judgments or orders entered in the Action WHETHER OR NOT A CLAIM FORM IS SUBMITTED, unless a valid request for exclusion from the Class is received by **November 25, 2011**. As described in the Notice, the Judgment will release and enjoin the filing or continued prosecution of the Settled Claims against the Released Parties.

G.      **Submission of this Claim Form does not guarantee that you will share in the proceeds of the Settlement.** Distribution of the Net Settlement Fund will be governed by the Plan of Allocation set forth in the Notice, if it is approved by the Court, or by such other plan of allocation as the Court approves.

H.      Use Section III of this Claim Form entitled "SCHEDULE OF TRANSACTIONS IN MBIA COMMON STOCK" to supply all required details of your transaction(s) in MBIA common stock. On this schedule, provide all of the requested information with respect to (i) your position in MBIA common stock as of the opening of trading on July 2, 2007, i.e., immediately prior to the start of trading on the first day of the Class Period; (ii) all transactions in MBIA common stock, including all purchases or other acquisitions (including free receipts) and all sales (including free deliveries), made from July 2, 2007 through and including April 7, 2008; and (iii) your position in MBIA common stock as of the close of trading on April 7, 2008. **Failure to report all transactions during the requested periods may result in the rejection of your claim.**

I.      You are required to submit genuine and sufficient documentation for all your transactions in and holdings of MBIA common stock as set forth in the Schedule of Transactions in Part III. Documentation may consist of copies of brokerage confirmations or monthly statements. IF SUCH DOCUMENTS ARE NOT IN YOUR POSSESSION, PLEASE OBTAIN COPIES OR EQUIVALENT CONTEMPORANEOUS DOCUMENTS FROM YOUR BROKER. FAILURE TO SUPPLY THIS DOCUMENTATION MAY RESULT IN REJECTION OF YOUR CLAIM. DO NOT SEND ORIGINAL DOCUMENTS. **Please keep a copy of all documents that you send to the Claims Administrator. Also, please do not highlight any portion of the Claim Form or any supporting documents.**

**QUESTIONS? CALL 1-888-624-6717 OR VISIT
WWW.MBIASECURITIESLITIGATIONSETTLEMENT.COM**