# EXHIBIT 25

UBS FINANCIAL SERVICES Fax:9524759462          May 29 2009 12:18          P.02

## PLAINTIFF CERTIFICATION

I, Paul Koch ("Plaintiff"), hereby declare that:

1.      I have reviewed the complaint against Citigroup, Inc. and the other named defendants (the "Complaint") and have authorized the filing of a lead plaintiff motion on my behalf by Zamansky & Associates LLP and Lovell Stewart Halebian LLP.

2.      I did not purchase the securities that are the subject of the action at the direction of counsel or in order to participate in this private action.

3.      I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4.      During the Class Period specified in the Complaint, I made the following transactions in Citigroup securities:

| Transaction | Trade Date | No. of Shares | Price | Aggregate (Cost)/Proceeds |
| --- | --- | --- | --- | --- |
| Buy | 07/01/07 | 1,609.32 | $39.5338 | ($63,622.54) |
| Buy | 01/02/08 | 2,706.50 | $30.595 | ($82,805.37) |
| Buy | 07/01/08 | 5,168.08 | $17.1525 | ($88,645.49) |

5.      During the three-year period preceding the date of my signing this certification, I have not sought to serve, nor have I served, as a representative on behalf of a class in a private action arising under the federal securities laws.

6.      I will not accept any payment for serving as a representative party on behalf of a class except to receive my pro rata share of any recovery, or as ordered or approved by the Court including the award to a representative party of reasonable costs and expenses including lost wages relating to the representation of the class.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of May 2009

Paul Koch