# EXHIBIT 26

```
 1  JAMES F. CLAPP (145814)
    jclapp@sdlaw.com
 2  MARITA MURPHY LAUINGER (199242)
    mlauinger@sdlaw.com
 3  DOSTART CLAPP GORDON & COVENEY, LLP
    4370 La Jolla Village Drive, Suite 970
 4  San Diego, California 92122-1253
    Tel: 858-623-4200
 5  Fax: 858-623-4299

 6  JEFFREY G. SMITH (133113)
    smith@whafh.com
 7  WOLF HALDENSTEIN ADLER FREEMAN & HERZ, LLP
    270 Madison Ave.
 8  New York, New York 10016
    Tel: 212-545-4600
 9  Fax: 212-545-4653

10  Attorneys for Plaintiffs

11
                     UNITED STATES DISTRICT COURT
12
                    SOUTHERN DISTRICT OF CALIFORNIA
13

14

15  DANIEL BRECHER and SCOTT SHORT,        CASE NO. 09-CV-0606-L-AJB
    individually and on behalf of all others
16  similarly situated,                    CERTIFICATION OF PLAINTIFF
                                           JENNIFER MURPHY
17              Plaintiffs,

18  vs.

19  CITIGROUP, INC.; CITIGROUP GLOBAL
    MARKETS, INC.; ALAIN J.P. BELDA, C.
20  MICHAEL ARMSTRONG, KENNETH T.
    DERR, JOHN M. DEUTCH, RICHARD D.
21  PARSONS, ANN DIBBLE JORDAN;
    CITIGROUP, INC. PERSONNEL AND
22  COMPENSATION COMMITTEE; and JOHN
    DOES 1-30;
23              Defendants.

24

25

26

27

28
```

CERTIFICATION OF PLAINTIFF JENNIFER MURPHY

EXHIBIT 5
Page 9

## PLAINTIFF'S CERTIFICATION

Jennifer Murphy ("Plaintiff") declares under penalty of perjury, as to the claims asserted under the federal securities laws, that:

1. Plaintiff has reviewed the complaint and authorized the commencement of an action on Plaintiff's behalf.

2. Plaintiff did not purchase the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in this private action.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff's transactions in Citigroup securities during the Class Period specified in the Complaint are as follows:

| Date | # of Shares Purchased | # of Shares Sold | Price |
|---|---|---|---|
| 07-01-07 | 318 | 0 | $39.5338 |
| 07-01-08 | 428 | 0 | $17.1525 |

5. During the three years prior to the date of this Certificate, Plaintiff has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws.

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 28, 2009 at 11:00 a.m., California.

JENNIFER MURPHY

CERTIFICATION OF PLAINTIFF JENNIFER MURPHY

EXHIBIT 5
Page 10