# EXHIBIT 27

## PLAINTIFF CERTIFICATION

I, Mark E. Oelfke ("Plaintiff"), hereby declare that:

1. I have reviewed the complaint against Citigroup, Inc. and the other named defendants (the "Complaint") and have authorized the filing of a lead plaintiff motion on my behalf by Zamansky & Associates LLP and Lovell Stewart Halebian LLP.

2. I did not purchase the securities that are the subject of the action at the direction of counsel or in order to participate in this private action.

3. I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. During the Class Period specified in the Complaint, I made the following transactions in Citigroup securities: In good faith estimation:

| Transaction | Trade Date | No. of Shares | Price | Aggregate (Cost)/Proceeds |
|---|---|---|---|---|
| Buy | 7/1/07 | 25.2948 | $39.5338 | $1000.00 |
| Buy | 1/2/08 | 32.685 | $30.595 | $1000.00 |
| Buy | 7/1/08 | 58.3 | $17.1525 | $1000.00 |

5. During the three-year period preceding the date of my signing this certification, I have not sought to serve, nor have I served, as a representative on behalf of a class in a private action arising under the federal securities laws.

6. I will not accept any payment for serving as a representative party on behalf of a class except to receive my pro rata share of any recovery, or as ordered or approved by the Court, including the award to a representative party of reasonable costs and expenses including lost wages relating to the representation of the class.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of May 2009

_[signature]_
[name]