# EXHIBIT 29

| | |
|---|---|
| 1 | JAMES F. CLAPP (145814) |
| | jclapp@sdlaw.com |
| 2 | MARITA MURPHY LAUINGER (199242) |
| | mlauinger@sdlaw.com |
| 3 | DOSTART CLAPP GORDON & COVENEY, LLP |
| | 4370 La Jolla Village Drive, Suite 970 |
| 4 | San Diego, California 92122-1253 |
| | Tel: 858-623-4200 |
| 5 | Fax: 858-623-4299 |
| 6 | JEFFREY G. SMITH (133113) |
| | smith@whafh.com |
| 7 | WOLF HALDENSTEIN ADLER FREEMAN & HERZ, LLP |
| | 270 Madison Ave. |
| 8 | New York, New York 10016 |
| | Tel: 212-545-4600 |
| 9 | Fax: 212-545-4653 |
| 10 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BRECHER and SCOTT SHORT, individually and on behalf of all others similarly situated, | CASE NO. 09-CV-0606-L-AJB |
| Plaintiffs, | **CERTIFICATION OF PLAINTIFF CHAD TAYLOR** |
| vs. | |
| CITIGROUP, INC.; CITIGROUP GLOBAL MARKETS, INC.; ALAIN J.P. BELDA, C. MICHAEL ARMSTRONG, KENNETH T. DERR, JOHN M. DEUTCH, RICHARD D. PARSONS, ANN DIBBLE JORDAN; CITIGROUP, INC. PERSONNEL AND COMPENSATION COMMITTEE; and JOHN DOES 1-30; | |
| Defendants. | |

CERTIFICATION OF PLAINTIFF CHAD TAYLOR

EXHIBIT 4
Page 7

## PLAINTIFF'S CERTIFICATION

Chad Taylor ("Plaintiff") declares under penalty of perjury, as to the claims asserted under the federal securities laws, that:

1. Plaintiff has reviewed the complaint and authorized Plaintiff's counsel to offer Plaintiff as a proposed Lead Plaintiff.

2. Plaintiff did not purchase the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in this private action.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff's transactions in Citigroup securities during the Class Period specified in the Complaint are as follows:

| Date | # of Shares Purchased | # of Shares Sold | Price |
| --- | --- | --- | --- |
| 07-01-08 | 681.39 | 0 | $17.1525 |
| 01-02-09 | 1167.68 | 0 | $10.8550 |

5. During the three years prior to the date of this Certificate, Plaintiff has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws.

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 29, 2009 at San Diego, California.

CHAD TAYLOR

CERTIFICATION OF PLAINTIFF CHAD TAYLOR

EXHIBIT 4
Page 8