# EXHIBIT 30

APPEAL, ECF, LEAD, RELATED

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:09-cv-08755-SHS

| | |
|---|---|
| International Fund Management S.A. et al v. CitiGroup Inc. et al | Date Filed: 10/14/2009 |
| Assigned to: Judge Sidney H. Stein | Jury Demand: Both |
| Member case: (View Member Case) | Nature of Suit: 850 Securities/Commodities |
| Related Cases: 1:07-cv-09901-SHS | Jurisdiction: Federal Question |
| 　　　　　　　　1:12-cv-09050-SHS | |
| Cause: 15:78m(a) Securities Exchange Act | |

**Plaintiff**

**International Fund Management S.A.**　　represented by　**David A. Straite**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Stewarts Law US LLP
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　535 Fifth Avenue, 4th Floor
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10010
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(212) 897-3730
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: (212) 897-3733
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: dstraite@stewartslaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*TERMINATED: 05/24/2011*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Megan D. McIntyre**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Grant & Eisenhofer, PA (DE)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　123 Justison Street
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(302)-622-7020
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: (302)-622-7100
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: mmcintyre@gelaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Natalia Dora Williams**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Grand & Eisenhofer P.A.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　485 Lexington Ave.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10017
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(646)-722-8513
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: (646)-722-8501
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: nwilliams@gelaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Shelly L Friedland**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Grant & Eisenhofer P.A. (NY)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　485 Lexington Avenue

                                        29th Floor
New York, NY 10017
(646) 722-8500
Fax: (646) 722-8501
Email: sfriedland@gelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart M Grant**
Grant & Eisenhofer, PA (DE)
123 Justison Street
Wilmington, DE 19801
(302) 622-7000
Fax: (302) 622-7100
Email: sgrant@gelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Deka International S.A. Luxemburg**      represented by    **David A. Straite**
(See above for address)
*TERMINATED: 05/24/2011*
*LEAD ATTORNEY*

**Megan D. McIntyre**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Natalia Dora Williams**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shelly L Friedland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart M Grant**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Deka Fundmaster Investmentgesellschaft MBH**      represented by    **David A. Straite**
(See above for address)
*TERMINATED: 05/24/2011*
*LEAD ATTORNEY*

        **Megan D. McIntyre**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Natalia Dora Williams**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Shelly L Friedland**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Stuart M Grant**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Deka Investment GmbH**      represented by   **David A. Straite**
        (See above for address)
        *TERMINATED: 05/24/2011*
        *LEAD ATTORNEY*

        **Megan D. McIntyre**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Natalia Dora Williams**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Shelly L Friedland**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Stuart M Grant**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bayerninvest**      represented by   **David A. Straite**
**Kapitalanlagegesellschaft MBH**         (See above for address)
        *TERMINATED: 05/24/2011*

*LEAD ATTORNEY*

**Megan D. McIntyre**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Natalia Dora Williams**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shelly L Friedland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart M Grant**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hansainvest Hanseatische Investment-GMBH** represented by **David A. Straite**
(See above for address)
*TERMINATED: 05/24/2011*
*LEAD ATTORNEY*

**Megan D. McIntyre**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Natalia Dora Williams**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shelly L Friedland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart M Grant**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Metzler Investment GmbH** represented by **David A. Straite**

(See above for address)
*TERMINATED: 05/24/2011*
*LEAD ATTORNEY*

**Megan D. McIntyre**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Natalia Dora Williams**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shelly L Friedland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart M Grant**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nord/LB Kapitalanlagegesellschaft AG**     represented by     **David A. Straite**
(See above for address)
*TERMINATED: 05/24/2011*
*LEAD ATTORNEY*

**Megan D. McIntyre**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Natalia Dora Williams**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shelly L Friedland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart M Grant**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Swiss Life Investment Management Holding AG**  represented by **David A. Straite**
(See above for address)
*TERMINATED: 05/24/2011*
*LEAD ATTORNEY*

