# EXHIBIT 31

<HELP> for explanation.

| CLOSE/PRICE | | | | | | Page 1/1 | Historical Price Table | |

SPX S&P 500 INDEX PRICE 1468.21

High 1465.77 on 9/14/12
Range 08/01/2012 - 09/28/2012  Period Daily  Avg 1421.53
Currency USD  Market Mid/Trd  Low 1365.00 on 8/2/12

| | DATE | PRICE | VOLUME | | DATE | PRICE | VOLUME | | DATE | PRICE | VOLUME |
|---|---|---|---|---|---|---|---|---|---|---|---|
| F | 9/28 | 1440.67 | 628MLN | F | 9/7 | 1437.92 | 540MLN | F | 8/17 | 1418.16 | 586MLN |
| T | 9/27 | 1447.15 | 480MLN | T | 9/6 | 1432.12 | 563MLN | T | 8/16 | 1415.51 | 500MLN |
| W | 9/26 | 1433.32 | 536MLN | W | 9/5 | 1403.44 | 468MLN | W | 8/15 | 1405.53 | 422MLN |
| T | 9/25 | 1441.59 | 593MLN | T | 9/4 | 1404.94 | 465MLN | T | 8/14 | 1403.93 | 430MLN |
| M | 9/24 | 1456.89 | 491MLN | M | 9/3 | | | M | 8/13 | 1404.11 | 381MLN |
| F | 9/21 | 1460.15 | 1.47BLN | F | 8/31 | 1406.58 | 566MLN | F | 8/10 | 1405.87 | 442MLN |
| T | 9/20 | 1460.26 | 527MLN | T | 8/30 | 1399.48 | 399MLN | T | 8/9 | 1402.80 | 450MLN |
| W | 9/19 | 1461.05 | 515MLN | W | 8/29 | 1410.49 | 391MLN | W | 8/8 | 1402.22 | 467MLN |
| T | 9/18 | 1459.32 | 487MLN | T | 8/28 | 1409.30 | 401MLN | T | 8/7 | 1401.35 | 520MLN |
| M | 9/17 | 1461.19 | 518MLN | M | 8/27 | 1410.44 | 415MLN | M | 8/6 | 1394.23 | 480MLN |
| F | 9/14 | H 1465.77 | 732MLN | F | 8/24 | 1411.13 | 426MLN | F | 8/3 | 1390.99 | 552MLN |
| T | 9/13 | 1459.99 | 609MLN | T | 8/23 | 1402.08 | 453MLN | T | 8/2 | L 1365.00 | 616MLN |
| W | 9/12 | 1436.56 | 493MLN | W | 8/22 | 1413.49 | 502MLN | W | 8/1 | 1375.14 | 692MLN |
| T | 9/11 | 1433.56 | 521MLN | T | 8/21 | 1413.17 | 507MLN | | | | |
| M | 9/10 | 1429.08 | 487MLN | M | 8/20 | 1418.13 | 436MLN | | | | |

Australia 61 2 9777 8600 Brazil 5511 3048 4500 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900   Singapore 65 6212 1000   U.S. 1 212 318 2000   Copyright 2013 Bloomberg Finance L.P.
SN 789749 G819-636-0 14-Jan-13 14:17:06 EST  GMT-5:00

*Sources from Bloomberg*