# EXHIBIT 32

`<HELP>` for explanation.

| Comp/CLOSE/PRICE | | | Page 1/1 | Historical Price Table |

BANK OF AMERICA CORP (BAC US) PRICE 11.43 D $ DELAYED

|  |  | High | 9.55 | on | 9/14/12 |
| Range | 08/01/2012 ▦ – 09/28/2012 ▦ | Period | Daily ▾ | Avg | 8.3276 | Vol | 130MLN |
|  | Currency | USD ▾ | Market | Trade ▾ | Low | 7.18 | on | 8/ 2/12 |

| | DATE | PRICE | VOLUME | | DATE | PRICE | VOLUME | | DATE | PRICE | VOLUME |
|---|---|---|---|---|---|---|---|---|---|---|---|
| F | 9/28 | 8.83 | 119MLN | F | 9/ 7 | 8.80 | 233MLN | F | 8/17 | 8.00 | 138MLN |
| T | 9/27 | 8.97 | 119MLN | T | 9/ 6 | 8.35 | 201MLN | T | 8/16 | 7.93 | 78181131 |
| W | 9/26 | 8.815 | 159MLN | W | 9/ 5 | 7.95 | 55838890 | W | 8/15 | 7.87 | 73559144 |
| T | 9/25 | 8.925 | 147MLN | T | 9/ 4 | 8.00 | 81461719 | T | 8/14 | 7.78 | 105MLN |
| M | 9/24 | 9.10 | 113MLN | M | 9/ 3 | | | M | 8/13 | 7.72 | 58341240 |
| | | | | | | | | | | | |
| F | 9/21 | 9.11 | 156MLN | F | 8/31 | 7.99 | 91775594 | F | 8/10 | 7.74 | 50443703 |
| T | 9/20 | 9.19 | 111MLN | T | 8/30 | 7.91 | 91900025 | T | 8/ 9 | 7.72 | 59676500 |
| W | 9/19 | 9.29 | 126MLN | W | 8/29 | 8.00 | 107MLN | W | 8/ 8 | 7.67 | 73353428 |
| T | 9/18 | 9.23 | 151MLN | T | 8/28 | 7.96 | 91078673 | T | 8/ 7 | 7.67 | 120MLN |
| M | 9/17 | 9.30 | 141MLN | M | 8/27 | 8.07 | 96280304 | M | 8/ 6 | 7.64 | 113MLN |
| | | | | | | | | | | | |
| F | 9/14 | H9.55 | 330MLN | F | 8/24 | 8.16 | 88822168 | F | 8/ 3 | 7.43 | 130MLN |
| T | 9/13 | 9.40 | 331MLN | T | 8/23 | 8.15 | 98866186 | T | 8/ 2 | L 7.18 | 113MLN |
| W | 9/12 | 8.97 | 204MLN | W | 8/22 | 8.22 | 140MLN | W | 8/ 1 | 7.22 | 97193136 |
| T | 9/11 | 9.03 | 202MLN | T | 8/21 | 8.19 | 191MLN | | | | |
| M | 9/10 | 8.58 | 190MLN | M | 8/20 | 8.15 | 101MLN | | | | |

Australia 61 2 9777 8600 Brazil 5511 3048 4500 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900    Singapore 65 6212 1000    U.S. 1 212 318 2000    Copyright 2013 Bloomberg Finance L.P.
SN 789749 G819-636-0 14-Jan-13 14:14:57 EST  GMT-5:00

*Sources from Bloomberg*