# EXHIBIT 33



*Sources from Bloomberg*