```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/1/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE CITIGROUP INC. SECURITIES
LITIGATION

09 MD 2070 (SHS)
This document relates to:
07 Civ. 9901 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

A conference having been held yesterday on the requests for discovery by objector Theodore Frank, and the Court having ordered Lead Class Counsel to produce additional materials, IT IS HEREBY ORDERED THAT:

1) Frank's request for discovery is GRANTED in part and DENIED in part, as set forth on the record of yesterday's conference.

2) Lead Class Counsel shall complete the production of those additional materials by March 8, 2013.

3) For those potential class members whose deadline for the receipt of written objections and notices of intent to appear at the fairness hearing was adjourned to March 8, 2013 pursuant to the Court's order dated January 2, 2013 (Dkt. No. 183), the Court further adjourns the deadline for the objections and exclusions to March 15, 2013.

4) The deadline for Lead Class Counsel and defendants to file papers in response to objections from class members is adjourned from March 18, 2013 to March 25, 2013.

5) The deadline for the class members to exclude themselves from the class and to file a proof of claim is *not* affected by this order. Those exclusions and proofs of claim must be received no later than March 8, 2013, as set forth in the January 2, 2013 order.

Dated: New York, New York
       March 1, 2013

SO ORDERED:

Sidney H. Stein, U.S.D.J.