# EXHIBIT B



**THE RESOLUTION EXPERTS**

October 24, 2005

Kenneth Moscaret, Esq.
Moscaret Consulting
2240 275th Ct., S.E.
Sammamish, WA 98075

Dear Ken:

On behalf of the JAMS Institute, please accept my sincerest thanks for your October 20 CADRE presentation on Resolving Complex Attorney Fee Disputes.

The multi-site format of the program allowed us to reach JAMS Panelists throughout California, many of whom, as you know, handle cases involving fee disputes on a regular basis. We have already received a good deal of positive feedback on the presentation from participants around the state, and expect that a number of them will be contacting you with additional questions and inquiries.

The JAMS Institute was originally established to demonstrate JAMS' commitment to continuing education for its neutrals. By bringing in new ideas and fresh perspectives on the work we do, you have made an invaluable contribution to our role as the "Resolution Experts".

Thank you again.

Sincerely,

Jay Folberg
*Executive Director, JAMS Institute*