# EXHIBIT C

**Appendix of Case Materials Reviewed**

A. Plaintiffs' Memorandum of Law in Support of Unopposed Motion for (I) Preliminary Approval of Settlement, (II) Certification of the Settlement Class for Purposes of the Settlement and (III) Approval of Notice to the Settlement Class (filed Aug. 29, 2012) [Dkt. No. 154]

B. Declaration of Ira M. Press in Support of Plaintiffs' Unopposed Motion for (I) Preliminary Approval of Settlement, (II) Certification of the Settlement Class for Purposes of the Settlement and (III) Approval of Notice to the Settlement Class with Exhibits 1-3 attached thereto (filed Aug. 29, 2012) [Dkt. No. 155]

C. Plaintiffs' Memorandum of Law in Support of Motion For Final Approval of Proposed Class Action Settlement and Approval of Plan of Allocation (filed Dec. 7, 2012) [Dkt. No. 169]

D. Memorandum of Law in Support of Plaintiffs' Counsel's Motion For An Award of Attorneys' Fees and Reimbursement of Litigation Expenses (filed Dec. 7, 2012) [Dkt. No. 170]

E. Joint Declaration of Ira M. Press and Peter S. Linden in Support of (i) Plaintiffs' Motion For Final Approval of Class Action Settlement and Approval of Plan of Allocation and (ii) Plaintiffs' Counsel's Motion For An Award of Attorneys' Fees and Reimbursement of Litigation Expenses, with Exhibits A-Q attached thereto (filed Dec. 7, 2012) [Dkt. No. 171]

F. Declaration of Geoffrey P. Miller (filed Dec.7, 2012) [Dkt. No. 166]

G. Declaration of John C. Coffee, Jr. (filed Dec. 7, 2012) [Dkt. No. 167]

H. Objection of Theodore H. Frank (filed Dec. 27, 2012) [Dkt. No. 181]

I. Declaration of Theodore H. Frank in Support of Objection, with Exhibits 1-19 attached thereto (filed Dec. 27, 2012) [Dkt. No. 182]

J. Plaintiffs' Reply Memorandum of Law in Further Support of the Proposed Settlement and Request For Attorneys' Fees, and in Response to All Objections to the Proposed Settlement and the Fee Request (filed Jan. 18, 2013) [Dkt. No. 195]

K. Reply Declaration Of Ira M. Press and Peter S. Linden in Further Support of (i) Plaintiffs' Motion For Final Approval of Class Action Settlement and Approval of Plan of Allocation and (ii) Plaintiffs' Counsel's Motion For Award of Attorneys' Fees and Reimbursement of Litigation Expenses (filed Jan. 18, 2013) [Dkt. No. 196]

L. Responses of the Citigroup Defendants to Objections to the Proposed Settlement (filed Jan. 18, 2013) [Dkt. No. 198]

  M. Declaration of Richard A. Rosen in Support of the Responses of the Citigroup Defendants to Objections to the Proposed Settlement (filed Jan. 18, 2013) [Dkt. No. 199]

  N. Plaintiffs' Response to the Court's March 1, 2013 Order, with Exhibits B, D, E, F, G, K, L, and M attached thereto (filed Mar. 8, 2013) [Dkt. No. 211], and Exhibits H and I which were not publicly filed

  O. Supplemental Objection of Theodore H. Frank (filed Mar. 15, 2013) [Dkt. No. 222]

  P. Supplemental Declaration of Theodore H. Frank in Support of Objection, with Exhibits 20-27 attached thereto (filed Mar. 15, 2013) [Dkt. No. 218]

  Q. Declaration of William J. Ruane (filed Mar. 15, 2013) [Dkt. No. 217]

  R. Declaration of John W. Toothman, with Exhibits 1-6 attached thereto (filed Mar. 15, 2013) [Dkt. No. 224]

  S. Amicus Letter from Association of Corporate Counsel Regarding Legal Fees in *In re Citigroup Securities Litigation*, Case No. 1:07-cv-09901-SHS (submitted Mar. 15, 2013)