# EXHIBIT E

U.S. Department of Commerce

United States Census Bureau

People   Business   Geography   Data   Research   Newsroom

Home   Blogs   About Us   Subjects A to Z   FAQs   Help

Search

# Statistics about Business Size (including Small Business) from the U.S. Census Bureau

The Census Bureau does not define small or large business, but provides statistics that allow users to define business categories in any of several ways:

Employers and nonemployers    Employment size of firms    Employment size of establishments    Receipts size of firms

Independently, the Small Business Administration defines size standards for each NAICS industry [PDF] to determine which businesses are eligible for its programs.

## Employers and Nonemployers



Business USA

Find the resources to jump start your business @ Business USA

About three quarters of all U.S. business firms have no payroll. Most are self-employed persons operating unincorporated businesses, and may or may not be the owner's principal source of income. Because nonemployers account for only about 3.4 percent of business receipts, they are not included in most business statistics, for example, most reports from the Economic Census.

Nonemployer Statistics annually classify nonemployer firms by industry and geographic area (U.S., states, counties, and metropolitan areas.)

### Table 1. Employers and Nonemployers, 2007

| | Firms | Establish-ments | Sales or Receipts ($1,000) |
|---|---|---|---|
| All firms | 27,757,676 | 29,413,039 | 30,738,533,467 |
| Nonemployers (firms with no payroll) | 21,708,021 | 21,708,021 | 991,791,563 |
| Employers (firms with payroll) | 6,049,655 | 7,705,018 | 29,746,741,904 |

## Employment Size of Firms

Statistics about Business Size (including Small Business) from the U.S. Census Bureau
2 of 6
Case 1:07-cv-09901-SHS   Document 231-5   Filed 03/25/13   Page 3 of 4

## Table 2a. Employment Size of Employer and Nonemployer Firms, 2008

Introductory text includes scope and methodology. These data are also available by industry and state. Table includes both establishments with payroll and nonemployers. For descriptions of column headings and rows (industries), click on the appropriate underlined element in the table.

| Employment size of enterprise | Firms | Estab-lish-ments | Paid employees | Annual payroll ($1,000) | Sales or Receipts ($1,000) |
|---|---|---|---|---|---|
| All firms | 27,281,452 | 28,952,489 | 120,903,551 | 5,130,509,178 | n/a |
| Nonemployer firms | 21,351,320 | 21,351,320 | n/a | n/a | 962,791,527 |
| Employer firms | 5,930,132 | 7,601,169 | 120,903,551 | 5,130,509,178 | n/a |
| Firms with 1 to 4 employees (or with no employees as of Mar 12) | 3,617,764 | 3,624,614 | 6,086,291 | 232,062,907 | n/a |
| Firms with 5 to 9 employees | 1,044,065 | 1,056,947 | 6,878,051 | 222,504,912 | n/a |
| Firms with 10 to 19 employees | 633,141 | 667,463 | 8,497,391 | 293,534,352 | n/a |
| Firms with 20 to 99 employees | 526,307 | 705,430 | 20,684,691 | 774,589,335 | n/a |
| Firms with 100 to 499 employees | 90,386 | 359,902 | 17,547,567 | 706,476,693 | n/a |
| Firms with 500 employees or more | 18,469 | 1,186,813 | 61,209,560 | 2,901,340,979 | n/a |
| Firms with 500 to 749 employees | 6,060 | 72,676 | 3,681,760 | 156,491,764 | n/a |
| Firms with 750 to 999 employees | 3,038 | 48,005 | 2,617,087 | 114,635,897 | n/a |
| Firms with 1,000 to 1,499 employees | 3,044 | 64,556 | 3,720,654 | 167,658,791 | n/a |
| Firms with 1,500 to 1,999 employees | 1,533 | 45,062 | 2,653,392 | 121,800,728 | n/a |
| Firms with 2,000 to 2,499 employees | 904 | 36,081 | 2,011,244 | 94,406,916 | n/a |
| Firms with 2,500 to 4,999 employees | 1,934 | 120,416 | 6,726,611 | 329,188,349 | n/a |
| Firms with 5,000 to 9,999 employees | 1,956 | 800,017 | 39,798,812 | 1,917,158,534 | n/a |
| Firms with 5,000 to 9,999 employees | 975 | 121,835 | 6,773,466 | 337,598,036 | n/a |
| Firms with 10,000 employees or more | 981 | 678,182 | 33,025,346 | 1,579,560,498 | n/a |

n/a - Receipts data are available for employers only for the years for which an economic census is taken (2007, 2002, 1997).

Source: Statistics of U.S. Businesses (See industry and state detail) and Nonemployer Statistics

## Table 2b. Employment Size of Employer and Nonemployer Firms, 2007

Introductory text includes scope and methodology. Table includes both establishments with payroll and nonemployers. For descriptions of column headings and rows (industries), click on the appropriate underlined element in the table.

| Employment size of enterprise | Firms | Estab-lish-ments | Paid employees | Annual payroll ($1,000) | Sales or Receipts ($1,000) |
|---|---|---|---|---|---|
| All firms | 27,757,676 | 29,413,039 | 120,604,265 | 5,026,778,232 | 30,738,533,467 |
| Nonemployer firms | 21,708,021 | 21,708,021 | n/a | n/a | 991,791,563 |
| Employer firms | 6,049,655 | 7,705,018 | 120,604,265 | 5,026,778,232 | 29,746,741,904 |
| Firms with 1 to 4 employees (or with no employees as of Mar 12) | 3,705,275 | 3,710,700 | 6,139,463 | 234,921,325 | 1,434,680,823 |

U.S. Department of Commerce



People    Business    Geography    Data    Research    Newsroom

Home   Blogs   About Us   Subjects A t

Search

# Nonemployer Definitions

### Nonemployer

A nonemployer business is one that has no paid employees, has annual business receipts of $1,000 or more ($1 or more in the construction industries), and is subject to federal income taxes. Most nonemployers are self-employed individuals operating very small unincorporated businesses, which may or may not be the owner's principal source of income.

### Receipts

Includes gross receipts, sales, commissions, and income from trades and businesses, as reported on annual business income tax returns. Business income consists of all payments received for services rendered by nonemployer businesses, such as payments received as independent agents and contractors.

The composition of nonemployer receipts may differ from receipts data published for employer establishments. For example, for wholesale agents and brokers without payroll (nonemployers), the receipts item contains commissions received or earnings. In contrast, for wholesale agents and brokers with payroll (employers), the sales and receipts item published in the Economic Census represents the value of the goods involved in the transactions.