# EXHIBIT 36

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE CITIGROUP INC.<br>SECURITIES LITIGATION | No. 07 Civ. 9901 (SHS)<br><br>**ECF Case** |

### SUPPLEMENTAL MAILING AFFIDAVIT OF STEPHEN J. CIRAMI

STATE OF NEW YORK   )
                           )   ss.:
COUNTY OF NASSAU    )

STEPHEN J. CIRAMI, being duly sworn, deposes and says:

1.        I am the Senior Vice President of Operations for The Garden City Group, Inc. ("GCG"). GCG was retained by Lead Counsel to administer the proposed settlement of the above-captioned action.  This Court's Order Preliminarily Approving Proposed Settlement and Providing for Notice, dated August 29, 2012 (the "Preliminary Order") approved GCG's appointment as Claims Administrator[1] herein.

### PROVIDING NOTICE TO CLASS MEMBERS

2.        Pursuant to the Preliminary Order, GCG has provided notice to all Class Members who were identified during the notice phase.  More specifically, GCG was required to help implement the terms of the Settlement in several different ways.  First, GCG was required to mail the Notice of (I) Pendency of Class Action; (II) Proposed Settlement and Plan of Allocation; (III) Settlement Fairness Hearing; and (IV) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses

---

[1] All terms with initial capitalization not otherwise defined herein shall have the meanings ascribed to them in the Stipulation and Agreement of Settlement, dated August 28, 2012, as amended (the "Stipulation"), and as modified by the Court's September 28, 2012 order further amending the preliminary approval order.

(the "Notice") and the Proof of Claim and Release (the "Claim Form" and, collectively with the Notice, the "Claim Packet") to all known or identifiable Class Members.  In addition, the Preliminary Order required GCG to cause the publication of the Summary Notice, and to post the Notice and certain other specified documents on the publicly available website developed specifically for this Settlement (www.citigroupsecuritiessettlement.com).  Additionally, GCG developed a toll-free hotline for this administration (1-877-600-6533) that is available 24 hours a day, 7 days a week.  These notice efforts are more fully described in the Affidavit of Stephen J. Cirami regarding (A) Premailing Administrative Activity; (B) Mailing of the Notice and Claim Form; (C) Publication of the Summary Notice; (D) Implementation of Toll Free Hotline and Website; and (E) Requests for Exclusion, which was dated December 7, 2012, and was previously filed with this Court (the "Mailing Affidavit").

3.      As of the time of the Mailing Affidavit, GCG had mailed 2,157,742 Claim Packets, processed 135 exclusion requests, and handled 8,222 calls from potential Class Members.

4.      Since that time, GCG has continued to mail Claim Packets as requested by potential Class Members and brokers or nominees, maintain and update as necessary the Toll Free Hotline and Website, and process additional requests for exclusion.[2]  In addition, GCG has complied with this Court's January 2, 2013 Order regarding supplemental notice to the class (the "Supplemental Notice Order").

**ADDITIONAL NOTICE EFFORTS PRIOR TO THE SUPPLEMENTAL NOTICE ORDER**

5.      Since the Mailing Affidavit and prior to entry of the Supplemental Notice Order, GCG mailed an additional 45,756 Claim Packets to potential Class Members who requested them or whose brokers or nominees requested that they be mailed on the Class Members' behalf.     GCG had also

---

[2] In addition to the mailing efforts described herein, GCG is handling various other aspects of the administration including mailing and claim intake, claim review, implementing the plan of allocation, handling all class member inquiries, and so forth.

processed an additional 41 exclusion requests and handled an additional 4,836 calls from potential class members.

## COMPLIANCE WITH THE SUPPLEMENTAL NOTICE ORDER

6.    In December 2012, GCG learned that the list it had been provided in September 2012 was not Citigroup's transfer agent records containing Citigroup record holders during the Class Period. As a result, GCG received from Citigroup's counsel, Paul, Weiss, Rifkind, Wharton & Garrison LLP, an additional holder list of names and addresses on or about December 21, 2012. In the aggregate, these lists contained 213,701 mailing records. GCG was advised that these mailing records represented all Citigroup record holders during the Class Period. After GCG compared these records to the mailing database, we eliminated exact duplicate records of those previously mailed. We determined that 207,281 records were potential Class Members to whom GCG had not previously mailed Claim Packets (the "Transfer Agent List Shareholders").

7.    On January 2, 2013, this Court entered the Supplemental Notice Order, directing that GCG mail the Claim Packet to the Transfer Agent List Shareholders by January 7, 2013, including a colored coversheet that "advises such persons that their time to request exclusion from the settlement, object, file a notice of intention to appear, or file a proof of claim has been extended to March 8, 2013 and that the fairness hearing has been rescheduled for April 8, 2013". A copy of the coversheet is attached hereto as Exhibit A.

8.    The Supplemental Notice Order also required that a postcard be mailed to all "Brokerage List Shareholders" to whom Claim Packets were mailed after November 9, 2012. The postcard advised them of the same extensions as mentioned in the preceding paragraph. A copy of the postcard is attached hereto as Exhibit B.

9.    Accordingly, on January 7, 2013, GCG mailed the Claim Packet with the colored coversheet described above, to the 207,281 Transfer Agent List Shareholders.

10.     Further, on January 7, 2013, GCG mailed postcards to the 666,914 potential Class Members that were mailed a Claim Packet after November 9, 2012.  GCG also mailed 45,317 postcards to brokers who had requested copies of the Claim Packet for forwarding to their clients after November 9, 2012, so that the postcard could be forwarded as well.

11.     On January 3, 2013, the day after the Supplemental Notice Order was entered, GCG received new requests from Nominees for 23,394 Claim Packets to forward to their clients.  After consultation with Lead Counsel, on January 7, 2013, GCG mailed Claim Packets with the colored coversheet to these brokers who had requested copies for forwarding to their clients.

12.     On January 7, 2013, GCG posted a copy of the Supplemental Notice Order on the case website and indicated on the homepage that the fairness hearing had been rescheduled.

13.     GCG was also tasked with taking additional steps to contact identifiable brokers or other nominees that received the Claim Packet pursuant to the Supplemental Notice Order.  Because the transfer agent records did not identify which of the over 200,000 records were nominees as opposed to actual Class Members, GCG conducted a manual review of the Transfer Agent List Shareholders to whom notice was mailed on January 7, 2013 to identify possible brokers or nominee purchasers.  GCG then conducted research to determine if a phone number or other contact information was available for these possible brokers or nominees, and reached out to them once contact information was obtained.[3]

14.     GCG reached out to the potential brokers and nominees via telephone and e-mail, if necessary and if such contact information was available or identifiable, in an effort to determine whether the entity was a nominee purchaser or the beneficial owner. In some instances, GCG was unable to determine appropriate contact information and, in certain instances, Lead Counsel provided such contact information as necessary, and where possible.  The results of these research and outreach efforts were provided to Lead Counsel for their review. Upon confirmation that a potential broker or nominee was, in

---

[3] This included consulting the firm of Dun & Bradstreet to determine if they could find phone numbers or other contact information that was otherwise not publicly available.

fact, a broker or nominee, GCG notified the entity that, within fifteen (15) calendar days after receipt of the Claim Packet, they either forward copies of the Claim Packet to, or provide the names and addresses of, such persons who purchased or otherwise acquired Citigroup common stock during the Class Period.

15.     In the event that a broker or nominee failed to respond to GCG's outreach effort described in Paragraph 14 above, GCG followed up several times over a three-week period by phone and e-mail in an attempt to speak with a representative of the broker or nominee and obtain a response. Further research was performed, as needed, to obtain alternate contact information or otherwise confirm that there was no additional contact information available for the non-responding brokers and nominees. GCG continued its research efforts until the non-responding brokers and nominees were contacted, or until there were no remaining methods in which to do so.

16.     In addition to GCG's efforts described above in connection with the Supplemental Notice Order, since January 7, 2013, GCG has mailed an additional 39,165 Claim Packets[4] to potential Class Members and brokers or nominees and an additional 866 postcards to potential Class Members whose original postcard was returned as undeliverable, but where an updated address was subsequently obtained. GCG has also received and processed additional exclusion requests as more fully described in Paragraphs 20 through 22 below.

## SUMMARY OF MAILINGS

17.     Thus, as of March 24, 2013, GCG has mailed an aggregate of 2,473,338 Claim Packets to potential Class Members by first-class mail. Of those, 261,906 contained the colored coversheet. In addition, GCG has re-mailed 10,193 Claim Packets to persons whose original mailings were returned by the U.S. Postal Service and for whom updated addresses were provided to GCG by the U.S. Postal Service. Finally, GCG has mailed 713,097 postcards as directed in the Supplemental Notice Order.

---

[4] 31,231 of these additional Claim Packets were mailed with a colored coversheet.

**TELEPHONE HOTLINE**

18.     Since October 11, 2012, GCG has maintained an Interactive Voice Response ("IVR") system on a dedicated telephone hotline (1-877-600-6533) to provide information about the Settlement. Potential Class Members can speak with an operator between the hours of 8:30 a.m. and 5:30 p.m. Eastern Time, Monday through Friday.  As of March 24, 2013, GCG has received a total of 46,645 calls to the hotline out of which 24,346 were handled by a GCG operator.


