# EXHIBIT 37

