# EXHIBIT 38

*In re Citigroup Inc. Securities Litigation*, No. 07 Civ. 9901 (SHS) (S.D.N.Y.)

**Supplemental Declaration Exhibit 38**

**Cases Listed on Page 5 of Mr. Frank's March 15, 2013 Objection [Dkt. No. 222] Regarding His Proposed Survey of PSLRA Settlements of 80% to 120% of $590 Million**

|   | Case Name | Settlement Amount | Action Includes Non-Scienter Claims | Multiple Corporate Defendants | Restatement |
|---|---|---|---|---|---|
| 1 | *In re Wachovia Preferred Sec. & Bond/Notes Litig.*, No. 09 Civ. 6351 (S.D.N.Y.) | $627 million | ✓ | ✓ |  |
| 2 | *In re Countrywide Fin. Corp. Sec. Litig.*, No. 07 Civ. 5295 (C.D. Cal.) | $601.5 million | ✓ | ✓ |  |
| 3 | *In re Cardinal Health, Inc. Sec. Litig.*, No. 04-cv-00575 (S.D. Ohio) | $600 million |  |  | ✓ |
| 4 | *In re IPO Sec. Litig.*, No. 21 MC 92 (S.D.N.Y.) | $586 million | ✓ | ✓ |  |
| 5 | *In re HealthSouth Corp. Stockholder Litig.*, No. 03 Civ. 1500 (N.D. Ala.) | $804.5 million (combined) | ✓ | ✓ | ✓ |
| 6 | *In re Lucent Techs., Inc. Sec. Litig.*, No. 00 Civ. 00621 (D.N.J.) | $608.35 million (combined) | ✓ |  | ✓ |
| 7 | *In re Lehman Bros. Sec. & ERISA Litig.*, No. 09 MD 2017 (S.D.N.Y.) | $516.218 million | ✓ | ✓ |  |
| 8 | *In re Merrill Lynch & Co., Inc. Sec., Deriv. & ERISA Litig.*, No. 07 Civ. 9633 (S.D.N.Y.) | $475 million | ✓ | ✓ |  |
| 9 | *In re Dynegy, Inc. Sec. Litig.*, No. 02 Civ. 1571 (S.D. Tex.) | $474.05 million | ✓ | ✓ | ✓ |