# EXHIBIT 41

*In re Citigroup Inc. Sec. Litig.*
No. 07 Civ. 9901 (SHS)
Core Team of Project-Specific Attorneys (*see* Reply Decl. of Ira Press and Peter Linden at ¶ 100 n.18) [Dkt. No. 196]

| | Name | Firm | Year of Admission to Practice | Sample of Tasks Performed | Relevant Experience to Current Litigation (*e.g.* large document reviews, subprime/CDO, securities litigation, financial / securities industry experience) | Judicial Clerkships and Other Special Credentials or Advance Degrees | 2012 Claimed Rate | Law School |
|---|---|---|---|---|---|---|---|---|
| 1 | Michael B▮ | Kirby McInerney | 2000 | - Substantive document review and deposition preparation for Citigroup CEO (resigned 11/4/2007) (Charles Prince); Head of European Credit Products, Citigroup Markets & Banking ("CMB") Risk Management (Dominic Wallace); CMB Controller (Frank Marsigliano); Head of Financial Reporting, Citigroup Inc. (William Gonska); Fixed Income Currencies & Commodities ("FICC") economist (Lakhbir Hayre) | - Large document reviews<br>- Subprime/CDO experience<br>- Stroock & Stroock & Lavan (Associate - experience with securitizations); Project Attorney work for Gibson, Dunn & Crutcher LLP; Clifford Chance LLP. | New York University School of Law, LLM (Taxation) | $550 | Oklahoma City University School of Law |
| 2 | Peter B▮ | Kirby McInerney | 1997 | - Substantive document review and deposition preparation of Citigroup Controller (John Gerspach); Chief Financial Officer of FICC (Jo Anne Williams); Head, Investor Relations (2007) (Arthur Tildesley); Co-head of Global Structured Credit Products ("GSCP") ABS CDOs (structuring) (Darius Grant) | - Many large document reviews<br>- Labaton Sucharow (Associate for 11 years in securities class action practice). Project Attorney for Davis Polk & Wardwell LLP; Hughes Hubbard & Reed LLP. | | $550 | Albany Law School |
| 3 | Kristine C▮ | Kirby McInerney | 2008 | - Substantive document review and deposition preparation of Head of Accounting Policy at CMB (William Bozarth); GSCP sales (Sohail Khan); Head of Subprime Products group (November 2007 onwards) (Richard Stuckey); Head of Financial Reporting, Citigroup Inc. (William Gonska) | - Large document reviews<br>- Project Attorney at Sullivan & Cromwell | | $450 | Boston College Law School |

*In re Citigroup Inc. Sec. Litig.*
No. 07 Civ. 9901 (SHS)
Core Team of Project-Specific Attorneys (*see* Reply Decl. of Ira Press and Peter Linden at ¶ 100 n.18) [Dkt. No. 196]

| | Name | Firm | Year of Admission to Practice | Sample of Tasks Performed | Relevant Experience to Current Litigation (*e.g.* large document reviews, subprime/CDO, securities litigation, financial / securities industry experience) | Judicial Clerkships and Other Special Credentials or Advance Degrees | 2012 Claimed Rate | Law School |
|---|---|---|---|---|---|---|---|---|
| 4 | Nelson De La C▓ | Kirby McInerney | 2009 | - Substantive document review and deposition preparation of Co-Head of CMB Risk Management (credit focus) (Patrick Ryan) | - Many large document reviews<br>- Securities litigation experience from doc review responding to SEC investigations of potential securities fraud<br>- Securities industry experience<br>- Project Attorney work for Cravath, Swaine & Moore; Covington & Burling; Debevoise & Plimpton; Gibson Dunn & Crutcher; Wachtell, Lipton, Rosen & Katz; Patterson Belknap Webb & Tyler; Paul, Weiss, Rifkind, Wharton & Garrison; Sidley Austin, Brown & Wood.<br>- Previously employed by UBS AG; Bear Stearns; Deutsche Bank | | $450 | Pace University School of Law |
| 5 | Steven D▓ | Kirby McInerney | 2008 | - Substantive document review and deposition preparation of CDO Trading, GSCP, Super Senior Book (Brian Yarrington); Head of Accounting Policy at CMB (William Bozarth); Co-Head of CMB (banking) (Michael Klein); Head of Subprime Products group (November 2007 onwards) (Richard Stuckey); CMB Controller (Frank Marsigliano); Head of Financial Reporting, Citigroup Inc. (William Gonska); Citigroup CFO (beginning March 12, 2007) (Gary Crittenden) | - Many large document reviews<br>- Securities litigation experience<br>- Project Attorney work for Debevoise & Plimpton LLP; Hughes Hubbard & Reed LLP | Master of Science, Finance, Sawyer Business School | $400 | Suffolk University Law School |

