# EXHIBIT 42

```
                                                                        1
    D2S8CITC
 1  UNITED STATES DISTRICT COURT
 1  SOUTHERN DISTRICT OF NEW YORK
 2
 2  ------------------------------x
 3
 3  IN RE CITIGROUP, INC.
 4  SECURITIES LITIGATION                    07 Cv. 9901 (SHS)
 4
 5  ------------------------------x
 5
 6                                           February 28, 2013
 6                                           10:10 a.m.
 7
 7  Before:
 8
 8                     HON. SIDNEY H. STEIN
 9
 9                                           District Judge
10
10                         APPEARANCES
11
11  KIRBY McINERNEY LLP
12       Attorneys for Plaintiffs
12  BY:  IRA M. PRESS
13       PETER S. LINDEN
13       ANDREW M. McNEELA
14
14  ENTWISTLE & CAPPUCCI
15       Attorneys for Plaintiffs
15  BY:  JONATHAN H. BEEMER
16
16  PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
17       Attorneys for Defendants
17  BY:  RICHARD A. ROSEN
18       JANE B. O'BRIEN
18
19
19  Also present:
20
20       THEODORE FRANK, Objector (by telephone)
21
21
22
22
23
24
25
                  SOUTHERN DISTRICT REPORTERS, P.C.
                          (212) 805-0300
```

```
                                                                      4
       D2S8CITC
 1              I am also denying that area of his requests which seek
 2     to know how much the contract attorneys -- I think the
 3     plaintiffs call them project specific attorneys -- are paid.
 4     The law is quite clear that the issue for me is what a
 5     reasonable fee is.  The issue is what the market pays for the
 6     various attorneys.  That's Arbor Hill.  There is a whole line
 7     of cases on that.  The issue of how much profit there is in
 8     this for the plaintiffs' attorneys I think is not relevant to
 9     my inquiry under the law; that is, I am not supposed to look at
10     the difference between the costs to the plaintiffs' firms and
11     what a reasonable fee is.  The issue is what the market rate is
12     for these people.  So I am not going to grant any discovery in
13     regard to what these people are being paid.
14              However, I do think it's relevant, and something I
15     would like to know, as to what the qualifications and
16     reputations and skills of the contract attorneys are.  And I
17     know the declarations put in by the plaintiffs' attorneys say,
18     oh, they are the same as our regular attorneys, and some went
19     to fabulous law schools and others have had a great deal of
20     experience with CDO issues and others have worked on these
21     projects before.  I understand that.  But I think the Court and
22     Mr. Frank are entitled to specifics so that we can get beyond
23     the generalities and take a look and see if in fact the
24     contract attorneys do have comparable skills, experience and
25     reputations to the attorneys who are regular employees of the
                     SOUTHERN DISTRICT REPORTERS, P.C.
                               (212) 805-0300
```

```
                                                                 5
     D2S8CITC
 1   law firms.
 2             That's one area that I want.  And I will be specific.
 3   I have a list here.  I will tell you what specifically I want.
 4             Another area that I think I want information on, and I
 5   believe Mr. Frank does as well, is to get a better feel for the
 6   extent of duplication of effort, if any, and so I will talk
 7   about that.
 8             Here is the list of what I want and you will have to
 9   make it available.  You will file it and therefore it will be
10   available to Mr. Frank as well.
11             The plaintiffs' attorneys have already offered to
12   submit the daily time records, and I want that.  And when I say
13   plaintiffs' attorneys, I am not only talking about Kirby
14   McInerney, although obviously that's the bulk of it, but you're
15   going to be responsible for all of the plaintiffs' firms.
16             I do want the daily time records.  I think the case
17   law in the Second Circuit read tightly is that there should be
18   contemporaneous time records filed with the Court so I am going
19   to ask for those.  I can't tell you what format they should
20   use.  I certainly don't want truckloads of documents.  I assume
21   disks are better, but I will leave that to you.  That's one
22   thing, daily time records of the attorneys, contemporaneous
23   time records if they are available.
24             Secondly, there was, in my recollection, a substantial
25   amount of time spent on, I will characterize it as internecine
                     SOUTHERN DISTRICT REPORTERS, P.C.
                              (212) 805-0300
```

```
                                                                  8
        D2S8CITC
 1      straightforward.  There were not that many physical
 2      conferences.  So that's a third bundle of information.
 3              A fourth bundle of information is expenses, and this
 4      can be very straightforward.  If there was a policy for travel,
 5      that it had to be economy or business or first, I want to know
 6      that.  If it's free play, that is, you did whatever you want, I
 7      am going to need a breakdown of what was economy, what was
 8      business, and what was first class, in terms of travel, and it
 9      won't surprise you that I am only going to be approving the
10      economy flights.  And I want, if it's available, the average
11      hotel rate in each city.  My assumption is most of these
12      depositions took place in New York, and the attorneys are in
13      New York so I think that will basically just drop out.  My
14      guess is I am not asking for a great deal of information for
15      the hotel rates, but I do think it is relevant.
16              Then perhaps a minor matter.  I want the per page
17      copying rate for each firm.
18              Now, let's turn to the next group, which is contract
19      attorneys.  Kirby McInerney is telling me, and I have no reason
20      to doubt it because I don't have the information, they are
21      telling me that the qualifications are the same for contract
22      attorneys as for Kirby McInerney attorneys.  And again, I am
23      just using Kirby McInerney, but I mean every firm.
24              If I understand the submissions, Kirby McInerney is
25      saying, Mr. Frank is saying, we don't know who those contract
                     SOUTHERN DISTRICT REPORTERS, P.C.
                               (212) 805-0300
```

```
                                                                    9
     D2S8CITC
 1   attorneys are, and he is also saying they are paid less than
 2   regular attorneys.  I have responded to that.  That's
 3   irrelevant to me.  But I do need to know their skills,
 4   experience, qualifications, reputation so I can attempt to
 5   determine what the market rate is for their services vis-a-vis
 6   regular associates and partners.
 7            Kirby McInerney says, you know, Mr. Frank, who the
 8   contract attorneys are because you have the bios of our lawyers
 9   and everybody else is a contract attorney.  That's not terribly
10   helpful to me because I don't think I should be accepting at
11   face value the fact that, because Miss So and So went to NYU
12   Law, that's a woman who you both seem to focus on, therefore
13   her qualifications are the same as everybody else.  And because
14   some of these contract attorneys happen to work for major firms
15   their qualifications are the same.  I think I need more
16   information than that.
17            Kirby McInerney says it went through, I don't know,
18   100 bios and chose only one out of three or four.  I think
19   those are the basic figures.  And they were seen by two or
20   three personnel.  When I see a word like that, I am not sure
21   who the personnel is, although you do say that it was often
22   Mr. Press and Mr. Linden who were reviewing people.  But what I
23   want is, because you gave me the bios of your firm people, I
24   want the bios of the contract people.  Presumably those are
25   available.  I don't want you to be going to whatever agency
                    SOUTHERN DISTRICT REPORTERS, P.C.
                              (212) 805-0300
```