# EXHIBIT 43

```
-------- Original Message --------
Subject: Re: Steve D███████
   Date: Tue, 4 Oct 2011 08:30:46 -0400 (EDT)
   From: Michael M███████ <mm███████@kmllp.com>
     To: plinden@kmllp.com
```

Steve will be available to work starting tomorrow. He said that he could come in today but it would be later in the afternoon. I will tell him to plan on coming in to meet you.

> I would need to interview him in person. Also, according to his resume he
> is currently employed. Is he losing that job?

```
-------- Original Message --------
Subject: Re: Steve D███████
   Date: Tue, 4 Oct 2011 09:24:12 +0800 (SGT)
   From: Michael M███████ <mm███████@kmllp.com>
     To: Peter S. Linden <plinden@kmllp.com>
```

Peter,

Steve's resume is attached.
He is in Rockland county tomorrow so would be able to interview by phone.
I know him to be a good employee, hard working and smart.
Thanks

 send me his resume
>
> Michael M███████ wrote:
>
>>Peter,
>>
>>Steve is an attorney that I have worked with in the past who I would
>>recommend for one of the openings we have. I know he is looking and if
>> you
>>are amenable, I can have him come in to talk to you. Any interest?
>>
>>
>>
>>
>
> --
> Peter S. Linden
> KIRBY McINERNEY LLP
> 825 Third Avenue, 16th Floor
> New York, NY 10022
> Tel: 212.371.6600
> www.kmllp.com
>

# STEVEN H. D███

RELATED PROFESSIONAL EXPERIENCE

**DFUZE Entertainment Media, LLC,** New York, New York
- **General Counsel & Member** *(September 2009 – October 2011)*: Advised managing members on all legal, business development, and financial matters for an early-stage, web-based, video production company and distribution network. Developed company operating agreement and minority ownership vesting plan. Maintained company's Intellectual Property portfolio, including management and oversight of Outside Counsel. Managed all video-release, work-for-hire, employment and independent contractor agreements, content development and acquisition rights and clearances reviews, content licensing agreements, and all related policies and procedures. Drafted website terms and conditions, privacy policy, and revenue sharing agreements.

**D█████ Law,** New City, New York
- **Principal Attorney** *(May 2009 – January 2011)*: Advised clients on both legal and business matters. Practice focused on start-ups and small businesses, business strategy counseling, new media, outsourced general counsel support, technology and product licensing, and venture capital transactions and negotiations.

**Strategic Legal Solutions, Inc.,** New York, New York
- **Contract Attorney/QC Team Lead,** *(April 2008 – November 2010)*: Conducted multiple electronic document reviews pursuant to regulatory agencies document requests, and client's internal investigations relating to the examinations of investment bank and hedge fund collapses, bond price fixing, commodities pricing, pharmaceuticals sales and marketing, and software patent infringement lawsuits. Reviews conducted for DiscoverReady LLC, Hughes Hubbard & Reed LLP, and Debevoise & Plimpton LLP

**Invensys PLC,** Foxboro, Massachusetts
- **Summer Associate, Legal Department** *(May – December 2007)*: Drafted portions of template worldwide agency agreement. Revised purchase order terms and conditions for North America. Revised agency, distributor, and purchase agreements. Researched and prepared memoranda on export record keeping, and on data and record retention best practices. Conducted review of all EULA pass-through license obligations. Developed new contracts approval and tracking procedures. Collaborated with other departments to improve and streamline global legal department website, online contracts management, billing, and e-discovery systems.

**Cubist Pharmaceuticals, Inc.,** Lexington, Massachusetts
- **Summer Associate, Legal Department** *(May 2006 – May 2007)*: Actively participated in negotiation and drafting of licensing agreement with AstraZeneca for development and commercialization of CUBICIN® in China, Asia, the Middle East, and Africa. Researched and composed memoranda for General Counsel on stock option compensation issues and on the implications of pending tax legislation. Drafted product licensing agreements, and technology acquisition contracts. Participated in outside counsel's negotiation training, and Revlon duties seminars. Interviewed multiple vendors, and oversaw implementation of Cubist's Sarbanes-Oxley compliance hotline. Assisted with SEC, patent, and trademark filings.

**Suffolk University Law School,** Boston, Massachusetts
- **Research Assistant for Professor Jessica Silbey** *(August – December 2005)*: Researched legal issues pertaining to inventorship and patent law, for publication in: *The Mythical Beginnings of Intellectual Property*, 15 Geo. Mason L. Rev. 319 (2008).

