# EXHIBIT 45

*In re Citigroup Inc. Securities Litigation*
c/o GCG
P.O. Box 9899
Dublin, Ohio 43017-5799

1-10-13

I am opposed or object to settlement.
James Dimeff

CH0500642221

Presorted
First-Class Mail
U.S. Postage
**PAID**
Chicago, IL
Permit No. 941

##

481184  22/1200/1      ******AUTO**5-DIGIT 90505
JAMES DIMEFF
CHARLES SCHWAB & CO INC CUST
22705 NADINE CIR UNIT A
TORRANCE CA  90505-8825

03081841

*In re Citigroup Inc. Securities Litigation*, No. 07 Civ. 9901 (SHS) ECF Case

**AMENDMENT TO NOTICE OF (I) PENDENCY OF CLASS ACTION; (II) PROPOSED SETTLEMENT AND PLAN OF ALLOCATION; (III) SETTLEMENT FAIRNESS HEARING; AND (IV) MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

Dear Sir/Madam: Our records indicate that you may not have received the above referenced Notice prior to the deadline for requesting exclusion from the Settlement indicated therein. Please be advised that:

(i) your deadline for making a claim (*see e.g.* paragraph 54 of the Notice) has been extended so that your claim form must now be postmarked by **March 8, 2013**;

(ii) your deadline for requesting exclusion from the settlement (*see e.g.* paragraphs 56-61 of the Notice) has been extended so that any request must now be received by **March 8, 2013**;

(iii) your deadline for objecting to the settlement (*see e.g.* paragraphs 64-68 of the Notice) has been extended so that any objection must now be received by **March 8, 2013**;

(iv) your deadline for filing a Notice of Intention to Appear (*see e.g.* paragraphs 55, 67, 68 of the Notice) must now be received by **March 8, 2013**; and

(v) the Settlement Fairness Hearing date (*see e.g.* paragraphs 62-63 of the Notice) has been rescheduled to **April 8, 2013 at 10:00 a.m.**

If we can be of further assistance, please feel free to call (877) 600-6533.

James Dimeff
22705 Nadine Circle, Apt. A
Bldg. 220
Torrance, CA 90505

SANTA ANA CA 926

11 JAN 2013 PM 8 L





Citigroup Inc Securities Litigation
c/o GCG
P.O Box 9899
Dublin Ohio, 43017-5799

43017589999