# EXHIBIT 46


Association of Corporate Counsel

# ACC/*The Wall Street Journal* Contract-Attorney Use Survey

Does your company use non-staff contract attorneys? If not, perhaps you have considered employing their services in the past, or have entertained the idea for the future. Regardless, there is little doubt that this practice will continue as law firms and clients seek to lower their costs. As the use of contract attorneys becomes more commonplace, you may have a few questions regarding its implementation. What was the nature of work performed by various contract attorneys? What were the reasons behind organizations employing their services? And, perhaps most importantly, how much were they paid? For answers to these questions and more, ACC is proud to present the results of its survey for *The Wall Street Journal*. Also, to read the entire *WSJ* article, please visit http://on.wsj.com/kRJMM7.

*By in-house counsel, for in-house counsel.*<sup>SM</sup>



Did your company use* non-staff "contract" or "project" attorneys in the previous fiscal year?



No — 66.2%
Yes — 33.8%

Total Reponses: 876

*Including any instances where the company worked with or used contract lawyers at third-party agencies.

By in-house counsel, for in-house counsel.SM



## Who hired and recruited the contract attorneys?



- Law Firm
- Third-Party Vendor or Agency
- Your Company
- Other

Total Responses: 357



## What was the nature of the work the contract attorneys performed?



- Document Review Work
- Substantive Project Work
- Subject Matter Expertise
- Other

*Total Responses: 541*

By in-house counsel, for in-house counsel.℠



## What are the reasons for using contract lawyers?



- Law Firm Cost Management
- Specific Company Request
- Specific Skill Set
- Project Deadline
- Project Cost Management

Total Responses: 541

*By in-house counsel, for in-house counsel.*<sup>SM</sup>



What were your organization's total gross revenues for the last fiscal year, including affiliates and subsidiaries?



| Revenue | Percentage |
|---|---|
| Less than $25MM | 11.5% |
| $25 - $49MM | 9.3% |
| $50 - $99MM | 5.2% |
| $100 - $299MM | 11.0% |
| $300 - $499MM | 8.8% |
| $500 - $999MM | 14.0% |
| $1 - $1.9B | 11.5% |
| $2 - $2.9B | 7.4% |
| $3 - $3.9B | 3.0% |
| $4B or more | 18.1% |

Total Responses: 364

By in-house counsel, for in-house counsel.℠



## In the next fiscal year, do you expect to:



- Maintain the current level of use of contract lawyers: 58.9%
- Decrease use of contract lawyers: 18.8%
- Increase use of contract lawyers: 22.3%

Total Responses: 367

*By in-house counsel, for in-house counsel.*[SM]



Typically, your company pays roughly the following hourly rate for contract attorneys performing document review:



Total Responses: 319

*By in-house counsel, for in-house counsel.*<sup>SM</sup>






## Are you willing to discuss your company's use of contract attorneys with The Wall Street Journal for a possible story?



No — 82.8%
Yes — 17.2%

Total Responses: 319

*By in-house counsel, for in-house counsel.*[SM]



## Where is your company based?



- United States
- Canada
- Europe
- Other

Total Responses: 422

*By in-house counsel, for in-house counsel.*[SM]