# Exhibit A

*In re Citigroup Inc. Securities Litigation*, No. 07 Civ. 9901 (SHS)

**Chart Listing Hourly Billing Rates for**
**Contract Attorneys, Associates and Partners Performing**
**Document Review, Analysts, and Non-Legal Personnel, as Submitted by**
**Law Firms in Periodic Fee Statements in Bankruptcy Cases in the Southern District of New York**

| Bankruptcy Case | Law Firm | Contract Attorney Rate[1] | Associate Document Review Rate[1] | Partner or Special Counsel Document Review Rate[1] | Analyst Rate | Non-Legal Personnel Rate |
|---|---|---|---|---|---|---|
| *In re General Growth Properties, Inc.*, Bankr. No. 09-11977 (Bankr. S.D.N.Y.) | Weil, Gotshal & Manges LLP | $500 (*see* Dkt. No. 2366, at 3, 144) | $355 - $580[2] (*see* Dkt. No. 2366, at 3-4, 10-12) | n/a | n/a | $85 - $245 (*see* Dkt. No. 2366, at 5) |
|  |  | $500 (*see* Dkt. No. 6355, at 3, 133-34) | $550 - $595 (*see* Dkt. No. 6355, at 3, 42-45, 149) | $885 (*see* Dkt. No. 6355, at 2, 43-46) | n/a | $125 - $275 (*see* Dkt. No. 6355, at 4-5) |
| *In re Lightsquared Inc.*, Bankr. No. 12-12080 (Bankr. S.D.NY.) | Milbank, Tweed, Hadley & McCloy LLP | n/a | $695 (*see* Dkt. No. 365, at 4, 266) | n/a | n/a | $130 - $295 (*see* Dkt. No. 365, at 5) |
| *In re Great Atlantic & Pacific Tea Co.*, Bankr. No. 10-24549 (Bankr. S.D.N.Y.) | Kirkland & Ellis LLP | n/a | $495 - $605 (*see* Dkt. No. 1566, at 42-44, 245-48) | $680 (*see* Dkt. No. 1566, at 42, 245, 247-48) | n/a | $110 - $305 (*see* Dkt. No. 1566, at 44) |
| *In re Eastman Kodak Co.*, Bankr. No. 12-10202 (Bankr. S.D.N.Y.) | Sullivan & Cromwell LLP | n/a | n/a | $990 (*see* Dkt. No. 2177, at 6, 528) | $290 (*see* Dkt. No. 2177, at 10) | $130 - $290 (*see* Dkt. No. 2177, at 8-10) |

[1] The citations for this column first indicate the page of the fee application at which the attorneys' billing rates can be found, followed by the page(s) at which they bill for document review.

[2] The $355 rate includes one associate who was not yet admitted to the Bar at the time of the fee statement.