**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

IN RE CITIGROUP INC.
SECURITIES LITIGATION

No. 07 Civ. 9901 (SHS)

**ECF Case**

---

NOTICE OF FILING OF SECOND AMENDMENT TO
STIPULATION AND AGREEMENT OF SETTLEMENT

PLEASE TAKE NOTICE that the parties hereby file their Second Amendment to Stipulation and Agreement of Settlement dated July 24, 2013, which memorializes changes specified at the Court's July 23, 2013 conference. A copy of the parties' Second Amendment to Stipulation and Agreement of Settlement is attached hereto as Exhibit A.

Dated: July 24, 2013

Respectfully Submitted,

| | |
|---|---|
| **KIRBY McINERNEY LLP** | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP** |
| By:  */s/ Peter S. Linden* | By:  */s/ Richard A. Rosen* |
| Peter S. Linden (plinden@kmllp.com) | Brad S. Karp (bkarp@paulweiss.com) |
| Ira M. Press (ipress@kmllp.com) | Richard A. Rosen (rrosen@paulweiss.com) |
| 825 Third Avenue, 16th Floor | Susanna M. Buergel (sbuergel@paulweiss.com) |
| New York, New York 10022 | 1285 Avenue of the Americas |
| Telephone: (212) 371-6600 | New York, New York 10022 |
| Fax: (212) 751-2540 | Telephone: (212) 373-3000 |
| | Fax: (212) 757-3990 |
| *Lead Counsel for Plaintiffs* | *Attorneys for the Citigroup Defendants* |

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE CITIGROUP INC.<br>SECURITIES LITIGATION | 07 Civ. 9901 (SHS)<br><br>ECF Case |

### SECOND AMENDMENT TO STIPULATION
### AND AGREEMENT OF SETTLEMENT

Plaintiffs, by and through their undersigned attorneys, Lead Class Counsel, Kirby McInerney LLP, and defendants, by and through their undersigned attorneys, Paul, Weiss, Rifkind, Wharton & Garrison LLP, hereby agree to the following amendment to the parties' Stipulation and Agreement of Settlement, dated August 28, 2012 as amended on October 18, 2012 (the "Settlement Agreement"):

Paragraph 1(cc) of the Settlement Agreement is hereby amended to read as follows:

(cc)  "Released Claims" means:[1]

> (i)  with respect to the Citigroup Releasees, defined below, the release by Lead Plaintiff, Named Plaintiffs, Additional Proposed Named Plaintiffs and all Settlement Class Members, on behalf of themselves, their respective present and former parents, subsidiaries, divisions and affiliates, the present and former employees, officers and directors of each of them, the present and former attorneys, accountants, insurers, and agents of each of them, and the predecessors, heirs, successors and assigns of each, of all claims of every nature and description, known and unknown, arising out of or relating to investments in (including, but not limited to, purchases, sales, exercises, and decisions to hold) Citigroup common stock through April 18, 2008, inclusive, including without limitation all claims arising out of or relating to any disclosures, registration

---

[1] Released Claims do not include, release, bar, waive, impair or otherwise impact any (i) claims asserted in the action styled *In re Citigroup Inc. Bond Litigation*, Master File No. 08 Civ. 9522 (SHS) (S.D.N.Y.), insofar as those claims are not asserted in connection with the purchase or acquisition of Citigroup common stock; (ii) contractual obligations arising out of a corporate merger or acquisition agreement pursuant to which Citigroup common stock was acquired; and (iii) claims relating to the enforcement of the Settlement. In addition, Released Claims do not release, bar or waive the claims for violation of Section 12(a)(2) of the Securities Act of 1933, 15 U.S.C. § 77*l*(a)(2), that have been asserted in *Brecher* v. *Citigroup Inc.*, No. 09 Civ. 7359 (SHS) (S.D.N.Y.), provided, however, that any amount received in the settlement of this Action by any member of the class in this Action who is also a member of the *Brecher* class shall be treated as a dollar for dollar offset against any damages claim asserted in *Brecher* that falls within the class period for this Action.

statements or other statements made or issued by any of the Citigroup Defendants concerning subprime-related assets, collateralized debt obligations, residential mortgage-backed securities, auction rate securities, leveraged lending activities, or structured investment vehicles, as well as all claims relating to such investments in Citigroup common stock asserted by or that could have been asserted by Plaintiffs or any member of the Settlement Class in the Action against the Citigroup Releasees, as defined below.

(ii) with respect to Lead Plaintiff, Named Plaintiffs, Additional Proposed Named Plaintiffs and all other Settlement Class Members, the release by the Citigroup Defendants of the Plaintiff Releasees, as defined below, from any claims relating to the institution or prosecution of this Action.

In all other respects, the Settlement Agreement, as previously amended on October 18, 2012, remains in full force and effect.

Dated: July 24, 2013

KIRBY McINERNEY, LLP

By: _____
Ira M. Press (ipress@kmllp.com)
Peter S. Linden (plinden@kmllp.com)
Daniel Hume (dhume@kmllp.com)
Andrew M. McNeela (ameneela@kmllp.com)

825 Third Avenue, 16th Floor
New York, New York 10022
Tel: (212) 371-6600
Fax: (212) 751-2540

*Lead Counsel for Plaintiffs and the Class*

ENTWISTLE & CAPPUCCI LLP

By: _____
Andrew J. Entwistle

280 Park Avenue
26th Floor West
New York, NY 10017
T: 212-894-7200
F: 212-894-7272

*Counsel for Pension Fund Representatives and Proposed Class Representative Public Employees' Retirement Association of Colorado and Pension*

2

*Fund Representative Tennessee Consolidated Retirement System*
ALLEN BROTHERS, P.L.L.C.

By: /s/ James Allen, Jr. / PdZ
James Allen, Sr.

400 Monroe, Suite 220
Detroit, MI 48226
Tel.: (313) 962-7777
Fax.: (313) 962-0581


**KENNETH GOLD**

By: /s/ Kenneth Gold / PdZ

439 Griffith Street
Saugatuck, MI 49453
Tel.: (248) 310-9870


**GLANCY BINKOW & GOLDBERG LLP**

By: /s/ Lionel Glancy / PdZ
Lionel Glancy

1801 Ave. of the Stars, Suite 311
Los Angeles, CA 90067
Tel.: (310) 201-9150
Fax.: (310) 201-9160


**MOTLEY RICE LLC**

By: /s/ William Narwold / PdZ
William Narwold

28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Tel: 843.216.9000
Fax: 843.216.9450

3

LAW OFFICE OF ALAN L. KOVACS

By: *Alan L. Kovacs /P/Z*
Alan L. Kovacs

2001 Beacon St., Suite 106
Boston, MA 02135
Tel.: (617) 964-1177
Fax.: (617) 332-1223

LAW OFFICE OF KENNETH A. ELAN

By: *Kenneth A. Elan /P/Z*
Kenneth A. Elan

217 Broadway, Suite 606
New York, NY 10007
Tel.: (212) 619-0261
Fax.: (212) 385-2707

*Additional Settlement Class Counsel*

Dated: July 24, 2013

PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP

By: _____
Brad S. Karp (bkarp@paulweiss.com)
Richard A. Rosen (rrosen@paulweiss.com)
Susanna M. Buergel
(sbuergel@paulweiss.com)

1285 Avenue of the Americas
New York, New York 10022-6064
(212) 373-3000

*Attorneys for the Citigroup Defendants*

4