UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE CITIGROUP INC. SECURITIES LITIGATION | Civil Action No. 7-9901 (SHS) <br><br> Judge Sidney H. Stein |

NOTICE OF THEODORE H. FRANK'S
MOTION FOR COSTS

> Theodore H. Frank
> CENTER FOR CLASS ACTION FAIRNESS
> 1718 M Street NW, No. 23-6
> Washington, DC 20036
> Telephone: (703) 203-3848
> Email: tedfrank@gmail.com
>
> *In pro per*

To: All Counsel

PLEASE TAKE NOTICE that as soon as the undersigned may be heard, Theodore H. Frank shall move before the Hon. Sidney H. Stein, U.S.D.J., at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, NY 10007-1312, for reimbursement of expenses in the litigation.

PLEASE TAKE FURTHER NOTICE that, in support of the motion, the undersigned relies upon the Memorandum in Support of Motion for Expense Reimbursement, the attached declaration and invoices, and the public filings on the docket cited therein.

Dated:  August 15, 2013                    Respectfully submitted,

/s/ Theodore H. Frank
Theodore H. Frank
CENTER FOR CLASS ACTION FAIRNESS
1718 M Street NW
No. 23-6
Washington, DC 20036
Telephone:  (703) 203-3848
Email:  tedfrank@gmail.com

*In pro per*

NOTICE OF MOTION TO STRIKE     2

## CERTIFICATE OF SERVICE

The undersigned certifies he electronically filed the foregoing Notice of Motion via the ECF system for the Southern District of New York, thus effecting service on all attorneys registered for electronic filing.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 15, 2013         */s/ Theodore H. Frank*
                               Theodore H. Frank