Devil's Advocate, LLC

dba TLF Consulting &
The Devil's Advocate
PO Box 8
Great Falls, VA 22066

# Invoice

| Date | Invoice # |
|---|---|
| 3/7/2013 | 1100 |

| Bill To |
|---|
| Center for Class Action Fairness<br>Theodore H Frank, Esq.<br>1718 M St, NW Ste 236<br>Washington, DC 20036 |

| Due Date |
|---|
| 3/7/2013 |

| Description | Amount |
|---|---|
| Initial fee payment (per DA standard retention agreement) 50% of $10,000 flat fee for Citigroup Securities class action fee declaration by JWT | 5,000.00 |
| Initial Flat Fee per agreement | |
| Balance due upon receipt.  Unpaid balances accrue 18% APR compound interest.  See our standard DA billing agreement for details.  Devils Advocate LLC EIN is 36-4622389. | |

| | Total | $5,000.00 |
|---|---|---|

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 703-684-6996 | 202-499-7011 | JToothman@DevilsAdvocate.com | www.DevilsAdvocate.com |