**William J. Ruane**
**42 Wilkeshire Bouevard**
**Randolph, NJ 07869**
Tax ID: xxx-xx-xxxx

TO:   Center for Class Action Fairness
      1718 M Street NW #236
      Washington, DC 20036

**INVOICE FOR WJR TIME ON DECLARATION IN SUPPORT OF OBJECTION TO CITIGROUP SETTLEMENT, 1/4/13 to 3/14/13**

| **DATE** | **HOURS** | **DESCRIPTION** |
|---|---|---|
| 1/4/13 | 1.00 | Rev. initial email and attachments from TF; research on Citigroup settlement |
| 1/8/13 | 1.00 | Telcon w/TF |
| 1/14/13 | 0.25 | Emails to/from TF |
| 1/22/13 | 1.00 | Rev. TF 3/19 email w/Lead Counsel filings; email to TF re same |
| 2/19/13 | 2.00 | Rev. settlement and fee request materials |
| 2/20/13 | 2.00 | Rev. settlement and fee request materials |
| 2/21/13 | 3.00 | Rev. Coffee, Miller, Press, Linden declarations; begin drafting of WJR declaration |
| 2/22/13 | 2.00 | Drafting declaration |
| 2/24/13 | 5.00 | Drafting declaration |
| 2/25/13 | 3.00 | Drafting declaration |
| 3/7/13 | 1.00 | Rev. email from TF; rev. Press Letter and attachments |
| 3/8/13 | 1.00 | Telcon w/TF; rev. sorted billing files |
| 3/10/13 | 2.50 | Rev. Press Letter and attachments |
| 3/11/13 | 1.50 | Rev. billing info; revising declaration |
| 3/12/13 | 4.00 | Revising declaration |
| 3/13/13 | 4.00 | Revising declaration |
| 3/14/13 | 2.50 | Editing/finalizing declaration |

**FEE TOTAL**   36.75 HRS @ $500.00/HR = $18,375.00, CAPPED AT $14,187.50