# Michael I. Krauss, Esq., B.A., J.D., LL.M.
# George Mason University School of Law

Remit To Home Office: 13204 Squires Ct.
North Potomac, Maryland 20878
301.869.2664
Email: mkrauss@gmu.edu

Invoice Date:   3.3.13

**Bill To:**
**Theodore H Frank,**
**Center for Class Action Fairness**
**1718 M Street,  #236**
**Washington, DC 20036**

## Invoice

Bill for legal research on Citigroup Class Action Settlement
1. 1/23 For research and email: $100.
2. 3/3  For research and writing of opinion letter:  $700

TOTAL DUE:  $800

[Tax ID:                 ]