UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE CITIGROUP SECURITIES LITIGATION | No. 07 Civ. 9901 (SHS) <br><br> ECF Case |

## **NOTICE OF APPEAL**

Steve A. Miller, Trustee for and on behalf of the Objector Steve A. Miller, P.C. Profit Sharing Plan, hereby appeals to the United States Court of Appeals for the Second Circuit from this Court's Opinion (Doc. 275) entered August 1, 2013 and its Final Judgment and Order of Dismissal with Prejudice (Doc. 276) entered August 1, 2013.

Respectfully submitted,

s/Steve A. Miller
Steve A. Miller, Trustee
Steve A. Miller, P.C. Profit Sharing Plan
1625 Larimer Street, No. 2905
Denver, CO 80202
Ph# 303-892-9933
Fax: 303-892-8925
Email: sampc01@gmail.com

1