**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE CITIGROUP INC.<br>SECURITIES LITIGATION | Case No: 07 Civ. 9901 (SHS) |

## NOTICE OF APPEAL

Notice of hereby given that objecting class member Theodore H. Frank hereby appeals to the United States Court of Appeals for the Second Circuit from the Court's Order on Attorneys' Fees (Docket No. 275), entered on August 1, 2013; and from the Court's Final Judgment and Order of Dismissal With Prejudice (Docket No. 276), entered on August 1, 2013, and all opinions and orders that merge therein. *Cf.* Fed. R. App. Proc. 4(a)(3); Dkt. 285 (Miller Notice of Appeal).

Dated: September 16, 2013.

Theodore H. Frank
DC Bar No. 450318
1718 M Street NW, No. 236
Washington, DC 20036
Phone: (703) 203-3848
Email: tedfrank@gmail.com

*In pro per*

## Certificate of Service

The undersigned certifies he electronically filed the foregoing Notice via the ECF system for the Southern District of New York, thus effecting service on all attorneys registered for electronic filing.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 16, 2013                    */s/ Theodore H. Frank*
                                             Theodore H. Frank