USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/14

Docket o file
07 Civ. 9901 (SHS)

*Ilse Lang*
*4 Quail Hollow Lane*
*West Nyack, NY  10994*

February 24, 2014

Citigroup Inc. Securities Litigation
C/O GCG
P.O. Box 9887
Dublin, OH  43017

RE: Claim No. 1137128
Citigroup Common Stock

Gentlemen:

I am at a complete loss of your rejection of my claim & loss – that I suffered on Citigroup stock which was purchased and sold within the time periods that were given on the claim forms.
I have previously been involved in other class action claims, and as long as one was within the parameters of time allowed the claim was valid.
To act otherwise would be a perversion of justice that I believe the court would have never permitted.
As such I consider my claim a valid one.

Sincerely,

Ilse Lang

Cc: US District Court
500 Pearl Street
New York, NY  10007
RE: Citigroup Securites Litigation

Peter Linden                          Brad Karp
Kirby McInerney LLP                   Paul Weiss LLP
825 Third Ave.                        1285 Ave of Americas
New York, NY  10022                   New York, NY  10019