UNITED STATES DISTRICT COURT. SOUTHERN DISTRICT OF NY.

IN RE CITIGROUP INC SECURITIES LITIGATION

-V-

KING PAUL CHERGI

OCT 10, 2012
MARCH 13, 2014.

No. 07 CIV 9901 (SHS)

Docket file

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/21/14

① JURISDICTION & VENUE

DEFENDANT & KING, PAUL CHERGI, HAS NOT RECEIVED ANY RESPONCE IN RE: CITIGROUP INC SEC LIT ABOUT SETTLEMENT (CLAIM No: 1299).

② THIS COURT NEEDS TO UPDATE THE KING ABOUT HIS STOCK IN CITIGROUP SETTLEMENT.

③ 21 DAYS FROM DATE OF RECEIVERSHIP IS DEFAULT DATE OF THIS CLASS ACTION IN RE: MARCH 13 2014. FOR KING CHERGI OR THE KING SEIZES ALL STOCK EVEN IN RELATIONSHIP CORPS (THE BODY) OF $ LAW.

④ PLEASE RESPOND WITHIN 21 DAYS OR CITIGROUP DEFAULTS AND CRIMINAL CHARGES WILL BE FORTH COMING THIS IS TRUE & CORRECT UNDER THE LAWS OF USA WITH PENALTIES

⑤ CC: CITIGROUP; SOUTHERN DIST OF NY, ANDREW MCNEELA ESQ NY, NY.

⑥

TRUE & CORRECT KING CHERGI
2989 W RICK QUARRY RD
BUFORD GA 30519