PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

LLOYD K GARRISON (1946-1991)
RANDOLPH E PAUL (1946-1956)
SIMON H RIFKIND (1950-1995)
LOUIS S WEISS (1927-1950)
JOHN F WHARTON (1927-1977)

UNIT 3601 OFFICE TOWER A, BEIJING FORTUNE PLAZA
NO 7 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT
BEIJING 100020
PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300

12TH FLOOR HONG KONG CLUB BUILDING
3A CHATER ROAD CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU U K
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011 JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST SUITE 3100
PO BOX 226
TORONTO ONTARIO M5K 1J3
TELEPHONE (416) 504 0520

2001 K STREET, NW
WASHINGTON DC 20006 1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE SUITE 200
POST OFFICE BOX 32
WILMINGTON DE 19899-0032
TELEPHONE (302) 655-4410

WRITER'S DIRECT DIAL NUMBER
212-373-3553

WRITER'S DIRECT FACSIMILE
212-492-0553

WRITER'S DIRECT E-MAIL ADDRESS
sbuergel@paulweiss.com

MATTHEW W ABBOTT, ALLAN J ARFFA, ROBERT A ATKINS, DAVID J BALL, JOHN F BAUGHMAN, LYNN B BAYARD, DANIEL J BELLER, CRAIG A BENSON, MITCHELL L BERG, MARK S BERGMAN, BRUCE BIRENBOIM, H CHRISTOPHER BOEHNING, ANGELO BONVINO, JAMES L BROCHIN, RICHARD J BRONSTEIN, DAVID W BROWN, SUSANNA M BUERGEL, PATRICK S CAMPBELL*, JESSICA S CAREY, JEANETTE K CHAN, YVONNE Y F CHAN, LEWIS R CLAYTON, JAY COHEN, KELLEY A CORNISH, CHRISTOPHER J CUMMINGS, CHARLES E DAVIDOW, DOUGLAS R DAVIS, THOMAS V DE LA BASTIDE III, ARIEL J DECKELBAUM, ALICE BELISLE EATON, ANDREW J EHRLICH, GREGORY A EZRING, LESLIE GORDON FAGEN, MARC FALCONE, ROSS A FIELDSTON, ANDREW C FINCH, BRAD J FINKELSTEIN, BRIAN P FINNEGAN, ROBERTO FINZI, PETER E FISCH, ROBERT C FLEDER, MARTIN FLUMENBAUM, ANDREW J FOLEY, HARRIS B FREIDUS, MANUEL S FREY, ANDREW L GAINES, KENNETH A GALLO, MICHAEL E GERTZMAN, ADAM M GIVERTZ, SALVATORE GOGLIORMELLA, ROBERT D GOLDBAUM, NEIL GOLDMAN, ERIC S GOLDSTEIN, ERIC GOODISON, CHARLES H GOOGE JR, ANDREW G GORDON, UDI GROFMAN, NICHOLAS GROOMBRIDGE, BRUCE A GUTENPLAN, GAINES GWATHMEY, III, ALAN S HALPERIN, JUSTIN G HAMILL, CLAUDIA HAMMERMAN, GERARD E HARPER, BRIAN S HERMANN, ROBERT M HIRSH, MICHELE HIRSHMAN, MICHAEL S HONG, DAVID S HUNTINGTON, LORETTA A IPPOLITO, JAREN JANGHORBANI

MEREDITH J KANE, ROBERTA A KAPLAN, BRAD S KARP, PATRICK N KARSNITZ, JOHN C KENNEDY, ALAN W KORNBERG, DANIEL J KRAMER, DAVID K LAKHDHIR, STEPHEN P LAMB*, JOHN E LANGE, DANIEL J LEFFELL, XIAOYU GREG LIU, JEFFREY D MARELL, MARCO V MASOTTI, EDWIN S MAYNARD, DAVID W MAYO, ELIZABETH R McCOLM, MARK F MENDELSOHN, WILLIAM B MICHAEL, TOBY S MYERSON, CATHERINE NYARADY, JANE B O'BRIEN, ALEX YOUNG K OH, BRAD R OKUN, KELLEY D PARKER, MARC E PERLMUTTER, VALERIE E RADWANER, CARL L REISNER, WALTER G RICCIARDI, WALTER RIEMAN, RICHARD A ROSEN, ANDREW N ROSENBERG, JACQUELINE P RUBIN, RAPHAEL M RUSSO, JEFFREY D SAFERSTEIN, JEFFREY B SAMUELS, DALE M SARRO, TERRY E SCHIMEK, KENNETH M SCHNEIDER, ROBERT B SCHUMER, JAMES H SCHWAB, JOHN M SCOTT, STEPHEN J SHIMSHAK, DAVID R SICULAR, MOSES SILVERMAN, STEVEN SIMKIN, JOSEPH J SIMONS, MARILYN SOBEL, AUDRA J SOLOWAY, SCOTT M SONTAG, TARUN M STEWART, ERIC ALAN STONE, AIDAN SYNNOTT, ROBYN F TARNOFSKY, MONICA K THURMOND, DANIEL J TOAL, LIZA M VELAZQUEZ, MARIA T VULLO, ALEXANDRA M WALSH*, LAWRENCE G WEE, THEODORE V WELLS, JR, BETH A WILKINSON, STEVEN J WILLIAMS, LAWRENCE I WITDORCHIC, MARK B WLAZLO, JULIA MASON WOOD, JORDAN E YARETT, KAYE N YOSHINO, TONG YU, TRACEY A ZACCONE, T ROBERT ZOCHOWSKI, JR

*NOT ADMITTED TO THE NEW YORK BAR

March 25, 2014

**By ECF**

The Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

      *In re Citigroup Inc. Securities Litigation*, No. 07 Civ. 9901 (SHS)

Dear Judge Stein:

    We represent Citigroup Inc. ("Citigroup" or "the Company"), Charles Prince, Robert Rubin, Gary Crittenden, Robert Druskin, Thomas G. Maheras, Michael Stuart Klein, and David C. Bushnell (together, "defendants") in the above-referenced matter.

    On March 18, 2014, we filed on ECF a letter with the Court requesting a conference to address an issue in relation to the Court's enforcement of the Final Judgment and Order of Dismissal With Prejudice in this action. We inadvertently annexed certain exhibits to that letter without properly redacting sensitive personal information that appeared in Exhibits B and F. It is our understanding that the letter and attendant exhibits have been removed from the docket and temporarily sealed by the ECF Clerk.

    As a more permanent solution, we respectfully request permission to re-file the March 18, 2014 letter and Exhibits A-F thereto, with proper redactions, on ECF.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

The Honorable Sidney H. Stein     2
United States District Judge

We also request that the previously filed version of the letter remain sealed. Counsel for Claimants in *Gary L. Burgess and Joseph Icon, et al. v. Citigroup Inc., et al.*, FINRA Dispute Resolution Arbitration Number 13-03237, does not object to these requests.

Respectfully submitted,

*Susanna M Buergel /BT*
Susanna M. Buergel

cc (by e-mail):     Ira M. Press, Esq., *Lead Plaintiffs' and Class Counsel*
                      Peter S. Linden, Esq., *Lead Plaintiffs' and Class Counsel*
                      Ronald M. Greenspan, Esq., *Claimants' Counsel*