UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/14/14

IN RE CITIGROUP INC. SECURITIES
LITIGATION

09 MD 2070 (SHS)
This document relates to:
07 Civ. 9901 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

By letter motion dated March 18, 2014 (Dkt. No. 305), defendants Citigroup Inc., Charles Prince, Robert Rubin, Gary Crittenden, Robert Druskin, Thomas G. Maheras, Michael Stuart Klein, and David C. Bushnell requested a conference. The Court today held a telephone conference—attended by counsel for defendants, counsel for lead plaintiffs, and counsel for claimants Gary L. Burgess and Joseph Icon—thereby granting defendants' letter motion.

Dated:  New York, New York
        April 14, 2014

SO ORDERED:

Sidney H. Stein, U.S.D.J.