```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE CITIGROUP INC. SECURITIES
LITIGATION

09 MD 2070 (SHS)
This document relates to:
07 Civ. 9901 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

The Court has received a letter from plaintiffs' lead counsel dated March 10, 2014 (Dkt. No. 300), and a letter from claimant Ilse Lang dated March 26, 2014 (Dkt. No. 309), regarding the denial of Lang's claim by the claim administrator. The Court construes Lang's request to be an appeal of the denial of her claim. (*See* Final Judgment and Order of Dismissal with Prejudice, Aug. 1, 2013 (Dkt. No. 276) ¶ 23 (retaining jurisdiction for continuing implementation and disposition of the Settlement Fund); Order Preliminarily Approving Proposed Settlement & Providing for Notice, Aug. 29, 2012 (Dkt. No. 156) Exh. 1 ¶¶ 41-42 (notifying class members that this Court retains jurisdiction over claim administration disputes).)

The parties to the litigation may respond to Lang's appeal on or before April 25, 2014, and Lang may reply on or before May 5, 2014.

Dated: New York, New York
       April 16, 2014

SO ORDERED:

*[signature]*

Sidney H. Stein, U.S.D.J.