**EUGENE P. BEARD**
**4 MANOR DRIVE**
**WESTPORT, CT 06880**
203-227-7704

Docket file 07 civ 9901 (SHS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/14

May 5, 2014

Clerk of the Court
U.S. District Court
Southern District of NY
Daniel Patrick Moynihan US Courthouse
500 Pearl Street
New York, NY 10007

**Subj:  Citigroup, Inc. Securities Litigation**
**Settlement No. 07 Civ. 9901 SHS(S.D.N.Y.)**
Dear Sir:

I am opposed to the above settlement under the following grounds:

1. There is no history of any such adjustments to losses as proposed by the Class Action Attorneys.
2. There is no mention of fees for the Class Attorneys.
3. It appears that Citi and the Class Attorneys are both unduly benefiting from this unique settlement which diminishes shareholder recovery. When losses are fairly incurred by shareholders, they should be reimbursed in all...not under unique settlement terms not so seen in past suits.

Very Truly Yours,

Eugene P. Beard
Claim No. 1146185; Disputed Claimant No. 5


cc:     Peter S. Linden
        Kirby, McInerney, LLP