Francisco Fuentez
1100 64TH Street
Sacramento, CA 95819
Phone # 916-420-7972
916-739-0226
Claim Number 2763543

Docket-file 07 Civ. 9901 (SHS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/9/14

April 30, 2014

Clerk of the Court
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007
Re: In re Citigroup Inc. Securities Litigation
No. 07 Civ. 9901 (SHS)

Dear Clerk of the Court:

My name is Francisco Fuentez and I am Disputed claimant No.13 (Claim 2763543). Document 316 page 36 states that my Citigroup transactions were in and out and suffered no losses. I see no stipulation in the Proposed settlement and plan of allocation regarding in and out transactions automatically suffering no losses. I have suffered many losses and feel it is totally unfair that I am excluded from this settlement. I purchased Citigroup common stock so often during the class period it seems highly unlikely that I was not affected by the alleged violations of the federal securities laws. Ever Since the Citigroup stock crash I have never recovered financially. If no wrongdoing was proven and there was just allegations then how can my claim be proven wrong and exempt from sharing in the settlement. It says on paragraph 27 What Are Plaintiffs reasons for the settlement? For example, the defendants may have argued that any losses suffered by the settlement class members here were caused primarily – if not entirely by the financial tsunami and related financial and liquidity crisis of 2007-2008, and not by any alleged misrepresentations concerning Citigroups exposure to, or valuation of, CDOs or the other matters alleged in the complaint. So if Plaintiffs settled

for every class member because of these examples and uncertainties then why are they trying to exclude me and not everyone else for that matter. I thought the settlement Class included everyone who purchased common stock by any method and was damaged thereby.
I contacted Garden City Group Ohio multiple times and was given misinformation more than once. A Couple of times I called the Ohio GCG office they told me to just disregard the notice of conditional rejection dated January, 28, 2014, and that the plan of allocation was being changed. A few other unsettling situations occurred which I would rather not mention because it would most likely reflect very poorly on the GCG image. Also I want to point out the Notice Of Conditional Rejection (2) email sent to me dated February 19, 2014. It says in regards to your claim, The claim calculates to both a market gain and a recognized gain, but in the AFFIDAVIT OF STEPHEN J. CIRAMI IN SUPPORT OF MOTION TO AUTHORIZE DISTRIBUTION OF THE NET SETTLEMENT FUND DOCUMENT 316 page 36 <u>Disputed claimant No. 13 (claim 2763543)</u> it states that I had purchased 374,750 shares of Citigroup common stock at Various market prices for a total cost of $8,194,712.29 and total proceeds of $8,189,756.30. A loss of $4,956 dollars is not a market gain and it is not an aggregate gain i.e. total numbers. These discrepancies in Document 316 page 36 and the Notice of conditional Rejection (2) emailed to me lead me to believe that my claim was not properly calculated According to the Proposed Plan of Allocation. Almost ever time I contacted Garden City Group I asked for the total amount of my recognized losses or recognized gains and they were never provided. The GCG Ohio supervisor advised me that calculations were not done At GCG Ohio and that the place where they were calculated was the Seattle GCG. The supervisor was very hesitant in giving me the GCG Seattle phone number. I contacted the Seattle GCG and they had no idea what calculations I was talking about and said how did you get this number? I told them from the GCG Ohio supervisor. Then a representative from GCG Seattle asked which lawsuit I was calling about and then they directed me to the New York GCG office. I then contacted GCG New York they were helpful and said they would calculate my claim but it would take a few days. A few days later I called the New York GCG back and asked if they had finished calculating my claim, they said they would mail detailed descriptions of my claims calculations. I never received a detailed description of my claim calculations, just duplicates of another unrelated Lawsuit Settlement from GCG. It seems I was mailed the Conditional rejection notices even before my claim was calculated. It looks like no one at GCG calculated my claim for the many transactions I had. It appears they tried to brush me off in order to hide their inability to calculate my claim. Whether it was a recognized loss or a recognized gain it should have been calculated. If I do have a recognized gain or recognized loss I do not see the problem

with Garden City Group disclosing the calculations of my claim to me. Thank you for your time!

## Notice Of Conditional Rejection

(2)

**Me** 2/12/14 RE: Claim No 2763543, Citigroup Inc. Securities Litigation To Whom It May Concern: I am rejecting the NOTICE OF CONDITIONAL REJECTION* OF MY ENTIRE CLAIM sent to me on January 28, 2014. I do n

Feb 14

**Questions**
To MeQuestions

Feb 19
Mr. Fuentez,

Thank you for contacting us. Your claim was calculated in accordance with the Court approved Plan of Allocation, which can be found starting on page 7 of the Notice that was mailed with the Proof of Claim and Release that you received. The Plan of Allocation provides, in detail, how the Recognized Loss for your claim, and for every other claimant's claim, has been calculated. Please note that your Recognized Loss does not equal your actual market, or "out-of-pocket," loss, and it is possible that a claimant could have lost money in the market, and yet still have no Recognized Loss under the Court approved Plan of Allocation for this Settlement. In regards to your claim, the claim calculates to both a market gain and a recognized gain, under the Court approved Plan of Allocation, and to the extent a claimant had an aggregate gain from his, her or its transactions in Citigroup common stock during the Class Period, the value of his, her or its total Recognized Loss will be zero.

We encourage you to carefully read the Notice in its entirety, including the Plan of Allocation. If you require a copy of the Notice we can provide that to you. The Notice can also be downloaded from the Settlement website at http://www.citigroupsecuritiessettlement.com/notice.php.

Regards,

The Claims Administrator (AC)
Citigroup Inc. Securities Litigation
www.citigroupsecuritiessettlement.com



**Notice Of Conditional Rejection (2)**

Questions — Feb 19 at 1:26 PM
To Me, Questions

Mr. Fuentez,

Thank you for contacting us. Your claim was calculated in accordance with the Court approved Plan of Allocation, which can be found starting on page 7 of the Notice that was mailed with the Proof of Claim and Release that you received. The Plan of Allocation provides, in detail, how the Recognized Loss for your claim, and for every other claimant's claim, has been calculated. Please note that your Recognized Loss does not equal your actual market, or "out-of-pocket," loss, and it is possible that a claimant could have lost money in the market, and yet still have no Recognized Loss under the Court approved Plan of Allocation for this Settlement. In regards to your claim, the claim calculates to both a market gain and a recognized gain, under the Court approved Plan of Allocation, and to the extent a claimant had an aggregate gain from his, her or its transactions in Citigroup common stock during the Class Period, the value of his, her or its total Recognized Loss will be zero.

We encourage you to carefully read the Notice in its entirety, including the Plan of Allocation. If you require a copy of the Notice we can provide that to you. The Notice can also be downloaded from the Settlement website at http://www.citigroupsecuritiessettlement.com/notice.php.

Regards,

The Claims Administrator (AC)
Citigroup Inc. Securities Litigation
www.citigroupsecuritiessettlement.com