USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 13, 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE CITIGROUP INC. SECURITIES
LITIGATION

---

09 MD 2070 (SHS)
This document relates to:
07 Civ. 9901 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

    The Court has received an objection by Paulastya R. Gupta to plaintiffs' Motion to Authorize Distribution of the Net Settlement Fund. (Dkt. No. 321.) It is hereby ordered that the parties to the litigation may reply on or before May 16, 2014.

Dated: New York, New York
       May 13, 2014

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.