

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE CITIGROUP INC. SECURITIES
LITIGATION

09 MD 2070 (SHS)
This document relates to:
07 Civ. 9901 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

    The Court has received an objection by Jerry L. Malesovas to plaintiffs' Motion to Authorize Distribution of the Net Settlement Fund. (Dkt. No. 323.) It is hereby ordered that the parties to the litigation may reply on or before May 19, 2014.

Dated: New York, New York
         May 14, 2014

SO ORDERED:

Sidney H. Stein, U.S.D.J.