# KIRBY McINERNEY LLP

825 Third Avenue
New York, NY 10022
212.371.6600
212.751.2540
WWW.KMLLP.COM

Of counsel
Roger W. Kirby
Alice McInerney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/10/15

Docket + file

**MEMO ENDORSED**

BY EMAIL

February 10, 2015

The Honorable Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *In re Citigroup Inc. Sec. Litig.*, No. 07 Civ. 9901 (SHS) (S.D.N.Y.)

Dear Judge Stein:

In accordance with the Court's request, Lead Counsel proposes the below language that could be used if the Court were to approve Mr. Gendelman's request:

"The claim filed by the Citigroup 401(k) Plan on behalf of Richard T. Gendelman, Claim No. 5561233, shall be authorized for payment pursuant to the Plan of Allocation, and the Claims Administrator is ordered to process that claim and make any resulting payments to the Citigroup 401(k) Plan for the benefit of Mr. Gendelman."

Respectfully submitted,

Peter S. Linden

cc:   Richard A. Rosen, Esq. (via email)
      Jane B. O'Brien, Esq. (via email)
      Ira M. Press (via email)

NEW YORK          CALIFORNIA