**Megan D. McIntyre**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Natalia Dora Williams**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shelly L Friedland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart M Grant**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**City of Richmond**
*ex rel. City of Richmond Retirement System*
*TERMINATED: 04/24/2012*    represented by **David A. Straite**
(See above for address)
*TERMINATED: 05/24/2011*
*LEAD ATTORNEY*

**Megan D. McIntyre**
(See above for address)
*LEAD ATTORNEY*

**Natalia Dora Williams**
(See above for address)
*LEAD ATTORNEY*

**Shelly L Friedland**
(See above for address)
*LEAD ATTORNEY*

**Stuart M Grant**
(See above for address)
*LEAD ATTORNEY*

**Plaintiff**

**Inka Internationale**   represented by **David A. Straite**

|  |  |
|---|---|
| **Kapitalanlagegesellschaft Mbh** | (See above for address)<br>*TERMINATED: 05/24/2011* |
| | **Megan D. McIntyre**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | **Natalia Dora Williams**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | **Shelly L Friedland**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | **Stuart M Grant**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Kepler-Fonds Kapitalanlagegesellschaft** | represented by | **David A. Straite**<br>(See above for address)<br>*TERMINATED: 05/24/2011*<br>*LEAD ATTORNEY* |
| | | **Megan D. McIntyre**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Stuart M Grant**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Shelly L Friedland**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Swiss & Global Asset Management AG** | represented by | **Megan D. McIntyre**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Shelly L Friedland**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

                                              **Stuart M Grant**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Swiss & Global Asset Management (Luxembourg) SA**   represented by  **Megan D. McIntyre**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

      **Shelly L Friedland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

      **Stuart M Grant**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Universal-Investment-Gesellshaft mbH**   represented by  **Megan D. McIntyre**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

      **Shelly L Friedland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

      **Stuart M Grant**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Munchener Ruckversicherungs-Gesellschaft Aktiengesellschaft in Munchen**   represented by  **Megan D. McIntyre**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

      **Shelly L Friedland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

      **Stuart M Grant**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Meag Munich Ergo Kapitalanlagegesellschaft mbH**    represented by    **Megan D. McIntyre**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shelly L Friedland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart M Grant**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Salomon Melgen**    represented by    **Megan D. McIntyre**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shelly L Friedland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart M Grant**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Flor Melgen**    represented by    **Megan D. McIntyre**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shelly L Friedland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart M Grant**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mineworkers' Pension Scheme**	represented by	**Megan D. McIntyre**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shelly L Friedland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart M Grant**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Internationale Kapitalanlagegesellschaft mbH**	represented by	**Stuart M Grant**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**LGT Funds AGmvK**	represented by	**Stuart M Grant**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**SFM Holdings Limited Partnership**	represented by	**Stuart M Grant**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**British Coal Staff Superannuation Scheme**	represented by	**Stuart M Grant**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**ETF Lab Investment GMbH**
*TERMINATED: 04/24/2012*	represented by	**David A. Straite**
(See above for address)
*TERMINATED: 05/24/2011*
*LEAD ATTORNEY*

**Megan D. McIntyre**
(See above for address)
*LEAD ATTORNEY*

|  |  |  |
|---|---|---|
|  |  | **Stuart M Grant**<br>(See above for address)<br>*LEAD ATTORNEY* |
|  |  | **Shelly L Friedland**<br>(See above for address) |

V.

**Consolidated Plaintiff**

| **Norges Bank** | represented by | **David A. Straite**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
|  |  | **Megan D. McIntyre**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Shelly L Friedland**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Stuart M Grant**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Consolidated Plaintiff**

| **Stitching Pensioenfonds ABP** | represented by | **Megan D. McIntyre**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
|  |  | **Shelly L Friedland**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Stuart M Grant**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| **CitiGroup Inc.** | represented by | **Brad Scott Karp**<br>Paul, Weiss, Rifkind, Wharton &<br>Garrison LLP (NY)<br>1285 Avenue of the Americas<br>New York, NY 10019<br>212-373-2384 |
|---|---|---|