**WEBSITE**

19.     Since October 11, 2012, GCG has also maintained a dedicated Settlement website (www.citigroupsecuritiessettlement.com).    Among other things, the website lists the extended exclusion, objection and claim filing deadlines for certain potential Class Members on the homepage, and is continuously updated with Court filings as they become available, and at the direction of Lead Counsel.  In addition, the website allows potential Class Members to file a claim online.  To that end, GCG programmers built an infrastructure that allows the input of transactional data directly on the website, which is connected to GCG's mailing database.  The link for on-line claim filing is available on the homepage and elsewhere on the website.  Once claimants click on the link, they are brought to a screen that allows them to file a claim online.  At every stage of the filing process, "pop up" text boxes provide guidance for submitting claims.  Once the claim is completed online, a confirmation page appears, which claimants are asked to print out for their files, and a confirmation email is automatically sent to the claimant at the email address they provided.  Finally, the website contains a link to a document that provides detailed instructions for institutions submitting their claims electronically. The settlement website is accessible 24 hours a day, 7 days a week.

## REQUESTS FOR EXCLUSION

20.     According to Paragraph 58 located on Page 10 of the Notice, each Class Member who wishes to request exclusion from the Settlement Class must send a written Request for Exclusion to *In re Citigroup Inc. Securities Litigation*, EXCLUSIONS, c/o GCG, P.O. Box 9932, Dublin, Ohio 43017-5832.  The exclusion request must be received no later than December 6, 2012[5] and it must: 1) state the name, address and telephone number of the person or entity requesting exclusion; (2) state that such person or entity "requests exclusion from the Settlement Class in *In re Citigroup Inc. Securities Litigation*, No. 07 Civ. 9901 (S.D.N.Y) (SHS)"; (3) state the date(s), price(s) and number of shares of Citigroup common stock that the person or entity requesting exclusion purchased or otherwise acquired and sold during the period February 26, 2007 through and including July 17, 2008; (4) state the number of shares held at the start of the Class Period; (5) state the number of shares held through the close of trading on July 17, 2008; and (6) be signed by such person or entity requesting exclusion or an authorized representative.

21.     GCG has been monitoring all mail delivered to the post office box detailed in Paragraph 20 above.  As of March 24, 2013, GCG has received 294 timely requests for exclusion from potential Class Members.[6]  A list of these 294 requests is attached hereto as Exhibit C, which can be grouped as follows:

        a.  134 requests for exclusion were submitted with all required information[7] as indicated in the Notice, were received on a timely basis and are accordingly considered valid ("Valid

---

[5] Pursuant to the January 2, 2013 Order entered by this Court, certain Class Members who were mailed the Notice after November 9, 2012 received an extension of this deadline until March 8, 2013.

[6] GCG has also received four untimely requests for exclusion applicable to the December 6, 2012 deadline and an additional 18 untimely requests for exclusion received after the March 8, 2013 deadline.

[7] 22 of these requests were initially found to be deficient; however, they were subsequently cured in response to an Exclusion Deficiency Letter.

Exclusions")[8].  Attached hereto as Exhibit D is a list of the valid requests for exclusion containing the exclusion identification number, name(s), and received date of each of these requests.

b.  45 requests for exclusion were submitted with all required information[9] and were received on a timely basis but claimed no purchases of Citigroup common stock within the Settlement Class Period.   Accordingly, those investors are not class members ("Non-Class Exclusions").   Attached hereto as Exhibit E is a list of the Non-Class Exclusions containing the exclusion identification number, name(s), and received date of each of these requests.

c.  115 requests for exclusion were submitted without all of the required information as indicated in the Notice ("Non-Conforming Exclusions").   Many of these Non-Conforming Exclusions did not state their transactions in Citigroup common stock during the relevant period, which prevented GCG from determining whether they are settlement class members.  All Non-Conforming Exclusions were promptly notified of the risk that failure to cure any deficiencies by the response deadline[10] would result in the Parties to the Settlement asking the Court to reject any exclusion requests that do not contain the required information as indicated in the Notice.  Attached hereto as Exhibit F is a list of the Non-Conforming Exclusions containing the exclusion identification number, name(s), received date of each of these requests, and the reason for the deficiency.

---

[8] Valid Exclusions include all six of the criteria listed in Paragraph 20 above.  However, if the only deficient condition was an absent telephone number or signature, the deficiency was considered technical, and the request for exclusion was considered valid.

[9] 11 of these requests were initially found to be deficient; however, they were subsequently cured in response to an Exclusion Deficiency Letter.

[10] The original deadline to respond to an Exclusion Deficiency Letter was December 20, 2012.  That deadline was later extended to accommodate potential class members included in the Supplemental Notice Mailings.

22.     At the request of Lead Counsel, GCG provided an electronic copy of each received request for exclusion.  GCG also reviewed each request for exclusion to determine if the request included the six criteria listed above.  If a request for exclusion was found to be incomplete, GCG drafted a Notice of Deficient Request for Exclusion ("Exclusion Deficiency Letter").  GCG presented each proposed Exclusion Deficiency Letter to Lead Counsel for review and approval before mailing.  GCG also processed all responses to Exclusion Deficiency Letters, and provided electronic copies of those responses to Lead Counsel.  As of March 24, 2013, GCG issued 149 Exclusion Deficiency Letters and received 38 responses.  33 of those responses have subsequently cured a previously identified deficiency, and five responses did not cure a previously identified deficiency.

## OBJECTIONS TO SETTLEMENT

23.     According to Paragraph 64 located on Page 11 of the Notice, any Class Member who does not request exclusion may object to any aspect of the Settlement, the proposed Plan of Allocation or Lead Counsel's request for an award of attorneys' fees and reimbursement of Litigation Expenses. They can do so by filing a written objection, together with copies of all other papers and briefs supporting the objection, with the Clerk's Office as well as serving papers on designated representative Lead Counsel and Defendant's Counsel such that the papers are received on or before December 21, 2012.[11]

24.     As of March 24, 2013, only one stray objection has been received by GCG, and GCG has forwarded that one potential objection received at the settlement post office box to Lead Counsel for review.

---

[11] The original deadline to submit an objection was December 21, 2012.  That deadline was later extended to March 8, 2013, and again to March 15, 2013, to accommodate potential class members included in the Supplemental Notice Mailings.

_____
Stephen J. Cirami

Sworn to before me this
25th day of March, 2013

Notary Public

VANESSA M. VIGILANTE
Notary Public, State of New York
No. 01VI6143817
Qualified in Queens County
My Commission Expires  9-17-2014

# EXHIBIT A

### *In re Citigroup Inc. Securities Litigation,* No. 07 Civ. 9901 (SHS)

Dear Sir/Madam

Our records indicate that you may not have received the enclosed Notice prior to certain of the deadlines indicated therein.  Please read the attached notice carefully and be advised that:

(i)    your deadline for making a claim (*see e.g.* paragraph 54 of the Notice) has been extended so that your claim form must now be postmarked by **March 8, 2013**;

(ii)   your deadline for requesting exclusion from the settlement (*see e.g.* paragraphs 56-61 of the Notice) has been extended so that any request must now be received by **March 8, 2013**;

(iii)  your deadline for objecting to the settlement (*see e.g.* paragraphs 64-68 of the Notice) has been extended so that any objection must now be received by **March 8, 2013**;

(iv)   your deadline for filing a Notice of Intention to Appear (*see e.g.* paragraphs 55, 67, 68 of the Notice) must now be received by **March 8, 2013**; and

(v)    the Settlement Fairness Hearing date (*see e.g.* paragraphs 62-63 of the Notice) has been rescheduled to **April 8, 2013 at 10:00 a.m.**

Please read the enclosed Notice for more information about this Settlement. If we can be of further assistance, please feel free to call (877) 600-6533.

# EXHIBIT B

*In re Citigroup Inc. Securities Litigation*
c/o GCG
P.O. Box 9899
Dublin, Ohio 43017-5799

*In re Citigroup Inc. Securities Litigation*, No. 07 Civ. 9901 (SHS) ECF Case

**AMENDMENT TO NOTICE OF (I) PENDENCY OF CLASS ACTION; (II) PROPOSED SETTLEMENT AND PLAN OF ALLOCATION; (III) SETTLEMENT FAIRNESS HEARING; AND (IV) MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

Dear Sir/Madam:  Our records indicate that you may not have received the above referenced Notice prior to the deadline for requesting exclusion from the Settlement indicated therein.  Please be advised that:

(i)     your deadline for making a claim (*see e.g.* paragraph 54 of the Notice) has been extended so that your claim form must now be postmarked by **March 8, 2013**;

(ii)    your deadline for requesting exclusion from the settlement (*see e.g.* paragraphs 56-61 of the Notice) has been extended so that any request must now be received by **March 8, 2013**;

(iii)   your deadline for objecting to the settlement (*see e.g.* paragraphs 64-68 of the Notice) has been extended so that any objection must now be received by **March 8, 2013**;

(iv)    your deadline for filing a Notice of Intention to Appear (*see e.g.* paragraphs 55, 67, 68 of the Notice) must now be received by **March 8, 2013**; and

(v)     the Settlement Fairness Hearing date (*see e.g.* paragraphs 62-63 of the Notice) has been rescheduled to **April 8, 2013 at 10:00 a.m**.

If we can be of further assistance, please feel free to call (877) 600-6533.