*In re Citigroup Inc. Sec. Litig.*
No. 07 Civ. 9901 (SHS)
Core Team of Project-Specific Attorneys (*see* Reply Decl. of Ira Press and Peter Linden at ¶ 100 n.18) [Dkt. No. 196]

| | Name | Firm | Year of Admission to Practice | Sample of Tasks Performed | Relevant Experience to Current Litigation (*e.g.* large document reviews, subprime/CDO, securities litigation, financial / securities industry experience) | Judicial Clerkships and Other Special Credentials or Advance Degrees | 2012 Claimed Rate | Law School |
|---|---|---|---|---|---|---|---|---|
| 6 | Eileen D▓ | Kirby McInerney | 2002 | - Substantive document review and deposition preparation of Head of GSCP Credit Correlation (since October 2006) and Head of GSCP SCP ABS Correlation (starting June 2007) (Mickey Bhatia); Co-head of GSCP ABS CDOs (structuring) (Darius Grant); Co-Head of Global CDOs (Nestor Dominguez) | - Large document reviews<br>- Securities litigation experience from doc review responding to SEC investigations of potential securities fraud<br>- Subprime/CDO experience<br>- Project Attorney: Paul, Hastings, Janofsky & Walker LLP; Curtis, Mallet-Prevost, Colt & Mosle, LLP; Latham & Watkins, P.C.; Shearman & Sterling, P.C. | | $550 | SUNY - University at Buffalo Law School |
| 7 | Thomas E▓ | Kirby McInerney | 2009 | - Substantive document review and deposition preparation of Co-Head, Global CDOs (Janice Warne); Head of GSCP from 8/2006 - 10/2007 (Michael Raynes); Co-Head of CMB Risk Management (market risk focus) (Ellen Duke); CDO Trading, GSCP, Super Senior Book (Brian Yarrington); GSCP CDO syndicate (Mihail Nikolov); Co-Head of CMB Risk Management (credit focus) (Patrick Ryan); Head of Europe, Middle East and Africa Risk Management (Colin Church); Co-Head, FICC (Geoffrey Coley); CMB Controller (until June 2007) and CMB Chief Financial Officer (from June 2007 onwards) (Cliff Verron) | - Securities industry experience | | $375 | Boston University School of Law |

*In re Citigroup Inc. Sec. Litig.*
No. 07 Civ. 9901 (SHS)
Core Team of Project-Specific Attorneys (*see* Reply Decl. of Ira Press and Peter Linden at ¶ 100 n.18) [Dkt. No. 196]

| | Name | Firm | Year of Admission to Practice | Sample of Tasks Performed | Relevant Experience to Current Litigation (*e.g.* large document reviews, subprime/CDO, securities litigation, financial / securities industry experience) | Judicial Clerkships and Other Special Credentials or Advance Degrees | 2012 Claimed Rate | Law School |
|---|---|---|---|---|---|---|---|---|
| | Thomas F▓ (continued) | Kirby McInerney | 2009 | - Substantive document review and deposition preparation of FICC Chief Mortgage/RMBS analyst (Rahul Parulekar); Co-Head, CBM (resigned October 15, 2007) (Thomas Maheras); assisted with preparation for, and at, deposition of Head of GSCP from 8/2006 - 10/2007 (Michael Raynes) | - Securities industry experience | | $375 | Boston University School of Law |
| 8 | Riley F▓ | Kirby McInerney | 2005 | - Substantive document review and deposition preparation of Chief Operating Officer of Citigroup, Inc. (Robert Druskin); Citigroup Chief Administrator Officer (Lewis Kaden); Head of FICC, Quantitative Credit Strategy (Matt King) | - Staff Attorney: United States Courts of Appeals for the Second, Fourth and Eleventh Circuits - Securities litigation experience through working as a staff attorney for the Second Circuit | | $475 | Tulane University Law School |
| 9 | Damien ▓ | Kirby McInerney | 2002 | - Substantive document review and deposition preparation of Co-Head, Global CDOs (Janice Warne); Chief Risk Officer of Citigroup, Inc. (until November 2007) (David Bushnell); Head of Europe, Middle East and Africa Risk Management (Colin Church); CMB Controller (until June 2007) and CMB Chief Financial Officer (from June 2007 onwards) (Cliff Verron) | - Many large document reviews - Securities litigation experience - Subprime/CDO experience - Project attorney work for Latham & Watkins LLP as well as for prior large subprime-crisis securities class action | | $550 | University of Oregon Law School |