**The Brigham & Women's Hospital, Office of Corporate Sponsored Research and Licensing (CSRL),** Boston, Massachusetts
- **Summer Intern** *(May – August 2005)*: Drafted material transfer, sponsored research, joint research, and option and licensing agreements. Drafted non-confidential invention summaries and disclosures for use by hospital's technology marketing personnel.

**Boies, Schiller & Flexner LLP,** Armonk, New York
- **Paralegal** *(August 2003 – August 2004)*: Maintained case files, performed document reviews, conducted legal research, prepared documents, assembled exhibits, cite checked filings, assisted in all aspects of hearing preparation, engaged clients directly, prepared for and attended depositions, and trained new staff.
    - **Trial Experience:** *SR Int'l Bus. Ins. Co. Ltd. v. World Trade Center Properties, LLC, et al.*
    - **Publication:** Acknowledged in David Boies's *Courting Justice*, 2004.

OTHER PROFESSIONAL EXPERIENCE

**The Joseph Stokes Jr., Research Institute at The Children's Hospital of Philadelphia,** Philadelphia, Pennsylvania
- **Research Assistant** *(August 2002 – July 2003)*: Studied effects of the molecular chaperone GRP94 in the immune system and on cancer cell lines. Utilized PCR, DNA extraction, protein purification, HPLC, gel electrophoresis, tissue cultures, embryo extraction, and animal colony growth and maintenance techniques.
    - **Publication:** Acknowledged for work on recombinant DNA purification in: Tali Gidalevitz, et al., *Identification of the N-terminal Peptide Binding Site of Glucose-regulated Protein 94*, J. Biol. Chem., Vol. 279, Issue 16, 16543-16552, April 16, 2004.

**Maersk Sealand Inc. & Maersk Pacific Ltd.,** Long Beach, California / Copenhagen, Denmark
- **Operations Consultant, MISE Trainee** *(August 2001 – July 2002)*: Managed unionized labor force of 150 men and women, directed multimodal operations, and served on development team for Pier 400 shipping terminal at the Port of Long Beach/Port of Los Angeles. Attended international seminars on shipping law, marketing, globalization, multinational corporate management, economics, and international relations.

## BAR ADMISSIONS

**Washington, District of Columbia Bar,** admitted June 2009
**New York State Bar,** admitted March 2009
**New Jersey State Bar,** admitted December 2008
**Massachusetts State Bar,** admitted June 2008

## EDUCATION

**Suffolk University Law School & Sawyer Business School,** Boston, Massachusetts
*Juris Doctor* & *Master of Science* in Finance, January 2008

- **Honors:** Dean's List (*Summer 2005 – Spring 2007*)
- **Honor Board:** Journal of Health & Biomedical Law: Senior Consulting Editor (*Vol. III:2*), Managing Editor (*Vols. II:2 & III:1*)
- **Activities:** Faculty Appointment Committee – Student Advisory Panel, Member (*Fall 2006 – Spring 2007*)
  Student Bar Association, Student Affairs Committee – Technology Chair (*Spring – Fall 2006*)
- **Study Abroad:** Global Financial Markets, International Immersion Program (London, England, Spring 2007)

**Muhlenberg College,** Allentown, Pennsylvania
*Bachelor of Science* in Biology; *Minor* in Business Administration, May 2001

- **Honors:** Commencement Speaker 2001, elected by senior class to deliver commencement address
  Student Leader of the Year 2001, Award Recipient
- **Study Abroad:** Bridges of Understanding Cultural Exchange Program (Germany, Summer 2000)

## PRO BONO ORGANIZATIONS

- **City Bar Justice Center – Neighborhood Entrepreneur Law Project (NELP)** *(October 2009 – Present)*
- **DC Bar – Community Economic Development Project (CED)** *(August 2009 – Present)*

## ASSOCIATIONS

The Association of the Bar of the City of New York (2009 – Present)
Sigma Phi Epsilon, Penn Iota – Alumni Volunteer Council (2009 – Present)
- 75th Anniversary Committee Co-Chair (2010 – Present)

New York State Bar Association (2009 – Present)
Suffolk University Law School Alumni Association (2008 – Present)
Sawyer Business School Alumni Association (2008 – Present)
Muhlenberg College Alumni Association (2001 – Present)