# EXHIBIT C

**In re Citigroup Inc. Securities Litigation**
**Exhibit C**
Requests for Exclusion

| Count | Exclusion ID Number | Name(s) | Received Date |
|---|---|---|---|
| 1 | 1147243 | GERARD E. KETZ | October 19, 2012 |
| 2 | 1468794 | BETTY R. WAGGONER | November 2, 2012 |
| 3 | 1468793 | JERRY M WAGGONER | November 2, 2012 |
| 4 | 1545396 | ROBERT R TASCHNER | November 5, 2012 |
| 5 | 1056696 | GEORGE S. MOSER | November 5, 2012 |
| 6 | 1056827 | RACHEL MOSER | November 5, 2012 |
| 7 | 1354758 | THURE W DAHLGREN IRA | November 9, 2012 |
| 8 | 1547160 | LOUIS LUBRANO | November 12, 2012 |
| 9 | 442 | HERMANN NEUBAUER | November 14, 2012 |
| 10 | 2673458 | VELMA JACKSON-WILKINS | November 15, 2012 |
| 11 | 1428390 | JENE THOMPSON | November 15, 2012 |
| 12 | 1721125 | EVA KAYTES | November 15, 2012 |
| 13 | 1712425 | MARILYN A HACH | November 16, 2012 |
| 14 | 1722510 | NANCY H SKINNER | November 16, 2012 |
| 15 | 1962643 | JOSEPH D RUSSO & HELENE L OBACK-RUSSO JT TEN | November 16, 2012 |
| 16 | 1382132 | RALPH E BIRCHARD JR | November 16, 2012 |
| 17 | 2122290 | LARRY E WALLACE & SHERRY L WALLACE, DECEASED | November 19, 2012 |
| 18 | 1880765 | LOUISE S GILLESPIE | November 19, 2012 |
| 19 | 1382616 | COURTNEY LEE | November 19, 2012 |
| 20 | 1825769 | JAMES IANNUZO | November 19, 2012 |
| 21 | 1130138 | DOROTHY HARTY | November 20, 2012 |
| 22 | 701 | IRMTRUD WENZEL | November 21, 2012 |
| 23 | 2369039 | ROBERT FAMILY TRUST DTD 01/19/1993 RICHARD & DOROTHY ROBERT TTEES | November 26, 2012 |
| 24 | 1541523 | MEHRANGIZ RUH SHAHBAZ | November 26, 2012 |
| 25 | 1745799 | FOTIOS PANTELIS KOSMAS & JILL KOSMAS | November 26, 2012 |
| 26 | 2022078 | CHARLES GOODMAN | November 26, 2012 |
| 27 | 2430221 | VIRGIE M. GRAY, DECEASED | November 26, 2012 |
| 28 | 2443436 | JANE BULLARD | November 26, 2012 |
| 29 | 709 | GORDON B WRIGHT & HILDEGARD WRIGHT | November 26, 2012 |
| 30 | 2026397 | JAMES R MANGUS VIRGINIA L MANGUS TTEE MANGUS FAMILY 1997 TRUST | November 27, 2012 |
| 31 | 2274789 | GERARDO MARINI | November 27, 2012 |
| 32 | 2639067 | PATRICIA STOTTLEMYER | November 27, 2012 |
| 33 | 1375046 | RICHARD STRASSER | November 27, 2012 |
| 34 | 1060989 | ELIZABETH SIMPSON | November 28, 2012 |
| 35 | 923 | NORGES BANK | November 29, 2012 |
| 36 | 924 | MINEWORKERS' PENSION SYSTEM | November 29, 2012 |
| 37 | 1060090 | MEHRANGIZ RUH SHAHBAZ | November 29, 2012 |
| 38 | 2485006 | SALOMON MELGEN, FLOR MELGEN & SFM HOLDINGS LIMITED PARTNERSHIP | December 1, 2012 |
| 39 | 1080866 | GARY L BURGESS AND CARRIE L BURGESS | November 30, 2012 |
| 40 | 2494817 | SANDRA B D'ARCANGELO | November 30, 2012 |
| 41 | 1430096 | MUHAMMAD AHMAD ULLAH & KANEEZ FATIMA | November 30, 2012 |
| 42 | 2581806 | GARY BURGESS | November 30, 2012 |
| 43 | 1966033 | DEBBIE CRINK | November 30, 2012 |
| 44 | 1537748 | MARY B PEDERSON | November 30, 2012 |
| 45 | 974 | FRANK LATOS | November 30, 2012 |
| 46 | 975 | STICHTING PENSIOENFONDS ABP | December 3, 2012 |
| 47 | 977 | STATE OF NEW JERSEY, DEPT. OF TREASURY, DIVISION OF INVESTMENT | December 3, 2012 |
| 48 | 979 | SARAH SUNG & CHING-CHAO SUNG | December 3, 2012 |
| 49 | 2081870 | LINNIE CARROLL YOUNG | December 3, 2012 |
| 50 | 980 | ELIZABETH ROWCLIFFE | December 3, 2012 |
| 51 | 1014214 | DORA RADIX | December 3, 2012 |
| 52 | 981 | ROBERT F. STAUFFER | December 3, 2012 |
| 53 | 986 | MARIE BALL | December 3, 2012 |

**In re Citigroup Inc. Securities Litigation**
**Exhibit C**
Requests for Exclusion

| Count | Exclusion ID Number | Name(s) | Received Date |
|---|---|---|---|
| 54 | 992 | THE COMMONWEALTH OF PENNSYLVANIA PUBLIC SCHOOLS EMPOYEES' RETIREMENT | December 3, 2012 |
| 55 | 993 | PENNSYLVANIA MUNICIPAL RETIREMENT BOARD | December 3, 2012 |
| 56 | 1001 | ABU DHABI INVESTMENT AUTHORITY | December 3, 2012 |
| 57 | 1003 | GEORGE CUMMING & ANITA CUMMING | December 3, 2012 |
| 58 | 2028745 | LEE K BARTLETT & MARGARET J BARTLETT | December 3, 2012 |
| 59 | 1004 | HELMUT ZWINGMANN & JUTTA ZWINGMANN | December 3, 2012 |
| 60 | 1005 | MARIANNE KRAUSS | December 3, 2012 |
| 61 | 2673524 | MARILYN J MORTON | December 3, 2012 |
| 62 | 2360576 | MARY ANNE JOHNSON | December 3, 2012 |
| 63 | 1985526 | FMT CO IRA ROLLOVER FBO ARTHUR GLAZER | December 3, 2012 |
| 64 | 1006 | ANNETTE B. DICKIE | December 3, 2012 |
| 65 | 1323650 | MARILYN MORTON | December 3, 2012 |
| 66 | 1122 | EVA DEMIAN | December 3, 2012 |
| 67 | 1126 | TYMAC LAUNCH IPP IN TRUST FOR JAMES & CATHERINE PHILLIPSON | December 3, 2012 |
| 68 | 2380649 | ANGELA H. WILLIAMS | December 3, 2012 |
| 69 | 2212441 | AHW INVESTMENT PARTNERSHIP | December 3, 2012 |
| 70 | 1128 | ARTHUR L. WILLIAMS III | December 3, 2012 |
| 71 | 1129 | ANDREW L WILLIAMS | December 3, 2012 |
| 72 | 1130 | ARTHUR L. WILLIAMS IV | December 3, 2012 |
| 73 | 1131 | ALEX LANIER WILLIAMS | December 3, 2012 |
| 74 | 1132 | ELIZABETH W. CARTER | December 3, 2012 |
| 75 | 1133 | CAROLE CHARNUTZKY | December 3, 2012 |
| 76 | 1768438 | EDWARD C ZAWACKI | December 3, 2012 |
| 77 | 1226 | ESTATE OF JOHN J. BEATON | December 4, 2012 |
| 78 | 1227 | LGT FUNDS SICAV | December 4, 2012 |
| 79 | 1229 | MEAG MUNICH ERGO KAPITALANLAGEGESELLSCHAFT MBH | December 4, 2012 |
| 80 | 1230 | UNIVERSAL-INVESTMENT-GESELLSCHAFT MBH | December 4, 2012 |
| 81 | 1699080 | BORUT F SKOK SR | December 4, 2012 |
| 82 | 1980612 | ERIC S MERRIFIELD MD | December 4, 2012 |
| 83 | 1239 | INTERNATIONAL FUND MANAGEMENT S.A. | December 4, 2012 |
| 84 | 1238 | DEKA INTERNATIONAL S.A. LUXEMBOURG | December 4, 2012 |
| 85 | 1237 | DEKA INTERNATIONAL (IRELAND) LTD. | December 4, 2012 |
| 86 | 1236 | DEKA FUNDMASTER INVESTMENTGESELLSCHAFT MGH | December 4, 2012 |
| 87 | 1235 | DEKA INVESTMENT GMBH | December 4, 2012 |
| 88 | 1241 | FTIF - FRANKLIN TEMPLETON GLOBAL FUNDAMENTAL STRATEGIES FUND | December 5, 2012 |
| 89 | 1245 | FRANKLIN TEMPLETON FUNDS - FRANKLIN MUTUAL SHARES FUND | December 5, 2012 |
| 90 | 1246 | SWISS LIFE INVESTMENT MANAGEMENT HOLDING AG | December 4, 2012 |
| 91 | 1247 | FTIF - FRANKLIN MUTUAL GLOBAL  DISCOVERY FUND | December 5, 2012 |
| 92 | 1248 | FTIF FRANKLIN MUTUAL BEACON FUND | December 5, 2012 |
| 93 | 1250 | MUTUAL GLOBAL DISCOVERY FUND (CANADA) | December 5, 2012 |
| 94 | 1251 | MUTUAL BEACON FUND (CANADA) | December 5, 2012 |
| 95 | 1252 | FTVIP MUTUAL GLOBAL DISCOVERY SECURITIES FUND | December 5, 2012 |
| 96 | 1253 | FTVIP MUTUAL SHARES SECURITIES FUND | December 5, 2012 |
| 97 | 1254 | MUTUAL FINANCIAL SERVICES FUND | December 5, 2012 |
| 98 | 1256 | MUTUAL GLOBAL DISCOVERY FUND | December 5, 2012 |
| 99 | 1257 | MUTUAL BEACON FUND | December 5, 2012 |
| 100 | 1258 | MUTUAL SHARES FUND | December 5, 2012 |
| 101 | 1264 | KATHLEEN SHUM | December 5, 2012 |
| 102 | 1265 | SUWANDI GUNAWAN/LIE FIE FIE | December 5, 2012 |
| 103 | 1266 | TERESA M. KENT | December 5, 2012 |