*In re Citigroup Inc. Sec. Litig.*
No. 07 Civ. 9901 (SHS)
Core Team of Project-Specific Attorneys (*see* Reply Decl. of Ira Press and Peter Linden at ¶ 100 n.18) [Dkt. No. 196]

| | Name | Firm | Year of Admission to Practice | Sample of Tasks Performed | Relevant Experience to Current Litigation (*e.g.* large document reviews, subprime/CDO, securities litigation, financial / securities industry experience) | Judicial Clerkships and Other Special Credentials or Advance Degrees | 2012 Claimed Rate | Law School |
|---|---|---|---|---|---|---|---|---|
| 10 | Joshua G███ | Kirby McInerney | 2002 | - Substantive document review and deposition preparation of Co-Head of CMB (banking) (Michael Klein); Co-Head of CMB Risk Management (credit focus) (Patrick Ryan); Head of Subprime Products group (November 2007 onwards) (Richard Stuckey); Head of Financial Reporting, Citigroup Inc. (William Gonska) | - Many large document reviews<br>- Securities litigation experience<br>- Subprime/CDO experience<br>- Project Attorney: Davis, Polk & Wardwell, Proskauer Rose, Sullivan & Cromwell; Cravath Swaine & Moore; Wilmer Hale; Hughes, Hubbard & Reed.<br>Royal Bank of Canada (project attorney – reviewed subscription agreements and liquidity terms for private placements) | | $550 | Cardozo School of Law |
| 11 | Brian H███ | Kirby McInerney | 1992 | - Substantive document review and deposition preparation for Citigroup CEO (resigned 11/4/2007) (Charles Prince); Head, CMB Markets (through September 2007) and co-CEO of CMB (after September 2007) (James Forese) | - Many large document reviews<br>- Project Attorney: Sullivan & Cromwell, LLP; Cravath Swaine & Moore LLP; Quinn Emanuel; Skadden, Arps, Slate, Meagher & Flom, LLP; Cadwalader, Wickersham & Taft LLP; Patterson Belknap Webb & Tyler LLP; Gibson Dunn & Crutcher. | | $550 | Dedman School of Law (Southern Methodist University) |
| 12 | Nader K███ | Kirby McInerney | 2010 | - Substantive document review and deposition preparation of Chief Risk Officer of Citigroup, Inc. (until November 2007) (David Bushnell); GSCP sales (Sohail Khan); Head of Europe, Middle East and Africa Risk Management (Colin Church); CMB Controller (until June 2007) and CMB Chief Financial Officer (from June 2007 onwards) (Cliff Verron) | N/A | Judicial clerk for Hon. Thomas A. Adams (NY State Supreme Court, appellate division, 2nd dept.)<br><br>Boston University School of Law, LLM (Taxation) | $350 | Cardozo School of Law |

*In re Citigroup Inc. Sec. Litig.*
No. 07 Civ. 9901 (SHS)
Core Team of Project-Specific Attorneys (*see* Reply Decl. of Ira Press and Peter Linden at ¶ 100 n.18) [Dkt. No. 196]

| | Name | Firm | Year of Admission to Practice | Sample of Tasks Performed | Relevant Experience to Current Litigation (*e.g.* large document reviews, subprime/CDO, securities litigation, financial / securities industry experience) | Judicial Clerkships and Other Special Credentials or Advance Degrees | 2012 Claimed Rate | Law School |
|---|---|---|---|---|---|---|---|---|
| 13 | Michael M▮ | Kirby McInerney | 2008 | - Substantive document review and deposition preparation of Treasurer of CMB (2007) and Head of Investor Relations (2008) (Scott Freidenrich); Investors Relations of CMB (Stephen Schiller)<br>- Assisted preparation for, and at, depositions of CMB business unit manager (Shawn Feeney); Head of Credit Products at CMB Risk Management (Murray Barnes); Co-Head of FICC (Randy Barker); Head of GSCP from 8/2006 - 10/2007 (Michael Raynes); Co-head of CMB Risk Management (market risk focus) (Ellen Duke); Head, Investor Relations (2007) (Arthur Tildesley) | - Many large document reviews<br>- Securities litigation experience<br>- Subprime/CDO experience<br>- Securities industry experience<br>- Project attorney at Pillsbury Winthrop, Debevoise & Plimpton<br>- Financial experience at A.G. Edwards, Prudential Securities, UBS/PaineWebber, Smith Barney | Loyola Marymount University, MBA with concentration in finance and international economics | $425 | University of San Diego School of Law |
| 14 | Belden N▮ | Kirby McInerney | 2004 | - Substantive document review and deposition preparation of Co-Head, Global CDOs (Janice Warne); Co-head of CMB Risk Management (market risk focus) (Ellen Duke); CDO Trading, GSCP, Super Senior Book (Brian Yarrington); GSCP Structuring (Robert Pinniger); Co-Head, Credit Markets (Chad Leat); Head of Europe, Middle East and Africa Risk Management (Colin Church); Citigroup Board member (Robert Rubin) | - Subprime/CDO experience<br>- Orrick, Herrington & Sutcliffe (associate in the structured finance department; served as deal leader in multiple CDO, CLO and RMBS transactions and securitizations) | M.I.T., Master of Engineering | $525 | Columbia Law School |