## In re Citigroup Inc. Securities Litigation
## Exhibit C
Requests for Exclusion

| Count | Exclusion ID Number | Name(s) | Received Date |
|---|---|---|---|
| 104 | 1267 | BRADLEY CRAWFORD & DIANA CRAWFORD | December 5, 2012 |
| 105 | 1296 | EQ/MUTUAL LARGE CAP EQUITY PORTFOLIO | December 6, 2012 |
| 106 | 1297 | JNL/FRANKLIN TEMPLETON MUTUAL SHARES FUND | December 6, 2012 |
| 107 | 2741665 | MULIAN ZHOU | December 6, 2012 |
| 108 | 2370137 | KEITH M MANNING | December 6, 2012 |
| 109 | 1302 | PENNYGOLD TRADING SUPPLIES | December 6, 2012 |
| 110 | 1303 | MARIANNE BROCKMAN | December 6, 2012 |
| 111 | 1304 | CHRISTEL BURNSIDE | December 6, 2012 |
| 112 | 1308 | ESL PARTNERS L.P. | December 6, 2012 |
| 113 | 1309 | RBS PARTNERS, L.P. | December 6, 2012 |
| 114 | 1310 | ESL INVESTORS, L.L.C. | December 6, 2012 |
| 115 | 2370759 | OLSTEIN ALL CAP VALUE FUND (F/K/A) OLSTEIN FINANCIAL ALERT FUND | December 6, 2012 |
| 116 | 1312 | WOLF OPPORTUNITY FUND, LTD. | December 6, 2012 |
| 117 | 1313 | OKUMUS CAPITAL, L.L.C. | December 6, 2012 |
| 118 | 1314 | OKUMUS DIVERSIFIED VALUE, LTD. (F/K/A OKUMUS DIVERSIFIED VALUE FUND, LTD.) | December 6, 2012 |
| 119 | 1315 | OKUMUS OPPORTUNITY, LTD. (F/K/A OKUMUS OPPORTUNITY FUND, LTD.) | December 6, 2012 |
| 120 | 1316 | TMF HOLDINGS LTD | December 5, 2012 |
| 121 | 2095847 | HOAG MEMORIAL HOSPITAL PRESBYTERIAN | December 6, 2012 |
| 122 | 1319 | HOAG HOSPITAL FOUNDATION | December 6, 2012 |
| 123 | 1320 | INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH | December 6, 2012 |
| 124 | 1321 | BAYERNINVEST KAPITALANLAGEGESELLSCHAFT MBH | December 6, 2012 |
| 125 | 1323 | METZLER INVESTMENT GMBH | December 6, 2012 |
| 126 | 1324 | NORD/LB KAPITALANLAGEGESELLSCHAFT AG | December 6, 2012 |
| 127 | 1325 | SWISS & GLOBAL ASSET MANAGEMENT AG | December 6, 2012 |
| 128 | 1326 | SWISS & GLOBAL ASSET MANAGEMENT (LUXEMBOURGH) SA | December 6, 2012 |
| 129 | 1327 | SWISSCANTO ASSET MANAGEMENT AG | December 6, 2012 |
| 130 | 1328 | FRANK G RACZEK & COLLEEN RACZEK | December 6, 2012 |
| 131 | 1305 | WILLIAM F. GRAHAM | December 6, 2012 |
| 132 | 2708738 | ROBERT D IMKE | December 6, 2012 |
| 133 | 2716859 | HAROLD H RAEDEL | December 6, 2012 |
| 134 | 1322 | HANSAINVEST HANSEATISCHE INVESTMENT-GMB | December 6, 2012 |
| 135 | 1402 | SWISSCANTO ASSET MANAGEMENT INTERNATIONAL S.A. | December 6, 2012 |
| 136 | 1426 | DEREK J. GRIFFITHS | December 7, 2012 |
| 137 | 1428 | GESTION SJG, INC. | December 10, 2012 |
| 138 | 1431 | ORTRUD DEROUICHE | December 10, 2012 |
| 139 | 1488 | VIRGINIA M. GOSKI | December 10, 2012 |
| 140 | 1489 | ROBERT C. MORROW | December 10, 2012 |
| 141 | 1490 | AUDREY PHILLIPS | December 10, 2012 |
| 142 | 1502 | GRAZIELA PIMENTEL | December 10, 2012 |
| 143 | 1503 | THEODORE LAMBERT & MARGUERITE LAMBERT | December 10, 2012 |
| 144 | 1505 | MYRNA JEAN NOUJAIM #2 | December 10, 2012 |
| 145 | 1506 | BRIAN HERGOTT | December 10, 2012 |
| 146 | 1507 | GARY CORBIN | December 10, 2012 |
| 147 | 1509 | ESTATE OF ESTHER HUMPHREY | December 10, 2012 |
| 148 | 1512 | CLAUDE BOURGET | December 10, 2012 |
| 149 | 1510 | JACQUES PAYETTE | December 10, 2012 |
| 150 | 1511 | JOAN BLAKLEY | December 10, 2012 |
| 151 | 1516 | JIM R RITCHIE | December 12, 2012 |
| 152 | 1517 | G. DOUGLAS KEARY | December 12, 2012 |
| 153 | 1518 | SAN SAN SY | December 11, 2012 |
| 154 | 1519 | LUCIEN G BOULANGER & MARY G BOULANGER | December 11, 2012 |
| 155 | 1521 | ESTATE OF DAN SAWCHYN | December 11, 2012 |

# In re Citigroup Inc. Securities Litigation
## Exhibit C
Requests for Exclusion

| Count | Exclusion ID Number | Name(s) | Received Date |
|---|---|---|---|
| 156 | 1522 | TORONTO CHILDREN'S CARE INC. | December 11, 2012 |
| 157 | 1912 | DARREN CARLETON OR BRENDA CARLETON | December 14, 2012 |
| 158 | 1914 | MARGARET LEDUE | December 14, 2012 |
| 159 | 1918 | MARGARET RONVEL | December 14, 2012 |
| 160 | 1919 | DONALD KUNAMAN | December 14, 2012 |
| 161 | 1920 | AUDREY HOWARD & LES HOWARD | December 14, 2012 |
| 162 | 1926 | MARGARET FAYE BANNERMAN | December 17, 2012 |
| 163 | 1927 | AUDREY M. MARTIN | December 17, 2012 |
| 164 | 1928 | SONNIA PRYSTUPA | December 17, 2012 |
| 165 | 1970 | NORA ANN PIHRAG | December 18, 2012 |
| 166 | 2217 | CINDY HUNTER | December 20, 2012 |
| 167 | 2224 | BART HUNTER | December 20, 2012 |
| 168 | 2806103 | KENNETH J GIBSON & MIRSA C GIBSON | December 20, 2012 |
| 169 | 2789692 | MATTHEW BATES | December 20, 2012 |
| 170 | 2376 | FLORENCE ARLITT | December 21, 2012 |
| 171 | 2377 | FLORENCE ARLITT & FRANCIS ARLITT | December 21, 2012 |
| 172 | 2379 | VERN TRIOL | December 21, 2012 |
| 173 | 3033942 | DIKRAN KASHKASHIAN | December 27, 2012 |
| 174 | 3033943 | DIKRAN KASHKASHIAN REV TRUST | December 27, 2012 |
| 175 | 2824 | LAURIE IGNATIUK & GERALD IGNATIUK | December 26, 2012 |
| 176 | 3182 | PAT CONNELLY | January 7, 2013 |
| 177 | 2620403 | FU-YU TSAI | January 17, 2013 |
| 178 | 3306302 | MARGARET WELSH & JAMES M WELSH | January 17, 2013 |
| 179 | 3246905 | LARRY COOPERSMITH | January 16, 2013 |
| 180 | 3254478 | JOAN E BISHOP TTEE, TR UA 09/15/89 HARRISLANDS TRUST | January 16, 2013 |
| 181 | 3289696 | BARBARA A TENNYSON | January 16, 2013 |
| 182 | 2904434 | MARIO TIRONI | January 16, 2013 |
| 183 | 2927037 | JOSEPHINE TIRONI | January 16, 2013 |
| 184 | 2775096 | OSCAR ANDERSON IRA | January 16, 2013 |
| 185 | 3225729 | WILLIAM J MARSTON & DONNA L MARSTON | January 16, 2013 |
| 186 | 3220658 | VERA D LOCKRIDGE | January 16, 2013 |
| 187 | 3167714 | LILLIAN VANDEPUTTE BROWN | January 17, 2013 |
| 188 | 5308 | RON STRATULIAK | January 14, 2013 |
| 189 | 3045687 | JULIA M RALEY | January 14, 2013 |
| 190 | 3132220 | SHELBA ADOMYETZ | January 14, 2013 |
| 191 | 2519489 | DAVID J AND C SUE WILLIAMS | January 14, 2013 |
| 192 | 2520379 | ROBERT E CRAIG | January 14, 2013 |
| 193 | 2722632 | CAROL LYNN JUNG TTEE U/A DTD 03/30/1999 CAMPBELL SURVIVORS TR | January 15, 2013 |
| 194 | 3270607 | INGEBORG SCHUSTER | January 14, 2013 |
| 195 | 3134436 | RICHARD BABIARZ | January 17, 2013 |
| 196 | 3270625 | URSULA I M SCHUSTER | January 17, 2013 |
| 197 | 3156807 | HSIN-NAN CHOU & JEAN C CHOU | January 17, 2013 |
| 198 | 2761971 | CHRISTINE RYALS | January 17, 2013 |
| 199 | 2728362 | WANDA H PENDERGRASS | January 16, 2013 |
| 200 | 2916043 | NANCY ANDERS | January 14, 2013 |
| 201 | 3233374 | GROVER L MILLER | January 17, 2013 |
| 202 | 2517523 | JEAN HART COUSINS TTEE | January 17, 2013 |
| 203 | 2994748 | DOROTHY S ANDERSON, THE CARL & DOROTHY ANDERSON TR | January 17, 2013 |
| 204 | 3319067 | LESLIE S RUPP | January 17, 2013 |
| 205 | 2989484 | JOHN & DELIA MULVEY | January 22, 2013 |
| 206 | 3259592 | ROSEMARIE A PEKAREK | January 22, 2013 |
| 207 | 3203397 | EMILENAN P ALLEN | January 18, 2013 |
| 208 | 3221558 | WANDA A LONG | January 22, 2013 |
| 209 | 3052762 | ELEANOR B ZIMMERMAN & STANLEY R ZIMMERMAN | January 23, 2013 |