*In re Citigroup Inc. Sec. Litig.*
No. 07 Civ. 9901 (SHS)
Core Team of Project-Specific Attorneys (*see* Reply Decl. of Ira Press and Peter Linden at ¶ 100 n.18) [Dkt. No. 196]

| | Name | Firm | Year of Admission to Practice | Sample of Tasks Performed | Relevant Experience to Current Litigation (*e.g.* large document reviews, subprime/CDO, securities litigation, financial / securities industry experience) | Judicial Clerkships and Other Special Credentials or Advance Degrees | 2012 Claimed Rate | Law School |
|---|---|---|---|---|---|---|---|---|
| 15 | Laurie P | Kirby McInerney | 2001 | - Substantive document review and prepared for and conducted depositions of: CMB business unit manager (Shawn Feeney); Head of Credit Products at CMB Risk Management (Murray Barnes); Co-Head of FICC (Randy Barker); Head of GSCP from 8/2006 - 10/2007 (Michael Raynes); CDO Trading, GSCP, Super Senior Book (Brian Yarrington); Chief Risk Officer of Citigroup, Inc. (until November 2007) (David Bushnell); Head, Investor Relations (2007) (Arthur Tildesley)<br>- Assisted with preparation for, and at, deposition of Co-Head of CMB Risk Management (credit focus) (Patrick Ryan) | - Large document reviews<br>- Securities litigation experience<br>- Subprime/CDO experience | Law Clerk to the Honorable Joel F. Dubina for the United States Court of Appeals for the Eleventh Circuit<br><br>Georgetown University Law Center, LLM Candidate (May 2013) in Securities and Financial Regulation | $550 | The Cumberland School of Law |
| 16 | Kellen S | Kirby McInerney | 2010 | - Substantive document review and deposition preparation of Head of Credit Products at CMB Risk Management (Murray Barnes); Head of GSCP from 8/2006 - 10/2007 (Michael Raynes); Head of GSCP Credit Correlation (since October 2006) and Head of GSCP ABS Correlation (starting June 2007) (Mickey Bhatia); Co-head of GSCP ABS CDOs (structuring) (Darius Grant); Head of FICC, Fixed Income Strategy and Analysis (Sunt Harford); Co-Head, Credit Markets (Chad Leat) | - Securities industry experience<br>- Morgan Stanley, Institutional Equities Division Consultant | | $350 | Fordham University School of Law |

*In re Citigroup Inc. Sec. Litig.*
No. 07 Civ. 9901 (SHS)
Core Team of Project-Specific Attorneys (*see* Reply Decl. of Ira Press and Peter Linden at ¶ 100 n.18) [Dkt. No. 196]

| | Name | Firm | Year of Admission to Practice | Sample of Tasks Performed | Relevant Experience to Current Litigation (*e.g.* large document reviews, subprime/CDO, securities litigation, financial / securities industry experience) | Judicial Clerkships and Other Special Credentials or Advance Degrees | 2012 Claimed Rate | Law School |
|---|---|---|---|---|---|---|---|---|
| 17 | Gail T▓ | Kirby McInerney | 2010 | - Substantive document review and deposition preparation of CMB Business Unit Manager (Shawn Feeney); Co-Head of FICC (Randy Barker); Chief Operating Officer of Citigroup, Inc. (Robert Druskin); GSCP sales (Sohail Khan); Chief Financial Officer, FICC (Jo Anne Williams); CMB Controller (Frank Marsigliano); Head, Investor Relations (2007) (Arthur Tildesley); Co-head of CMB Risk Management (market risk focus) (Ellen Duke) | - Project Attorney work for a "Vault 100 law firm" | | $375 | Dickinson School of Law (Penn State University) |
| 18 | Kumudini U▓ | Kirby McInerney | 1999 | - Substantive document review | - Large document reviews<br>- Securities litigation experience<br>- Subprime/CDO experience<br>- Securities industry experience<br>- Kaplan Fox (securities class action staff attorney); Sullivan & Cromwell (project attorney in CDO case); United States Securities and Exchange Commission (Staff Attorney, Enforcement Division). More Project Attorney work for Wilkie Farr & Gallagher; Simpson Thacher & Bartlett; Cleary Gottlieb Steen & Hamilton LLP | | $550 | Brooklyn Law School |