**In re Citigroup Inc. Securities Litigation**

**Exhibit C**

Requests for Exclusion

| Count | Exclusion ID Number | Name(s) | Received Date |
|---|---|---|---|
| 210 | 2746418 | DONALD HOLTZBERGER | January 23, 2013 |
| 211 | 3147547 | WILLIAM J BRAIDECH & VERONICA M BRAIDECH JT TEN | January 23, 2013 |
| 212 | 3287456 | ALFRED J TEE | January 23, 2013 |
| 213 | 2743666 | JAMES MICHAEL LAY | January 23, 2013 |
| 214 | 2609110 | LYNN J SWEAT | January 23, 2013 |
| 215 | 3300675 | B SHIRLEY MILLER VIROSCO | January 28, 2013 |
| 216 | 3152550 | KAREN A CARRIGAN | January 28, 2013 |
| 217 | 3220699 | ELIZABETH STROUD LODER TR UA 10/04/04 THOMAS RUDD LODER JR TESTAMENTARY TRUST | January 28, 2013 |
| 218 | 3304014 | FLORENCE B WOODS | January 14, 2013 |
| 219 | 2529572 | WILLIAM I BUTLER | January 17, 2013 |
| 220 | 2725097 | ROBERT E RICHARDSON | January 25, 2013 |
| 221 | 7173 | ESTHER STEIN | January 28, 2013 |
| 222 | 2506176 | MERLE BRUBAKER | January 29, 2013 |
| 223 | 3188391 | RICHARD E GOSS | January 30, 2013 |
| 224 | 3286494 | MOLLIE TAUSTEIN | January 30, 2013 |
| 225 | 3013211 | WILLIAM HEATON WOODRUFF (DEC'D) & KATE LILLIAN WOODRUFF | January 30, 2013 |
| 226 | 3302596 | DARLENE WAGGONER | February 4, 2013 |
| 227 | 2898305 | JANET LEE SCOTT | February 4, 2013 |
| 228 | 2714934 | PATTY SIEBERT | February 4, 2013 |
| 229 | 2589625 | MARTHA O'NEAL | February 4, 2013 |
| 230 | 11501 | CAROL MIYAI | February 5, 2013 |
| 231 | 3047867 | ROBERT W MITCHELL & ALBERTA R MITCHELL | February 5, 2013 |
| 232 | 3210514 | RON J KOHMESCHER | February 5, 2013 |
| 233 | 3258308 | GERALD RAINEY & LINDA RAINEY | February 6, 2013 |
| 234 | 3102922 | GLENDA A. KNOX | February 7, 2013 |
| 235 | 2947683 | RONALD R SCHLEMER | February 8, 2013 |
| 236 | 3116427 | RUTH CRUDEN | February 8, 2013 |
| 237 | 3204753 | STELLA JOHNSON | February 11, 2013 |
| 238 | 2734228 | DAVID R HORNE | February 11, 2013 |
| 239 | 2489460 | PUCAS CV | February 13, 2013 |
| 240 | 3209550 | KATHLEEN KELLY | February 11, 2013 |
| 241 | 15681 | DAINS C CAMELM | February 11, 2013 |
| 242 | 15683 | HUIPING ZHANG | February 11, 2013 |
| 243 | 2734120 | GERALD STRICKLAND | February 11, 2013 |
| 244 | 15690 | FRANCES M. WHYTE | February 11, 2013 |
| 245 | 3118129 | ANNEMARIE KARSTEN | February 12, 2013 |
| 246 | 3318889 | FRANCIS R STARR & ROSALIND E STARR JT TEN | February 14, 2013 |
| 247 | 3317765 | STEPHEN R T RUNCY | February 12, 2013 |
| 248 | 15727 | JINET NG | February 12, 2013 |
| 249 | 15728 | MARIA POTH | February 14, 2013 |
| 250 | 3292447 | PAUL TURNER | February 14, 2013 |
| 251 | 15735 | THE ESTATE OF ALVA JEAN KWAS | February 12, 2013 |
| 252 | 1263 | EVELYN AWID-CASKEY | February 11, 2013 |
| 253 | 1997 | KEN LEE | February 12, 2013 |
| 254 | 2610335 | LYDIA PIEDRA | February 13, 2013 |
| 255 | 3155359 | MARY CARLOS | February 13, 2013 |
| 256 | 2674197 | MILTON RONALD NOTTMEIER AND BARBARA KAY NOTTMEIER | February 15, 2013 |
| 257 | 16296 | HAROLD THOMPSON | February 15, 2013 |
| 258 | 17660 | JOSEPH HOEGGER AND EDITH HOEGGER | February 19, 2013 |
| 259 | 17747 | BRYN PERCIVAL | February 19, 2013 |
| 260 | 17781 | MEDARTIS CONSULTANTS INC. | February 19, 2013 |
| 261 | 3115936 | SHAWN CREWE | February 19, 2013 |
| 262 | 2633601 | RICHARD MARTIN | February 19, 2013 |
| 263 | 3275366 | INGE S SHUTTLEWORTH | February 19, 2013 |

## In re Citigroup Inc. Securities Litigation
## Exhibit C
Requests for Exclusion

| Count | Exclusion ID Number | Name(s) | Received Date |
|---|---|---|---|
| 264 | 2721641 | THOMAS J NICOLAY | February 19, 2013 |
| 265 | 17782 | SUZANNE CHRISTENSEN | February 19, 2013 |
| 266 | 17783 | PAULINE LAPOINTE | February 19, 2013 |
| 267 | 3113676 | SHIRLEY ANN BEAUDOIN | February 19, 2013 |
| 268 | 3231906 | SIN HAN TERRY LEE | February 21, 2013 |
| 269 | 3298484 | ROY R SYKES | February 22, 2013 |
| 270 | 3357501 | BARBARA SULCOVA | February 25, 2013 |
| 271 | 3259153 | YOUSSEF RANDJIOU | February 25, 2013 |
| 272 | 3257750 | LORNA K RAVEGUM | February 25, 2013 |
| 273 | 18623 | ROBERT TY | February 25, 2013 |
| 274 | 3284698 | NANCY J SULLIVAN | February 25, 2013 |
| 275 | 3105754 | WILLIAM HENRY COOK | February 26, 2013 |
| 276 | 3258412 | KENNETH W RALPH | February 26, 2013 |
| 277 | 18719 | ESTATE OF DONALD RAE READ | February 26, 2013 |
| 278 | 3136489 | RAY C DENSON | February 27, 2013 |
| 279 | 3289453 | PHYLLIS I SCHUMACHER | February 27, 2013 |
| 280 | 1987613 | CLEMENT R MERCALDO TOD MARIA K MERCALDO | February 27, 2013 |
| 281 | 3335349 | BING YEE LAU | February 28, 2013 |
| 282 | 2567283 | MEI YIN SHIRLEY LAU | February 28, 2013 |
| 283 | 18805 | SANDRA RAYSON POON | February 28, 2013 |
| 284 | 3085348 | LES SCHACHAR | March 1, 2013 |
| 285 | 2758467 | ARMANDS LUCIJANOVS | March 4, 2013 |
| 286 | 2735375 | JEFFREY J. HUSO | March 4, 2013 |
| 287 | 3135554 | CATHERINE BEATRICE ARMISTEAD | March 4, 2013 |
| 288 | 2878164 | KING IN DAVID YEUNG AND | March 4, 2013 |
| 289 | 19204 | PETER GEORGE HOLLAND | March 6, 2013 |
| 290 | 2567723 | FRANCO SCALTRITI | March 6, 2013 |
| 291 | 3130453 | RICHARD DALOE | March 7, 2013 |
| 292 | 6862 | DEBRA GALAMBOS | March 8, 2013 |
| 293 | 3319585 | LAI YIN SANDIE LAU | March 8, 2013 |
| 294 | 2771603 | RICHARD G. MAKOWSKI | March 8, 2013 |