*In re Citigroup Inc. Sec. Litig.*
No. 07 Civ. 9901 (SHS)
Core Team of Project-Specific Attorneys (*see* Reply Decl. of Ira Press and Peter Linden at ¶ 100 n.18) [Dkt. No. 196]

| # | Name | Firm | Year of Admission to Practice | Sample of Tasks Performed | Relevant Experience to Current Litigation (*e.g.* large document reviews, subprime/CDO, securities litigation, financial / securities industry experience) | Judicial Clerkships and Other Special Credentials or Advance Degrees | 2012 Claimed Rate | Law School |
|---|---|---|---|---|---|---|---|---|
| 19 | Ievgeniia V▮ | Kirby McInerney | 2011 | - Substantive document review and deposition preparation of Head of Credit Products at CMB Risk Management (Murray Barnes) | N/A | | $350 | Georgetown University Law Center |
| 20 | Andrew W▮ | Kirby McInerney | 2003 | - Substantive document review and deposition preparation of Head of Credit Products at CMB Risk Management (Murray Barnes); Citigroup Chief Administrator Officer (Lewis Kaden); GSCP Sales (covered monolines MBIA, ACA, XL, maybe others; also BSAM, BNP Paribas) (Carol Brand); Chief Operating Officer of CMB Risk Management (Steven Ekert); Pricing Group Head, CMB (Tobias Brushammar) | - Large document reviews<br>- Securities litigation experience<br>- Former Kirby McInerney associate | | $550 | Columbia Law School |
| 21 | Soo W▮ | Kirby McInerney | 2003 | - Substantive document review and deposition preparation of Head of Accounting Policy at CMB (William Bozarth); Citigroup CFO (beginning March 12, 2007) (Gary Crittenden); Citigroup Chief Administrator Officer (Lewis Kaden) | - Large document reviews<br>- Securities litigation experience<br>- Project Attorney work for Cleary, Gottlieb, Steen & Hamilton LLP; Willkie Farr & Gallagher LLP | Certified Public Accountant | $525 | Brooklyn Law School |
| 22 | Kathryn C▮ | Glancy Binkow & Goldberg | 2001 | - Substantive document review | - Large document reviews<br>- Securities litigation experience<br>- Subprime/CDO experience<br>- Project Attorney work for Wachtell, Lipton, Rosen and Katz; Wilmer Hale LLP; Milberg LLP; Shearman and Sterling LLP; McDermott, Will & Emery | Boston University School of Law - Master's of Law in Banking and Finance Law | $475 | New England School of Law |
| 23 | Dustin J▮ | Glancy Binkow & Goldberg | 2010 | - Substantive document review | - Large document review<br>- Securities litigation experience<br>- Subprime/CDO experience<br>- Project Attorney work for Kirkland & Ellis; Kaye Scholer; Simpson, Thacher & Bartlett | | $375 | Thomas M. Cooley Law School |

*In re Citigroup Inc. Sec. Litig.*
No. 07 Civ. 9901 (SHS)
Core Team of Project-Specific Attorneys (*see* Reply Decl. of Ira Press and Peter Linden at ¶ 100 n.18) [Dkt. No. 196]

| | Name | Firm | Year of Admission to Practice | Sample of Tasks Performed | Relevant Experience to Current Litigation (*e.g.* large document reviews, subprime/CDO, securities litigation, financial / securities industry experience) | Judicial Clerkships and Other Special Credentials or Advance Degrees | 2012 Claimed Rate | Law School |
|---|---|---|---|---|---|---|---|---|
| 24 | Anne L▮ | Glancy Binkow & Goldberg | 2007 | - Substantive document review and deposition preparation of CMB Controller (until June 2007) and CMB Chief Financial Officer (from June 2007 onwards) (Cliff Verron) | - Large document review<br>- Subprime/CDO experience<br>- Project Attorney work for Weil, Gotshal &Manges LLP; Wilmer Cutler Pickering Hale and Dorr; Wachtell, Lipton, Rosen & Katz | Baruch College - Masters in Business Administration in International Business | $400 | Brooklyn Law School |
| 25 | Kymberly R▮ | Glancy Binkow & Goldberg | 2008 | - Substantive document review and deposition preparation of CMB Controller (Frank Marsigliano) | - Large document review<br>- Securities litigation experience<br>- Project Attorney work for Quinn, Emanuel, Urquhart & Sullivan, LLP; Willkie Farr & Gallagher, LLP; Wachteil Lipton Rosen & Katz, LLP | Benjamin N. Cardozo School of Law, L.L.M. | $400 | Pace University School of Law |
| 26 | Richard W▮ | Glancy Binkow & Goldberg | 1985 | - Substantive document review and deposition preparation of CDO Trading, GSCP, Super Senior Book (Brian Yarrington); Head of Accounting Policy at CMB (William Bozarth); Co-Head of CMB (banking) (Michael Klein); Head of Financial Reporting, Citigroup Inc. (William Gonska); Citigroup CFO (beginning March 12, 2007) (Gary Crittenden); Head of CDO Secondary Trading (Donald Quintin) | - Large document review | | $550 | University of Minnesota Law School |
| 27 | Gilyana B▮ | Motley Rice | 2003 | - Substantive document review | - Large document review | Russian People's University School of Law (Moscow, Russia) - Master degree of law | $400 | Russian People's University School of Law (Moscow, Russia) |