# EXHIBIT D

**In re Citigroup Inc. Securities Litigation**

**Exhibit D**

Valid Exclusions

| Count | Exclusion ID Number | Name(s) | Received Date |
|---|---|---|---|
| 1 | 1468794 | BETTY R. WAGGONER | November 2, 2012 |
| 2 | 1468793 | JERRY M WAGGONER | November 2, 2012 |
| 3 | 1547160 | LOUIS LUBRANO | November 12, 2012 |
| 4 | 1962643 | JOSEPH D RUSSO & HELENE L OBACK-RUSSO JT TEN | November 16, 2012 |
| 5 | 1382132 | RALPH E BIRCHARD JR | November 16, 2012 |
| 6 | 1880765 | LOUISE S GILLESPIE | November 19, 2012 |
| 7 | 1382616 | COURTNEY LEE | November 19, 2012 |
| 8 | 701 | IRMTRUD WENZEL | November 21, 2012 |
| 9 | 1745799 | FOTIOS PANTELIS KOSMAS & JILL KOSMAS | November 26, 2012 |
| 10 | 1375046 | RICHARD STRASSER | November 27, 2012 |
| 11 | 1060989 | ELIZABETH SIMPSON | November 28, 2012 |
| 12 | 923 | NORGES BANK | November 29, 2012 |
| 13 | 924 | MINEWORKERS' PENSION SYSTEM | November 29, 2012 |
| 14 | 2485006 | SALOMON MELGEN, FLOR MELGEN & SFM HOLDINGS LIMITED PARTNERSHIP | December 1, 2012 |
| 15 | 2494817 | SANDRA B D'ARCANGELO | November 30, 2012 |
| 16 | 1966033 | DEBBIE CRINK | November 30, 2012 |
| 17 | 975 | STICHTING PENSIOENFONDS ABP | December 3, 2012 |
| 18 | 977 | STATE OF NEW JERSEY, DEPT. OF TREASURY, DIVISION OF INVESTMENT | December 3, 2012 |
| 19 | 1014214 | DORA RADIX | December 3, 2012 |
| 20 | 992 | THE COMMONWEALTH OF PENNSYLVANIA PUBLIC SCHOOLS EMPOYEES' RETIREMENT | December 3, 2012 |
| 21 | 993 | PENNSYLVANIA MUNICIPAL RETIREMENT BOARD | December 3, 2012 |
| 22 | 1001 | ABU DHABI INVESTMENT AUTHORITY | December 3, 2012 |
| 23 | 1985526 | FMT CO IRA ROLLOVER FBO ARTHUR GLAZER | December 3, 2012 |
| 24 | 2380649 | ANGELA H. WILLIAMS | December 3, 2012 |
| 25 | 2212441 | AHW INVESTMENT PARTNERSHIP | December 3, 2012 |
| 26 | 1128 | ARTHUR L. WILLIAMS III | December 3, 2012 |
| 27 | 1129 | ANDREW L WILLIAMS | December 3, 2012 |
| 28 | 1130 | ARTHUR L. WILLIAMS IV | December 3, 2012 |
| 29 | 1131 | ALEX LANIER WILLIAMS | December 3, 2012 |
| 30 | 1132 | ELIZABETH W. CARTER | December 3, 2012 |
| 31 | 1226 | ESTATE OF JOHN J. BEATON | December 4, 2012 |
| 32 | 1227 | LGT FUNDS SICAV | December 4, 2012 |
| 33 | 1229 | MEAG MUNICH ERGO KAPITALANLAGEGESELLSCHAFT MBH | December 4, 2012 |
| 34 | 1230 | UNIVERSAL-INVESTMENT-GESELLSCHAFT MBH | December 4, 2012 |
| 35 | 1699080 | BORUT F SKOK SR | December 4, 2012 |
| 36 | 1980612 | ERIC S MERRIFIELD MD | December 4, 2012 |
| 37 | 1239 | INTERNATIONAL FUND MANAGEMENT S.A. | December 4, 2012 |
| 38 | 1238 | DEKA INTERNATIONAL S.A. LUXEMBOURG | December 4, 2012 |
| 39 | 1237 | DEKA INTERNATIONAL (IRELAND) LTD. | December 4, 2012 |
| 40 | 1236 | DEKA FUNDMASTER INVESTMENTGESELLSCHAFT MGH | December 4, 2012 |
| 41 | 1235 | DEKA INVESTMENT GMBH | December 4, 2012 |
| 42 | 1241 | FTIF - FRANKLIN TEMPLETON GLOBAL FUNDAMENTAL STRATEGIES FUND | December 5, 2012 |
| 43 | 1245 | FRANKLIN TEMPLETON FUNDS - FRANKLIN MUTUAL SHARES FUND | December 5, 2012 |
| 44 | 1246 | SWISS LIFE INVESTMENT MANAGEMENT HOLDING AG | December 4, 2012 |
| 45 | 1247 | FTIF - FRANKLIN MUTUAL GLOBAL  DISCOVERY FUND | December 5, 2012 |
| 46 | 1248 | FTIF FRANKLIN MUTUAL BEACON FUND | December 5, 2012 |
| 47 | 1250 | MUTUAL GLOBAL DISCOVERY FUND (CANADA) | December 5, 2012 |
| 48 | 1251 | MUTUAL BEACON FUND (CANADA) | December 5, 2012 |
| 49 | 1252 | FTVIP MUTUAL GLOBAL DISCOVERY SECURITIES FUND | December 5, 2012 |
| 50 | 1253 | FTVIP MUTUAL SHARES SECURITIES FUND | December 5, 2012 |

**In re Citigroup Inc. Securities Litigation**
**Exhibit D**
Valid Exclusions

| Count | Exclusion ID Number | Name(s) | Received Date |
|---|---|---|---|
| 51 | 1254 | MUTUAL FINANCIAL SERVICES FUND | December 5, 2012 |
| 52 | 1256 | MUTUAL GLOBAL DISCOVERY FUND | December 5, 2012 |
| 53 | 1257 | MUTUAL BEACON FUND | December 5, 2012 |
| 54 | 1258 | MUTUAL SHARES FUND | December 5, 2012 |
| 55 | 1264 | KATHLEEN SHUM | December 5, 2012 |
| 56 | 1296 | EQ/MUTUAL LARGE CAP EQUITY PORTFOLIO | December 6, 2012 |
| 57 | 1297 | JNL/FRANKLIN TEMPLETON MUTUAL SHARES FUND | December 6, 2012 |
| 58 | 2741665 | MULIAN ZHOU | December 6, 2012 |
| 59 | 2370137 | KEITH M MANNING | December 6, 2012 |
| 60 | 1302 | PENNYGOLD TRADING SUPPLIES | December 6, 2012 |
| 61 | 1308 | ESL PARTNERS L.P. | December 6, 2012 |
| 62 | 1310 | ESL INVESTORS, L.L.C. | December 6, 2012 |
| 63 | 2370759 | OLSTEIN ALL CAP VALUE FUND (F/K/A) OLSTEIN FINANCIAL ALERT FUND | December 6, 2012 |
| 64 | 1312 | WOLF OPPORTUNITY FUND, LTD. | December 6, 2012 |
| 65 | 1313 | OKUMUS CAPITAL, L.L.C. | December 6, 2012 |
| 66 | 1314 | OKUMUS DIVERSIFIED VALUE, LTD. (F/K/A OKUMUS DIVERSIFIED VALUE FUND, LTD.) | December 6, 2012 |
| 67 | 1315 | OKUMUS OPPORTUNITY, LTD. (F/K/A OKUMUS OPPORTUNITY FUND, LTD.) | December 6, 2012 |
| 68 | 2095847 | HOAG MEMORIAL HOSPITAL PRESBYTERIAN | December 6, 2012 |
| 69 | 1319 | HOAG HOSPITAL FOUNDATION | December 6, 2012 |
| 70 | 1320 | INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH | December 6, 2012 |
| 71 | 1321 | BAYERNINVEST KAPITALANLAGEGESELLSCHAFT MBH | December 6, 2012 |
| 72 | 1323 | METZLER INVESTMENT GMBH | December 6, 2012 |
| 73 | 1324 | NORD/LB KAPITALANLAGEGESELLSCHAFT AG | December 6, 2012 |
| 74 | 1325 | SWISS & GLOBAL ASSET MANAGEMENT AG | December 6, 2012 |
| 75 | 1326 | SWISS & GLOBAL ASSET MANAGEMENT (LUXEMBOURGH) SA | December 6, 2012 |
| 76 | 1327 | SWISSCANTO ASSET MANAGEMENT AG | December 6, 2012 |
| 77 | 1328 | FRANK G RACZEK & COLLEEN RACZEK | December 6, 2012 |
| 78 | 1305 | WILLIAM F. GRAHAM | December 6, 2012 |
| 79 | 1322 | HANSAINVEST HANSEATISCHE INVESTMENT-GMB | December 6, 2012 |
| 80 | 1402 | SWISSCANTO ASSET MANAGEMENT INTERNATIONAL S.A. | December 6, 2012 |
| 81 | 1428 | GESTION SJG, INC. | December 10, 2012 |
| 82 | 1431 | ORTRUD DEROUICHE | December 10, 2012 |
| 83 | 3167714 | LILLIAN VANDEPUTTE BROWN | January 17, 2013 |
| 84 | 2761971 | CHRISTINE RYALS | January 17, 2013 |
| 85 | 2728362 | WANDA H PENDERGRASS | January 16, 2013 |
| 86 | 3052762 | ELEANOR B ZIMMERMAN & STANLEY R ZIMMERMAN | January 23, 2013 |
| 87 | 2746418 | DONALD HOLTZBERGER | January 23, 2013 |
| 88 | 2743666 | JAMES MICHAEL LAY | January 23, 2013 |
| 89 | 2725097 | ROBERT E RICHARDSON | January 25, 2013 |
| 90 | 3013211 | WILLIAM HEATON WOODRUFF (DEC'D) & KATE LILLIAN WOODRUFF | January 30, 2013 |
| 91 | 11501 | CAROL MIYAI | February 5, 2013 |
| 92 | 3047867 | ROBERT W MITCHELL & ALBERTA R MITCHELL | February 5, 2013 |
| 93 | 2489460 | PUCAS CV | February 13, 2013 |
| 94 | 15683 | HUIPING ZHANG | February 11, 2013 |
| 95 | 3318889 | FRANCIS R STARR & ROSALIND E STARR JT TEN | February 14, 2013 |
| 96 | 15728 | MARIA POTH | February 14, 2013 |
| 97 | 1997 | KEN LEE | February 12, 2013 |
| 98 | 17781 | MEDARTIS CONSULTANTS INC. | February 19, 2013 |
| 99 | 2633601 | RICHARD MARTIN | February 19, 2013 |
| 100 | 3231906 | SIN HAN TERRY LEE | February 21, 2013 |