*In re Citigroup Inc. Sec. Litig.*
No. 07 Civ. 9901 (SHS)
Core Team of Project-Specific Attorneys (*see* Reply Decl. of Ira Press and Peter Linden at ¶ 100 n.18) [Dkt. No. 196]

| | Name | Firm | Year of Admission to Practice | Sample of Tasks Performed | Relevant Experience to Current Litigation (*e.g.* large document reviews, subprime/CDO, securities litigation, financial / securities industry experience) | Judicial Clerkships and Other Special Credentials or Advance Degrees | 2012 Claimed Rate | Law School |
|---|---|---|---|---|---|---|---|---|
| 28 | Kimberly M▇ | Motley Rice | 2008 | - Substantive document review and deposition preparation of CMB business unit manager (Shawn Feeney); Co-Head of FICC (Randy Barker); Director and Chair of Audit & Risk Committee of Citigroup's Board of Directors (Michael Armstrong); Co-Head of Global CDOs (Nestor Dominguez); Citigroup CFO (beginning March 12, 2007) (Gary Crittenden); Director and Chair of Corporate Governance Committee, member of Executive Executive and Personnel and Compensation Committees of Citigroup's Board of Directors (Alain Belda) | - Large document review<br>- Securities litigation experience<br>- Subprime/CDO experience<br>- Project Attorney work for Quinn Emanuel Urquhart & Sullivan, LLP; Greenberg Traurig, LLP; Sidley Austin, LLP; Shearman & Sterling, LLP; Wachtell, Lipton, Rosen & Katz; Gibson Dunn & Crutcher; Cadwalader, Wickersham & Taft, LLP | | $350 | Seton Hall University School of Law |
| 29 | Lissa B▇ | Law Office of Alan L. Kovacs | 2006 | - Substantive document review | - Jones, Day (associate); Fulbright & Jaworski, LLP (associate) | | $375 | Georgetown University Law Center |
| 30 | Kaleen F▇ | Law Office of Alan L. Kovacs | 2008 | - Substantive document review | - Large document review<br>- Subprime/CDO experience<br>- Securities industry experience<br>- Troutman Sanders LLP (associate) | | $325 | Cornell Law School |
| 31 | Laura C▇ | Law Office of Kenneth A. Elan | 1995 | - Substantive document review | N/A | | $500 | New York Law School |
| 32 | Rachel G▇ | Law Office of Kenneth A. Elan | 2011 | - Substantive document review | N/A | | $275 | New York Law School |

*In re Citigroup Inc. Sec. Litig.*
No. 07 Civ. 9901 (SHS)
Supplemental Team of Project-Specific Attorneys (*see* Reply Decl. of Ira Press and Peter Linden at ¶ 106 n.20) [Dkt. No. 196]

| | Name | Firm | Year of Admission to Practice | Sample of Tasks Performed | Relevant Experience to Current Litigation (e.g. large document reviews, subprime/CDO, securities litigation, financial / securities industry experience) | Judicial Clerkships and Other Special Credentials or Advance Degrees | 2012 Claimed Rate | Law School |
|---|---|---|---|---|---|---|---|---|
| 1 | India A▮ | Kirby McInerney | 2010 | Summarizing deposition testimony and evaluating it for potential use in later stages of the litigation; document review of Citigroup and third party productions | - Large document reviews<br>- Securities litigation experience (a little as she mentioned one securities case on her resume) | | $375 | New York University School of Law |
| 2 | Seth A▮ | Kirby McInerney | 2011 | Summarizing deposition testimony and evaluating it for potential use in later stages of the litigation; document review of Citigroup and third party productions | - Large document reviews<br>- Securities litigation experience<br>- Subprime/CDO experience<br>- MSCI, Institutional Shareholder Services (advised on legal environment for securities) | | $375 | Georgetown University Law Center |
| 3 | Ryan B▮ | Kirby McInerney | 2010 | Summarizing deposition testimony and evaluating it for potential use in later stages of the litigation; document review of Citigroup and third party productions | - Large document reviews | | $375 | Georgetown University Law Center |
| 4 | Anne B▮ | Kirby McInerney | 2000 | Summarizing deposition testimony and evaluating it for potential use in later stages of the litigation; document review of Citigroup and third party productions | - Subprime/CDO experience<br>- Securities industry experience<br>- Clifford Chance (Associate); Allen & Overy (Associate); Mayer, Brown & Platt (Associate – structured finance experience); HSBC Bank USA, N.A./HSBC Securities (USA), Inc.; U.N. International Criminal Tribunal for Rwanda and Former Yugoslavia | | $550 | New York University School of Law |
| 5 | Gayle B▮ | Kirby McInerney | 1974 | Summarizing deposition testimony and evaluating it for potential use in later stages of the litigation; document review of Citigroup and third party productions | - Many large document reviews<br>- Securities litigation experience<br>- Project Attorney work for Covington & Burling; Cadwalader, Wickersham & Taft; Skadden, Arps, Slate, Meagher & Flom; Wilmer Cutler Pickering Hale and Dorr; Wilkie Farr & Gallagher; Nixon, Peabody. | | $550 | Wayne State University |