**In re Citigroup Inc. Securities Litigation**
**Exhibit D**
Valid Exclusions

| Count | Exclusion ID Number | Name(s) | Received Date |
|---|---|---|---|
| 101 | 3298484 | ROY R SYKES | February 22, 2013 |
| 102 | 3357501 | BARBARA SULCOVA | February 25, 2013 |
| 103 | 3259153 | YOUSSEF RANDJIOU | February 25, 2013 |
| 104 | 3105754 | WILLIAM HENRY COOK | February 26, 2013 |
| 105 | 3136489 | RAY C DENSON | February 27, 2013 |
| 106 | 2567283 | MEI YIN SHIRLEY LAU | February 28, 2013 |
| 107 | 3085348 | LES SCHACHAR | March 1, 2013 |
| 108 | 2758467 | ARMANDS LUCIJANOVS | March 4, 2013 |
| 109 | 2735375 | JEFFREY J. HUSO | March 4, 2013 |
| 110 | 2878164 | KING IN DAVID YEUNG AND | March 4, 2013 |
| 111 | 3319585 | LAI YIN SANDIE LAU | March 8, 2013 |
| 112 | 2771603 | RICHARD G. MAKOWSKI | March 8, 2013 |
| 113 | 1056827 | RACHEL MOSER | November 5, 2012 |
| 114 | 1354758 | THURE W DAHLGREN IRA | November 9, 2012 |
| 115 | 2369039 | ROBERT FAMILY TRUST DTD 01/19/1993 RICHARD & DOROTHY ROBERT TTEES | November 26, 2012 |
| 116 | 709 | GORDON B WRIGHT & HILDEGARD WRIGHT | November 26, 2012 |
| 117 | 2274789 | GERARDO MARINI | November 27, 2012 |
| 118 | 2360576 | MARY ANNE JOHNSON | December 3, 2012 |
| 119 | 1006 | ANNETTE B. DICKIE | December 3, 2012 |
| 120 | 1265 | SUWANDI GUNAWAN/LIE FIE FIE | December 5, 2012 |
| 121 | 1266 | TERESA M. KENT | December 5, 2012 |
| 122 | 2708738 | ROBERT D IMKE | December 6, 2012 |
| 123 | 1502 | GRAZIELA PIMENTEL | December 10, 2012 |
| 124 | 1926 | MARGARET FAYE BANNERMAN | December 17, 2012 |
| 125 | 2722632 | CAROL LYNN JUNG TTEE U/A DTD 03/30/1999 CAMPBELL SURVIVORS TR | January 15, 2013 |
| 126 | 3270625 | URSULA I M SCHUSTER | January 17, 2013 |
| 127 | 2609110 | LYNN J SWEAT | January 23, 2013 |
| 128 | 2714934 | PATTY SIEBERT | February 4, 2013 |
| 129 | 2721641 | THOMAS J NICOLAY | February 19, 2013 |
| 130 | 18623 | ROBERT TY | February 25, 2013 |
| 131 | 18719 | ESTATE OF DONALD RAE READ | February 26, 2013 |
| 132 | 3289453 | PHYLLIS I SCHUMACHER | February 27, 2013 |
| 133 | 3335349 | BING YEE LAU | February 28, 2013 |
| 134 | 19204 | PETER GEORGE HOLLAND | March 6, 2013 |

# EXHIBIT E

# In re Citigroup Inc. Securities Litigation

## Exhibit E

### Non-Class Exclusions

| Count | Exclusion ID Number | Name(s) | Received Date |
|---|---|---|---|
| 1 | 1147243 | GERARD E. KETZ | October 19, 2012 |
| 2 | 1056096 | GEORGE S. MOSER | November 5, 2012 |
| 3 | 442 | HERMANN NEUBAUER | November 14, 2012 |
| 4 | 2673458 | VELMA JACKSON-WILKINS | November 15, 2012 |
| 5 | 1721125 | EVA KAYTES | November 15, 2012 |
| 6 | 1712425 | MARILYN A HACH | November 16, 2012 |
| 7 | 1722510 | NANCY H SKINNER | November 16, 2012 |
| 8 | 2122290 | LARRY E WALLACE & SHERRY L WALLACE, DECEASED | November 19, 2012 |
| 9 | 1541523 | MEHRANGIZ RUH SHAHBAZ | November 26, 2012 |
| 10 | 1060090 | MEHRANGIZ RUH SHAHBAZ | November 29, 2012 |
| 11 | 1537748 | MARY B PEDERSON | November 30, 2012 |
| 12 | 1309 | RBS PARTNERS, L.P. | December 6, 2012 |
| 13 | 3306302 | MARGARET WELSH & JAMES M WELSH | January 17, 2013 |
| 14 | 3254478 | JOAN E BISHOP TTEE, TR UA 09/15/89 HARRISLANDS TRUST | January 16, 2013 |
| 15 | 2775094 | OSCAR ANDERSON IRA | January 16, 2013 |
| 16 | 3225729 | WILLIAM J MARSTON & DONNA L MARSTON | January 16, 2013 |
| 17 | 3220658 | VERA D LOCKRIDGE | January 16, 2013 |
| 18 | 2517523 | JEAN HART COUSINS TTEE | January 17, 2013 |
| 19 | 3319067 | LESLIE S RUPP | January 17, 2013 |
| 20 | 3259592 | ROSEMARIE A PEKAREK | January 22, 2013 |
| 21 | 3203397 | EMILENAN P ALLEN | January 18, 2013 |
| 22 | 3147547 | WILLIAM J BRAIDECH & VERONICA M BRAIDECH JT TEN | January 23, 2013 |
| 23 | 3287456 | ALFRED J TEE | January 23, 2013 |
| 24 | 3300675 | B SHIRLEY MILLER VIROSCO | January 28, 2013 |
| 25 | 3152550 | KAREN A CARRIGAN | January 28, 2013 |
| 26 | 3220699 | ELIZABETH STROUD LODER TR UA 10/04/04 THOMAS RUDD LODER JR TESTAMENTARY TRUST | January 28, 2013 |
| 27 | 3302596 | DARLENE WAGGONER | February 4, 2013 |
| 28 | 2589625 | MARTHA O'NEAL | February 4, 2013 |
| 29 | 2947683 | RONALD R SCHLEMER | February 8, 2013 |
| 30 | 3204753 | STELLA JOHNSON | February 11, 2013 |
| 31 | 2734228 | DAVID R HORNE | February 11, 2013 |
| 32 | 2734120 | GERALD STRICKLAND | February 11, 2013 |
| 33 | 3317765 | STEPHEN R T RUNCY | February 12, 2013 |
| 34 | 3292447 | PAUL TURNER | February 14, 2013 |
| 35 | 1263 | EVELYN AWID-CASKEY | February 11, 2013 |
| 36 | 2610335 | LYDIA PIEDRA | February 13, 2013 |
| 37 | 3155359 | MARY CARLOS | February 13, 2013 |
| 38 | 2674197 | MILTON RONALD NOTTMEIER AND BARBARA KAY NOTTMEIER | February 15, 2013 |
| 39 | 3275366 | INGE S SHUTTLEWORTH | February 19, 2013 |
| 40 | 3257750 | LORNA K RAVEGUM | February 25, 2013 |
| 41 | 3284698 | NANCY J SULLIVAN | February 25, 2013 |
| 42 | 3258412 | KENNETH W RALPH | February 26, 2013 |
| 43 | 3135554 | CATHERINE BEATRICE ARMISTEAD | March 4, 2013 |
| 44 | 2567723 | FRANCO SCALTRITI | TBD |
| 45 | 3130453 | RICHARD DALOE | March 7, 2013 |