*In re Citigroup Inc. Sec. Litig.*
No. 07 Civ. 9901 (SHS)
Supplemental Team of Project-Specific Attorneys (*see* Reply Decl. of Ira Press and Peter Linden at ¶ 106 n.20) [Dkt. No. 196]

| | Name | Firm | Year of Admission to Practice | Sample of Tasks Performed | Relevant Experience to Current Litigation (*e.g.* large document reviews, subprime/CDO, securities litigation, financial / securities industry experience) | Judicial Clerkships and Other Special Credentials or Advance Degrees | 2012 Claimed Rate | Law School |
|---|---|---|---|---|---|---|---|---|
| 6 | Mashariki D. | Kirby McInerney | 2009 | Summarizing deposition testimony and evaluating it for potential use in later stages of the litigation; document review of Citigroup and third party productions | - Large document reviews<br>- Securities litigation experience<br>- Subprime/CDO experience<br>- Securities industry experience<br>- Gerstein Savage LLP (associate - experience in corporate and securities law)<br>- Mutual fund accountant at Solomon Smith Barney and Neuberger & Berman | | $425 | Thomas M. Cooley Law School |
| 7 | Joanna D. | Kirby McInerney | 2010 | Summarizing deposition testimony and evaluating it for potential use in later stages of the litigation; document review of Citigroup and third party productions | - Large document reviews<br>- Project attorney work for "large law firms on three separate anti-trust matters" | - Law clerk to Hon. Marilyn Shafer (Supreme Court of New York)<br>- Law clerk and research associate for Justices Ray Finkelstein and Shane Marshall (Federal Court of Australia, Victoria Registry) | $400 | City University of New York School of Law |
| 8 | Tilewa F. | Kirby McInerney | 2008 | Summarizing deposition testimony and evaluating it for potential use in later stages of the litigation; document review of Citigroup and third party productions | - Many large document reviews<br>- Arent Fox (Associate); Project Attorney work for Mayer Brown LLP; Ropes & Gray LLP; Skadden, Arps, Slate, Meagher & Flom, LLP; Wilmer Cutler Pickering Hale and Dorr LLP | | $425 | Seattle University School of Law |
| 9 | Paul K. | Kirby McInerney | 1998 | Summarizing deposition testimony and evaluating it for potential use in later stages of the litigation; document review of Citigroup and third party productions | - Large document reviews<br>- Securities litigation experience<br>- City of Fort Wayne, Indiana (Associate City Attorney, 2004-2009) | | $550 | State University of New York at Buffalo, School of Law |

*In re Citigroup Inc. Sec. Litig.*
No. 07 Civ. 9901 (SHS)
Supplemental Team of Project-Specific Attorneys (*see* Reply Decl. of Ira Press and Peter Linden at ¶ 106 n.20) [Dkt. No. 196]