# EXHIBIT F

**In re Citigroup Inc. Securities Litigation**

**Exhibit F**

Non-Conforming Exclusions

| Count | Exclusion ID Number | Name(s) | Received Date |
|---|---|---|---|
| 1 | 1545396 | ROBERT R TASCHNER | November 5, 2012 |
| 2 | 1428390 | JENE THOMPSON | November 15, 2012 |
| 3 | 1825769 | JAMES IANNUZO | November 19, 2012 |
| 4 | 1130138 | DOROTHY HARTY | November 20, 2012 |
| 5 | 2022078 | CHARLES GOODMAN | November 26, 2012 |
| 6 | 2430221 | VIRGIE M. GRAY, DECEASED | November 26, 2012 |
| 7 | 2443436 | JANE BULLARD | November 26, 2012 |
| 8 | 2026397 | MANGUS VIRGINIA L MANGUS TTEE MANGUS FAMILY | November 27, 2012 |
| 9 | 2639067 | PATRICIA STOTTLEMYER | November 27, 2012 |
| 10 | 1080866 | GARY L BURGESS AND CARRIE L BURGESS | November 30, 2012 |
| 11 | 1430096 | MUHAMMAD AHMAD ULLAH & KANEEZ FATIMA | November 30, 2012 |
| 12 | 2581806 | GARY BURGESS | November 30, 2012 |
| 13 | 974 | FRANK LATOS | November 30, 2012 |
| 14 | 979 | SARAH SUNG & CHING-CHAO SUNG | December 3, 2012 |
| 15 | 2081870 | LINNIE CARROLL YOUNG | December 3, 2012 |
| 16 | 980 | ELIZABETH ROWCLIFFE | December 3, 2012 |
| 17 | 981 | ROBERT F. STAUFFER | December 3, 2012 |
| 18 | 986 | MARIE BALL | December 3, 2012 |
| 19 | 1003 | GEORGE CUMMING & ANITA CUMMING | December 3, 2012 |
| 20 | 2028745 | LEE K BARTLETT & MARGARET J BARTLETT | December 3, 2012 |
| 21 | 1004 | HELMUT ZWINGMANN & JUTTA ZWINGMANN | December 3, 2012 |
| 22 | 1005 | MARIANNE KRAUSS | December 3, 2012 |
| 23 | 2673524 | MARILYN J MORTON | December 3, 2012 |
| 24 | 1323650 | MARILYN MORTON | December 3, 2012 |
| 25 | 1122 | EVA DEMIAN | December 3, 2012 |
| 26 | 1126 | LAUNCH IPP IN TRUST FOR JAMES & CATHERINE PHIL | December 3, 2012 |
| 27 | 1133 | CAROLE CHARNUTZKY | December 3, 2012 |
| 28 | 1768438 | EDWARD C ZAWACKI | December 3, 2012 |
| 29 | 1267 | BRADLEY CRAWFORD & DIANA CRAWFORD | December 5, 2012 |
| 30 | 1303 | MARIANNE BROCKMAN | December 6, 2012 |
| 31 | 1304 | CHRISTEL BURNSIDE | December 6, 2012 |
| 32 | 1316 | TMF HOLDINGS LTD | December 5, 2012 |
| 33 | 2716859 | HAROLD H RAEDEL | December 6, 2012 |
| 34 | 1426 | DEREK J. GRIFFITHS | December 7, 2012 |
| 35 | 1488 | VIRGINIA M. GOSKI | December 10, 2012 |
| 36 | 1489 | ROBERT C. MORROW | December 10, 2012 |
| 37 | 1490 | AUDREY PHILLIPS | December 10, 2012 |
| 38 | 1503 | THEODORE LAMBERT & MARGUERITE LAMBERT | December 10, 2012 |
| 39 | 1505 | MYRNA JEAN NOUJAIM #2 | December 10, 2012 |
| 40 | 1506 | BRIAN HERGOTT | December 10, 2012 |
| 41 | 1507 | GARY CORBIN | December 10, 2012 |
| 42 | 1509 | ESTATE OF ESTHER HUMPHREY | December 10, 2012 |
| 43 | 1512 | CLAUDE BOURGET | December 10, 2012 |
| 44 | 1510 | JACQUES PAYETTE | December 10, 2012 |
| 45 | 1511 | JOAN BLAKLEY | December 10, 2012 |
| 46 | 1516 | JIM R RITCHIE | December 12, 2012 |
| 47 | 1517 | G. DOUGLAS KEARY | December 12, 2012 |
| 48 | 1518 | SAN SAN SY | December 11, 2012 |
| 49 | 1519 | LUCIEN G BOULANGER & MARY G BOULANGER | December 11, 2012 |
| 50 | 1521 | ESTATE OF DAN SAWCHYN | December 11, 2012 |
| 51 | 1522 | TORONTO CHILDREN'S CARE INC. | December 11, 2012 |
| 52 | 1912 | DARREN CARLETON OR BRENDA CARLETON | December 14, 2012 |
| 53 | 1914 | MARGARET LEDUE | December 14, 2012 |
| 54 | 1918 | MARGARET RONVEL | December 14, 2012 |
| 55 | 1919 | DONALD KUNAMAN | December 14, 2012 |
| 56 | 1920 | AUDREY HOWARD & LES HOWARD | December 14, 2012 |

# In re Citigroup Inc. Securities Litigation
## Exhibit F
### Non-Conforming Exclusions

| Count | Exclusion ID Number | Name(s) | Received Date |
|---|---|---|---|
| 57 | 1927 | AUDREY M. MARTIN | December 17, 2012 |
| 58 | 1928 | SONNIA PRYSTUPA | December 17, 2012 |
| 59 | 1970 | NORA ANN PIHRAG | December 18, 2012 |
| 60 | 2217 | CINDY HUNTER | December 20, 2012 |
| 61 | 2224 | BART HUNTER | December 20, 2012 |
| 62 | 2806103 | KENNETH J GIBSON & MIRSA C GIBSON | December 20, 2012 |
| 63 | 2789692 | MATTHEW BATES | December 20, 2012 |
| 64 | 2376 | FLORENCE ARLITT | December 21, 2012 |
| 65 | 2377 | FLORENCE ARLITT & FRANCIS ARLITT | December 21, 2012 |
| 66 | 2379 | VERN TRIOL | December 21, 2012 |
| 67 | 3033942 | DIKRAN KASHKASHIAN | December 27, 2012 |
| 68 | 3033943 | DIKRAN KASHKASHIAN REV TRUST | December 27, 2012 |
| 69 | 2824 | LAURIE IGNATIUK & GERALD IGNATIUK | December 26, 2012 |
| 70 | 3182 | PAT CONNELLY | January 7, 2013 |
| 71 | 2620403 | FU-YU TSAI | January 17, 2013 |
| 72 | 3246905 | LARRY COOPERSMITH | January 16, 2013 |
| 73 | 3289696 | BARBARA A TENNYSON | January 16, 2013 |
| 74 | 2904434 | MARIO TIRONI | January 16, 2013 |
| 75 | 2927037 | JOSEPHINE TIRONI | January 16, 2013 |
| 76 | 5308 | RON STRATULIAK | January 14, 2013 |
| 77 | 3045687 | JULIA M RALEY | January 14, 2013 |
| 78 | 3132220 | SHELBA ADOMYETZ | January 14, 2013 |
| 79 | 2519489 | DAVID J AND C SUE WILLIAMS | January 14, 2013 |
| 80 | 2520379 | ROBERT E CRAIG | January 14, 2013 |
| 81 | 3270607 | INGEBORG SCHUSTER | January 14, 2013 |
| 82 | 3134436 | RICHARD BABIARZ | January 17, 2013 |
| 83 | 3156807 | HSIN-NAN CHOU & JEAN C CHOU | January 17, 2013 |
| 84 | 2916043 | NANCY ANDERS | January 14, 2013 |
| 85 | 3233374 | GROVER L MILLER | January 17, 2013 |
| 86 | 2994748 | OTHY S ANDERSON, THE CARL & DOROTHY ANDERSON | January 17, 2013 |
| 87 | 2989484 | JOHN & DELIA MULVEY | January 22, 2013 |
| 88 | 3221558 | WANDA A LONG | January 22, 2013 |
| 89 | 3304014 | FLORENCE B WOODS | January 14, 2013 |
| 90 | 2529572 | WILLIAM I BUTLER | January 17, 2013 |
| 91 | 7173 | ESTHER STEIN | January 28, 2013 |
| 92 | 2506176 | MERLE BRUBAKER | January 29, 2013 |
| 93 | 3188391 | RICHARD E GOSS | January 30, 2013 |
| 94 | 3286494 | MOLLIE TAUSTEIN | January 30, 2013 |
| 95 | 2898305 | JANET LEE SCOTT | February 4, 2013 |
| 96 | 3210514 | RON J KOHMESCHER | February 5, 2013 |
| 97 | 3258308 | GERALD RAINEY & LINDA RAINEY | February 6, 2013 |
| 98 | 3102922 | GLENDA A. KNOX | February 7, 2013 |
| 99 | 3116427 | RUTH CRUDEN | February 8, 2013 |
| 100 | 3209550 | KATHLEEN KELLY | February 11, 2013 |
| 101 | 15681 | DAINS C CAMELM | February 11, 2013 |
| 102 | 15690 | FRANCES M. WHYTE | February 11, 2013 |
| 103 | 3118129 | ANNEMARIE KARSTEN | February 12, 2013 |
| 104 | 15727 | JINET NG | February 12, 2013 |
| 105 | 15735 | THE ESTATE OF ALVA JEAN KWAS | February 12, 2013 |
| 106 | 16296 | HAROLD THOMPSON | February 15, 2013 |
| 107 | 17660 | JOSEPH HOEGGER AND EDITH HOEGGER | February 19, 2013 |
| 108 | 17747 | BRYN PERCIVAL | February 19, 2013 |
| 109 | 3115936 | SHAWN CREWE | February 19, 2013 |
| 110 | 17782 | SUZANNE CHRISTENSEN | February 19, 2013 |
| 111 | 17783 | PAULINE LAPOINTE | February 19, 2013 |
| 112 | 3113676 | SHIRLEY ANN BEAUDOIN | February 19, 2013 |

# In re Citigroup Inc. Securities Litigation
## Exhibit F
### Non-Conforming Exclusions

| Count | Exclusion ID Number | Name(s) | Received Date |
|---|---|---|---|
| 113 | 1987613 | CLEMENT R MERCALDO TOD MARIA K MERCALDO | February 27, 2013 |
| 114 | 18805 | SANDRA RAYSON POON | February 28, 2013 |
| 115 | 6862 | DEBRA GALAMBOS | March 8, 2013 |