| | Name | Firm | Year of Admission to Practice | Sample of Tasks Performed | Relevant Experience to Current Litigation (*e.g.* large document reviews, subprime/CDO, securities litigation, financial / securities industry experience) | Judicial Clerkships and Other Special Credentials or Advance Degrees | 2012 Claimed Rate | Law School |
|---|---|---|---|---|---|---|---|---|
| 10 | Kevin K▉ | Kirby McInerney | 2010 | Summarizing deposition testimony and evaluating it for potential use in later stages of the litigation; document review of Citigroup and third party productions | - Large document reviews<br>- Securities litigation experience from document review responding to SEC investigations of potential securities fraud<br>- Project Attorney: Pillsbury Winthrop; Cravath, Swaine & Moore; Kirkland & Ellis | | $375 | Tulane University Law School |
| 11 | Teresa L▉ | Kirby McInerney | 2010 | Summarizing deposition testimony and evaluating it for potential use in later stages of the litigation; document review of Citigroup and third party productions | - Large document reviews<br>- Project Attorney: Ropes & Gray; Deloitte & Touche; Quinn Emanuel | | $350 | St. John's University School of Law |
| 12 | Kristie O▉ | Kirby McInerney | 2010 | Summarizing deposition testimony and evaluating it for potential use in later stages of the litigation; document review of Citigroup and third party productions | - Large document reviews<br>- Securities litigation experience<br>- Subprime/CDO experience<br>- Temporary legal consultant for Simpson Thacher in MBS litigation | Law clerk to Hon. Bruce Allen (New York Supreme Court, Criminal Division) | $350 | New York Law School |
| 13 | Nina Petraro-B▉ | Kirby McInerney | 2007 | Summarizing deposition testimony and evaluating it for potential use in later stages of the litigation; document review of Citigroup and third party productions | - Large document reviews | | $450 | St. John's University School of Law |
| 14 | Janet P▉ | Kirby McInerney | 1997 | Summarizing deposition testimony and evaluating it for potential use in later stages of the litigation; document review of Citigroup and third party productions | N/A | Administrative Law Judge at the Office of Administrative Trials & Hearings, Environmental Control Board<br><br>Legal certificate from Norman Manley Law School (Jamaica) | $550 | Hofstra University School of Law |

In re Citigroup Inc. Sec. Litig.
No. 07 Civ. 9901 (SHS)
Supplemental Team of Project-Specific Attorneys (see Reply Decl. of Ira Press and Peter Linden at ¶ 106 n.20) [Dkt. No. 196]

| | Name | Firm | Year of Admission to Practice | Sample of Tasks Performed | Relevant Experience to Current Litigation (e.g. large document reviews, subprime/CDO, securities litigation, financial / securities industry experience) | Judicial Clerkships and Other Special Credentials or Advance Degrees | 2012 Claimed Rate | Law School |
|---|---|---|---|---|---|---|---|---|
| 15 | Michael S | Kirby McInerney | 2010 | Summarizing deposition testimony and evaluating it for potential use in later stages of the litigation; document review of Citigroup and third party productions | - Large document reviews<br>- Securities industry experience<br>- Associate in Corporate Securities and Asian Practice Groups (boutique securities law firms – JSBarkats PLLC and Sichenzia Ross Friedman Ference LLP) | Georgetown University Law Center, LLM (Taxation) | $375 | Georgetown University Law Center |
| 16 | Stephanie S | Kirby McInerney | 2007 | Summarizing deposition testimony and evaluating it for potential use in later stages of the litigation; document review of Citigroup and third party productions | - Large document reviews<br>- Project Attorney work for "various large corporate law firms" | | $450 | Cardozo School of Law |
| 17 | Julian S | Kirby McInerney | 2011 | Summarizing deposition testimony and evaluating it for potential use in later stages of the litigation; document review of Citigroup and third party productions | - Many large document reviews<br>- Project Attorney at: Goodwin Procter, Davis Polk, Cleary Gottlieb, Sullivan & Cromwell | FINRA (intern) | $350 | Brooklyn Law School |
| 18 | Colin S | Kirby McInerney | 2002 | Summarizing deposition testimony and evaluating it for potential use in later stages of the litigation; document review of Citigroup and third party productions | - Large document reviews<br>- Dewey & LeBoeuf LLP (Associate); seems to have done "electronic discovery" work at Cravath, Swaine & Moore LLP, at Nixon Peabody LLP, at Wilmer, Cutler, Pickering Hale and Dorr LLP, and at Goodwin Procter LLP | Law Clerk to Hon. Joseph A. Greenaway, Jr. (U.S. District Court, District of New Jersey) | $550 | New York University School of Law |
| 19 | Jason S | Kirby McInerney | 2005 | Summarizing deposition testimony and evaluating it for potential use in later stages of the litigation; document review of Citigroup and third party productions | - Large document reviews<br>- Securities litigation experience Kramer, Levin, Naftalis & Frankel, LLP (Associate); Project Attorney work (firms not specified) | | $500 | Emory University School of Law |
| 20 | Steven W | Kirby McInerney | 2000 | Summarizing deposition testimony and evaluating it for potential use in later stages of the litigation; document review of Citigroup and third party productions | - Large document reviews<br>- Foley & Lardner LLP (associate); Hogan & Hartson (associate); Fish & Richardson P.C. (associate) | Ph.D candidate, Rutgers Business School; Master of Science in Finance, The Johns Hopkins Univ.; MBA, College of William and Mary | $550 | College of William and Mary |